**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sixty Sixty Condominium Association, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-4755511 |
| 4. | Debtor's address | **Principal place of business**<br><br>6060 Indian Creek Dr.<br>Miami Beach, FL 33140<br>Number, Street, City, State & ZIP Code<br><br>Miami-Dade<br>County | **Mailing address, if different from principal place of business**<br><br>1489 W. Palmetto Park Rd.<br>Suite 505<br>Boca Raton, FL 33486<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Sixty Sixty Condominium Association, Inc.**　　　　　　　Case number (*if known*) _____
　　　　　Name

7. Describe debtor's business

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | _____ | | _____ | |
    | District | When | Case number, if known | |
    | _____ | _____ | _____ | |

Debtor  **Sixty Sixty Condominium Association, Inc.**            Case number (*if known*) _____
           Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                      Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name      _____
        Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Sixty Sixty Condominium Association, Inc.
Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 1, 2016
               MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Maria Velez
Printed name

Title    President of the Board of Directors

18. **Signature of attorney**

X _____
Signature of attorney for debtor

Date December 5, 2016
     MM / DD / YYYY

Brett D. Lieberman
Printed name

Messana, P.A.
Firm name

401 East Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone  954-712-7400    Email address  blieberman@messana-law.com

69583
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sixty Sixty Condominium Association, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlantic Broadband<br>1681 Kennedy Causeway<br>North Bay Village, FL 33141 | | | Disputed | | | $4,837.47 |
| Casablanca Rental Services, Inc.<br>6345 Collins Avenue<br>Miami, FL 33126 | | | Disputed | | | $53,154.49 |
| City of Miami Beach<br>1700 Convention Center Drive<br>Miami Beach, FL 33139 | | | Disputed | | | $37,304.83 |
| Condominium Hotel Management Corporation Inc.<br>101 N. Ocean Drive, Suite 202<br>Hollywood, FL 33019 | | | Disputed | | | $50,682.87 |
| Doral Security Patrol dba Blue Knights<br>dba Blue Knights<br>Roland Fongon, Registered Agent<br>8000 NW 31 Street, Suite 19<br>Miami, FL 33122 | | | Disputed | | | $15,581.05 |
| Haber Slade, P.A.<br>David B. Haber, Registered Agent<br>201 S. Biscayne Boulevard<br>Miami, FL 33131 | | Legal Fees | Disputed | | | $91,511.61 |

*General Disclaimer: Unless otherwise indicated, the information reflected in the schedules and statements is based upon the books and records of the Debtor as prepared and presently maintained by Oxygen Association Services, LLC ("Oxygen"). Out of an abundance of caution and for additional notice purposes, the creditors reflected herein include parties who may have claims of or related to the condominium, but are not necessarily against the Debtor. Oxygen provided the Debtor's professionals with certain documents and information to prepare the schedules and statements. Therefore, the Debtor can only represent, that to the best of the Debtor's knowledge, information, and belief, the schedules and statements are accurate insofar as the accuracy of the information provided available to it. The Debtor reserves its right to amend, dispute, or re-characterize any of the scheduled debts (including the validity, priority, or extent of the same) or other information reflected in the schedules and statement of financial affairs, including this list of creditors.

Debtor **Sixty Sixty Condominium Association, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Komal Bhojwani, Esq.<br>2231 Gloaming Way<br>Beverly Hills, CA 90210 | | Legal Fees | Disputed | | | $38,560.34 |
| Law Offices of Gregory R. Elder, LLC<br>108 SE 8 Avenue, Suite 114<br>Fort Lauderdale, FL 33301 | | | Disputed | | | $41,703.02 |
| Mansfield Bronstein, PA<br>Attn: Ronnie Bronstein<br>3440 Hollywood Boulevard, Suite 450<br>Hollywood, FL 33021 | | | Disputed | | | $26,220.18 |
| Miami-Dade County Tax Assessor<br>200 NW 2 Avenue<br>Miami, FL 33128 | | | | | | $18,212.73 |
| Miami-Dade County Tax Collector<br>200 NW 2 Avenue<br>Miami, FL 33128 | | | Disputed | | | $15,368.00 |
| Mircom<br>MGC Systems Corp.<br>3801 N 29 Avenue<br>Hollywood, FL 33020 | | | Disputed | | | $68,996.22 |
| Outside Solution, Corp.<br>Sergio Cardenas, Jr., Registered Agent<br>7841 SW 197 Terrace<br>Miami, FL 33189 | | | Disputed | | | $4,498.50 |
| R. J. Miranda Consultants, Inc.<br>Attn: Reymundo J. Miranda<br>Registered Agent<br>8211 SW 111 Terrace<br>Miami, FL 33156 | | | Disputed | | | $16,500.00 |

Debtor  **Sixty Sixty Condominium Association, Inc.**  Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Schecher Group Inc.<br>901 SW 9th Terrace<br>Fort Lauderdale, FL 33315 | | Levies on All Association Property | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | | | $662,386.22 |
| Sharma & Associates, Inc.<br>Vishnu P. Sharma, Registered Agent<br>4901 NW 17 Way, Suite 305<br>Fort Lauderdale, FL 33309 | | | Disputed | | | $17,000.00 |
| Taw Power Systems, Inc.<br>P.O. Box 3381<br>Tampa, FL 33601 | | | Disputed | | | $5,821.37 |
| Thyssenkrupp Elevator<br>7481 NW 66 Street<br>Miami, FL 33166 | | | Disputed | | | $26,815.02 |
| Waste Management Inc. of FL<br>PO Box 42930<br>Phoenix, AZ 85080 | | | Disputed | | | $5,412.92 |
| Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290 | | | Disputed | | | $168,250.32 |

Fill in this information to identify the case:

Debtor name  **Sixty Sixty Condominium Association, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 1, 2016**    X _/s/ M. Velez_____
Signature of individual signing on behalf of debtor

**Maria Velez**
Printed name

**President of the Board of Directors**
Position or relationship to debtor

```
Atlantic Broadband
1681 Kennedy Causeway
North Bay Village, FL 33141


Atlantic Broadband Finance, L.L.C.
Attn: Bartlett Leber
Senior Vice President, General Counsel
1 Batterymarch Park #405
Quincy, MA 02169


Casablanca Rental Services, Inc.
6345 Collins Avenue
Miami, FL 33126


Casablanca Rental Services, Inc.
Gregory Elder, Registered Agent
901 SW 9 Terrace
Fort Lauderdale, FL 33315


City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139


City of Miami Beach
Office of the City Attorney
Raul J. Aguila, City Attorney
1700 Convention Center Drive, 4th Floor
Miami Beach, FL 33139


Condominium Hotel Management Corporation
Inc.
101 N. Ocean Drive, Suite 202
Hollywood, FL 33019


Condominium Hotel Management Corporation
Inc.
Gregory R. Elder, Registered Agent
901 SW 9 Terrace
Fort Lauderdale, FL 33315


Doral Security Patrol dba Blue Knights
dba Blue Knights
Roland Fongon, Registered Agent
8000 NW 31 Street, Suite 19
Miami, FL 33122
```

```
Haber Slade, P.A.
David B. Haber, Registered Agent
201 S. Biscayne Boulevard
Miami, FL 33131


Jason Katz
3325 S University Drive, Suite 210
Fort Lauderdale, FL 33328


Komal Bhojwani, Esq.
2231 Gloaming Way
Beverly Hills, CA 90210


Law Offices of Gregory R. Elder, LLC
108 SE 8 Avenue, Suite 114
Fort Lauderdale, FL 33301


Law Offices of Gregory R. Elder, LLC
Gregory R. Elder, Registered Agent
901 SW 9th Terrace
Fort Lauderdale, FL 33315


Mansfield Bronstein PA
Gary Mansfield, Esq., Registered Agent
3440 Hollywood Boulevard, Suite 450
Hollywood, FL 33021


Mansfield Bronstein, PA
Attn:  Ronnie Bronstein
3440 Hollywood Boulevard, Suite 450
Hollywood, FL 33021


MGC Systems Corp.
NRAI Services, Inc., Registered Agent
1200 South Pine Island Road
Plantation, FL 33324


Miami-Dade County Tax Assessor
200 NW 2 Avenue
Miami, FL 33128


Miami-Dade County Tax Collector
200 NW 2 Avenue
Miami, FL 33128
```

```
Mircom
MGC Systems Corp.
3801 N 29 Avenue
Hollywood, FL 33020


Outside Solution, Corp.
Sergio Cardenas, Jr., Registered Agent
7841 SW 197 Terrace
Miami, FL 33189


R. J. Miranda Consultants, Inc.
Attn:  Reymundo J. Miranda
Registered Agent
8211 SW 111 Terrace
Miami, FL 33156


Schecher Group Inc.
901 SW 9th Terrace
Fort Lauderdale, FL 33315


Schecher Group, Inc.
Gregory R. Elder, Registered Agent
901 SW 9 Terrace
Fort Lauderdale, FL 33315


Sharma & Associates, Inc.
Vishnu P. Sharma, Registered Agent
4901 NW 17 Way, Suite 305
Fort Lauderdale, FL 33309


Silver Paint & Hardware Supply, LLC
Jose Baloyra, Registered Agent
2950 SW 27 Avenue, Suite 300
Miami, FL 33133


Taw Power Systems, Inc.
P.O. Box 3381
Tampa, FL 33601


Taw Power Systems, Inc.
James A. Turner, III, Registered Agent
6312 78 Street
Riverview, FL 33578
```

```
Thyssenkrupp Elevator
7481 NW 66 Street
Miami, FL 33166


Thyssenkrupp Elevator Corporation
Corporation Service Company
Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525


Waste Management Inc. of FL
PO Box 42930
Phoenix, AZ 85080


Waste Management Inc. of Florida
c/o CT Corporation System
Registered Agent
1200 South Pine Island Road
Fort Lauderdale, FL 33324


Windstream
P.O. Box 9001908
Louisville, KY 40290


Windstream Communications, LLC
CT Corporation System, Registered Agent
306 W Main Street
Suite 512
Frankfort, KY 40601
```