# United States Bankruptcy Court
## Southern District of Florida

In re  **Sixty Sixty Condominium Association, Inc.**  
_Debtor(s)_

Case No.  16-26187  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sixty Sixty Condominium Association, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None* [_Check if applicable_]

December 5, 2016  
Date

/s/ Brett D. Lieberman  
Signature of Attorney or Litigant  
Counsel for  **Sixty Sixty Condominium Association, Inc.**  
**Messana, P.A.**  
**401 East Las Olas Blvd.**  
**Suite 1400**  
**Fort Lauderdale, FL 33301**  
**954-712-7400 Fax:954-712-7401**  
**blieberman@messana-law.com**

*The Debtor is a not-for-profit corporation and accordingly may not have the class of "equity" interests generally contemplated by this form. The Debtor's _Declaration of Sixty Sixty Condominum_, purports to ascribe the Hotel Unit owner, now Shecher Group, Inc., 15 of a total of 101 votes (14.85%) in certain circumstances. The Debtor reserves all rights of and related to disputing the propriety of the voting scheme.