UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Sixty Sixty Condominium Association, Inc.	Case No. 16-26187-RAM

    Debtor-in-Possession.	Chapter 11
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the (i) *Emergency Application of Debtor-in-Possession for Entry of an Interim Order Authorizing the Employment and Retention of Brett Lieberman and the Law Firm of Messana, P.A., as Counsel for Debtor-in-Possession Nunc Pro Tunc to December 5, 2016 and Entry of a Final Order on or After January 4, 2016* (ECF No. 9), (ii) *Application to Employ Alessandra Stivelman, Esq. and Eisinger, Brown, Lewis, Frankel & Chaiet, P.A. as Debtor's Special Collections and Condominium Counsel Nunc Pro Tunc to December 9, 2016* (ECF No. 10), (iii) *Debtor's Motion to Compel Turnover of Books and Records From Hotel Condominium Management Corporation, Inc.* (ECF No. 11), (iv) *Declaration of Maria Velez in Support of Chapter 11 Petition and First Day Motions* (ECF No. 12), and (v) *Debtor's Motion for Sanctions Against Schecher Group, Inc. and Richard Schecher for Violation of the Automatic Stay and to Compel Access to Estate Property* (ECF No. 13) were served on December 12, 2016 by transmission of Notice of Electronic Filing generated by CM/ECF to those parties marked with an asterisk, by U.S. Mail on December 14, 2016 to all other interested parties on the attached service list and by email to Steven M. Davis, Esq., Becker

& Poliakoff, P.A., 121 Alhambra Circle, Floor 10, Coral Gables, Florida 33134-4540 at sdavis@bplegal.com on December 13, 2016.

.Respectfully submitted this 15th day of December, 2012.

                MESSANA, P.A.
                *Putative Counsel for Debtor*
                401 East Las Olas Boulevard, Suite 1400
                Fort Lauderdale, Florida 33301
                Telephone: (954) 712-7400
                Facsimile: (954) 712-7401
                Email: tmessana@messana-law.com

                /s/Thomas M. Messana
                Thomas M. Messana
                Florida Bar No. 991422
                Brett D. Lieberman
                Florida Bar No. 69583

6060 Indian Creek Unit 905 LLC
7950 NW 53 Street
Suite 118
Doral, FL  33166

Alexandre Lombardo
32 Ru Thionville
Lille, 59000  France

Alicia M. Ortega
16441 NW 24 Street
Pembroke Pines, FL  33028

Annette E. Prieto
11995 SW 81 Lane
Miami, FL  33183-4870

Aspire Higher LLC
17021 North Bay Road, 826
Sunny Isles Beach, FL  33160

Atlantic Broadband Finance, L.L.C.
Attn:  Bartlett Leber
Senior Vice President, General Counsel
1 Batterymarch Park #405
Quincy, MA  02169

Bank of New York Mellon TR CO NA
3815 SW Temple
Salt Lake City, UT  84115

Bridgeport Capital Funding, LLC
120 Piper Boulevard
Port Orange, FL  32128

Casablanca Rental Services, Inc.
Gregory Elder, Registered Agent
901 SW 9 Terrace
Fort Lauderdale, FL  33315

Christopher Trapani, PA
10640 Griffin Road
Suite 106C
Cooper City, FL  33328

Adam Ilkovits
See Strasse 83
Stockholm, 8266  Switzerland

Alfer Investment Corp
2699 Collins Avenue
Suite 1109
Miami Beach, FL  33140-4717

Ana Cristina Nordeste Braathen
2889 McFarlane Road
1506
Miami, FL  33133

APO Annuity Manager, LLC
Richard J. Schecher, Sr., Registered Agent
120 Piper Boulevard
Port Orange, FL  32128

Atlantic Broadband
1681 Kennedy Causeway
North Bay  Village, FL  33141

Bambamiami Inc.
6060 Indian Creek Drive
#10089
Miami Beach, FL  33140-2219

Boston RV Corporation
6060 Indian River Creek Drive
#1408
Miami Beach, FL  33140

Casablanca Rental Services, Inc.
6345 Collins Avenue
Miami, FL  33126

Cecilia N. Zsilavi
6365 Collins Avenue
#1711
Miami Beach, FL  33141

Ciaraso Corp
PO Box 268597
Weston, FL  33326

| | |
|---|---|
| City of Miami Beach<br>1700 Convention Center Drive<br>Miami Beach, FL  33139 | City of Miami Beach<br>Office of the City Attorney<br>Raul J. Aguila, City Attorney<br>1700 Convention Center Drive, 4th Floor<br>Miami Beach, FL  33139 |
| Condominium Hotel Management Corporation Inc.<br>101 N. Ocean Drive<br>Suite 202<br>Hollywood, FL  33019 | Condominium Hotel Management Corporation Inc.<br>Gregory Elder, Registered Agent<br>901 SW 9 Terrace<br>Fort Lauderdale, FL  33315 |
| David D. Georg & Deborah Lynn<br>3821 Houcks Road<br>Monkton, MD  21111 | Deutsche Bank Trust Company<br>c/o Ocwen Loan Servicing LLC<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL  33409 |
| Dominique Sauvetre<br>6060 Indian Creek Drive<br>Miami Beach, FL  33141 | Doral Security Patrol dba Blue Knights<br>Roland Fongon, Registered Agent<br>8000 NW 31 Street<br>Suite 19<br>Miami, FL  33122 |
| Eduvina Amador & Francisco<br>Annette A. Diaz & Alejandro<br>13220 SW 12 Street<br>Miami, FL  33184-1902 | Elisa J. Depablos Bermudez<br>6060 Indian Creek Drive<br>Unit 1104<br>Miami Beach, FL  33140 |
| Elssita LLC<br>c/o Marina Galla<br>5707 Melaleuca Drive<br>Tamarac, FL  33319 | Evelyn Abadin<br>9755 SW 14 Street<br>Miami, FL  33174 |
| Florida Building & Supply, Inc.<br>Errol J. Portuondo, Registered Agent<br>13530 NW 107 Avenue<br>Unit C-4<br>Hialeah Gardens, FL  33018 | Frank Jordan & Ralf Bauchrowitz<br>100 N Biscayne Boulevard<br>Suite 2100<br>Miami, FL  33132 |
| Gerard Mafale & Laura<br>3237 Conowingo Road<br>Street, MD  21154 | Haber Slade, P.A.<br>David B. Haber, Registered Agent<br>201 S. Biscayne Boulevard<br>Miami, FL  33131 |
| Hansraj Bhojwani & Nandini<br>1655 Washington Avenue<br>Miami Beach, FL  33139 | Henryk Kwiatkowski<br>59-05 70 Avenue<br>Ridgewood, NY  11385 |
| Hien Cong Nguyen<br>8881 SW 152 Street<br>Miami, FL  33157-2033 | HSBC Bank USA NA TRS<br>JP Morgan Alternative Loan TR<br>3815 South West Temple<br>Salt Lake City, UT  84115 |

Hugo Pedriel & Caroline Hogner
6060 Indian Creek Drive
Unit 1206
Miami Beach, FL  33140

Importadora Interwheels S A
Calle Fresia 9321 C
Quilicura Santiago, Chile

International Consulting Corp
9341 Collins Avenue
1201
Surfside, FL  33154

Ivan Mahana
485 Brickell Avenue
#3103
Miami, FL  33131

Jason Katz
3325 S University Drive
Suite 210
Fort Lauderdale, FL  33328

Jean Francois Filion
3021 Ch Ste Therese
Carignan Quebec, J3L 2B4  Canada

JGK LLC
12555 Orange Drive
#239
Davie, FL  33330

Jorge Correa & Rosa J
7912 NW 164 Terr
Hialeah, FL  33016-3461

Jose Luis Varela & Elyam Munoz
7777 NW 169 Terrace
Miami Lakes, FL  33016-8424

Komal Bhojwani, Esq.
2231 Gloaming Way
Beverly Hills, CA  90210

Laurent Vaissie & Pauline Hurez
14411 Glorietta Drive
Sherman Oaks, CA  91423

Law Offices of Gregory R. Elder, LLC
108 SE 8 Avenue
Suite 114
Fort Lauderdale, FL  33301

Law Offices of Gregory R. Elder, LLC
Gregory R. Elder, Registered Agent
901 SW 9th Terrace
Fort Lauderdale, FL  33315

LC Geraci LLC
1110 Brickell Avenue
Suite 600
Miami, FL  33131

Leonardo Da Cunha Antunes
6060 Indian Creek Drive
#1507
Miami Beach, FL  33140

Loremar Corp
11960 NE 19 Drive
#19
North Miami, Fl  33181

Luis Armando Lancheros & Roselie De Las M. Velasquez
Calle 498 #6877 Sector Estadio
Medellin,   Colombia

Lydia Apodaca
80 Park Avenue
#7L
New York, NY  10016

Mansfield Bronstein PA
Gary Mansfield, Esq.,  Registered Agent
3440 Hollywood Boulevard
Suite 450
Hollywood, FL  33021

Mansfield Bronstein PA
Attn:  Ronnie Bronstein
3440 Hollywood Boulevard
Suite 450
Hollywood, FL  33021

| | |
|---|---|
| Maria N. Schoentag<br>19501 W Country Club Drive<br>#2501<br>Miami, FL  33180 | Maria R. Giraldo de Velez<br>17301 Biscayne Boulevard<br>Suite 2209<br>Miami, FL  33160 |
| Maria T. Velez<br>3131 NE 188 Street<br>#2-1103<br>Aventura, FL  33180 | Martin Lange<br>Forststrasse 40C<br>Wiesbaden, 65193  German |
| MGC Systems Corp.<br>NRAI Services, Inc., Registered Agent<br>1200 South Pine Island Road<br>Plantation, FL  33324 | Mialio LLC<br>c/o Jade Associates Miami Inc<br>100 N Biscayne Boulevard<br>#500<br>Miami, FL  33132 |
| Miami-Dade County Tax Assessor<br>200 NW 2 Avenue<br>Miami, FL  33128 | Miami-Dade County Tax Collector<br>200 NW 2 Avenue<br>Miami, FL  33128 |
| Miguel A. Fava Le & Zulema Beatriz<br>Puchetta D. Fava Le & Jessica Juliana Fava<br>Jimena Laura Fava<br>6060 Indian Creek Drive, #507<br>Miami, FL  33140 | Mircom<br>MGC Systems Corp.<br>3801 N 29 Avenue<br>Hollywood, FL  33020 |
| Mohini P. Hotchandani & Sunjay Hotchandani<br>1655 Washington Avenue<br>Miami Beach, FL  33139 | Navan & Glac LLC<br>1200 Brickell Avenue<br>Suite 1800<br>Miami, FL  33131 |
| Numero 991 LLC<br>6770 Indian Creek, #T-F<br>Miami Beach, FL  33141 | Office of the US Trustee*<br>51 SW 1st Avenue<br>Suite 1204<br>Miami, FL  33130-1614 |
| Outside Solution, Corp.<br>Sergio Cardenas, Jr., Registered Agent<br>7841 SW 197 Terrace<br>Miami, FL  33189 | Pariano LLC<br>3340 NE 190 Street<br>Apartment 1104<br>Miami, FL  33180-2669 |
| Penthouse 68 LLC<br>c/o Rothman & Tobin PA<br>11900 Biscayne Boulevard<br>Suite 740<br>Miami, FL  33181 | R. J. Miranda Consultants, Inc.<br>Attn:  Reymundo J. Miranda, Registered Agent<br>8211 SW 111 Terrace<br>Miami, FL  33156 |
| Ralf Bauchrowitz & Frank  Jordan<br>100 North Biscayne Bouleard<br>#2100<br>Miami, FL  33132 | Richard Monsees & Alisa<br>1605 Scarborough Drive<br>Brewster, NY  10509 |

| | |
|---|---|
| Richard Vasquez<br>20 Island Avenue<br>#1518<br>Miami Beach, FL  33139-1319 | Rino Internatiional Inc.<br>16500 Collins Avenue<br>#454<br>Sunny Isles Beach, FL  33160 |
| Roman Luis Malagon<br>9535 SW 187 Street<br>Miami, FL  33157 | RPM Recoveries Inc<br>PO Box 238<br>Syosset, NY  11791 |
| Ruben Lamothe<br>5104 NW 114 Place<br>Doral, FL  33178-3517 | Schecher Group Inc<br>120 Piper Boulevard<br>Port Orange, FL  32128 |
| Schecher Group Inc.<br>901 SW 9th Terrace<br>Fort Lauderdale, FL  33315 | Schecher Group Inc.<br>Gregory Elder, Registered Agent<br>901 SW 9th Terrace<br>Fort Lauderdale, FL  33315 |
| Setter LLC<br>8360 W Flagler Street<br>#203<br>Miami, FL  33144 | Sharma & Associates, Inc.<br>Vishnu P. Sharma, Registered Agent<br>4901 NW 17 Way<br>Suite 305<br>Fort Lauderdale, FL  33309 |
| Silver Paint & Hardware Supply, LLC<br>1138 Normandy Drive<br>Miami Beach, FL  33141 | Silver Paint & Hardware Supply, LLC<br>Jose Baloyra, Registered Agent<br>2950 SW 27 Avenue<br>Suite 300<br>Miami, FL  33133 |
| Sixty Sixty 706 & 906 LLC<br>12741 SW 187 Terrace<br>Miami, FL  33177-3031 | Sixty Sixty Condo Assn Inc<br>v/o Veschio Law Group LLC<br>7870 Woodland Center Boulevard<br>Tampa, FL  33614 |
| Sixty Sixty Codominium Assoc<br>1000 Fifth Street<br>Miami  Beach, FL  33139-6508 | Sixty Sixty Condominium Association, Inc.<br>1489 W. Palmetto Park Rd<br>Suite 505<br>Boca Raton, FL  33486-3325 |
| State of Florida, Department of Revenue<br>Out of State Collections Unit<br>1415 W US Highway 90<br>Suite 110<br>Lake City, FL  32055-6123 | TAW Power Systems, Inc.<br>PO Box 3381<br>Tampa, FL  33601 |
| TAW Power Systems, Inc.<br>James A. Turner, III, Registered Agent<br>6312 78 Street<br>Riverview, FL  33578 | Teran San Miguel Inc<br>1695 NE 123 Street<br>North Miami, FL  33181 |

| | |
|---|---|
| Thyssenkrupp Elevator<br>7481 NW 66 Street<br>Miami, FL  33166 | Thyssenkrupp Elevator Corporation<br>Corporation Service Company, Registered Agent<br>1201 Hays Street<br>Tallahassee, FL  32301-2525 |
| US Bank Trust NA TRS, c/o Caliber Home Loans Inc, LSF9<br>Master Participation Tr<br>715 Metropolitan Avenue<br>PO Box 24610<br>Oklahoma City, OK  73108 | Valentin Investments LLC<br>2370 NE 184 Terrace<br>North Miami Beach, FL  33160 |
| Villita LLC<br>2100 Sans Souci  Boulevard<br>#A209<br>North Miami, FL  33181 | Vintage Classics LLC<br>5306 White Oak Lane<br>Tamarac, FL  33319 |
| Waste Management Inc. of FL<br>PO Box 42930<br>Phoenix, AZ  85080 | Waste Management Inc. of Florida<br>c/o CT Corporation System, Registered Agent<br>1200 South Pine Island Road<br>Fort Lauderdale, FL  33324 |
| Waterstone Investments LLC<br>c/o Richard Waserstein PA<br>1124 Kane Concourse<br>Bay Harbor Islands, FL  33154 | Wells Fargo Bank NA TRS<br>c/o Nationstar Mortgage Alternative Loan Trust 2006 7<br>2617 College Park Drive<br>Scottsbluff, NE  69361 |
| Wells Fargo Bank NA TRS<br>Banc of America Alt Loan Trust<br>8950 Cypress Waters  Boulevard<br>Coppell, TX  75019 | Wells Fargo Bank NA TRS<br>c/o McCalla Raymer LLC, Banc of America Alternative Loan Trust 2006 8<br>225 E Robinson Street, #155<br>Orlando, FL  32801 |
| Wells Fargo Bank NA TRS<br>Holder of the Banc of America Alt Loan Trust<br>8950 Cypress Waters  Boulevard<br>Coppell, TX  75019 | William C. Rutledge & Sheri K<br>4811 Smithson Road<br>College Grove, TN  37046 |
| Windstream<br>PO Box 9001908<br>Louisville, KY  40290 | Windstream Communications, LLC<br>CT Corporation System, Registered Agent<br>306 W Main Street<br>Suite 512<br>Frankfort, KY  40601 |
| Yalexis L. Lorenzo<br>6538 Collins Avenue<br>#269<br>Miami Beach, FL  33141-4694 | Zakhia  Oueis<br>6060 Indian Creek Drive<br>#703<br>Miami Beach, FL  33140 |