```
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
```

In re:

SIXTY SIXTY CONDOMINIUM            CASE NUMBER 16-26187-RAM
ASSOCIATION, INC.
                                           Chapter 1
_____Debtor_____/

## NOTICE OF APPEARANCE

Magda Abdo-Gomez, being duly admitted to practice before the United States Bankruptcy Court for the Southern District of Florida, hereby files this Notice of Appearance on behalf of Florida Building & Supply, Inc. in the above-entitled case.

The clerk of the court is requested to enter this notice of record. Copies of all future court papers should be mailed to the undersigned attorney at the address listed below.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was sent by electronic transmission to Brett D. Lieberman, Esq., attorney for debtor, at blieberman@messana-law.com and Thomas M. Messana, Esq., attorney for debtor, at tmessana@messana-law.com.

*Magda Abdo-Gomez*
Magda Abdo-Gomez, Esq.
Attorney for Florida Building
& Supply, Inc.
Florida Bar Number 352810
Mabdoatty82@bellsouth.net
P.O. Box 65-4112
Miami, Florida  33265-4112
Tel. No. (305)559-7478