**Fill in this information to identify the case:**

Debtor name **Sixty Sixty Condominium Association, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) 16-26187-RAM

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Centerstate Bank of Florida, NA** | **Checking Account** | 6534 | **$4,440.69** |
| 3.2. | **Centerstate Bank of Florida, NA** | **Checking Account** | 4115 | **$61.42** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$4,502.11**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor   **Sixty Sixty Condominium Association, Inc.**                          Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | **33,460.00** | - | **0.00** | = .... | **$33,460.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollect ble accounts | | |

| 11b. Over 90 days old: | **289,774.00** | - | **0.00** | =.... | **$289,774.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollect ble accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$323,234.00** |
|---|

**Part 4:   Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor __Sixty Sixty Condominium Association, Inc.__        Case number *(if known)* _____
     Name

| acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Residential Unit 505 in Condominium 6060 Indian Creek Dr. Unit 505 Miami Beach, FL 33140 Folio: 02-3211-087-0390** | Fee simple | Unknown | N/A | Unknown |
| 55.2. **Commercial Restaurant Unit CU-1 6060 Indian Creek Dr. Unit CU-1 Miami Beach, Fl 33140** | fee simple | Unknown | Property Tax Records | $261,210.00 |
| 55.3. **Commercial Terrace Unit CU-2 6060 Indian Creek Dr. Unit CU-2 Miami Beach, FL 33140** | | Unknown | N/A | Unknown |
| 55.4. **Commercial Terrace Unit CU-3 6060 Indian Creek Dr. Unit CU-3 Miami Beach, FL 33140** | fee simple | Unknown | N/A | Unknown |
| 55.5. **Commercial Terrace Unit CU-4 6060 Indian Creek Dr. Unit CU-4 Miami Beach, FL 33140** | fee simple | Unknown | N/A | Unknown |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                                                    $261,210.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Sixty Sixty Condominium Association, Inc.**
Name

Case number *(if known)* _____

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against Schecher Group, Inc. potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** _____
**Nature of claim**
**Amount requested**                    **not fully analyzed**

**unknown**

**Claims against Richard Schecher potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** _____
**Nature of claim**
**Amount requested**                    **not fully analyzed**

**unknown**

**Claims against Annet Rojas potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** _____
**Nature of claim**
**Amount requested**                    **not fully analyzed**

**unknown**

**Claims against Mirco Morales potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** _____
**Nature of claim**
**Amount requested**                    **not fully analyzed**

**unknown**

**Claims against Gregory Elder potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** _____
**Nature of claim**
**Amount requested**                    **not fully analyzed**

**unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Sixty Sixty Condominium Association, Inc.**                    Case number *(if known)* _____
          Name

| | |
|---|---|
| **Claims against Condominum Hotel Managment Corporation, Inc. potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** | **unknown** |
| Nature of claim | |
| Amount requested                    **not fully analyzed** | |

| | |
|---|---|
| **Claims against Casablanca Rental Services potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** | **unknown** |
| Nature of claim | |
| Amount requested                    **not fully analyzed** | |

| | |
|---|---|
| **Claims against Sharma and Associates, Inc., potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** | **unknown** |
| Nature of claim | |
| Amount requested                    **not fully analyzed** | |

| | |
|---|---|
| **Claims against Vishnu Sharma, potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** | **unknown** |
| Nature of claim | |
| Amount requested                    **not fully analyzed** | |

| | |
|---|---|
| **Claims againstA1 Fire& Safety potentially sounding in contract, tort, statute and/or other basis. All rights are hereby reserved.** | **unknown** |
| Nature of claim | |
| Amount requested                    **not fully analyzed** | |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.                    | **unknown** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Sixty Sixty Condominium Association, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,502.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $323,234.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $261,210.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** Add lines 80 through 90 for each column | $327,736.11 | +91b. $261,210.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $588,946.11 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Sixty Sixty Condominium Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Albert Acuna** | |
|---|---|---|

Creditor's Name

**782 NW 42nd Ave**
**Suite 343**
**Miami, FL 33126**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bank of America**
**2. Albert Acuna**
**3. Schecher Group Inc.**

Describe debtor's property that is subject to a lien
**Residential Unit 505 in Condominium**
**6060 Indian Creek Dr. Unit 505**
**Miami Beach, FL 33140**
**Folio: 02-3211-087-0390**

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**
Column B: **Unknown**

---

| 2.2 | **APO Annuity Manager, LLC** | $747,500.00 | $0.00 |
|---|---|---|---|

Creditor's Name

**Richard J. Schecher, Sr.**
**Registered Agent**
**120 Piper Boulevard**
**Port Orange, FL 32128**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
    For Notice Purposes only.
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Sixty Sixty Condominium Association, Inc.**
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed |

---

| 2.3 | **Bank of America** <br> Creditor's Name <br><br> **POB 17054** <br> **Wilmington, DE 19884** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | Describe debtor's property that is subject to a lien <br> **Residential Unit 505 in Condominium** <br> **6060 Indian Creek Dr. Unit 505** <br> **Miami Beach, FL 33140** <br> **Folio: 02-3211-087-0390** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.4 | **Bridgeport Capital Funding, LLC** <br> Creditor's Name <br><br> **120 Piper Boulevard** <br> **Port Orange, FL 32128** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | Describe debtor's property that is subject to a lien <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$0.00** | **Unknown** |
|---|---|---|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

---

| 2.5 | **Christopher Trapani, PA** <br> Creditor's Name <br><br> **10640 Griffin Road, Suite 106C** <br> **Cooper City, FL 33328** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br><br> **Describe the lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Debtor    **Sixty Sixty Condominium Association, Inc.**                    Case number (if know) _____
_____
Name

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 | **Florida Building & Supply, Inc.** | Describe debtor's property that is subject to a lien | $1,047,133.00 | Unknown |
| | Creditor's Name | **Purports to lien all debtor and non-debtor Condominium Property** | | |
| | **Attn:  Errol Portuondo** | | | |
| | **13530 NW 107 Avenue** | | | |
| | **Unit C-4** | | | |
| | **Hialeah Gardens, FL 33018** | | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Statutory Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | | ■ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.7 | **Schecher Group Inc.** | Describe debtor's property that is subject to a lien | $163,494.99 | $261,210.00 |
| | Creditor's Name | **Commercial Restaurant Unit CU-1** | | |
| | **901 SW 9th Terrace** | **6060 Indian Creek Dr. Unit CU-1** | | |
| | **Fort Lauderdale, FL 33315** | **Miami Beach, Fl 33140** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

---

Debtor    **Sixty Sixty Condominium Association, Inc.**                    Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Schecher Group Inc.** | **Describe debtor's property that is subject to a lien** | $143,945.56 | Unknown |
|---|---|---|---|---|

Creditor's Name

**901 SW 9th Terrace**
**Fort Lauderdale, FL 33315**

Creditor's mailing address

**Commercial Terrace Unit CU-2**
**6060 Indian Creek Dr. Unit CU-2**
**Miami Beach, FL 33140**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Schecher Group Inc.** | **Describe debtor's property that is subject to a lien** | $66,318.75 | Unknown |
|---|---|---|---|---|

Creditor's Name

**901 SW 9th Terrace**
**Fort Lauderdale, FL 33315**

Creditor's mailing address

**Commercial Terrace Unit CU-3**
**6060 Indian Creek Dr. Unit CU-3**
**Miami Beach, FL 33140**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Schecher Group Inc.** | **Describe debtor's property that is subject to a lien** | $57,853.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**901 SW 9th Terrace**
**Fort Lauderdale, FL 33315**

Creditor's mailing address

**Commercial Terrace Unit CU-4**
**6060 Indian Creek Dr. Unit CU-4**
**Miami Beach, FL 33140**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No

---

Debtor    **Sixty Sixty Condominium Association, Inc.**
_____
Name

Case number (if know)    _____

---

Creditor's email address, if known
_____

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| 2.1 1 | | | | |
|---|---|---|---|---|

**Schecher Group Inc.**

Creditor's Name

**901 SW 9th Terrace
Fort Lauderdale, FL 33315**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Residential Unit 505 in Condominium
6060 Indian Creek Dr. Unit 505
Miami Beach, FL 33140
Folio: 02-3211-087-0390**

$66,205.00    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

□ No

■ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

□ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| 2.1 2 | | | | |
|---|---|---|---|---|

**State of Florida, Department of Revenue**

Creditor's Name

**Out of State Collections Unit
1401 W US Highway 90, Suite 100
Lake City, FL 32055-6123**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$300.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Sixty Sixty Condominium Association, Inc.**                Case number (if know) _____
          _____
          Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,292,750.3 0 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Schecher Group**<br>**c/o Law Office of Gregory Elder**<br>**108 SE 8th Avenue, Suite 114**<br>**Fort Lauderdale, FL 33301** | Line __2.10__ | |
| **Schecher Group Inc.**<br>**c/o Law Offices of Gregory Elder**<br>**108 SE 8th Avenue, Suite 114**<br>**Fort Lauderdale, FL 33301** | Line __2.8__ | |
| **Schecher Group Inc.**<br>**co/ Law Office of Gregory Elder**<br>**108 SE 8th Avenue, Suite 114**<br>**Fort Lauderdale, FL 33301** | Line __2.9__ | |
| **Schecher Group, Inc.**<br>**c/o Law Offices of Gregory Elder**<br>**108 SE 8th Ave, Suite 114**<br>**Fort Lauderdale, FL 33301** | Line __2.7__ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 6

**Fill in this information to identify the case:**

Debtor name  **Sixty Sixty Condominium Association, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach he Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Miami-Dade County Tax Assessor**<br>**200 NW 2 Avenue**<br>**Miami, FL 33128** | $62.92 | $62.92 |

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0850**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| **2.2** | Priority creditor's name and mailing address<br>**Miami-Dade County Tax Assessor**<br>**200 NW 2 Avenue**<br>**Miami, FL 33128** | $66.28 | $66.28 |
|---|---|---|---|

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0860**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | |
|---|---|
| Debtor **Sixty Sixty Condominium Association, Inc.** | Case number (if known) _____ |
| Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $18,212.73 | $18,212.73 |
|---|---|---|---|---|

**Miami-Dade County Tax Assessor**
**200 NW 2 Avenue**
**Miami, FL 33128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number **0830**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,837.47 |
|---|---|---|---|

**Atlantic Broadband**
**1681 Kennedy Causeway**
**North Bay Village, FL 33141**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 |
|---|---|---|---|

**Brian S. Goldwyn, Esq.**
**Stevens & Goldwyn PA**
**2 S University Drive**
**Suite 329**
**Plantation, FL 33324-3339**

Date(s) debt was incurred **Notice Purposes**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,154.49 |
|---|---|---|---|

**Casablanca Rental Services, Inc.**
**6345 Collins Avenue**
**Miami, FL 33126**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Certain Unit Owners**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Certain Unit Owners may have claims against the Debtor. Unit Owners are identified in the List of Equity Security Holders (notwithstanding that the Debtor does not have equity security holders in a traditional sense).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sixty Sixty Condominium Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,304.83** |
|---|---|---|---|

**City of Miami Beach**
**1700 Convention Center Drive**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,682.87** |
|---|---|---|---|

**Condominium Hotel Management**
**Corporation**
**Inc.**
**101 N. Ocean Drive, Suite 202**
**Hollywood, FL 33019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,581.05** |
|---|---|---|---|

**Doral Security Patrol dba Blue Knights**
**dba Blue Knights**
**Roland Fongon, Registered Agent**
**8000 NW 31 Street, Suite 19**
**Miami, FL 33122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Florida Building & Supply, Inc.**
**Errol J. Portuondo, Registered Agent**
**13530 NW 107 Avenue, Unit C-4**
**Hialeah Gardens, FL 33018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gavin T. Elliot, Esq.**
**The Elliot Legal Group, P.A.**
**1177 Kane Concourse**
**Suite 201**
**Bay Harbor Islands, FL 33154-2027**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Notice Purposes**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,511.61** |
|---|---|---|---|

**Haber Slade, P.A.**
**David B. Haber, Registered Agent**
**201 S. Biscayne Boulevard**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sixty Sixty Condominium Association, Inc.**      Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Komal Bhojwani, Esq.**<br>**2231 Gloaming Way**<br>**Beverly Hills, CA 90210** | $39,310.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Law Offices of Gregory R. Elder, LLC**<br>**108 SE 8 Avenue, Suite 114**<br>**Fort Lauderdale, FL 33301** | $41,703.02 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Mansfield Bronstein, PA**<br>**Attn:  Ronnie Bronstein**<br>**3440 Hollywood Boulevard, Suite 450**<br>**Hollywood, FL 33021** | $26,220.18 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Miami-Dade County Tax Collector**<br>**200 NW 2 Avenue**<br>**Miami, FL 33128** | $15,368.00 |

Date(s) debt was incurred _

Last 4 digits of account number  **0870**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Mircom**<br>**MGC Systems Corp.**<br>**3801 N 29 Avenue**<br>**Hollywood, FL 33020** | $68,996.22 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Outside Solution, Corp.**<br>**Sergio Cardenas, Jr., Registered Agent**<br>**7841 SW 197 Terrace**<br>**Miami, FL 33189** | $4,498.50 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sixty Sixty Condominium Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00**

**R. J. Miranda Consultants, Inc.**
**Attn:  Reymundo J. Miranda**
**Registered Agent**
**8211 SW 111 Terrace**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$662,386.22**

**Schecher Group Inc.**
**901 SW 9th Terrace**
**Fort Lauderdale, FL 33315**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **See also Schedule D.**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,000.00**

**Sharma & Associates, Inc.**
**Vishnu P. Sharma, Registered Agent**
**4901 NW 17 Way, Suite 305**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,030.65**

**Silver Paint & Hardware Supply, LLC**
**1138 Normandy Drive**
**Miami Beach, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,821.37**

**Taw Power Systems, Inc.**
**P.O. Box 3381**
**Tampa, FL 33601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,815.02**

**Thyssenkrupp Elevator**
**7481 NW 66 Street**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Sixty Sixty Condominium Association, Inc.**                          Case number (if known) _____
_____
Name

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,412.92 |
|---|---|---|---|

**Waste Management Inc. of FL**
PO Box 42930
Phoenix, AZ 85080

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,250.32 |
|---|---|---|---|

**Windstream**
P.O. Box 9001908
Louisville, KY 40290

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For Notice Purpose Only.**
**It is believed that claim is against Schecher Group, Inc. not the**
**Debtor. Accordingly, it is disputed as to the Debtor.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atlantic Broadband Finance, L.L.C.**<br>**Attn: Bartlett Leber**<br>**Senior Vice President, General Counsel**<br>**1 Batterymarch Park #405**<br>**Quincy, MA 02169** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Casablanca Rental Services, Inc.**<br>**Gregory Elder, Registered Agent**<br>**901 SW 9 Terrace**<br>**Fort Lauderdale, FL 33315** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **City of Miami Beach**<br>**Office of the City Attorney**<br>**Raul J. Aguila, City Attorney**<br>**1700 Convention Center Drive, 4th Floor**<br>**Miami Beach, FL 33139** | Line **3.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Condominium Hotel Management Corporation**<br>**Inc.**<br>**Gregory R. Elder, Registered Agent**<br>**901 SW 9 Terrace**<br>**Fort Lauderdale, FL 33315** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Condominium Hotel Management Corporation**<br>**c/o Steven M. Davis, Esq.**<br>**Becker & Poliakoff, Alhambra Towers**<br>**121 Alhambra Plaza, 10th Floor**<br>**Miami, FL 33134** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Jason Katz**<br>**3325 S University Drive, Suite 210**<br>**Fort Lauderdale, FL 33328** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Sixty Sixty Condominium Association, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Komal Bhojwani**<br>**1655 Washington Avenue**<br>**Miami Beach, FL 33139** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Law Offices of Gregory R. Elder, LLC**<br>**Gregory R. Elder, Registered Agent**<br>**901 SW 9th Terrace**<br>**Fort Lauderdale, FL 33315** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Mansfield Bronstein PA**<br>**Gary Mansfield, Esq., Registered Agent**<br>**3440 Hollywood Boulevard, Suite 450**<br>**Hollywood, FL 33021** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **MGC Systems Corp.**<br>**NRAI Services, Inc., Registered Agent**<br>**1200 South Pine Island Road**<br>**Plantation, FL 33324** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Silver Paint & Hardware Supply, LLC**<br>**Jose Baloyra, Registered Agent**<br>**2950 SW 27 Avenue, Suite 300**<br>**Miami, FL 33133** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Taw Power Systems, Inc.**<br>**James A. Turner, III, Registered Agent**<br>**6312 78 Street**<br>**Riverview, FL 33578** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Thyssenkrupp Elevator Corporation**<br>**Corporation Service Company**<br>**Registered Agent**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301-2525** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Waste Management Inc. of Florida**<br>**c/o CT Corporation System**<br>**Registered Agent**<br>**1200 South Pine Island Road**<br>**Fort Lauderdale, FL 33324** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Windstream Communications, LLC**<br>**CT Corporation System, Registered Agent**<br>**306 W Main Street**<br>**Suite 512**<br>**Frankfort, KY 40601** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 18,341.93 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,355,164.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,373,506.67 |

**Fill in this information to identify the case:**

Debtor name   **Sixty Sixty Condominium Association, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Sixty Sixty Condominium Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Debtor is a Condominium Association** | **Accordingly, many of the Debtor's creditors claim they have direct and indirect claims against the units and/or owners of units within the Condominum. A list of such owners is contained in the List of Equity Security holders (albeit, in that the Debtor is a not-for-profit corporation, it does not have equity security holders in the traditional sense).** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Schecher Group, Inc.** | **Gregory R. Elder, Registered Agent 901 SW 9 Terrace Fort Lauderdale, FL 33315** | **Bridgeport Capital Funding, LLC** | ■ D   2.4 <br> ☐ E/F _____ <br> ☐ G _____ |

Fill in this information to identify the case and this filing:

Debtor Name  Sixty Sixty Condominum Association, Inc.

United States Bankruptcy Court for the:  Southern _____ District of  FL _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number (*If known*):  16-26187-RAM _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☑ Other document that requires a declaration  List of equity security holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2016 　　　　　✗ _____
　　　　　　　　MM / DD / YYYY 　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　Maria Velez solely as President
　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　President of Board of Directors
　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name     **Sixty Sixty Condominium Association, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)    _____ |

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other **dues and assessments** | **$50,866.00** |
| **For prior year:** From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other **dues and assessments** | **$45,331.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- |
|  |  |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |
| 3.1.   **Messana, PA**<br>   **401 E Las Olas Blvd, Ste 1400**<br>   **Fort Lauderdale, FL 33301** |  | **$64,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Sixty Sixty Condominium Association, Inc.**        Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/1/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Schecher Group, Inc.<br>901 SW 9 Terrace<br>Fort Lauderdale, FL 33315 | Upon information and belief, creditor has applied monies intended for Association and applied it to purported debts.<br>Last 4 digits of account number: _____ | Unknown | Unknown |

---

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Florida Building & Supply, Inc. v Sixty Sixty Condominum**<br>**2016-15645-CA-01** | **Breach of contract, foreclosure** | **11th Judicial Circuit**<br>**Miami-Dade**<br>**73 West Flagler Street, Room 1307**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Florida Building & Supply, Inc. v Sixty Sixty Condominium Association Inc.**<br>**2016-15653-CA-01** | **breach of contract, foreclosure** | **11th Judical Circuit,**<br>**Miami-Dade**<br>**73 West Flagler Street, Room 1307**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Sixty Sixty Condominium Association, Inc.**                                    Case number *(if known)*

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Sixty Sixty Condominum Association, Inc. v. Condominum Hotel Managment Corporation, Inc, Schecher Group, Inc., A1 Fire & Security, LLC. 2015-019981-CA-01** | **breach of contract, breach of fiduciary duties, fraud, negligence** | **11th Judicial Circuit, Miami-Dade 73 West Flagler Street, Room 1307 Miami, FL 33130** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | **Southeastern Investment Group v. Euroamerica Development Investment, et al 12-40334CA15** | **foreclosure** | **11th Judicial Circuit, Miami-Dade 73 West Flagler Street, Room 1307 Miami, FL 33130** | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Sixty Sixty Condominium Association, Inc.**                     Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Messana, PA**<br>**401 E Las Olas Blvd, Ste 1400**<br>**Fort Lauderdale, FL 33301** | | | **$50,000.00** |
| | Email or website address<br>**messana-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    __Sixty Sixty Condominium Association, Inc.__                                    Case number *(if known)* _____

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ Being Investigated, See ECF ## 11 & 23

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or descrbes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Sixty Sixty Condominium Association, Inc.**                              Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Condominium Hotel Management Corporation Inc.**<br>**101 N. Ocean Drive, Suite 202**<br>**Hollywood, FL 33019** | **March 2013 - February 2016** |
| 26a.2. | **Oxygen Association Financial Services LL**<br>**1489 W. PALMETTO PARK RD. #505**<br>**Boca Raton, FL 33486** | **March 2016 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Sharma & Associates, Inc.**<br>**Vishnu P. Sharma, Registered Agent**<br>**4901 NW 17 Way, Suite 305**<br>**Fort Lauderdale, FL 33309** | **January 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Sixty Sixty Condominium Association, Inc.**                              Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Condominium Hotel Management Corporation Inc.** <br> **101 N. Ocean Drive, Suite 202** <br> **Hollywood, FL 33019** | **CHMC has failed to deliver all books and records owned by Debtor to the Debtor** |
| 26c.2.   **Oxygen Association Services, LLC** <br> **1489 W. Palmetto Park Rd. #505** <br> **Boca Raton, FL 33486** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Maria T. Velez | c/o 17301 Biscayne Blvd. Suite 2209 <br> NMB, FL 33160 | President, Board of Directors | |
| Henryk Kwiatkowski | 59-05 70 Avenue <br> Ridgewood, NY 11385 | Director, Board of Directors | |
| Lionel Gossa | Mialio LLC <br> c/o Lionel Gossa <br> 100 N. Biscayne Blvd. Suite 500 <br> Miami, FL 33132 | Director, Board of Directors | |
| SE Velez-Giraldo | Rodrigo & Maria Velez Family Trust <br> c/o SE Velez-Giraldo <br> PO Box 17776 <br> Jacksonville, FL 32245 | Secretary/Treasurer, Board of Directors | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Debtor    **Sixty Sixty Condominium Association, Inc.**                              Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Nora Diaz | c/o Vintage Classics LLC<br>5306 White Oak Lane<br>Tamarac, FL 33319 | President, RUO 1108 | Resigned April 6, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Pablo Carlos Mayaud-Maisonneuve | c/o Cecilia N. Zsilavi<br>6365 Collins Avenue, #1711<br>Miami Beach, FL 33141 | Director, RUO 807 | Resigned September 11, 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Elsa Bravo | Elista LLC c/o Marina Galla<br>5707 Melaleuca Drive<br>Tamarac, FL 33319 | Director, RUO 708 | Resigned March 18, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Annet Rojas | c/o Schecher Group<br>120 Pipe Boulevard<br>Port Orange, FL 32128 | Director, representative of HUO | Resigned October 11, 2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Laurent Vaissie | 14411 Glorietta Drive<br>Sherman Oaks, CA 91423 | Director, RUO 1406 | Resigned July 18, 2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ Subject to further investigation
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    **Sixty Sixty Condominium Association, Inc.** _____    Case number *(if known)* _____

---

**Part 14:**    **Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        *12 - 16 - 2016*

_____        **Maria Velez, solely as President**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President of the Board of Directors** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes