# United States Bankruptcy Court
## Southern District of Florida

In re: **Sixty Sixty Condominium Association, Inc.**
Debtor(s)

Case No. **16-26187-RAM**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS *

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **6060 Indian Creek Unit 905 LLC**<br>7950 NW 53 Street, Suite 118<br>Doral, FL 33166 | Voting | 1 | RUO 905 |
| **Adam Ilkovits**<br>See Strasse 83<br>Stockborn 8266<br>Switzerland | Voting | 1 | RUO 1506 |
| **Alexandre Lombardo**<br>32 Ru Thionville<br>Lille, 59000<br>France | Voting | 1 | RUO 1508 |
| **Alfer Investment Corp**<br>2699 Collins Avenue, #110<br>Miami Beach, FL 33140-4717 | Voting | 1 | RUO 1405 |
| **Alicia M. Ortega**<br>16441 NW 24 Street<br>Pembroke Pines, FL 33028 | Voting | 1 | RUO 1204 |
| **Ana Cristina Nordeste Braathen**<br>2889 McFarlane Road 1506<br>Miami, FL 33133 | Voting | 1 | RUO 805 |
| **Annette E. Prieto**<br>11995 SW 81 Lane<br>Miami, FL 33183-4870 | Voting | 1 | RUO 603 |
| **Aspire Higher LLC**<br>17021 North Bay Road, 826<br>Sunny Isles Beach, FL 33160 | Voting | 1 | RUO 1407 |
| **Bambamiami Inc.**<br>6060 Indian Creek Drive #1008<br>Miami Beach, FL 33140-2219 | Voting | 1 | RUO 1008 |
| **Bank of New York Mellon TR CO NA**<br>3815 SW Temple<br>Salt Lake City, UT 84115 | Voting | 1 | RUO 1205 |
| **Boston RV Corporation**<br>6060 Indian River Creek Drive, #1408<br>Miami Beach, FL 33140 | Voting | 1 | RUO 1408 |

* Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

In re: **Sixty Sixty Condominium Association, Inc.**　　　　　　　　　　Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cecilia N. Zsilavi**<br>6365 Collins Avenue, #1711<br>Miami Beach, FL 33141 | Voting | 1 | RUO 807 |
| **Ciaraso Corp**<br>PO Box 268597<br>Weston, FL 33326 | Voting | 1 | RUO 1505 |
| **David D. Georg & Deborah Lynn**<br>3821 Houcks Road<br>Monkton, MD 21111 | Voting | 1 | RUO 605 |
| **Deutsche Bank Trust Company**<br>c/o Ocwen Loan Servicing LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409 | Voting | 1 | RUO 1201 |
| **Dominique Sauvetre**<br>6060 Indian Creek Drive<br>Miami Beach, FL 33141 | Voting | 1 | RUO 1105 |
| **Eduvina Amador & Francisco &<br>Annette A. Diaz & H Alejandro**<br>13220 SW 12 Street<br>Miami, FL 33184-1902 | Voting | 1 | RUO 504 |
| **Elsa J. Depablos Bermudez**<br>6060 Indian Creek Drive, Unit 1104<br>Miami Beach, FL 33140 | Voting | 1 | RUO 1104 |
| **Elssita LLC**<br>c/o Marina Galla<br>5707 Melaleuca Drive<br>Tamarac, FL 33319 | Voting | 1 | RUO 708 |
| **Evelyn Abadin**<br>9755 SW 14 Street<br>Miami, FL 33174 | Voting | 1 | RUO 1501 |
| **Frank Jordan & Ralf Bauchrowitz**<br>100 N Biscayne Boulevard, Suite 2100<br>Miami, FL 33132 | Voting | 1 | RUO 1001 |
| **Gerard Mafale & Laura**<br>3237 Conowingo Road<br>Street, MD 21154 | Voting | 1 | RUO 801 |

\* Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

In re: **Sixty Sixty Condominium Association, Inc.**   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hansraj Bhojwani & Nandini**<br>**1655 Washington Ave**<br>**Miami Beach, FL 33139** | Voting | 1 | RUO 501 |
| **Hansraj Bhojwani & Nandini**<br>**1655 Washington Ave**<br>**Miami Beach, FL 33139** | Voting | 1 | RUO 502 |
| **Hansraj Bhojwani & Nandini**<br>**1655 Washington Avenue**<br>**Miami Beach, FL 33139** | Voting | 1 | RUO 604 |
| **Henryk Kwiatkowski**<br>**59-05 70 Avenue**<br>**Ridgewood, NY 11385** | Voting | 1 | RUO 1401 |
| **Hien Cong Nguyen**<br>**8881 SW 152 Street**<br>**Miami, FL 33157-2033** | Voting | 1 | RUO 907 |
| **HSBC Bank USA NA TRS**<br>**JP Morgan Alternative Loan TR**<br>**3815 South West Temple**<br>**Salt Lake City, UT 84115** | Voting | 1 | RUO 1605 |
| **Hugo Pedriel & Caroline Hogner**<br>**6060 Indian Creek Drive, Unit 1206**<br>**Miami Beach, FL 33140** | Voting | 1 | RUO 1206 |
| **Importadora Interwheels S A**<br>**Calle Fresia 9321 C**<br>**Quilicura Santiago**<br>**Chile** | Voting | 1 | RUO 606 |
| **International Consulting Corp**<br>**9341 Collins Avenue, #1201**<br>**Surfside, FL 33154** | Voting | 1 | RUO 908 |
| **Ivan Mahana**<br>**485 Brickell Avenue, #3103**<br>**Miami, FL 33131** | Voting | 1 | RUO 707 |
| **Jean Francois Filion**<br>**3021 Ch Ste Therese**<br>**Carignan Quebec J3L 2B4**<br>**Canada** | Voting | 1 | RUO 701 |

*Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

List of equity security holders consists of 9 total page(s)

In re: **Sixty Sixty Condominium Association, Inc.**      Case No. _____
                                                           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JGK LLC<br>12555 Orange Drive #239<br>Davie, FL 33330 | RUO | 1 | RUO 1606 |
| Jorge Correa & Rosa J<br>7912 NW 164 Terr<br>Hialeah, FL 33016-3461 | Voting | 1 | RUO 508 |
| Jose Luis Varela & Elyam Munoz<br>7777 NW 169 Terrace<br>Miami Lakes, FL 33016-8424 | Voting | 1 | RUO 1101 |
| Laurent Vaissie & Pauline Hurez<br>14411 Glorietta Drive<br>Sherman Oaks, CA 91423 | Voting | 1 | RUO 1406 |
| LC Geraci LLC<br>1110 Brickell Avenue, Suite 600<br>Miami, FL 33131 | Voting | 1 | RUO 1403 |
| Leonardo Da Cunha Antunes<br>6060 Indian Creek Drive, #1507<br>Miami Beach, FL 33140 | Voting | 1 | RUO 1507 |
| Loremar Corp<br>11960 NE 19 Drive, #19<br>North Miami, FL 33181 | Voting | 1 | RUO 602 |
| Luis Armando Lancheros &<br>Roselia De Las M. Velasquez<br>Calle 498 #6877 Sector Estadio<br>Medellin<br>Colombia | Voting | 1 | RUO 904 |
| Lydia Apodaca<br>80 Park Avenue #7L<br>New York, NY 10016 | Voting | 1 | RUO 1003 |
| Maria N. Schoentag<br>19501 W Country Club Drive, #2501<br>Miami, FL 33180 | Voting | 1 | RUO 1005 |
| Maria R. Giraldo de Velez<br>17301 Biscayne Boulevard, Suite 2209<br>Miami, FL 33160 | Voting | 1 | RUO 803 |

*Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

List of equity security holders consists of 9 total page(s)
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re: **Sixty Sixty Condominium Association, Inc.**   Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Maria T. Velez**<br>3131 NE 188 Street, #2-1103<br>Aventura, FL 33180 | Voting | 1 | RUO 903 |
| **Martin Lange**<br>Forststrasse 40C<br>Wiesbaden 65193<br>GERMANY | Voting | 1 | RUO 1102 |
| **Mialio LLC**<br>c/o Jade Associates Miami Inc<br>100 N Biscayne Boulevard, #500<br>Miami, FL 33132 | Voting | 1 | RUO 1006 |
| **Miguel A. Fava Le & Zulema Beatriz Puchetta D. Fava Le & Jessica Juliana Fava & Jimena Laura Fava**<br>6060 Indian Creek Drive, #507<br>Miami, FL 33140 | Voting | 1 | RUO 507 |
| **Mohini P. Hotchandani & Sunjay Hotchandani**<br>1655 Washington Avenue<br>Miami Beach, FL 33139 | Voting | 1 | RUO 704 |
| **Navan & Glac LLC**<br>1200 Brickell Avenue, Suite 1800<br>Miami, FL 33131 | Voting | 1 | RUO 901 |
| **Numero 991 LLC**<br>6770 Indian Creek, #T-F<br>Miami Beach, FL 33141 | Voting | 1 | RUO 802 |
| **Pariano LLC**<br>3340 NE 190 Street, Apartment 1104<br>Miami, FL 33180-2669 | Voting | 1 | RUO 1103 |
| **Penthouse 68 LLC**<br>c/o Rothman & Tobin PA<br>11900 Biscayne Boulevard, Suite 740<br>Miami, FL 33181 | Voting | 1 | RUO 1207 |
| **Ralf Bauchrowitz & Frank Jordan**<br>100 North Biscayne Boulevard, #2100<br>Miami, FL 33132 | Voting | 1 | RUO 1203 |
| **Ralf Bauchrowitz & Frank Jordan**<br>100 N Biscayne Boulevard, #2100<br>Miami, FL 33132 | Voting | 1 | RUO 902 |

*Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

In re: **Sixty Sixty Condominium Association, Inc.**   Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard Monsees & Alisa**<br>**1605 Scarborough Drive**<br>**Brewster, NY 10509** | Voting | 1 | **RUO 702** |
| **Richard Vasquez**<br>**20 Island Avenue, #1518**<br>**Miami Beach, FL 33139-1319** | Voting | 1 | **RUO 705** |
| **Richard Vasquez**<br>**20 Island Avenue, #1518**<br>**Miami Beach, FL 33139-1319** | Voting | 1 | **RUO 804** |
| **Rino International Inc.**<br>**16500 Collins Avenue, #454**<br>**Sunny Isles Beach, FL 33160** | Voting | 1 | **RUO 1502** |
| **Roman Luis Malagon**<br>**9535 SW 187 Street**<br>**Miami, FL 33157** | Voting | 1 | **RUO 1002** |
| **RPM Recoveries Inc**<br>**PO Box 238**<br>**Syosset, NY 11791** | Voting | 1 | **RUO 601** |
| **Ruben Lamothe**<br>**5104 NW 114 Place**<br>**Doral, FL 33178-3517** | Voting | 1 | **RUO 503** |
| **Schecher Group Inc**<br>**120 Pipe Boulevard**<br>**Port Orange, FL 32128** | Voting | 15 | **HUO HU** |
| **Schecher Group Inc.**<br>**c/o Gregory Elder**<br>**901 SW 9th Terrace**<br>**Fort Lauderdale, FL 33315** | **Additional Notice Only** | | |
| **Setter LLC**<br>**8360 W Flagler Street, #203**<br>**Miami, FL 33144** | Voting | 1 | **RUO 1208** |
| **Setter LLC**<br>**8360 W Flagler Street, #203**<br>**Miami, FL 33144** | Voting | 1 | **RUO 1607** |
| **Setter LLC**<br>**8360 W Flagler Street, #203**<br>**Miami, FL 33144** | Voting | 1 | **RUO 1503** |

*Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

In re: **Sixty Sixty Condominium Association, Inc.**                                                   Case No. _____
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sixty Sixty 706 & 906 LLC**<br>12741 SW 187 Terrace<br>Miami, FL 33177-3031 | Voting | 1 | RUO 706 |
| **Sixty Sixty 706 & 906 LLC**<br>12741 SW 187 Terrace<br>Miami, FL 33177-3031 | Voting | 1 | RUO 906 |
| **Sixty Sixty Condo Assn Inc**<br>c/o Veschio Law Group LLC<br>7870 Woodland Center Boulevard<br>Tampa, FL 33614 | Voting | 1 | RUO 505 |
| **Sixty Sixty Condominium Assoc**<br>1000 Fifth Street<br>Miami Beach, FL 33139-6508 | Voting | 1 | CUO CU-1 |
| **Sixty Sixty Condominium Assoc**<br>1000 Fifth Street<br>Miami Beach, FL 33139-6508 | Voting | 1 | CUO CU-2 |
| **Sixty Sixty Condominium Assoc**<br>1000 Fifth Street<br>Miami Beach, FL 33139-6508 | Voting | 1 | CUO CU-3 |
| **Sixty Sixty Condominium Assoc**<br>1000 Fifth Street<br>Miami Beach, FL 33139-0650 | Voting | 1 | CUO CU-4 |
| **Teran San Miguel Inc**<br>1695 NE 123 Street<br>North Miami, FL 33181 | Voting | 1 | RUO 608 |
| **US Bank Trust NA TRS, c/o Caliber Home Loans Inc, LSF9 Master Participation Tr**<br>715 Metropolitan Avenue<br>PO Box 24610<br>Oklahoma City, OK 73108 | Voting | 1 | RUO 808 |
| **Valentin Investments LLC**<br>2370 NE 184 Terrace<br>North Miami Beach, FL 33160 | Voting | 1 | RUO 1202 |
| **Villita LLC**<br>2100 Sans Souci Boulevard, #A209<br>North Miami, FL 33181 | Voting | 1 | RUO 1007 |

*Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

In re: **Sixty Sixty Condominium Association, Inc.**     Case No. _____
                                                                 Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS*
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vintage Classics LLC**<br>5306 White Oak Lane<br>Tamarac, FL 33319 | Voting | 1 | RUO 1108 |
| **Waterstone Investments LLC**<br>c/o Richard Waserstein PA<br>1124 Kane Concourse<br>Bay Harbor Islands, FL 33154 | Voting | 1 | RUO 607 |
| **Wells Fargo Bank NA TRS**<br>c/o Nationstar Mortgage<br>Alternative Loan Trust 2006 7<br>2617 College Park Drive<br>Scottsbluff, NE 69361 | Voting | 1 | RUO 1106 |
| **Wells Fargo Bank NA TRS**<br>Banc of America Alt Loan Trust<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019 | Voting | 1 | RUO 1107 |
| **Wells Fargo Bank NA TRS**<br>c/o McCalla Raymer LLC, Banc of America<br>Alternative Loan Trust 2006 8<br>225 E Robinson Street, 155<br>Orlando, FL 32801 | Voting | 1 | RUO 1402 |
| **Wells Fargo Bank NA TRS**<br>Holder of the Banc of<br>America Alt Loan Trust<br>8950 Cypress Water Boulevard<br>Coppell, TX 75019 | Voting | 1 | RUO 1608 |
| **William C. Rutledge & Sheri K**<br>4811 Smithson Road<br>College Grove, TN 37046 | Voting | 1 | RUO 1004 |
| **Yalexis L. Lorenzo**<br>6538 Collins Avenue, #269<br>Miami Beach, FL 33141-4694 | Voting | 1 | RUO 506 |
| **Zakhia Oueis**<br>6060 Indian Creek Drive, #703<br>Miami Beach, FL 33140 | Voting | 1 | RUO 703 |

*Debtor. Sixty Sixty Condominium Association, Inc., is a not-for-profit Florida Corporaiton. Accordingly, the voting members of the Debtor identified herein are not necessarily the kind of equity security holders as commonly understood. the "number of shares" ascribed herein refers only to the number of votes purportedly permitted by such unit owners according to the Debtor's Declaration in Section 5.2, but this is not an acknowledgement of the approriateness, reasonablness or enforceability of such voting scheme, and is not an acknowledgement of the authority of any particular member to vote. The Debtor reserves any and all rights to dispute voting scheme and anything related thereto.

List of equity security holders consists of 9 total page(s)

In re: **Sixty Sixty Condominium Association, Inc.**     Case No. _____
                                         Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President of the Board of Directors** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____  Signature _____
                                                        **Maria Velez, solely as President**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 9 total page(s).