**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Sixty Sixty Condominium Association, Inc.          Case No. 16-26187-RAM
                                                          Chapter 11

                         Debtor      /

## DEBTOR'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS

Sixty Sixty Condominium Association, Inc., Debtor-in-Possession, ("Debtor") pursuant to Local Rule 2081-1(A), having filed its Chapter 11 Petition on December 5, 2016, (the "Filing Date") files its Payroll and Sales Tax Reports as follows:

The Debtor has no employees and does not engage in sales for which sales tax would be payable. Accordingly, there are no payroll taxes due an owing for the six month period preceding the Filing Date or any period preceding the Filing Date. Likewise, there are no sales tax payables for the six month period preceding Filing Date any period preceding the Filing Date.

I, Maria Velez, president of the Debtor declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Date _December 19th/2016_ By _____
                            print name of individual signing
                            MARIA VELEZ

A certificate of service complying with Local Rules 2002-1(F) and 2081-1(A)(3) reflecting service on the U.S. Trustee, the Internal Revenue Service, the Florida Department of Revenue and any other taxing authority named in the report must accompany the filing of this document.

LF-78 (rev. 12/01/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Sixty Sixty Condominium Association, Inc.            Case No. 16-26187-RAM

    Debtor-in-Possession.            Chapter 11
_____/

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Filing Payroll and Sales Tax Reports* was served on December 19, 2016 by transmission of Notice of Electronic Filing generated by CM/ECF to the U.S. Trustee.

.Respectfully submitted this 19th day of December, 2016.

                        MESSANA, P.A.
                        *Putative Counsel for Debtor*
                        401 East Las Olas Boulevard, Suite 1400
                        Fort Lauderdale, Florida 33301
                        Telephone:  (954) 712-7400
                        Facsimile:  (954) 712-7401
                        Email:  tmessana@messana-law.com

                        /s/ Brett D. Lieberman
                        Thomas M. Messana
                        Florida Bar No. 991422
                        Brett D. Lieberman
                        Florida Bar No. 69583