# United States Bankruptcy Court
## Southern District of Florida

In re  **Sixty Sixty Condominium Association, Inc.**                                    Case No. **16-26187-RAM**
                        Debtor(s)                                                        Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................................. A reasonable fee and reimbursement of expenses as allowed by the United States Bankruptcy Court

   Prior to the filing of this statement I have received ................................ $50,000.00[1] (Retainer)

   Balance Due .......................................................................................... A reasonable fee and reimbursement of expenses as allowed by the United States Bankruptcy Court

2. $ __1,213.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor         ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor         ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in connection with its determining of whether (or not) to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and
   d. Representation for all matters arising under Chapter 11, Title 11 of the United States Code.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service: Not Applicable.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**December 19, 2016**                                          **/s/ Brett D. Lieberman**
Dated                                                          Attorney for Debtor(s):
                                                               **Brett D. Lieberman, 69583**
                                                               **Messana, P.A.**
                                                               **401 East Las Olas Blvd.**
                                                               **Suite 1400**
                                                               **Fort Lauderdale, FL 33301**
                                                               **954-712-7400  Fax: 954-712-7401**

---

[1] Immediately prior to the commencement of the bankruptcy case, Messana PA applied an amount equal to $4,587.60 of the Retainer for pre-petition fees and costs incurred by Messana, PA. in connection with the bankruptcy case. As a result, the balance of the Retainer will remain in Messana, P.A.'s attorney trust account and be applied to any fees, charges and disbursements incurred during the reorganization case, subject, of course, to application and approval by the Court.