UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                Case No. 16-26187-RAM

SIXTY SIXTY CONDOMINIUM                                Chapter 11
ASSOCIATION, INC.

      Debtor-In-Possession
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    The law firm of Becker & Poliakoff hereby files its notice of appearance as counsel for RICHARD J. SCHECHER, SR. and SCHECHER GROUP, INC. ("Hotel Owner"), and hereby requests that all pleadings, notices and other papers which must be noticed to creditors, any creditors' committee, and any other parties in interest, whether sent by the Court, the Debtor or any other party in the case, be sent to the undersigned and, pursuant to Rule 2002(g), the following be added to the Court's master mailing list:

RICHARD J. SCHECHER, SR.
SCHECHER GROUP, INC.
c/o Steven M. Davis, Esq.
Becker & Poliakoff
121 Alhambra Plaza, 10th Floor
Coral Gables, FL  33134

and

Lisa M. Castellano, Esq.
Becker & Poliakoff
1511 N. Westshore Boulevard, Suite 1000
Tampa, Florida 33607

Case No. 16-26187-RAM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF and that a true and correct copy has been served via the CM/ECF upon: **Thomas M. Messana and Brett D. Lieberman, Messana, P.A., Putative Counsel for Debtor** on this **20th day of December, 2016.**

<div style="margin-left: 3em;">

Respectfully submitted,

Becker & Poliakoff, P.A.
*Attorneys for Richard J. Schecher, Sr.,*
*and Schecher Group, Inc.*
121 Alhambra Plaza, 10th Floor
Coral Gables, FL  33134
(305) 262-4433 Telephone
E-mail: Sdavis@bplegal.com

By: /s/Steven M. Davis_____
      Steven M. Davis
      Florida Bar # 894249

Becker & Poliakoff, P.A.
1511 N. Westshore Bvld, #1000
Tampa, FL 33607
(813) 527-3900 Telephone
E-mail: lcastellano@bplegal.com

By: /s/ Lisa M. Castellano
      Lisa M. Castellano
      Florida Bar #748447

</div>

ACTIVE: 9240264_1