# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In Re:   Sixty Sixty Condominium Association, Inc.

*Debtor(s)*
_____/

Chapter 11
Case No. 16-26187-RAM

## MIAMI-DADE COUNTY TAX COLLECTOR'S NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

MARCUS SAIZ DE LA MORA, as Tax Collector of MIAMI-DADE COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the MIAMI-DADE COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

Date: 12/29/2016

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| CERTA GROUP CORP AND TOTAL BANK 2264 | ASSET BASED LENDING DEPT 2720 CORAL WAY, MIAMI, FL   33145 | 02-3211-087-0390 | 2013, 2014, 2015 | 161890 | $4,031.68 | 18% |
| GREEN TAX FUNDING 1, US BANK  GREEN TAX FUNDING 1 645114 | PO BOX 645040, CINCINNATI, OH 45264-5040 | 02-3211-087-0830 | 2014 | 7320 | $6,548.32 | 0.25% |
| CAZ CREEK FLORIDA II LLC, MTAG AS CUSTODIAN FOR CAZ CREEK FLORIDA II, LLC 711297 | PO BOX 54900, NEW ORLEANS, LA 70154 | 02-3211-087-0830 | 2015 | 6702 | $6,742.79 | 0.25% |
| JPL INVESTMENT CORP 44 | ATTN IVAN CASTANEDAOCEAN BANK 780 NW 42 AVE STE-411, MIAMI, FL   33126 | 02-3211-087-0840 | 2014 | 7321 | $29.84 | 0.25% |
| CERTIFICATES LIMITED CO 1426 | & OCEAN BANK ATTN SILVIO SANTANA 780 NW 42 AVE FL-3, MIAMI, FL   33126 | 02-3211-087-0850 | 2014 | 7322 | $29.84 | 0.25% |
| QUALITY HOLDINGS OF AMERICA INC 220 | PO BOX 161735, MIAMI, FL 331161735 | 02-3211-087-0850 | 2015 | 6704 | $31.00 | 18% |
| CERTIFICATES LIMITED CO 1426 | & OCEAN BANK ATTN SILVIO SANTANA 780 NW 42 AVE FL-3, MIAMI, FL   33126 | 02-3211-087-0860 | 2014 | 7323 | $29.84 | 0.25% |

The certificate amount reflects the certificate amount due as of the date on this form.  The claim of the MIAMI-DADE COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.  **The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The Tax Collector does not represent the

Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders. The addresses of the certificate holders are set forth in the Certificate of Service.

## ***CERTIFICATE OF SERVICE***

      I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:

The Certificate Holder(s) listed above
The United States Bankruptcy Court, Southern District of Florida, 301 N. Miami Avenue, Room 150, Miami, FL   33128
Attorney for the Debtor: Brett D Lieberman, blieberman@messana-law.com
Trustee: Office of the US Trustee - Miami, 51 S.W. 1st Avenue, Suite 1204, Miami, FL   33130,

                                            Marcus Saiz de la Mora, Tax Collector
                                            MIAMI-DADE COUNTY, FL

                                            By: _____/S/_____
                                            ALEXIS GONZALEZ
                                            Paralegal Collection Specialist
                                            Paralegal Unit
                                            200 NW 2nd Avenue
                                            Miami, FL 33128
                                            305-375-5707  Fax (305) 375-4601
                                            Email: alexisg@miamidade.gov
                                            Email: MDTCBKC@miamidade.gov