UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Sixty Sixty Condominium Association,
Inc.

                                                      CASE NO. 16-26187
                                                      CHAPTER 11

      Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN of the appearance of EXL LEGAL, PLLC, as counsel for WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2,, a creditor in the above-styled cause. Pursuant to Bankruptcy Rule 2002, Counsel requests copies of all pleadings and notices to creditors or other parties in interest be addressed to EXL LEGAL, PLLC, 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, and pursuant to Bankruptcy Rule 2002(g), requests Counsel's name and address be added to the Clerk's matrix list of creditors.

                                            eXL Legal, PLLC
                                            Email Address: bk@exllegal.com
                                            12425 28th Street North, Suite 200
                                            St. Petersburg, FL 33716
                                            Telephone No. (727) 536-4911
                                            Attorney for the Movant

                                            By: /s/ Steve D. Tran , Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2910(d) and (2).

I FURTHER CERTIFY that a true and correct copy of the Notice of Appearance and Request for Notice was served as follows:

The parties identified below were served by NEF on January 5, 2017..

BRETT D LIEBERMAN
401 E LAS OLAS BLVD # 1400
FT LAUDERDALE, FL 33301

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

The parties identified below were served by U.S. Mail on January 5, 2017.

SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC.
1489 W. PALMETTO PARK RD., SUITE 505
BOCA RATON, FL 33486

eXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By: /s/ Steve D. Tran , Esq.