UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
Sixty Sixty Condominium Association, Inc.  
    Debtor-In-Possession  
_____/

Case No. 16-26187-RAM  
Chapter 11

## SCHECHER GROUP INC.'S MOTION FOR EXTENSION OF TIME

Schecher Group, Inc. (SCHECHER), files this Motion for Extension of Time to respond to Subpoena [D.E. 22] and states as follows:

1. On December 21, 2016, SCHECHER was served with a subpoena for a lengthy list of documents, [D.E. 22] seeking a production date of January 5, 2017. Debtor provided a ten day extension of time to comply, which although was helpful, is insufficient.

2. SCHECHER is not a Defendant in any adversary proceeding related to this case, and is listed only as a creditor.

3. SCHECHER'S principal, Richard J. Schecher, has business interests outside of South Florida and frequently travels outside of the United States.

4. Given the amount of documents requested, and Mr. Schecher's travel schedule, SCHECHER is unable to comply by the deadline in the subpoena and requested an additional 45 days to comply.

5. Debtor is unwilling to provide the additional time to make the subject documents available for inspection and copying.

6. Significantly, the documents had already been reviewed by an auditor and SCHECHER'S records have in fact been audited. A copy of the audit had been provided to the

Debtor's counsel, which begs the question as to why the documents are being requested in the first place.

7. The document list includes overbroad categories of documents such as: "All documents in your possession related to the Debtor from January 2013 to the present date", and "All correspondence in your possession related to the Debtor from January 2013 to the present date". As SCHECHER is the owner of the hotel unit and handles reservations, maintenance, and the operation of the hotel at the Debtor condominium association, such requests conceivably seek each and every piece of paper and electronic record in SCHECHER'S possession.

8. Culling through boxes of documents is a time consuming process and requires time away from the business. Additional time is needed to avoid any impact on daily operations of the hotel. Negatively impacting the hotel operation would adversely affect the Debtor.

9. In good faith, because the Debtor apparently failed to renew liability insurance and upon information and belief has no liability insurance, SCHECHER offered to immediately make available for inspection, all documents involving insurance policies that SCHECHER has in effect as to the hotel unit.

10. The undersigned counsel hereby certifies that a good faith effort to resolve this Motion was made but Debtor has not agreed to the relief being sought.

WHEREFORE, SCHECHER GROUP, INC. respectfully requests that the Motion for Extension be granted and that SCHECHER GROUP, INC. be provided thorough February 20, 2017 to respond to the referenced subpoena.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF and that a true and correct copy has been served via the CM/ECF

*Case No. 16-26187-RAM*

upon: **Thomas M. Messana and Brett D. Lieberman, Messana, P.A., Counsel for Debtor** on this **6th day of January, 2017.**

                            Respectfully submitted,

                            Becker & Poliakoff, P.A.
                            *Attorneys for Condominium Hotel*
                            *Management Corporation*
                            121 Alhambra Plaza, 10th Floor
                            Coral Gables, FL  33134
                            (305) 262-4433 Telephone
                            E-mail: Sdavis@bplegal.com

                            By: /s/Steven M. Davis
                                  Steven M. Davis
                                  Florida Bar # 894249

                            Becker & Poliakoff, P.A.
                            1511 N. Westshore Blvd., Suite 1000
                            Tampa, FL  33607
                            Telephone:  (813) 527-3900
                            Facsimile:  (813) 286-7683
                            E-mail: lcastellano@bplegal.com

                            By:  */s/ Lisa M. Castellano*
                                Lisa M. Castellano
                                Florida Bar # 748447

ACTIVE: 9283803_1