UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Sixty Sixty Condominium Association, Inc.        Case No. 16-26187-ram
    Debtor-in-Possession.                         Chapter 11
_____/

## UNIT OWNERS' MOTION FOR SANCTIONS
## AGAINST SCHECHER GROUP, INC. AND RICHARD SCHECHER

COMES NOW MARIA SCHOENTAG ("Unit 1005"); and ELAINE ROBINSON ("Unit 1103") of the Sixty Sixty Condominium Association, Inc., the debtor and debtor-in-possession (the "Debtor"), MARIA SCHOENTAG ("Unit 1005"); and ELAINE ROBINSON ("Unit 1103") pursuant to 11 U.S.C. §§ 362(a) and 105(a), and Federal Rules of Bankruptcy Procedure 9020 and 9014, by and through undersigned counsel, moves for entry of an Order holding the Schecher Group, Inc. and Richard Shecher (collectively, the "Hotel Owner") in violation of the automatic stay for exercising control over estate property, sanctioning the Hotel Owner for such violations and to compel the Hotel Owner to provide unit owners, including the Debtor, access to their units (the "Motion"), and Order on Stay Violation Motion [DE 38] and in support thereof states as follows:

### Introduction

The Debtor previously filed a Motion for Sanctions against the Hotel Owner for the failure to allow access of Unit Owners to their owned Units. On or about December 26, 2016, this Court entered an Order [DE-38] granting the Debtor's Motion for Sanctions, and specifically order that the Hotel Owner (a) allow access to Unit Owners to their owned Units, and (b) allow the Unit Owners to utilize the parking pursuant to the Condo Documents, rather than require the Unit Owners to use valet parking.

Subsequent to the entry of the aforesaid order, the Unit 1005, and Unit 1103 were not permitted access to their owned Units by the Hotel Owner.

## Motion for Sanctions

1. On or about December 31, 2016 and January 7, 2017, Unit 1005 has been denied entrance twice under the pretext of "unit under maintenance."

2. On or about January 8, 2017, Unit 1005, when she was able to enter, discovered some of her furniture had been replaced, her art work removed, and the unit prepped for tourist arrival.

3. Unit 1005 cancelled her participation in the Hotel Rental program in 2014, and has subsequently rented out on her own.

4. Unit 1005 was only permitted access to her owned Unit when accompanied with an escort from the Hotel Owner, who wanted to remain inside the unit as well.

5. On or about January 7, 2017, Unit 1103 was only permitted access to her owned Unit when accompanied by an escort of the Hotel Owner.

6. As Unit 1103 was leaving the premises, she was directed to Hotel Owner's Office.

7. Unit 1103, went to visit for second visit on January 10, 2017, around 12, and in order to not be denied access a second time, the owner called Miami Beach Police Office and requested to be escorted to her unit with a police officer. The Unit owner explained the situation that occurred on Saturday. Officer Serrano and Officer Marcelin from the Miami Beach Police Department assisted. They were forced to wait in the lobby for Mrs. Milly Gomez, the building administrator, to come down to escort the Unit Owner and Unit Owner of 1005 to their respective units. Unit Owner of 1103 had before and after pictures taken. Based on her personal inspection of her unit, it is clear that some of the furniture pieces were removed or changed

without her authorization; to wit: a sofa bed was replaced, a dining set was replaced, the side table is missing, the tv console is missing, plates and glasses are missing from inside TV console, 2 sets of patio tables with 2 barstools are each missing from both balconies, the electric oven is missing, the toaster and extra set of pans are missing, the carpet cleaning machine is missing from closet, the AT&T Unit Mobile Hostspot for wifi is missing.

9. As to Unit 1103, the administrator denied knowing why everything was changed, and she also stated that it was probably a mistake how this Unit 1103 appeared in the system as under the hotel program. She verified that in front of the owner. This Unit Owner of 1103 has never executed any contract with hotel program.

10. Mr. Schecher also approached Unit 1103 owner at the office, offering an apology and asking for the pictures from the unit the way it looked before. He also told the Owner that her debt was around $60,000 and offered, that if the Owner sign the hotel program, her monthly dues will be taking care of. Mr. Schecher also offered a $10,000 deduction from the purported debt. He also mentioned that the electric and water for the Unit would be turned off soon. At the time of the inspection, the ac unit and water were on and working.

11. Further, the Unit Owner was not provided a permanent key. The Unit Owner was also told she was not allowed to bring any cleaning crew or person in to clean the unit, but that the Owner could clean it herself or use the hotel crew after making arrangements for paying this purported debt.

WHEREFORE, the Unit Owners respectfully requests that the court enter an order (1) finding the Hotel Unit in violation of the automatic stay; (2) awarding appropriate sanctions including: (A) non-monetary sanctions against the Hotel Owner in the form of compelling the

Hotel Owner to provide access to all unit owners access to their units, and (B) monetary sanctions against the Hotel Owner in the form of all damages suffered by the Hotel Unit's violations of the automatic stay, including for attorneys fees and costs; and (C) such other and further relief as the Court deems just and proper.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by first-class, U.S. mail or via the CM/ECF system of the United States Bankruptcy Court to the parties on the attached matrix, this 12TH day of January, 2017.

**Florida Litigation Group P.A.**
4839 Volunteer Road, #514
Davie, FL 33330
Telephone: (954) 394-7461
*Counsel for the Unit Owners*

By: /s/ Inger Garcia Esq.
Inger Garcia, Esq.
Florida Bar Number: 0106917
ServiceEmail:Service@FloridaLitGroup.com
And Attorney@IngerGarcia.com

And


/s/ Barry S. Mittelberg
Barry S. Mittelberg, Esq.
Fla. Bar ID No. 396567
Attorney E-mail Address:
barry@mittelberglaw.com
Law Offices of Barry S. Mittelberg, P.A.
1700 N. University Drive, Suite 300
Coral Springs, Florida 33071
Telephone: (954) 752-1213
Facsimile: (954) 752-5299

VIA CM/ECF:

Lisa M. Castellano, Esq. on behalf of Creditor   Schecher Group, Inc.
lcastellano@bplegal.com, kmurphy@bplegal.com;kpacifico@bplegal.com

Lisa M. Castellano, Esq. on behalf of Creditor Richard J. Schecher, Sr.
lcastellano@bplegal.com, kmurphy@bplegal.com;kpacifico@bplegal.com

Lisa M. Castellano, Esq. on behalf of Interested Party   Condominium Hotel Management Corporation, Inc.
lcastellano@bplegal.com, kmurphy@bplegal.com;kpacifico@bplegal.com

Brett D Lieberman on behalf of Debtor   Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tmessana@bellsouth.net;tzeichman@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com

Thomas M. Messana, Esq. on behalf of Debtor   Sixty Sixty Condominium Association, Inc.
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;tzeichman@messana-law.com;mwslawfirm@gmail.com

 Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steve D Tran on behalf of Creditor   WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-26187-RAM<br>Southern District of Florida<br>Miami<br>Thu Jan 12 09:14:08 EST 2017 | Condominium Hotel Management Corporation, In<br>c/o Becker & Poliakoff<br>1511 N. Westshore Boulevard, Suite 1000<br>Suite 1000<br>Tampa, FL 33607-4591 | Florida Building & Supply, Inc.<br>13530 N.W. 107 Avenue<br>Unit C-4<br>Hialeh Gardens, FL 33018-1179 |
| Miami-Dade County Tax Collector<br>200 N.W. 2 Avenue, Suite 430<br>Miami, FL 33128-1735 | Schecher Group, Inc.<br>c/o Becker & Poliakoff<br>1511 N. Westshore Boulevard, Suite 1000<br>Tampa, FL 33607-4591 | Sixty Sixty Condominium Association, Inc.<br>1489 W. Palmetto Park Rd., Suite 505<br>Boca Raton, FL 33486-3327 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT<br>eXL Legal PLLC<br>12425 28th St North Ste 200<br>St Petersburg, FL 33716-1826 | 6060 Indian Creek Unit 905 LLC<br>Peecho LLC<br>7950 NW 53 Street, Suite 118<br>Doral, FL 33166-4635 | APO Annuity Manager, LLC<br>Richard J. Schecher, Sr.<br>Registered Agent<br>120 Piper Boulevard<br>Port Orange, FL 32128-7091 |
| Adam Ilkovits<br>See Strasse 83<br>Stockborn 8266<br>Switzerland | Alexandre Lombardo<br>32 Ru Thionville<br>Lille, 59000<br>France | Alfer Investment Corp<br>2699 Collins Avenue, #110<br>Miami Beach, FL 33140-4717 |
| Alicia M. Ortega<br>16441 NW 24 Street<br>Pembroke Pines, FL 33028-1774 | Ana Cristina Nordeste Braathen<br>2889 McFarlane Road 1506<br>Miami, FL 33133-6008 | Annette E. Prieto<br>11995 SW 81 Lane<br>Miami, FL 33183-4870 |
| Aspire Higher LLC<br>Nydia Pulido Aspire<br>17021 North Bay Road, 826<br>Sunny Isles Beach, FL 33160-4236 | Atlantic Broadband<br>1681 Kennedy Causeway<br>North Bay Village, FL 33141 | Atlantic Broadband Finance, L.L.C.<br>Attn: Bartlett Leber<br>Senior Vice President, General Counsel<br>1 Batterymarch Park #405<br>Quincy, MA 02169-7484 |
| Bambamiami Inc.<br>Luis Alberto Ruiz Diaz<br>16500 Collins Avenue, #454<br>Sunny Isle, FL 33160-4587 | Bank of New York Mellon TR CO NA<br>3815 SW Temple<br>Salt Lake City, UT 84115 | Boston RV Corporation<br>c/o Registered Agent Corporate Maintenan<br>1000 Brickell Avenue, 400<br>Miami, FL 33131-3027 |
| Bridgeport Capital Funding, LLC<br>120 Piper Boulevard<br>Port Orange, FL 32128-7091 | Casablanca Rental Services, Inc.<br>6345 Collins Avenue<br>Executive Office<br>Miami, FL 33126 | Casablanca Rental Services, Inc.<br>6345 Collins Avenue<br>Miami, FL 33126 |
| Casablanca Rental Services, Inc.<br>Gregory Elder, Registered Agent<br>901 SW 9 Terrace<br>Fort Lauderdale, FL 33315-1128 | Caz Creek Flordia II, LLC.<br>P.O. Box 54900<br>New Orleans, LA 70154-4900 | Cecilia N. Zsilavi<br>6365 Collins Avenue, #1711<br>Miami Beach, FL 33141-9619 |
| Certa Group Corp.<br>2720 Coral Way<br>Miami, Fla 33145-3202 | Christopher Trapani, PA<br>10640 Griffin Road, Suite 106C<br>Cooper City, FL 33328-3214 | Ciaraso Corp<br>3921 Alton Road<br>Miami, FL 33140-3852 |

| | | |
|---|---|---|
| City of Miami Beach<br>1700 Convention Center Drive<br>Miami Beach, FL 33139-1824 | City of Miami Beach<br>Office of the City Attorney<br>Raul J. Aguila, City Attorney<br>1700 Convention Center Drive, 4th Floor<br>Miami Beach, FL 33139-1819 | Condominium Hotel Management Corporation<br>Inc.<br>101 N. Ocean Drive, Suite 202<br>Hollywood, FL 33019-1782 |
| Condominium Hotel Management Corporation<br>Inc.<br>Gregory R. Elder, Registered Agent<br>901 SW 9 Terrace<br>Fort Lauderdale, FL 33315-1128 | David D. Georg & Deborah Lynn<br>3821 Houcks Road<br>Monkton, MD 21111-1836 | Deutsche Bank Trust Company<br>c/o Ocwen Loan Servicing LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| Dominique Sauvetre<br>20 Rue de Doeuilly<br>F-94350<br>Sur Marne France | Doral Security Patrol dba Blue Knights<br>dba Blue Knights<br>Roland Fongon, Registered Agent<br>8000 NW 31 Street, Suite 19<br>Miami, FL 33122-1049 | Eduvina Amador & Francisco &<br>Annette A. Diaz & H Alejandro<br>13220 SW 12 Street<br>Miami, FL 33184-1902 |
| Elsa J. Depablos Bermudez<br>4121. Rue De Mentana, App. 12A<br>Montreal, Quebec, Canada H2L3S1 | Elssita LLC<br>c/o Marina Galla<br>5707 Melaleuca Drive<br>Tamarac, FL 33319-6116 | Evelyn Abadin<br>9755 SW 14 Street<br>Miami, FL 33174-2916 |
| Florida Building & Supply, Inc.<br>Attn: Errol Portuondo<br>13530 NW 107 Avenue<br>Unit C-4<br>Hialeah Gardens, FL 33018-1179 | Florida Building & Supply, Inc.<br>Errol J. Portuondo, Registered Agent<br>13530 NW 107 Avenue, Unit C-4<br>Hialeah Gardens, FL 33018-1179 | Frank Jordan & Ralf Bauchrowitz<br>100 N Biscayne Boulevard, Suite 2100<br>Miami, FL 33132-2307 |
| Gerard Mafale & Laura<br>3237 Conowingo Road<br>Street, MD 21154-2025 | Green Tax Funding<br>P.O. Box 645040<br>Cincinnati, OH. 45264-5040 | HSBC Bank USA NA TRS<br>JP Morgan Alternative Loan TR<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Haber Slade, P.A.<br>David B. Haber, Registered Agent<br>201 S. Biscayne Boulevard<br>Miami, FL 33131-4332 | Hansraj Bhojwani & Nandini<br>1655 Washington Ave<br>Miami Beach, FL 33139-3182 | Henryk Kwiatkowski<br>59-05 70 Avenue<br>Ridgewood, NY 11385-5653 |
| Hien Cong Nguyen<br>8881 SW 152 Street<br>Miami, FL 33157-2033 | Hugo Pedriel & Caroline Hogner<br>Juan del Campillo<br>735 (3000) Santa Fe Argentina | Importadora Interwheels S A<br>Calle Fresia 9321 C<br>Quilicura Santiago<br>Chile |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Consulting Corp<br>9341 Collins Avenue, #1201<br>Surfside, FL 33154-2683 | Ivan Mahana<br>485 Brickell Avenue, #3103<br>Miami, FL 33131-2747 |
| JGK LLC<br>c/o Registered Agent Worldwide<br>Business Solution Corp.<br>6915 SW 57 Avenue, Suite 222<br>Miami, FL 33143-3654 | JPL Investments Corp.<br>780 NW 42 Ave, Suite 411<br>Miami, FL 33126-5536 | Jason Katz<br>3325 S University Drive, Suite 210<br>Fort Lauderdale, FL 33328-2007 |

| | | |
|---|---|---|
| Jean Francois Filion<br>3021 Chemm Sainte Therese<br>Carignan Quebec J3L2B4<br>Canada | Jorge Correa & Rosa J<br>7912 NW 164 Terr<br>Hialeah, FL 33016-3461 | Jose Luis Varela & Elyam Munoz<br>7777 NW 169 Terrace<br>Miami Lakes, FL 33016-8424 |
| Komal Bhojwani, Esq.<br>1655 Washington Avenue<br>Miami Beach, FL 33139-3182 | Komal Bhojwani, Esq.<br>2231 Gloaming Way<br>Beverly Hills, CA 90210-1716 | LC Geraci LLC<br>1110 Brickell Avenue, Suite 600<br>Miami, FL 33131-3136 |
| Laurent Vaissie & Pauline Hurez<br>14411 Glorietta Drive<br>Sherman Oaks, CA 91423-4533 | Law Offices of Gregory R. Elder, LLC<br>108 SE 8 Avenue, Suite 114<br>Fort Lauderdale, FL 33301-2023 | Law Offices of Gregory R. Elder, LLC<br>Gregory R. Elder, Registered Agent<br>901 SW 9th Terrace<br>Fort Lauderdale, FL 33315-1128 |
| Leonardo Da Cunha Antunes<br>17100 Collins Avenue, Suite 222<br>Sunny Isles, FL 33160-3675 | Loremar Corp<br>11960 NE 19 Drive, #19<br>North Miami, FL 33181-2873 | Luis Armando Lancheros &<br>Roselia De Las M. Velasquez<br>Calle 498 #6877 Sector Estadio<br>Medellin<br>Colombia |
| Lydia Apodaca<br>80 Park Avenue #7L<br>New York, NY 10016-2544 | MGC Systems Corp.<br>NRAI Services, Inc., Registered Agent<br>1200 South Pine Island Road<br>Plantation, FL 33324-4413 | Mansfield Bronstein PA<br>Gary Mansfield, Esq., Registered Agent<br>3440 Hollywood Boulevard, Suite 450<br>Hollywood, FL 33021-6933 |
| Mansfield Bronstein, PA<br>Attn: Ronnie Bronstein<br>3440 Hollywood Boulevard, Suite 450<br>Hollywood, FL 33021-6933 | Maria N. Schoentag<br>19501 W Country Club Drive, #2501<br>Miami, FL 33180-2481 | Maria R. Giraldo de Velez<br>17301 Biscayne Boulevard, Suite 2209<br>Miami, FL 33160-5077 |
| Maria T. Velez<br>3131 NE 188 Street, #2-1103<br>Aventura, FL 33180-2780 | Martin Lange<br>Forststrasse 40C<br>Wiesbaden 65193<br>GERMANY | Mialio LLC<br>c/o Jade Associates Miami Inc<br>100 N Biscayne Boulevard, #500<br>Miami, FL 33132-2344 |
| Miami-Dade County Tax Assessor<br>200 NW 2 Avenue<br>Miami, FL 33128-1735 | Miami-Dade County Tax Collector<br>200 NW 2 Avenue<br>Miami, FL 33128-1735 | Miami-Dade County Tax Collector<br>c/o Bankruptcy Unit<br>200 N.W. 2 Avenue, Suite 430<br>Miami, Florida 33128-1735 |
| Miguel A. Fava Le & Zulema Beatriz<br>Puchetta D. Fava Le & Jessica Juliana<br>Fava & Jimena Laura Fava<br>6060 Indian Creek Drive, #507<br>Miami, FL 33140-2219 | Mircom<br>MGC Systems Corp.<br>3801 N 29 Avenue<br>Hollywood, FL 33020-1007 | Mohini P. Hotchandani &<br>Sunjay Hotchandani<br>1655 Washington Avenue<br>Miami Beach, FL 33139-3182 |
| Navan & Glac LLC<br>c/o Registered Agent Liana Martinez, P.A<br>11077 Biscayne Boulevard, 209<br>North Miami, LF 33161-7419 | Numero 991 LLC<br>6770 Indian Creek, #T-F<br>Miami Beach, FL 33141-5709 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |

| | | |
|---|---|---|
| Outside Solution, Corp.<br>Sergio Cardenas, Jr., Registered Agent<br>7841 SW 197 Terrace<br>Miami, FL 33189-2157 | Pariano LLC<br>3340 NE 190 Street, Apartment 1104<br>Miami, FL 33180-2669 | Penthouse 68 LLC<br>c/o Rothman & Tobin PA<br>11900 Biscayne Boulevard, Suite 740<br>Miami, FL 33181-2733 |
| R. J. Miranda Consultants, Inc.<br>Attn: Reymundo J. Miranda<br>Registered Agent<br>8211 SW 111 Terrace<br>Miami, FL 33156-4362 | RPM Recoveries Inc<br>PO Box 238<br>Syosset, NY 11791-0238 | Ralf Bauchrowitz & Frank Jordan<br>100 N Biscayne Boulevard, #2100<br>Miami, FL 33132-2307 |
| Ralf Bauchrowitz & Frank Jordan<br>100 North Biscayne Boulevard, #2100<br>Miami, FL 33132-2307 | Richard Monsees & Alisa<br>1605 Scarborough Drive<br>Brewster, NY 10509-6566 | Richard Vasquez<br>20 Island Avenue, #1518<br>Miami Beach, FL 33139-1319 |
| Rino International Inc.<br>16500 Collins Avenue, #454<br>Sunny Isles Beach, FL 33160-4587 | Roman Luis Malagon<br>9535 SW 187 Street<br>Miami, FL 33157-7861 | Ruben Lamothe<br>5104 NW 114 Place<br>Doral, FL 33178-3517 |
| Schecher Group Inc<br>120 Pipe Boulevard<br>Port Orange, FL 32128-7091 | Schecher Group Inc.<br>901 SW 9th Terrace<br>Fort Lauderdale, FL 33315-1128 | Schecher Group Inc.<br>c/o Gregory Elder<br>901 SW 9th Terrace<br>Fort Lauderdale, FL 33315-1128 |
| Schecher Group, Inc.<br>Gregory R. Elder, Registered Agent<br>901 SW 9 Terrace<br>Fort Lauderdale, FL 33315-1128 | Setter LLC<br>8360 W Flagler Street, #203<br>Miami, FL 33144-2042 | Sharma & Associates, Inc.<br>Vishnu P. Sharma, Registered Agent<br>4901 NW 17 Way, Suite 305<br>Fort Lauderdale, FL 33309-3772 |
| Silver Paint & Hardware Supply, LLC<br>1138 Normandy Drive<br>Miami Beach, FL 33141-2894 | Silver Paint & Hardware Supply, LLC<br>Jose Baloyra, Registered Agent<br>2950 SW 27 Avenue, Suite 300<br>Miami, FL 33133-3765 | Sixty Sixty 706 & 906 LLC<br>12741 SW 187 Terrace<br>Miami, FL 33177-3031 |
| Sixty Sixty Condo Assn Inc<br>c/o Veschio Law Group LLC<br>7870 Woodland Center Boulevard<br>Tampa, FL 33614-2409 | Sixty Sixty Condominium Assoc<br>1000 Fifth Street<br>Miami Beach, FL 33139-6508 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| (c)STATE OF FLORIDA, DEPARTMENT OF REVENUE<br>OUT OF STATE COLLECTIONS UNIT<br>1415 W US HIGHWAY 90 STE 110<br>LAKE CITY FL  32055-6155 | Taw Power Systems, Inc.<br>James A. Turner, III, Registered Agent<br>6312 78 Street<br>Riverview, FL 33578-8835 | Taw Power Systems, Inc.<br>P.O. Box 3381<br>Tampa, FL 33601-3381 |
| Teran San Miguel Inc<br>1695 NE 123 Street<br>North Miami, FL 33181-2702 | Thyssenkrupp Elevator<br>7481 NW 66 Street<br>Miami, FL 33166-2801 | Thyssenkrupp Elevator Corporation<br>Corporation Service Company<br>Registered Agent<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 |

| | | |
|---|---|---|
| US Bank Trust NA TRS, c/o Caliber Home Loans Inc, LSF9 Master Participation Tr 715 Metropolitan Avenue PO Box 24610 Oklahoma City, OK 73124-0610 | Valentin Investments LLC 2370 NE 184 Terrace North Miami Beach, FL 33160-2035 | Villita LLC Maria Luz Alvarez Craido 2100 Sans Souci Boulevard, #A209 North Miami, FL 33181-3044 |
| Vintage Classics LLC 5306 White Oak Lane Tamarac, FL 33319-3059 | Waste Management Inc. of FL PO Box 42930 Phoenix, AZ 85080-2930 | Waste Management Inc. of Florida c/o CT Corporation System Registered Agent 1200 South Pine Island Road Fort Lauderdale, FL 33324-4459 |
| Waterstone Investments LLC c/o Richard Waserstein PA 1124 Kane Concourse Bay Harbor Islands, FL 33154-2013 | Wells Fargo Bank NA TRS Banc of America Alt Loan Trust 8950 Cypress Waters Boulevard Coppell, TX 75019-4620 | Wells Fargo Bank NA TRS Holder of the Banc of America Alt Loan Trust 8950 Cypress Water Boulevard Coppell, TX 75019-4620 |
| Wells Fargo Bank NA TRS c/o McCalla Raymer LLC, Banc of America Alternative Loan Trust 2006 8 225 E Robinson Street, 155 Orlando, FL 32801-4326 | Wells Fargo Bank NA TRS c/o Nationstar Mortgage Alternative Loan Trust 2006 7 2617 College Park Drive Scottsbluff, NE 69361-2294 | William C. Rutledge & Sheri K 4811 Smithson Road College Grove, TN 37046-9285 |
| Windstream P.O. Box 9001908 Louisville, KY 40290-1908 | Windstream Communications, LLC CT Corporation System, Registered Agent 306 W Main Street Suite 512 Frankfort, KY 40601-1840 | Yalexis L. Lorenzo 6538 Collins Avenue, #269 Miami Beach, FL 33141-4694 |
| Zakhia Oueis 294 76 Avenue Laval, Quebec, Canada H7V2Z7 | Brett D Lieberman 401 E Las Olas Blvd # 1400 Ft Lauderdale, FL 33301-2218 | Richard J. Schecher Sr. c/o Becker & Poliakoff 1511 N. Westshore Boulevard, Suite 1000 Suite 1000 Tampa, FL 33607-4591 |
| Thomas M. Messana Esq. 401 E Las Olas Blvd # 1400 Fort Lauderdale, FL 33301-2218 | | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

State of Florida, Department of Revenue
Out of State Collections Unit
1401 W US Highway 90, Suite 100
Lake City, FL 32055-6123

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Hansraj Bhojwani & Nandini<br>1655 Washington Avenue<br>Miami Beach, FL 33139-3182 | (d)Mansfield Bronstein, PA<br>Attn: Ronnie Bronstein<br>3440 Hollywood Boulevard, Suite 450<br>Hollywood, FL 33021-6933 |
| (d)R. J. Miranda Consultants, Inc.<br>Attn: Reymundo J. Miranda<br>Registered Agent<br>8211 SW 111 Terrace<br>Miami, FL 33156-4362 | (d)Sixty Sixty Condominium Assoc<br>1000 Fifth Street<br>Miami Beach, FL 33139-6508 | End of Label Matrix<br>Mailable recipients   138<br>Bypassed recipients     5<br>Total                 143 |