

**ORDERED in the Southern District of Florida on January 13, 2017.**

                                                                      /s/ Robert A. Mark

                                                                      **Robert A. Mark, Judge**
                                                                      **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 16-26187-RAM |
| | CHAPTER 11 |
| SIXTY SIXTY CONDOMINIUM | |
| CONDOMINIUM ASSOCIATION, INC., | |
| Debtor. | |

**ORDER SETTING RESPONSE DEADLINE AND**
**PRELIMINARY HEARING ON MOTION FOR SANCTIONS**

On January 12, 2017, Maria Schoentag and Elaine Robinson filed Unit Owners' Motion for Sanctions Against Schecher Group, Inc. and Richard Schecher (the "Motion for Sanctions") [DE# 68]. At a hearing on other matters in the case on January 12, 2017, the Court

announced that it would schedule a preliminary hearing on the Motion for Sanctions and set a response deadline. Therefore, it is –

**ORDERED** as follows:

1. The Court will conduct a non-evidentiary preliminary hearing on the Motion for Sanctions on **January 25, 2017** at **10:30 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

2. The respondents, the Schecher Group, Inc., and Richard Schecher, shall file a response to the Motion for Sanctions by January 19, 2017.

###

COPIES TO:

Brett D. Lieberman, Esq. (Counsel for Debtor)
Lisa M. Castellano, Esq. (Counsel for Schecher Group)
Barry S. Mittelberg, Esq. (Counsel for Schoentag and Robinson)
AUST