# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Miami Division

IN RE:                                                                   CASE NO: 16-26187-RAM
**Sixty Sixty Condominium**
**Association, Inc.,**                                                CHAPTER: 11

      **Debtor.**
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Paula Levy, Esq., of ROTHMAN & TOBIN, P.A., hereby files her Notice of Appearance as counsel for interested party, **Penthouse 68, LLC**. Copies of all pleadings and papers filed or served in this cause should be directed to the undersigned attorneys at the address below.

I hereby certify that on January 17, 2017, the foregoing was electronically filed using the CM/ECF system, causing electronic service upon all CM/ECF registered users entitled to notice in this case.

I hereby further certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court, set forth in Local Rule 2090-1(A).

Dated: January 17, 2017.

                                 **ROTHMAN & TOBIN, P.A.**

                                 /s/Paula Levy, Esq.
                                Paula Levy, Esq.
                                Florida Bar No. 0117031
                                11900 Biscayne Blvd., Suite 740
                                Miami, Florida  33181
                                Telephone:  (305) 895-3225
                                Facsimile:  (305) 895 -7175
                                Primary E-Mail: plevy@rothmanandtobin.com
                                Secondary E-Mail: lentwisle@rothmanandtobin.com