UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Sixty Sixty Condominium Association, Inc.                Case No. 16-26187-RAM

      Debtor-in-Possession.                Chapter 11

_____/

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM <u>December 6, 2016</u> TO <u>December 31, 2016</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

January 20, 2017                   <u>/s/ Brett Lieberman</u>
                                    Attorney for Debtor's Signature

Debtor's Address                Attorney's Address
and Phone Number:                and Phone Number:

<u>1489 W Palmetto Park Rd.</u>                <u>Messana, P.A.</u>
<u>Suit 505</u>                <u>c/o Brett Lieberman</u>
<u>Boca Raton, FL 33486</u>                <u>401 E. Las Olas Blvd., Suite 1400</u>
<u>561-999-9703</u>                <u>Fort Lauderdale, FL 33301</u>
                                  <u>954-712-7400</u>

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, <u>http://www.usdoj.gov/ust/r21/reg_info.htm</u>
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)<u>http://www.usdoj.gov/ust/</u>

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
#### FOR THE PERIOD BEGINNING December 5,2016 AND ENDING December 31, 2016

Name of Debtor: Sixty Sixty Condominium Association, Inc.      Case Number 16-26187-RAM
Date of Petition: December 5, 2016

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 4,502.11[1] | (a) | 4,502.11 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | $11,895.11 | | $11,895.11 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $11,895.11 | | $11,895.11 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $11,895.11 | | $11,895.11 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | $30.00 | | $30.00 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | $5,981.21[2] | | $5,981.21 | |
| F. Inventory Payments *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | | |
| J. Payroll - Net *(See Attachment 4B)* | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | | | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $6,011.21 | | $6,011.21 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $10,386.01 | (c) | $10,386.01 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report. Debtor recently engaged an accountant and reserves all rights to amend and supplement the instant report as is necessary.
This 20th day of January, 2017.

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

---

[1] Subsequent to the preparation of the documents underlying this report an additional account was identified holding pre-petition funds of the Debtor. All future reports will reflect this asset and the Debtor anticipates amending the schedules to reflect same.

[2] A certain repayment of prepetition financed insurance and a prepayment refund was inadvertently made post-petition. As of the filing of the instant report, all such funds have been returned to the Debtor.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Collection of Assessments | $11,895.11 | $11,895.11 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $11,895.11 | $11,895.11 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: <u>Sixty Sixty Condominium Association, Inc.</u>  Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>      Period ending <u>December 31, 2016</u>

ACCOUNTS RECEIVABLE AT PETITION DATE:   <u>**$ 327,402.74**[3]</u>

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ **327,402.74** | (a) |
| PLUS: Current Month New Billings | $18,385.94 | |
| MINUS: Collection During the Month | $3,693.74 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 342,094.94 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ 1,800 | $17,266.81 | $17,212.44 | $ 305,815.69 | $342,094.94 | (c) |

Debtor recently engaged counsel to pursue over 90 day receivables.

Debtor anticipates updating each subsequent monthly report with information regarding such collection efforts.

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

---

[3] The Debtor's AR reflected in Debtor's schedules of $323,234 reflected an October 31, 2016 balance as such financials were the most up-to-date figures available at the time of filing based on documents available to the Debtor. The beginning A/R balance for purposes of these Monthly Operating Reports has been developed by ascertaining the December 31, 2016 A/R balance, adding December's monthly billings, and subtracting December's collections. The Debtor anticipates that through discovery it will obtain additional information to further supplement it's A/R, and reserves the right to amend and adjust these reports accordingly.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: <u>Sixty Sixty Condominium Association, Inc.</u>  Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>      Period ending <u>December 31, 2016</u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 12/31/2016 | 19 | Oxygen | Accounting Services | $350 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____ (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ 0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 0 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ 350 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 350 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section). **N/A Debtor Disputes secured claims**

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | _____ (d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  <u>Sixty Sixty Condominium Association, Inc.</u>  Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>      Period ending <u>December 31, 2016</u>

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $_____ | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $_____ | (a) |
| PLUS: Inventory Purchased During Month | $_____ | |
| MINUS: Inventory Used or Sold | $_____ | |
| PLUS/MINUS: Adjustments or Write-downs | $_____ | * |
| Inventory on Hand at End of Month | $_____ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: <u>unknown</u>_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  <u>Debtor holds title to four commercial units within the</u>
<u>condominium (1 restaurant space and 3 terraces) and one residential unit.</u>
_____
_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $_____ | (a)(b) |
| MINUS:  Depreciation Expense | $_____ | |
| PLUS:  New Purchases | $_____ | |
| PLUS/MINUS: Adjustments or Write-downs | $_____ | * |
| Ending Monthly Balance | $_____ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: <u>Sixty Sixty Condominium Association, Inc.</u>  Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>      Period ending <u>December 31, 2016</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A
standard bank reconciliation form can be found at <u>http://www.usdoj.gov/ust/r21/reg_info.htm</u>. If bank accounts
other than the three required by the United States Trustee Program are necessary, permission must be obtained from
the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank
accounts must be approved by the United States Trustee.

NAME OF BANK: <u>City National Bank</u>      BRANCH: <u>Miami</u>

ACCOUNT NAME: <u>Sixty Sixty Condominium Association Inc. DIP</u>    ACCOUNT NUMBER: <u>2163</u>

PURPOSE OF ACCOUNT:      <u>OPERATING</u>

|  |  |
|---|---|
| Ending Balance per Bank Statement | <u>$ 2,070.00</u> |
| Plus Total Amount of Outstanding Deposits | <u>$ 8,316.01</u> |
| Minus Total Amount of Outstanding Checks and other debits | <u>$</u> * |
| Minus Service Charges | <u>$</u> |
| Ending Balance per Check Register | <u>$ 10,386.01</u> **(a) |

**\*Debit cards are used by** <u>   n/a</u>

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment
4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Sixty Sixty Condominium Association, Inc.  Case Number 16-26187-RAM
Reporting Period beginning December 5, 2016     Period ending December 31, 2016

NAME OF BANK:  City National Bank      BRANCH:  Miami

ACCOUNT NAME: Sixty Sixty Condominium Association Inc. DIP

ACCOUNT NUMBER:  2163

PURPOSE OF ACCOUNT:      OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                        $_____

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

**n/a no payroll account**

Name of Debtor:  Sixty Sixty Condominium Association, Inc.   Case Number 16-26187-RAM

Reporting Period beginning December 5, 2016      Period ending December 31, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____ BRANCH: _____

ACCOUNT NAME: _____ ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

**n/a no payroll account**

Name of Debtor: <u>Sixty Sixty Condominium Association, Inc.</u>  Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>     Period ending <u>December 31, 2016</u>

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                              $ _____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

**n/a no tax account**

Name of Debtor: <u>Sixty Sixty Condominium Association, Inc.</u>   Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>      Period ending <u>December 31, 2016</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:   _____TAX_____

      Ending Balance per Bank Statement            $_____
         Plus Total Amount of Outstanding Deposits     $_____
         Minus Total Amount of Oustanding Checks and other debits $_____*
         Minus Service Charges                $_____
      Ending Balance per Check Register          $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

**n/a no tax account**

Name of Debtor:  <u>Sixty Sixty Condominium Association, Inc.</u>   Case Number <u>16-26187-RAM</u>
Reporting Period beginning <u>December 5, 2016</u>     Period ending <u>December 31, 2016</u>

NAME OF BANK:  _____    BRANCH:  _____

ACCOUNT NAME:  _____    ACCOUNT # _____

PURPOSE OF ACCOUNT:  _____<u>TAX</u>_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                          _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                               _____(a)
Sales & Use Taxes Paid                                          _____(b)
Other Taxes Paid                                                _____(c)
TOTAL                                                           _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
     (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
     (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT
n/a no investment or petty cash used

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                          _____(a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                      **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**_____**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:  Sixty Sixty Condominium Association, Inc.   Case Number 16-26187-RAM

Reporting Period beginning December 5, 2016      Period ending December 31, 2016

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                         $_____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  Sixty Sixty Condominium Association, Inc.   Case Number 16-26187-RAM
Reporting Period beginning December 5, 2016        Period ending December 31, 2016

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| n/a no officer compensation | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Community Association Executive Advantage Policy, Liberty Insurance Underwriters, Policy #XXX3136-0413, $1,000,000 coverage, current through April 1, 2017. | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before  February 28, 2017          .

 **City National Bank**

**Bci** FINANCIAL GROUP

Page: 1 of 1
Account: XXXXXX2163

## Client Service

 Online
citynational.com

 CityTel
305-349-CITY (2489)
1-800-762-CITY (2489)

 Your Banking Center
Private Client Group
P.O. Box 025620
Miami, FL 33102-5620

Telephone
305-577-7336
800-435-8839

 Your Banking Center Hours
Lobby:       Monday - Friday:       8:30am - 5:00pm

15578 1 AV 0.373                    P:15578 / T:54 / S:

||I·I··I·I·I·I··I··I·I·I·II||II|I·I··I··I·I·II·I·I·II·I·I··I·I·I·II|I·I||II

SIXTY SIXTY CONDOMINIUM ASSOCIATION INC
D.I.P. CASE #16-26187-RAM
CHAPTER 11 BANKRUPTCY                    
1489 W PALMETTO PARK RD STE 505
BOCA RATON FL 33486-3325

For additional locations
and hours, please visit
citynational.com

 Member **FDIC**   EQUAL HOUSING LENDER

## Chapter 11 Bankruptcy

## Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX2163 | Beginning Balance: | $0.00 |
| Last Statement: | December 13, 2016 | Ending Balance: | $2,070.00 |
| This Statement: | December 30, 2016 | Average Ledger Balance: | $1,851.25 |
| | | Low Balance: | $1,570.00 |
| | | Interest Earned This Period: | $0.00 |
| | | Interest Earned 2016: | $0.00 |

Access your account funds for free at select retail locations, all CNB banking centers, and at Presto ATMs located at more than 1,000 Publix locations.

To find a location near you, visit citynational.com.

*Presto!*

## Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| 12-13 | Beginning balance | | | 0.00 |
| 12-15 | Wire Transfer ████████ 02100002145Ft03 | 1,570.00 | | 1,570.00 |
| 12-22 | Wire Transfer ████████ 02100002117Ft03 | 500.00 | | 2,070.00 |
| 12-28 | Dda Deposit | 0.00 | | 2,070.00 |
| 12-30 | Ending totals | 2,070.00 | 0.00 | 2,070.00 |



# Let Us WELCOME You Home

At City National Bank, we make your dream home a reality.
We have a full suite of **mortgage solutions** to meet your needs.

- Conventional Mortgages
- Jumbo Mortgages
- Foreign National Mortgages
- Home Equity Lines of Credit

With local decision-making and quick turnaround time, we make the process easy.
**Speak to one of our Bankers today by calling 305-577-7333 or 1-800-435-8839.**

```
Date 01/16/17      Sixty-Sixty Condominium Association, Inc.      #0000 Page 0001

                          R E C O N C I L I A T I O N

Bank account #: 05  City National Bank
                1012-004 City National Bank      G/L Acct Bal:     10,386.00
Statement date: 12/31/16                         Bank Balance:      2,070.00

----------------------------------------------------------------------------------
Chk-#   Date    Reference              Clr-date    Uncleared      Uncleared
                                                   Checks         Deposits

----------------------------------------------------------------------------------

OUTSTANDING ITEMS:
121616 12/16/16 CLOSE ACCT                                            53.22
121616 12/16/16 CLOSE ACCT                                            61.42
SN3068 12/21/16 DEPOSIT                                            5,737.15
SN3099 12/29/16 DEPOSIT                                              947.82
SN3112 12/30/16 Scanned cash receipts                             1,453.86
SN3130 12/31/16 DEPOSIT                                               62.53
                                                 -------------- --------------
                       Total Outstanding              .00         8,316.00


                       Bank Reconciliation Summary
                       ============================


Checkbook Balance               10,386.00  Reconciling Balance    2,070.00
Uncleared Checks, Credits            0.00+ Bank Stmt. Balance      2,070.00
Uncleared Deposits, Debits       8,316.00- Difference                 0.00



                       -- End of report --
```