**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:                                                                              Case No. 16-26187-RAM

Sixty Sixty Condominium Association, Inc.,                 Chapter 11

    Debtor.
_____/

**NOTICE TO CLERK OF CHANGES IN CREDITOR MAILING ADDRESSES**

    Please take notice of the following changes with regard to the creditor mailing addresses in the above-styled bankruptcy matter:

| | |
|---|---|
| Ivan Mahana | LC Geraci, LLC |
| Kennedy 5757 Of. 1601 | c/o Registered Agent, Moyal Accounting Services, Inc. |
| Marriott Torre Oriente | 10796 Pines Boulevard, Suite 204 |
| Santiago, Chile | Pembroke Pines, FL  33026 |

    The undersigned counsel hereby respectfully requests the clerk to reflect these changes on the mailing matrix in this matter.

    Respectfully submitted this 23rd day of January, 2017.

                                                 Messana, P.A.
                                                 Counsel for Debtor
                                                 401 East Las Olas Boulevard, Suite 1400
                                                 Fort Lauderdale, Florida 33301
                                                 Telephone: (954) 712-7400
                                                 Facsimile: (954) 712-7401
                                                 Email: blieberman@messana-law.com

                                                 <u>/s/ Brett D. Lieberman</u>
                                                 Thomas M. Messana, Esq.
                                                 Florida Bar No. 991422
                                                 Brett D. Lieberman, Esq.
                                                 Florida Bar No. 69583