UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No. 16-26187-RAM
Sixty Sixty Condominium Association, Inc.           Chapter 11
    Debtor-In-Possession
_____/

**CONDOMINIUM HOTEL MANAGEMENT CORPORATION, INC.'S AMENDED
RESPONSE TO MOTION TO COMPEL [D.E. 82]**

Condominium Hotel Management Corporation, Inc. (CHMC"), files this Amended Response to Debtor's Motion to Compel [D.E. 82] and states as follows:

1. On December 16, 2016, CHMC was served with a subpoena. On January 3, 2017, CHMC responded that it had no records responsive to the request and would not be responding further. Unsatisfied with that response, and without having any conference, much less a good faith conference with the undersigned, Debtor filed the instant motion. The motion has no merit.

2. CHMC, like most other entities on Debtor's List of Creditors [D.E. 1], is not a creditor of the Debtor. The $50,682.87 listed in the schedule is not a debt of the Debtor. CHMC's provision of management services to the Debtor was ancillary to services provided to Schecher Group, as Hotel Unit Owner. Such ancillary services were provided at no charge to the Debtor. Billing and invoices related to the Debtor are in the possession of Schecher Group. Any records belonging to the Debtor were turned over to Debtor's then management company.

3. CHMC understands that there is a pending discovery order directed to Schecher Group, Inc. [D.E. 72] which includes a wide variety of documents related to the Debtor and which may include documents responsive to the CHMC subpoena. The deadline for Schecher Group to respond to that Order is February 2, 2017. CHMC respectfully suggests that the instant Motion is unnecessary and premature.

*Case No. 16-26187-RAM*

WHEREFORE, for the aforementioned reasons, the Motion should be denied and CHMC be awarded its reasonable attorneys fees for being required to respond to the motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF and that a true and correct copy has been served via the CM/ECF and Regular U.S. mail upon: Sixty Sixty Condominium Association, Inc., 1489 W. Palmetto Park Road, Suite 505, Boca Raton, FL 33486, Bret Lieberman, Esq., Thomas M. Messana, Esq., 401 E. Las Olas Boulevard, #1400, Ft. Lauderdale, FL 33301, and U.S. Trustee, Office of the US Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130 on this **24rd day of January, 2017.**

Respectfully submitted,

Becker & Poliakoff, P.A.
*Attorneys for CHMC.*
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
(305) 262-4433 Telephone
E-mail: Sdavis@bplegal.com

By: _____
Steven M. Davis
Florida Bar # 894249

Becker & Poliakoff, P.A.
1511 N. Westshore Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 527-3900
Facsimile: (813) 286-7683
E-mail: lcastellano@bplegal.com

By: */s/ Lisa M. Castellano*
Lisa M. Castellano
Florida Bar # 748447

ACTIVE: 9332927_1