

**ORDERED in the Southern District of Florida on March 2, 2017.**

                                                               **Robert A. Mark, Judge**
                                                               **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 16-26187-RAM |
| | CHAPTER 11 |
| SIXTY SIXTY CONDOMINIUM | |
| CONDOMINIUM ASSOCIATION, INC., | |
| Debtor. | |

**ORDER ON LETTER FROM UNIT OWNER**

The Court has reviewed a letter from Niklas Albinson-Collander ("Collander"), owner of Unit 1207. The letter complains about the assessments imposed by the Hotel Unit Owner and alleges that the Hotel Unit Owner unlawfully removed personal property from Collander's unit.

The assessment amounts owed by unit owners to the Hotel Unit Owner will hopefully be resolved in this bankruptcy case because the Debtor Association is also a unit owner. However, as set forth in this Court's January 31, 2017 Order Setting Evidentiary Hearing on Motion for Sanctions and Entering Further Interim Relief [DE# 108], "[t]his Court lacks jurisdiction to consider, or otherwise abstains from considering, any claims by Movants that the Hotel Owner or Hotel Operator removed or damaged any of the Movants' personal property."

This Court is certainly not condoning the Hotel Unit Owner's removal or damage to property owned by the unit owners, including Collander. However, this bankruptcy case is a reorganization of the Debtor, a condominium association, and as such, this Court is not the appropriate forum to provide a remedy to unit owners whose property has been unlawfully removed or damaged by the Hotel Unit Owner.

In sum, it is –

**ORDERED** that this Court will be taking no action on Collander's letter, without prejudice to Collander pursuing claims in another court.

###

COPIES TO:

Brett D. Lieberman, Esq.
Steven M. Davis, Esq.
Barry S. Mittelberg, Esq.
AUST

Niklas Albinsson-Collander
Tommi Bergendahl
Sixty Sixty Building – Unit 1207
6060 Indian Creek Drive
Miami Beach, FL  33130