

**ORDERED in the Southern District of Florida on March 31, 2017.**

    Robert A. Mark, Judge
    United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

                                                                            Case No. 16-26187-RAM

**In re:**

                                                                            **Chapter 11**

**SIXTY SIXTY CONDOMINIUM
ASSOCIATION, INC.,**

    **Debtor.**
_____/

**ORDER GRANTING MOTION BY WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT
OPPORTUNITIES TRUST III FOR RELIEF FROM AUTOMATIC STAY [D.E. # 131]**

    **THIS MATTER** came before the Court on March 28, 2017 on *Motion for Relief from Stay [Fee Amount $181] Filed by Interested Party Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III. (Attachments: # (1) Exhibit # (2) Affidavit # (3) Indebtedness Worksheet)* [D.E. #131] (the "Motion"). The Court, being otherwise duly advised in the premises, it is, hereby,

**ORDERED** as follows:

1. The Automatic Stay is lifted to allow WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III ("Movant") to foreclose its mortgage, and allow the state court to enter all necessary orders, judgments, and decrees associated therewith, on real property legally described as:

> **CONDOMINIUM UNIT NO. 1204, IN 6060 CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED APRIL 10, 2006, IN OFFICIAL RECORDS BOOK 24411, AT PAGE 1780 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA** (the "Property").

2. This relief is *in rem* only to permit movant to name the Sixty Sixty Condominium Association, Inc. (the "Debtor") as a Defendant in state court foreclosure proceedings in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Movant shall not seek any *in personam* relief against the Debtor without further order of the Court.

3. This Order is without prejudice to the Debtor. Any and all of Debtor's claims, defenses, rights and entitlements related to the Property, in any way, are preserved.

4. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:
Chase A. Berger, Esq.
Florida Bar No. 083794
chase@bergerfirm.com
**BERGER FIRM P.A.**
3050 Biscayne Boulevard
Suite 402
Miami, Florida  33137
Telephone: (305) 501.2808
Facsimile:  (954) 780.5578
**Copies furnished to:**
Chase A. Berger, Esq.
[Mr. Berger shall serve a conformed copy of this order upon all interested parties.]