March 28, 2017

Honorable Robert A. Mark

Case # 16-26187- RAM

US Bankruptcy Court

301 North Miami Avenue

Room 150

Miami, FL 33128

Dear Judge Mark,

RE: Unit 605 Sixty Sixty

We have not signed a hotel agreement with Schecher or Casablanca.

No one should be using our unit.

We have not had any statements or checks from any hotel group since or before the building was closed.

Thank you for your help.

David and Deborah Lynn Georg

Owners of Unit #605  Sixty Sixty Condominium

3821 Houcks Road

Monkton, Maryland 21111

410-960-9140 cell Email dbcidavid@gmail.com