Honorable Robert A. Mark
US Bankruptcy Court, Case #16-26187-RAM
301 North Miami Avenue, Room 150
Miami, Florida 33128

APR - 5 2017

April 3rd, 2017

Dear Judge Mark,

I am Nora Diaz owner of Unit #1108 at 6060 Indian Creek Drive, Miami Beach, FL 33140

I would like to inform you and ask for your help at the Sixty Sixty Condominium.

I cancelled my Hotel-Rental-program Contract on July 7th, 2015. Nevertheless, the Hotel Rental Program is now renting my Unit without my permission. They have lied to you in their file DOC#146 'Reconsideration.'

Please intervene and grant me restitution. With gratitude,

Nora Diaz #1108

Mario A Puig by Vintage Classics llc