IN THE UNITED STATES BANKRUPTCY COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI-DADE DIVISION

In re:

SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC.,   Case No. 16-26187-RAM

Chapter 11

    Debtor.

_____/

MOTION FOR BANKRUPTCY COURT DIRECTION TO CIRCUIT COURT REGARDING PENDING AND TO BE PENDING RELATED MIAMI-DADE CIRCUIT COURT FORECLOSURE ACTIONS

    COME NOW Collective UNIT OWNERS, by and through their undersigned counsel, and move for the entry of an Order Providing Direction to the Dade County Circuit Court Regarding Pending Related Circuit Court Foreclosure Actions, and for cause state:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on December 5, 2016;

2. At or since that time, approximately one hundred (100) foreclosure cases against individual unit owners have been filed by Schecher Group, Inc. and his related entities in the Miami-Dade Circuit Court, and it is anticipated that more may follow;

3. The aforesaid cases are in various stages of litigation and, to further complicate matters, have been randomly assigned to various Judges, with the result that there are

1

inconsistent rulings, leading to confusion regarding their status vis a vis the effects of the automatic stay among other bankruptcy-related matters;

4. Of the aforementioned approximate 100 pending foreclosure cases, approximately ten (10) are now stayed pending determination of the validity, extent and priority of claims, and the finality of claims in this Court;

5. Miami-Dade Circuit Court Administrative Judge Jennifer D. Bailey, faced with the above-referenced issues, transfer issues, and apparently concerned with the possibility of stay violations and inconsistent rulings thereon in cases with similar facts and circumstances, has specifically requested that your undersigned request this Court provide guidance as to how to uniformly administer the aforementioned cases so as to ensure consistency of rulings thereon and to be notified when all cases are stayed.

WHEREFORE, the Collective HOTEL UNIT OWNERS respectfully request that this Court set a hearing to consider provision of guidance to the Miami-Dade Circuit Court regarding foreclosure actions now pending, and to be pending in the future, regarding any Circuit Court foreclosure cases related to this pending Chapter 11 Bankruptcy Case, and for whatever further relief this Honorable Court deems just and proper.

Respectfully submitted this 6th day of April, 2017.

**Florida Litigation Group, P.A.**
4839 Volunteer Road #514
Davie, FL  33330
Telephone: (954) 394-7461
*Counsel for the Unit Owners*

By: /s/ Inger Garcia, Esq.
Inger Garcia, Esq.
Florida Bar Number 0106917
ServiceEmail: Attorney@IngerGarcia.com

DAVID MARSHALL BROWN, P.A.
*Co-Counsel for Unit Owners*
413 S.W. 5th Street
Fort Lauderdale, Florida 33315
(954) 770-3729
DavidBrownFLL@gmail.com

By: /s David Marshall Brown
David Marshall Brown, Esq.
Florida Bar No. 0995649

3