

**ORDERED in the Southern District of Florida on April 10, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

```
                UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA

                                    )
In re:                              )    CASE NO. 16-26187-RAM
                                    )    CHAPTER  11
SIXTY SIXTY CONDOMINIUM             )
ASSOCIATION, INC.,                  )
                                    )
                                    )
          Debtor.                   )
                                    )
                                    )
```

### ORDER TAKING NO ACTION
### ON LETTER FROM UNIT OWNER AND DIRECTING
### <u>UNIT OWNERS TO STOP WRITING LETTERS TO THE COURT</u>

The Court has reviewed a letter from Hernan Osso ("Osso"), owner of Unit 708 [DE# 173]. The letter alleges that the hotel management group or Mr. Schecher have caused damages to his unit

and that the Hotel Unit Owner is attempting to foreclose on his unit based on allegedly inflated claims for maintenance fees.

As stated in a prior Order [DE# 139], the assessment amounts owed by unit owners to the Hotel Unit Owner will hopefully be resolved in this bankruptcy case because the Debtor Association is also a unit owner.  However, as set forth in this Court's January 31, 2017 Order Setting Evidentiary Hearing on Motion for Sanctions and Entering Further Interim Relief [DE# 108], "[t]his Court lacks jurisdiction to consider, or otherwise abstains from considering, any claims by Movants that the Hotel Owner or Hotel Operator removed or damaged any of the Movants' personal property."

This Court is certainly not condoning the Hotel Unit Owner's removal or damage to property owned by the unit owners.  However, this bankruptcy case is a reorganization of the Debtor, a condominium association, and as such, this Court is not the appropriate forum to provide a remedy to unit owners whose property has been unlawfully removed or damaged by the Hotel Unit Owner.

In sum, it is –

**ORDERED** as follows:

1.   This Court will be taking no action on Osso's letter, without prejudice to Osso pursuing claims in another court.

2.   All Unit Owners in the building are directed not to send any letters to the Court.  If a unit owner believes that this Court

2

has jurisdiction to consider a request for relief, a motion must be filed, preferably by an attorney.

    3.   Debtor's counsel shall serve a copy of this Order on all unit owners in the building.

###

COPIES TO:

Brett D. Lieberman, Esq.
Steven M. Davis, Esq.
Barry S. Mittelberg, Esq.
David Marshall Brown, Esq.
AUST

Hernan Osso
Elssitta LLC
5705 Melaleuca Drive
Tamarac, FL  33319