UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Case No.: 16-26187-RAM

Sixty Sixty Condominium Association, Inc.       Chapter 11

        Debtor
_____/

## INTERESTED PARTIES' JOINDER IN SUPPORT OF DEBTOR'S EFFORTS TO REORGANIZE AND OF THE PLAN PROCESS

Interested Parties, Sixty Sixty 706 & 906 LLC, Martin Lange, Ciaraso Corp., Richard Vasquez, Robys 1 Corp., Rino International, Inc., Nandini Bhojwani and Hansrah Bhojwani, and Sunjay Hotchandini and Mohini Hotchandini, hereby file this joinder in support of the Debtor's efforts to reorganize and of the Chapter 11 Plan process. The referenced interested parties, while not committing to the results of the Debtor's proposed Chapter 11 Plan or to any one of the alternatives proposed by the Debtor in the current proposed Plan, do support the Debtor's efforts to reorganize, support the Chapter 11 Plan process and wish for the process to play itself out.

CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,

        /s/ Ken Taninaka
        Ken Taninaka
        Florida Bar No. 45046
        Email: ktaninaka@skdrlaw.com
        Vincent E. Damian, Jr.
        Florida Bar No. 17643
        Email: vdamian@skdrlaw.com
        Salomon, Kanner, Damian & Rodriguez, P.A.
        80 S.W. 8 Street; Suite 2550

Miami, Florida 33130  
Telephone: (305) 379-1681; Facsimile: (305) 374-1719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties who are registered to receive electronic notice on April 11, 2017.

By: /s/ Ken Taninaka, Esq.  
Ken Taninaka

H:\6060 - Unit Owners\178815 - 6060 Owners Group\Bankruptcy Pleadings\Joinder in Support of Debtor's Efforts to Reorganize & of the Plan Process.doc