

**ORDERED in the Southern District of Florida on April 20, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:

Sixty Sixty Condominium Association, Inc.          Case No. 16-26187-RAM

    Debtor-in-Possession.                              Chapter 11

_____/

**ORDER GRANTING IN-PART** *DEBTOR'S EXPEDITED MOTION FOR ENTRY OF AN ORDER: (I) APPROVING JASON WELT AND TRUSTEE REALTY, INC. AS DEBTOR'S REAL ESTATE PROFESSIONAL; (II) APPROVING PROPOSED BIDDING PROCEDURES; (III) APPROVING FORM AND NOTICE THEREOF; AND (IV) SCHEDULING HEARING TO CONSIDER APPROVAL OF "HIGHEST AND BEST" BID* **AND SETTING FURTHER HEARING**

THIS MATTER came before the Court on April 13, 2017 at 2:00 p.m., upon *Debtor's Expedited Motion For Entry Of An Order: (i) Approving Jason Welt And Trustee Realty, Inc. As Debtor's Real Estate Professional; (ii) Approving Proposed Bidding Procedures; (iii) Approving Form And Notice Thereof; and (iv) Scheduling Hearing To Consider Approval of "Highest And Best" Bid* (ECF No. 174) (the "Motion"), and the *Joinders* in the Motion filed by (i) approximately seven unit owners represented by the Salomon, Kanner, Damian & Rodriguez, P.A. law firm (ECF #185); (ii) approximately 42 unit owners represented by the Florida

Litigation Group, P.A. law firm (ECF #190); and (iii) Florida Building & Supply, Inc. (ECF #199); (iv) the *Objection* to the Motion filed by the Schecher Group, Inc. ("Schecher Group") (ECF #200) and (v) the *Limited Objection* to the Motion filed by Kingfisher Island, Inc. ("KFI") (ECF #201), and the Court having reviewed the Motion and the Broker's[1] Declaration of Disinterestedness attached as Exhibit "D" thereto, the *Joinders,* the *Objection* and the *Limited Objection*, having heard argument and proffer of counsel for the Debtor, the Schecher Group, KFI and other prospective purchasers, counsel for Florida Builders & Supply, Inc. ("FBS"), counsel for certain Residential Unit owner constituencies, and others, finding that due and adequate notice was provided to all parties-in-interest, and otherwise finding good cause to grant the relief in-part and continue the hearing on the balance of the relief requested in the Motion, it is hereby **ORDERED:**

    1.    The Motion is Granted In-Part, as follows:

        A.    Debtor is authorized to retain Jason Welt and Trustee Realty, Inc. (together, "Broker"), as Debtor's real estate broker to explore Potential Purchasers for the opportunity to submit an LOI in a contemplated Bulk Sale of the Commercial Units and Residential Units.

        B.    The Broker shall be entitled to the following compensation:

            i.    The Broker's compensation is a "contingency fee" model. That is, the Broker is entitled to a fee in an amount equal to one percent (1.0%) of the final purchase price of all units participating in the Bulk Sale at closing.[2]

            ii.    Any "Cooperating Broker"[3] shall not be paid out of the sale proceeds; rather such payment shall be borne solely by the Potential Purchaser. Broker's compensation will be paid upon closing out of the

---

[1] Capitalized terms not defined herein shall have the same meaning as ascribed to them in the Motion.

[2] The 1% Broker's compensation shall be paid out of the proceeds allocable to each unit including all Residential Units who participate in the Bulk Sale and the Debtor's Units.

[3] A "Cooperating Broker" is any duly licensed real estate broker who properly registers a client who purchases the Property.

1

     proceeds of a successful Bulk Sale.

     iii. However, if the KFI LOI is ultimately the Highest and Best LOI, Broker shall only be entitled to a quarter of a percent (.25%) commission.

     iv. In the event a Highest and Best LOI is approved and executed by the Debtor but (i) the Bulk Sale does not close and (ii) any deposit is retained by the Debtor, the commission to be paid Broker shall be the lesser of: one-half (1/2) of the amount of the deposit, or $6,000.

  2. All other objections to the Motion set forth in the *Objection* and *Limited Objection* are preserved.

  3. The hearing as to the balance of the relief requested in the Motion shall be continued to May 2, 2017 at 2:00 pm at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128 [ECF No. 205].

###

Submitted by:  Brett D. Lieberman, Esq., Messana, P.A., 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, Telephone:  954-712-7400, Facsimile:  954-712-7401, Email:  blieberman@messana-law.com

Copy furnished to Brett D. Lieberman, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.