

**ORDERED in the Southern District of Florida on May 4, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: ) | CASE NO. 16-26187-RAM |
| ) | CHAPTER 11 |
| SIXTY SIXTY CONDOMINIUM ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER DENYING MOTION FOR SANCTIONS**

This matter comes before the Court upon Unit Owner Alexandre Lombardo's Motion for Sanctions Against Schecher Group [DE #227] (the "Motion for Sanctions"). The Court discussed the Motion for Sanctions at a May 2, 2017 hearing on other matters in this case. As stated at the May 2nd hearing, this Court lacks jurisdiction

over the dispute alleged in the Motion for Sanctions. To the extent the Court has jurisdiction, it will abstain. Therefore, it is-

**ORDERED** that the Motion for Sanctions [DE #227] is denied without prejudice to Mr. Lombardo pursuing relief in a non-bankruptcy court.

###

Copies to:

David Marshall Brown, Esq.

Barry P. Gruher, Esq.