

**ORDERED in the Southern District of Florida on May 12, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Sixty Sixty Condominium Association, Inc.

      Debtor-in-Possession.
_____/

Case No. 16-26187-RAM
Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND**
**THE EXCLUSIVITY PERIOD WITHIN WHICH TO SOLICIT**
**VOTES IN FAVOR OF DEBTOR'S PLAN OF LIQUIDATION**

THIS MATTER came before the Court on the *Debtor's Motion to Extend the Exclusivity Period within Which to Solicit Votes in Favor of Debtor's Plan of Liquidation* (ECF No. 235) (the "Motion").[1]  The Motion is brought pursuant to 11 U.S.C. §1121(d).  This Court has the authority to grant the relief requested in the Motion; the relief requested in the Motion is

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1

necessary and is in the best interests of the Debtor, its estate, and its creditors; proper and adequate notice of the Motion has been given and no further or other notice is required; having reviewed the record and finding good cause to grant the relief as follows; it is

**ORDERED and ADJUDGED** that:

1. The Motion is GRANTED.

2. The Exclusive Solicitation Period is hereby extended for 60 days through and including August 2, 2017.

3. This Order is entered without prejudice to the Debtor seeking further extensions of the Exclusive Solicitation Period and any objections thereto by the U.S. Trustee, any creditor and/or interested party.

###

Submitted by:
Brett D. Lieberman, Esq.
Messana, P.A.
401 East Las Olas Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Telephone: (954) 712-7400
blieberman@messana-law.com

Copy furnished to Brett D. Lieberman, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.