**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Sixty Sixty Condominium Association, Inc.        Case No. 16-26187-RAM

       Debtor-in-Possession.          Chapter 11
_____/

**DEBTOR'S EMERGENCY *EX PARTE* MOTION TO EXTEND THE**
**DEADLINES ESTABLISHED BY *THE ORDER (1) SETTING HEARING***
***AND DEADLINES ON AMENDED DISCLOSURE STATEMENT (2) SETTING BRIEFING***
***SCHEDULE ON RIGHT OF FIRST REFUSAL ISSUE (3) SUSTAINING***
***IN PART OBJECTION TO DISCLOSURE STATEMENT AND (4) CONTINUING***
***HEARINGS ON APPLICATION TO EMPLOY MANAGER AND APPLICATION***
***TO EMPLOY BROKER AND APPROVE BID PROCEDURES* (ECF NO. 230)**

        Sixty Sixty Condominium Association, Inc., the Chapter 11 debtor herein (the "Debtor"), by and through undersigned counsel, moves this Court for an extension of the deadlines established by the *Order (1) Setting Hearing and Deadlines on Amended Disclosure Statement (2) Setting Briefing Schedule on Right of First Refusal Issue (3) Sustaining in Part Objection to Disclosure Statement and (4) Continuing Hearings on Application to Employ Manager and Application to Employ Broker and Approve Bid Procedures* (ECF No. 230), pursuant to Federal Bankruptcy Rule 9006 and in support thereof, states as follows:

**<u>JURISDICTION</u>**

        1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

## GENERAL BACKGROUND

2.      The Debtor is a not-for-profit Florida corporation; a condominium association for a condominium located at 6060 Indian Creek Drive in Miami Beach, Florida (the "Condominium").

3.      On December 5, 2016 (the "Petition Date"), Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since that time, Debtor has operated as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.  No trustee, examiner or official committee of unsecured creditors has been appointed to date.

4.      On March 17, 2017, the Debtor filed its plan of reorganization (ECF No. 149) and its disclosure statement in support of the plan of reorganization pursuant to 11 U.S.C. §1125 (the "Disclosure Statement") (ECF No. 150).

5.      A hearing to consider, among other things, the Debtor's Disclosure Statement, Debtor's motion to employ a broker and approve a sale process (ECF #174) (the "Application to Employ Broker and Approve Bid Procedures"), Debtor's motion for authority to engage a property manager (ECF #175), and certain objections and joinders in same occurred on May 2, 2017 (ECF No. 159).

6.      On May 3, 2017, the Court entered an Order (ECF No. 230) which, among other things, set the following deadlines (the "Deadlines"):

The Debtor shall file an Amended Plan and Amended Disclosure Statement by May 23, 2017.  ¶ 1.

The deadline for parties in interest to file objections to the Amended Disclosure Statement is June 9, 2017.  ¶ 2.

2

By May 26, 2017, the Schecher Group shall file an objection to the Application to Employ Broker and Approve Bid Procedures addressing the Right of First Refusal Issue. ¶ 7.

The Debtor shall file a response to the Schecher Group's objection to the Application to Employ Broker and Approve Bid Procedures by June 9, 2017. ¶ 8.

## RELIEF REQUESTED

7.      Debtor requests a brief, three-day extension of time to file its amended disclosure statement and plan and to extend the other Deadlines accordingly. There are several issues that require further analysis and require additional time for Debtor to file its amended disclosure statement and plan.

8.      By this Motion, Debtor seeks the entry of an Order in accordance with Federal Bankruptcy Rule 9006 extending the Deadlines as follows:

The Debtor's deadline to file an amended plan and amended disclosure statement shall be extended to **May 26, 2017**.

The deadline for parties in interest to file objections to the amended disclosure statement shall be extended to **June 14, 2017**.

The deadline for the Schecher Group to file an objection to the Application to Employ Broker and Approve Bid Procedures addressing the Right of First Refusal Issue shall be extended to **May 31, 2017**.

The Debtor's deadline to file a response to the Schecher Group's objection to the Application to Employ Broker and Approve Bid Procedures shall be extended to **June 14, 2017.**

9.      Debtor's counsel has communicated with (i) counsel for the Schecher Group, Inc.; (ii) counsel for Florida Building and Supply, Inc.; and (iii) counsel for that certain unit owner constituency who filed a joinder in support of the Application to Employ Broker and Approve Bid Procedures at ECF #190, all of whom have no objection to the extensions requested through this Motion.

10.    Debtor's counsel has called counsel for the Office of the U.S. Trustee, but, on short notice, was unable to communicate with same.

**WHEREFORE,** the Debtor respectfully request that this Court enter an order in substantially the same form as attached hereto as Exhibit "A", extending the Deadlines as described above, without prejudice to seeking further extensions in the event circumstances require it, as well as granting any other and further relief the Court deems equitable and just.

Respectfully submitted this 23rd day of May, 2017.

> MESSANA, PA
> *Counsel for the Debtor*
> 401 East Las Olas Boulevard, Suite 1400
> Fort Lauderdale, FL 33301
> Telephone: (954) 712-7400
> Facsimile: (954) 712-7401
> Email: blieberman@messana-law.com
>
> /s/ Brett D. Lieberman
> Thomas M. Messana
> Florida Bar No. 991422
> Brett D. Lieberman
> Florida Bar No. 69583

**EXHIBIT A**
Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Case No. 16-26187-RAM

Sixty Sixty Condominium Association, Inc.                    Chapter 11

       Debtor-in-Possession.

_____/

**ORDER GRANTING DEBTOR'S EMERGENCY EX PARTE MOTION**
**TO EXTEND THE DEADLINES ESTABLISHED BY ECF NO. 230**

THIS MATTER came before the Court on the Debtor's *ex parte* motion for an extension

of certain deadlines (ECF No. _____) (the "Motion") established by the *Order (1) Setting*

*Hearing and Deadlines on Amended Disclosure Statement (2) Setting Briefing Schedule on Right*

*of First Refusal Issue (3) Sustaining in Part Objection to Disclosure Statement and (4)*

*Continuing Hearings on Application to Employ Manager and Application to Employ Broker and*

*Approve Bid Procedures* [ECF No. 230] (the "Scheduling Order").[1]   The Motion is brought

pursuant to Federal Bankruptcy Rule 9006.   This Court has the authority to grant the relief

requested in the Motion; the relief requested in the Motion is necessary and is in the best

interests of the Debtor, its estate, and its creditors; having reviewed the record and finding good

cause to grant the relief as follows; it is

       **ORDERED and ADJUDGED** that:

       1.      The Motion is GRANTED.

       2.      The following deadlines of the Scheduling Order (the "Deadlines") shall be

modified as follows:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

a.  The Debtor's deadline to file an amended plan and amended disclosure statement shall be extended to May 26, 2017.

b.  The deadline for parties in interest to file objections to the amended disclosure statement shall be extended to June 14, 2017.

c.  The deadline for the Schecher Group to file an objection to the Application to Employ Broker and Approve Bid Procedures addressing the Right of First Refusal Issue shall be extended to May 31, 2017.

d.  The Debtor's deadline to file a response to the Schecher Group's objection to the Application to Employ Broker and Approve Bid Procedures shall be extended to June 14, 2017.

3.  All other terms of the Scheduling Order shall remain, including the hearings scheduled on June 21, 2017 at 2:00 p.m.

4.  This Order is entered without prejudice to the Debtor seeking further extensions of the Deadlines and any objections thereto by the U.S. Trustee, any creditor and/or interested party.

### ###

Submitted by:
Brett D. Lieberman, Esq.
Messana, P.A.
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone:  (954) 712-7400
blieberman@messana-law.com

Copy furnished to Brett D. Lieberman, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.