UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No.: 16-26187-RAM

Sixty Sixty Condominium Association, Inc.                Chapter 11

                Debtor
_____/

**INTERESTED PARTIES' JOINDER IN SUPPORT OF DEBTOR'S EFFORTS TO REORGANIZE AND OF THE PLAN PROCESS**

      Interested Parties, Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc. Alternative Loan Trust 2006-7, Mortgage Pass-through Certificates, Series 2006-7 c/o Nationstar Mortgage, 2617 College Park Dr., Scottsbluff, NE 69361 Unit 1106, Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7, Mortgage Pass-through Certificates, Series 2006-7 c/o 8950 Cypress Waters Blvd., Coppell, TX 75019 Unit 1107, Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 c/o McCalla Raymer, LLC, 225 E. Robinson St., Suite 155, Orlando, FL 32801 Unit 1402, and Wells Fargo Bank, N.A., as Trustee for the Holders of the Banc of America Alternative Loan Trust 2006-9, Mortgage Pass-through Certificates, Series 2006-9 c/o 8950 Cypress Waters Blvd., Coppell, TX 75019 Unit 1608, hereby file this Joinder in support of the Debtor's efforts to reorganize and of the Chapter 11 Plan Process.  The referenced interested parties, while not committing to the results of the Debtor's proposed Chapter 11 Plan or to any one of the alternatives proposed by the Debtor in the current proposed Plan, do support the Debtor's efforts to reorganize, support the Chapter 11 Plan process and wish for the process to play itself out.

                CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                       Respectfully submitted,

THE CHARTWELL LAW OFFICES, LLP.

/s/ Derek E. Lewis
Derek E. Lewis
Florida Bar No. 69555
H. Keith Thomerson
Florida Bar No. 893706
822 A1A North, Suite 304
Ponte Vedra Beach, FL  32082
(904) 373-0239
kthomerson@chartwelllaw.com
jaxservice@chartwelllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties who are registered to receive electronic notice on June 5, 2017.

By: /s/ Derek E. Lewis, Esq.
Derek E. Lewis