UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          Case No. 16-26187-RAM

SIXTY SIXTY CONDOMINIUM                                                      Chapter 11
ASSOCIATION, INC.,

        Debtor.
_____/

**KINGFISHER ISLAND, INC'S OBJECTION TO AND MOTION TO STRIKE SECURED CREDITOR SCHECER GROUP, INC.'S DISCLOSURE OF CONFIDENTIAL SETTLEMENT COMMUNICATION**

    Kingfisher Island, Inc. ("KFI") objects to and moves to strike the disclosure by Schecher Group, Inc. ("Schecher Group") of KFI's confidential settlement communication, and states:

    1.    On June 6, 2017, in an attempt to settle certain claims impacting the instant proceeding, KFI sent a confidential settlement communication to Schecher Group, the debtor, and other interested parties in the instant matter (the "June 6, 2017 LOI"). KFI sent the June 6, 2017 LOI "on the condition that neither Seller nor Purchaser . . . make a public disclosure as to the existence of this LOI, nor shall Purchaser or Seller disclose any of its contents." KFI made this communication as a confidential settlement offer in an attempt to resolve the claims (or potential claims) in this case. KFI did not file or intend for the June 6, 2017 LOI to be submitted to the Court or be made public. The June 6, 2017 LOI did not replace its prior letter of intent.

    2.    Nevertheless, on June 14, Schecher Group filed the June 6, 2017, as Exhibit A to its objection (ECF No. 259) to the debtor's first amended disclosure statement and motion for dismissal. In the objection, the Schecher Group wrongly argued that "KFI has submitted an entirely new LOI dated June 6, 2017," and therefore the current LOI on file with the Court is moot. (ECF No. 259, ¶ 27.)

3. This is simply false. KFI did not submit a new LOI, it sent a confidential settlement discussion to the interested parties (which included the Schecher Group) in an attempt to resolve all potential claims. By improperly disclosing the terms of the June 6, 2017 LOI in its objection, Schecher Group has prejudiced KFI's offer in the case.

4. Evidence of compromise offers are not admissible to impeach by contradiction. Fed. R. Evid. 408. A motion to strike is an appropriate remedy for elimination of redundant, immaterial, impertinent, or slanderous matters. Fed. R. Civ. P. 12(f). A party may move to strike evidence affecting a substantial right of the party. Fed. R. Evid. 103.

5. KFI accordingly objects to the use of the confidential settlement communications and requests that the court strike Schecher Group's inclusion of and all references to the June 6, 2017 LOI as an improper disclosure of a confidential communication. KFI has not withdrawn or otherwise impacted its current letter of intent by submitting the June 6, 2017 LOI, and desires to move forward with its original offer and be given the right to an overbid in an attempt to give the Debtor and other interested parties the highest and best offer.

**WHEREFORE**, KFI requests an order of this Court striking KFI's June 6, 2017 LOI and any reference to its terms in Schecher Group's Objection and requests that the court disregard it and proceed with KFI's original letter of intent.

Date: June 19, 2017

PROFESSIONAL PARTNERS
GROUP, LLC
895 Dove Street, Suite 300
Newport Beach, CA 92663
Tel: 818-298-5614
Email: adam@propartnersgroup.com

By: */s/ Adam T. Kent*
    Adam T. Kent
    *Admitted Pro Hac Vice*

        California Bar No: 274275

        BROAD AND CASSEL LLP
        100 S.E. 3rd Avenue, Suite 2700
        Fort Lauderdale, FL 33394
        Tel: 954-764-7060
        Fax: 954-761-8135
        Email: mlessne@broadandcassel.com

        By:   /s/ Michael D. Lessne
              Michael D. Lessne, Esquire
              Florida Bar No.: 73881

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing to all parties and counsel identified on the CM/ECF service list maintained by the Court in this case, on this 19th day of June, 2017.

By: /s/ Michael D. Lessne
Michael D. Lessne, Esquire
Florida Bar No.: 073881

4811-0229-4858.1mlessne JP **Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Magda Abdo-Gomez    mabdoatty82@bellsouth.net
- Chase A Berger    chase@bergerfirm.com, paralegal@bergerfirm.com,trosenfeld@bergerfirm.com;lburgess@bergerfirm.com
- David Marshall Brown    DavidBrownfll@gmail.com
- Steven M Davis    sdavis@bplegal.com
- Barry P Gruher    bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Michael D Lessne    mlessne@broadandcassel.com, jphillips@broadandcassel.com
- Brett D Lieberman    blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tzeichman@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com
- Thomas M. Messana    tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;tzeichman@messana-law.com;mwslawfirm@gmail.com
- Barry S. Mittelberg    barry@mittelberglaw.com, stacey@mittelberglaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Brian L Rosaler    ecfbankruptcy@popkinrosaler.com
- Meredith Mishan Silver    msilver@phillipslawyers.com, wcapote@phillipslawyers.com
- Ken Taninaka    ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com