

**ORDERED in the Southern District of Florida on June 22, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 16-26187-RAM |
| | CHAPTER 11 |
| SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC., | |
| Debtor. | |

**ORDER GRANTING MOTION TO STRIKE**

The Court conducted a hearing on June 21, 2017, on Kingfisher Island, Inc.'s Objection to and Motion to Strike Secured Creditor Schecher Group, Inc.'s Disclosure of Confidential Settlement Communication (the "Motion to Strike") [DE# 270].  The Court makes

no finding as to whether the document subject of the Motion to Strike is a confidential settlement communication. Nevertheless, since the document was attached to the Schecher Group's objection to the Debtor's disclosure statement and the Court has denied approval of the disclosure statement, the Court finds cause to grant the Motion to Strike and it is –

**ORDERED** as follows:

1. The Motion to Strike is granted.

2. The Clerk shall remove from the court docket Exhibit A to DE# 259, specifically, pages 28 to 32 of DE# 259.

###

COPIES TO:

Brett D. Lieberman, Esq.
Michael D. Lessne, Esq.
Barry P. Gruher, Esq.
.
AUST

**(Attorney Lessne to serve a copy of this Order on all other interested parties and file a Certificate of Service)**