**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Sixty Sixty Condominium Association, Inc.                Case No. 16-26187-RAM

        Debtor-in-Possession.                                Chapter 11

_____/

**SUMMARY OF FIRST INTERIM FEE APPLICATION FOR ALLOWANCE**
**AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR MESSANA, P.A., AS ATTORNEYS FOR DEBTOR**

1. Name of applicant: **Brett D. Lieberman** and the law firm of **Messana, P.A.**
2. Role of applicant: **Attorneys for Debtor**
3. Name of certifying professional: **Brett D. Lieberman, Esq.**
4. Date case filed: **December 5, 2016**
5. Date of application for employment: **December 12, 2016 (ECF No. 9)**
6. Date of order approving employment: **December 29, 2016 (ECF No. 41)**
   *Nunc Pro Tunc* **to Petition Date**
7. If debtors' counsel, date of Disclosure of Compensation form: **December 19, 2016 (ECF No. 28)**
8. Date of this application: **October 27, 2017**
9. Dates of services covered: **December 6, 2016 – June 30, 2017**
10. If case is chapter 7, amount trustee has on hand: **N/A**

**Fees...**

| | | |
|---|---|---|
| 11. Total fees earned for this period (from Exhibit 1) | $ | 249,122.50 |
| 12.  **Voluntary Reduction** | $ | 10,884.50 |
| 13. Balance remaining in fee retainer account, not yet awarded | $ | 45,412.40 |
| 14. Fees paid or advanced for this period, by other sources | $ | 0.00 |
| 15. **Net amount of fee requested for this period** | $ | 238,238.00 |

**Expenses...**

| | | |
|---|---|---|
| 16. Total expense reimbursement requested for this period | $ | 15,062.86[1] |
| 17. Balance remaining in expense retainer account, not yet received | $ | 0.00 |
| 18. Expenses paid or advanced for this period, by other sources | $ | 0.00 |

---

[1] In accordance with Local Rule, Messana does not seek reimbursement for travel and parking expenses of $28.69.

| | | |
|---|---|---|
| 19. **Net amount of expense reimbursements requested for this period** | **$** | **15,062.86** |
| 20. Gross award requested for this period (#11 + #16) | $ | 264,185.36 |
| 21. **Net award requested for this period** (#15 + #19) | $ | 253,300.86 |
| 22. If Final Fee Application, amount of net awards requested in interim applications but not previously awarded (total from History of Fees and Expenses, following pages). | $ | N/A |
| 23.  **Proposed interim holdback** | $ | 176,550.86 |
| 24.  **Net interim fee award payment requested** | **$** | **76,750.00** |
| 25. **Net interim expense award requested** | **$** | **15,062.86** |

History of Fees and Expenses

1. Dates, sources, and amounts of retainers received:  Prior to the filing of this bankruptcy case, a $50,000.00 retainer was received from Sixty Sixty Condominium Assoc. of which approximately $4,587.60 was applied pre-petition.   Approximately $45,412.40 is presently held in retainer.

2. Dates, sources, and amounts of third party payments received:  None.

3. Prior fee and expense awards: None.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Sixty Sixty Condominium Association, Inc.   Case No. 16-26187-RAM

   Debtor-in-Possession.     Chapter 11

_____/

### FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR MESSANA, P.A., AS ATTORNEYS FOR DEBTOR

Brett D. Lieberman, Esq. and the law firm of Messana, P.A., ("Messana" or the "Applicant"), having been approved by this Court as attorneys for the Debtor and Debtor-In-Possession, Sixty Sixty Condominium Association, Inc. (the "Condominium" or the "Debtor"), hereby applies for its first interim allowance and payment of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(3)(a).  The exhibits attached to this Application, pursuant to the Guidelines, are:

  Exhibits 1-A and 1-B – Summary of Professional and Paraprofessional Time

  Exhibit 2 – Summary of Requested Reimbursements of Expenses

  Exhibit 3 – The Applicant's complete time records, in chronological order, by activity code, category, for the time period covered by this Application.  The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested interim fee award of **$76,750.00** for fees and **$15,062.86** in costs and a finding that the fees incurred during the application period of

**$238,238.00** for **714.70** hours worked is reasonable considering the twelve factors enumerated in

Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to

bankruptcy proceedings by In re First Colonial Corp. of America, 554 F.2d 1291 (5th Circuit

1977).

## I.    RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

By order entered on December 29, 2016 (ECF 41), the Court authorized the retention of

Messana as counsel for the Debtor.  Messana's compensation is conditioned on approval by this

Court.  Accordingly, Messana submits this Application for a first interim award of professional

fees and expenses incurred by Messana during the period from December 6, 2016 through June

30, 2017 (the "Application Period").  This Application is the first application filed in this case by

Messana.  Messana seeks hereunder that this Court find its fees in the amount of $238,238.00 for

services rendered and $15,062.86 for reimbursement of expenses incurred during the period

covered by this Application to be reasonable and, recognizing the resources available to the

Debtor at this time, grant an interim award of **$76,750.00** for fees and **$15,062.86** in costs.

## II.    CASE BACKGROUND

On December 5, 2016 (the "Petition Date"), Debtor filed a voluntary petition in this

Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code")

(ECF No. 1).  Since that time, Debtor has operated as a debtor-in-possession pursuant to Sections

1107 and 1108 of the Bankruptcy Code.  As of the date hereof, no creditors' committee has been

appointed in this case.  In addition, no trustee or examiner has been appointed.

The Condominium was created on or about April 10, 2006[2] through conversion of a hotel to a hybrid condominium/hotel.  The Condominium is composed of 82 residential units (the "Residential Units") that are privately owned by the Residential Unit owners (the "RUOs");  (ii) four commercial units (the "Commercial Units") presently owned by the Debtor (the "CUO"), and, (iii) generally speaking, all areas not within a Residential Unit or Commercial Unit are deemed to be a part of a hotel unit (the "HU") owned and operated by Schecher Group, Inc. (the "HUO").  The Debtor is a not-for-profit corporation, a condominium association.

The Declaration created a very unusual ownership, control and management structure that, absent complete transparency and good faith, created an opportunity for mismanagement and self-dealing by the HUO.

The Debtor, among other things, is responsible for the management, operation, and maintenance of the Condominium's "Common Elements", the Commercial Units and Unit 505 (a hotel/Residential Unit within the Condominium).  Under the Declaration (and different than most every other condominium), the Condominium here has very few Common Elements. The principal Common Element is an easement of support in every portion of a unit which contributes to the support of the Condominium.  To fund the expenses of Debtor's operations (the "Common Expenses"), the Declaration empowers the Debtor to assess and specially assess the RUOs, the CUO, and the HUO (the "Association Assessments"). Under the Common Expense Allocation, the HUO is responsible for 64.5962%, the RUOs for 29.8763%, and the CUO for 5.5275% of the Common Expenses.

According to records available to the Debtor, the HUO has not paid its share of the

---

[2] See Declaration recorded in the Official Records Book 24411, Page 1780 of the Public Records of Miami-Dade County, Florida ('the Declaration").

Common Expenses for many years and appears to owe the Debtor nearly $900,000.  In fact, since the Petition Date, the HUO has not paid a single dollar of the Debtor's assessments.

Prior to the Petition, there were several disputes and lawsuits between, among others, the Debtor, the HUO, Condominium Hotel Management Co., Florida Building & Supply, LLC and A1 Fire.

From April 2015 through late December 2016, the Condominium was closed and RUOs, in large part, withheld under protest their assessments.

Upon commencement of this case, Debtor immediately sought to reopen the building to provide access to same for the Debtor and its constituents.  On December 22, 2016, this Court entered its order authorizing building access to the Debtor and RUOs.  Ultimately the Court sanctioned the HUO for preventing certain RUO's from accessing their units.

Debtor continues its path towards reorganization with the aid and assistance of your Applicant.  Absent dedication of your Applicant's resources and skill, Debtor would not have made the significant progress that it has towards a successful reorganization.

Your Applicant performed the legal services necessarily attendant to the administration of the Chapter 11 case for the Debtor during the Application Period.

### III.    DESCRIPTION AND SUMMARY OF SERVICES PERFORMED

During the Application Period, Messana has performed a multitude of legal services which were necessary to effectively represent the Debtor in this case and which provided benefit to the estate.  The specific services are detailed in the firm's billing records attached hereto as Exhibit 3.  Highlights of the services rendered by Messana on behalf of the Debtor are set forth below.

4

During the application period, your Applicant commenced the Chapter 11 case by assisting the Debtor on the filing of the petition, schedules, statement of financial affairs, case management statement and first day motions.

Throughout the tenure of this Chapter 11 case, Messana has worked diligently to assist the Debtor in performing its duties as a debtor-in-possession and to further a reorganization of the Debtor.

From commencement, the Debtor and your Applicant have had a vision of how to reorganize Debtor's financial affairs.  It was hoped that the reorganization strategy could be a collaborative process with RUOs and the HUO.  While the RUOs have been responsive and supportive, the HUO has lodged various objections and contested substantially every step on Debtor's path to reorganization.

To that end, among other things, Messana has prepared, filed and prosecuted motions and other pleadings, has been involved in extensive discovery processes (both requested and producing), represented the Debtor at the meeting of creditors, has assisted the Debtor in complying with its obligations to the Office of the U.S. Trustee, including the IDI and Debtor-in-Possession Reports, has negotiated with creditors, developed an exit strategy and prepared and filed a timely plan and amended plan and supporting disclosure statements.

Your Applicant also assisted the Debtor in filing multiple motions to manage its general affairs, including the ordinary reporting and operating burdens of a Chapter 11 debtor.  Since the Petition Date, your Applicant has assisted the Debtor in continuing to operate as Debtor and the Debtor-In-Possession, including acquiring insurance, and taken steps to reorganize its affairs including by passing a 2017 budget and has taken efforts to collect its outstanding assessment

5

receivables. Your Applicant has spent considerable time in advancing Debtor's interests and defending same from the objections of the HUO.

By way of brief overview, your Applicant has engaged in a multitude of contested matters, including, among other efforts, preparing and responding to each of the HUO's following objections, among others:

> *Schecher Group Inc.'s Objection to Debtor's Application to Appoint Special Condominium Law Counsel* (ECF No. 30); see *Order Authorizing the Employment and Retention of Alessandra Stivelman, Esq. and Eisinger, Brown, Lewis, Frankel & Chaiet, P.A. as Debtor's Special Collections and Condominium Counsel Nunc Pro Tunc to December 9, 2016* (ECF No. 89);

> Schecher's o*re tenus* objection to application to employ Messana, P.A.; see *Interim Order Authorizing the Employment and Retention of Messana, P.A. as Attorneys for the Debtor and Debtor-in-Possession Nunc Pro Tunc to the Petition Date* (ECF No. 41) and *Final Order Authorizing the Employment and Retention of Messana, P.A. as Attorneys for the Debtor and Debtor-in-Possession Nunc Pro Tunc to the Petition Date* (ECF No. 41);

> Schecher's *ore tenus* objection to application to employ Accountant Michael Marcusky and Juda Eskew & Associates PA; see *Order Authorizing The Employment And Retention Of Accountant Michael Marcusky And Juda Eskew & Associates, PA* (ECF No. 88);

> *Schecher Group, Inc.'s and Richard Schecher's Verified Response in Opposition to Debtor's Motion for Violation of the Automatic Stay and to Compel Access to Estate Property* (ECF No. 35); see and *Order on Stay Violation* (ECF No. 38); and ultimately, *Order Liquidating Compensatory Damages and Granting In Part Motion for Reconsideration of Sanctions Order* (ECF No. 206);

> *Condominium Hotel Management Corporation, Inc.'s Response to Motion to Compel* (ECF No. 98) and *Condominium Hotel Management Corporation, Inc.'s Amended Response to Motion to Compel* (ECF No. 99); see *Order Granting, in Part, Debtor's Motion to Compel Production of Documents from Condominium Hotel Management Corporation Responsive to Subpoena and for Sanctions* (ECF No. 109);

> *Schecher Group Inc.'s and Richard Schecher's Response to Debtor's Motion for Contempt and Sanctions for Violating 11 U.S.C. §§1121 and*

*1125* (ECF No. 122); see *Order Granting in Part and Denying in Part Motion for Contempt* (ECF No. 142);

➤ *Response and Objection by Secured Creditor, Schecher Group, Inc. to Debtor's Expedited Motion for Entry of an Order:  (I) Approving Jason Welt and Trustee Realty, Inc. as Debtor's Real Estate Professional; (II) Approving Proposed Bidding Procedures; (III) Approving Form and Notice Thereof; and (IV) Scheduling Hearing to Consider Approval of "Highest and Best" Bid* (ECF No. 200) and *Schecher Group, Inc.'s Objection to Application to Employ Broker and Approve Bid Procedures and for Enforcement of Hotel Unit Owner's Right of First Refusal Under Declaration* (ECF No. 251); see *Debtor's Expedited Motion for Entry of an Order:  (I) Approving Jason Welt and Trustee Realty, Inc. as Debtor's Real Estate Professional; (II) Approving Proposed Bidding Procedures; (III) Approving Form and Notice Thereof; and (IV) Scheduling Hearing to Consider Approval of "Highest and Best" Bid* (ECF No. 174), *Order Granting In-Part Debtor's Expedited Motion for Entry of an Order:  (I) Approving Jason Welt and Trustee Realty, Inc. as Debtor's Real Estate Professional; (II) Approving Proposed Bidding Procedures; (III) Approving Form and Notice Thereof; and (IV) Scheduling Hearing to Consider Approval of "Highest and Best" Bid and Setting Further Hearing* (ECF No. 212), *Order Reserving Ruling on Right of First  Refusal* (ECF No. 285) and *Order Granting Debtor's Expedited Motion for Entry of an Order:  (I) Approving Jason Welt and Trustee Realty, Inc. as Debtor's Real Estate Professional; (II) Approving Proposed Bidding Procedures; (III) Approving Form and Notice Thereof; and (IV) Scheduling Hearing to Consider Approval of "Highest and Best" Bid* (ECF No. 289);

➤ *Response and Objection by Secured Creditor, Schecher Group, Inc. to Debtor's Motion for Authority to Engage Property Manager and Approve Management Terms* (ECF No. 223); see and *Order Approving Employment of Manager* (ECF No. 280).

Many of the foregoing required preparation and attendance at contested hearings and written responses.  Throughout the Application Period, the HUO contested substantially every effort of the Debtor and applied a kitchen sink style of litigation to purposefully increase the costs of administration. HUO did so to carry out is threat to make bankruptcy too expensive for Debtor to succeed.

Nevertheless, your Applicant has forged a path towards a complete reorganization of the

Debtor by, among other things, (i) engaging a broker to market its property; (ii) obtaining authority to engage a manager to successfully manage its property; (iii) formulating a successful auction process; (iv) obtaining an acceptable contract; (v) obtaining UO approval of the 71 unit contracts; and (vi) cutting a path towards a successful reorganization.

Your Applicant also commenced an action against the HUO to help determine the validity, priority and extent of liens, setoff, objection to claim and request for declaratory judgment, which survived a motion to dismiss and is advancing towards adjudication. Your Applicant also requested that the Court compel a judicial settlement conference, which request was granted.

Your Applicant sought the production of documents from, among others Florida Building & Supply, Inc., Vishnu Sharma, the HUO and Richard J. Schecher. When documents were not provided, your Applicant brought motions to compel turnover of books and records from the Condominium's previous manager, CHMC, and from Richard J. Schecher, Jr., which resulted in court orders directing delivery of all documents responsive to discovery requests to Debtor's counsel (ECF Nos. 22, 23, 52, 63, 71, 72, 82, 98, 99, 109, 117).

During the exclusivity period, the HUO sought support for an alternative plan relating to the Debtor in violation of Section 1121 of the Bankruptcy Code. Your Applicant filed a motion for contempt and sanctions against the HUO to enjoin it from further solicitation. The Bankruptcy Court granted prospective relief and prohibited the HUO from proposing a plan or plan structure and from soliciting same during the exclusivity period (ECF Nos. 112, 122, 142. This Court also imposed other requirements to protect exclusivity, including requiring that the HUO include a particular disclaimer on his "budget" proposals. *Id.*

8

Your Applicant prepared and filed the Debtor's Plan and Disclosure Statement and defended objections to same. After hearing, the Court required certain amendments to the Disclosure Statement. Your Applicant prepared the First Amended Plan (ECF No. 245) and First Amended Disclosure Statement (ECF Np. 246) which, although not approved, will stand as the foundation of what is anticipated to the Debtor's Second Amended Plan and Second Amended Disclosure Statement consistent with the Court's recent ruling.

Throughout this case, in an effort to maximize value, the Debtor has been negotiating with potential purchasers and/or managers of virtually all of its assets through an organized process which would permit residential unit owners to "opt-in" to a sale or management program for their units.

Presently, many of the moving parts are falling into place to facilitate the successful reorganization of the Debtor.

### IV.    MISCELLANEOUS

Your Applicant also has spent time on miscellaneous matters which have arisen to date in the course of your Applicant's representation of the Debtor. Throughout the case, Messana has communicated with creditors and equity security holders who have contacted Messana on a variety of matters. Moreover, Messana has also monitored correspondence, pleadings and other court papers filed in this case and has attended hearings affecting the estate.

### V.    INDEXING OF TASKS BY ACTIVITY CODES

As set forth in the various exhibits attached to this Application, Applicant has organized its time records by activity codes in accordance with the Guidelines. Accordingly, each of the time entries of the attorneys and paralegal of the Applicant has been indexed into one of the

9

categories listed below.

**Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries.

**Asset Disposition/Preservation:** Sales of assets and related transactional work; issues related to the preservation or disposal of collateral.

**Business Analysis:** Sales of assets and related transactional work; issues related to the preservation or disposal of collateral.

**Business Operations:** DIP Operating Issues.  Issues related to the Debtors operating its business as a debtor-in-possession in Chapter 11, including employee, vendor, consumer and tenant issues.

**Case Administration:** Coordination and compliance activities, including review of the Debtor's schedules and statement of financial affairs; general creditor inquiries; other tasks not otherwise indexed by activity code.

**Claims Administration and Objections:** Specific claim inquiries; analysis of claims; objections to claims; allowance of claims.

**Fee/Employment Applications:** Preparation of employment and fee applications for professionals; related tasks.

**Fee/Employment Objections:**  Respond to objections of the Debtor to the employment of professionals in this case.

**Financing:**  Matters pursuant to sections 361, 363 and 364 of the Bankruptcy Code, including cash collateral and other secured creditor issues; loan document analysis.

**Meetings of Creditors:** Preparing for and attending the first meeting of creditors and other creditors' and creditors' committee meetings.

**Plan and Disclosure Statement:** Formulation of the structure of the plan.

**Preparation and Review of Reports Required by U.S. Trustee:** Compliance with U.S. Trustee Guidelines; preparation of Debtor-in-Possession monthly operating reports; correspondence with the Office of the U.S. Trustee.

**Tax Issues:** Analysis of tax issues.

**General Litigation:** Investigate and pursue causes of action on behalf of the estate.

## VI.    EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Chapter 11 Debtor.  The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent.  A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

*American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.*, 544 F.2d 1291 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees.  *First Colonial* remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code.  *Grant v. George Schuman Tire & Battery Company*, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); *See also Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981).  The twelve factors are:

    i)        The time and labor required;

    ii)      The novelty and difficulty of the questions presented;

    iii)    The skill required to perform the legal services properly;

    iv)    The preclusion from other employment by the attorney due to acceptance of the case;

    v)      The customary fee for similar work in the community;

    vi)    Whether the fee is fixed or contingent;

    vii)   The time limitations imposed by the client or circumstances;

viii)    The amount involved and results obtained;

ix)    The experience, reputation and ability of the attorneys;

x)    The undesirability of the case;

xi)    The nature and length of the professional relationship with the client; and

xii)    Awards in similar cases.

*First Colonial*, 544 F.2d at 1298-99.

Based on the standards set forth in Sections 330 and 331 of the Bankruptcy Code and *First Colonial*, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of **$238,238.00**.

Recognizing the assets available to the estate at this time (and the simultaneously filed Application for compensation of Eisinger, Brown, Lewis, Frankel & Chaiet, P.A.), as an interim request, your Applicant seeks immediate payment of **$76,750.00** for fees and reimbursement of **$15,062.86** in costs for the Application Period.  Your Applicant requests that it be allowed to apply the **$45,412.40** it holds in trust and be paid the balance of **$46,400.00** from the Debtor's DIP account.    Presently, the Debtor's DIP holds approximately **$98,356.33**.    Your applicant reserves all rights to seek a release of the holdback and for other sums earned and expended through future fee applications.

**a.    Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Chapter 11 Debtor during the period covered by this Application.  The total number of hours expended (**714.70**) reveals the time devoted to these matters by the Applicant.  The blended hourly rate for the Applicant during the period covered by this Application is approximately

**$333.34**.

Applicant navigated various legal issues which have arisen in this case during the period covered by this Application.  Consistently, Applicant has performed the services with skill and obtained beneficial results which have preserved and obtained value for the estate.   Inasmuch as many of the services were provided through papers filed with the Court and the Applicant in court appearances, the Court has observed the Applicant's efforts and is uniquely in a position to evaluate same.

**b.      Novelty and Difficulty of Questions Presented.**

Issues presented in this case were incredibly detail oriented, fact specific, and instances of first impression.  This case presented novel and difficult issues that arose on a regular basis and often required thorough legal analysis to formulate positions and craft going forward strategies.  Particularly, issues arose regularly with respect to application and interpretation of the Declaration.  Your Applicant dedicated appropriate resources to researching and developing legal arguments, supported by the facts, in an effort to maximize value to the estate and reorganize Debtor's financial affairs.

**c.      Skill Requisite to Perform Services Properly.**

In rendering services to the Chapter 11 Debtor, Applicant demonstrated substantial legal skill and bankruptcy expertise.  The Court has observed your Applicant's oral and written advocacy and, as such, can evaluate the skill level presented.

**d.      Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation in this case did not preclude it from accepting other employment.  The Applicant submits it has treated matters in this case in an expeditious and

professional manner and has attempted to accelerate issues in an effort to minimize costs.

       **e.**       **Customary Fee.**

The hourly rates of the Applicant set forth in the attached exhibits reflect the hourly rates the Applicant bills to its clients in other similar bankruptcy cases.  In addition, through an exercise of its billing discretion, your Applicant has voluntarily reduced its fees by **$10,884.50**. This Court has approved these rates, as have other courts within and outside of this district, in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved. Considering the considerable reduction in fees sought through this application, the award sought herein is modest as compared to the value of the services provided.

       **f.**       **Whether Fee is Fixed or Contingent.**

The Applicant's compensation in this matter is subject to approval of the Court and therefore contingent.  Further, the instant bankruptcy case had few, if any, liquid assets to distribute when the case began. Accordingly, the Applicant's compensation was dependent upon its ability to recover and monetize assets.  The Court should consider this factor, which militates in favor of a fee in the amount requested.  The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent, bankruptcy cases.

       **g.**       **Time Limitations Imposed by Client or Other Circumstances.**

The circumstances of this case imposed typical time constraints on the Applicant.

       **h.**       **Experience, Reputation and Ability of Attorneys.**

The attorneys of Messana, P.A. are experienced in matters of this kind and are well known to this Court.  Thomas M. Messana, the senior partner in the firm, has experience in

bankruptcy and business workouts and litigation that span a twenty-year period. For the past almost 20 years, Mr. Messana has been Treasurer and a Director of the Bankruptcy Bar Foundation for the Southern District of Florida, a non-profit corporation which funds the pro bono legal effort of the local bankruptcy bar association. Mr. Messana is a past president of The Bankruptcy Bar Association of the Southern District of Florida; former chairperson of the Florida Bar Bankruptcy/UCC Committee; former co-chairperson of the Bankruptcy Judicial Liaison Committee of the Business Law Section of the Florida Bar; former adjunct professor at St. Thomas University School of Law teaching bankruptcy law for over a decade. Mr. Messana served as the chairperson or co-chairperson of The Florida Bar Business Law Section's Receivership Study Group and is active on its Assignment for the Benefit of Creditors sub-committee. He has served on the Executive Council of the Florida Bar's Business Law Section and regularly lectures and publishes on bankruptcy related subjects in national, regional and local forums. In addition to many other professional distinctions, Mr. Messana's legal acumen has been noticed by inclusion in Chambers & Partners, USA; as a Best Lawyer in America; a Super Lawyer; a Member of Florida's Legal Elite Lawyers by Florida Trend; as Bankruptcy Lawyer of the Year Fort Lauderdale for 2017 by Best Lawyers in America Litigation; and is "AV" preeminent rated by Martindale-Hubbell.

Brett Lieberman, a partner with Messana, has experience in the representation of trustees, receivers, assignees, debtors and creditors in the various aspects of commercial bankruptcy and general insolvency workout situations. Mr. Lieberman has served in various leadership roles with the Bankruptcy Bar Association of the Southern District of Florida for over six years and currently sits as its Second Vice President. He is a member of the Receivership and Assignment

for the Benefit of Creditors subcommittees of the Florida Bar's Business Law Section, and has been a member of the Federal Practice standing committee of the Florida Bar for over five years. Since 2013, Mr. Lieberman has also been recognized as a Rising Star by Florida Super Lawyers, an Up and Comer by Florida Trend, and is AV preeminent rated by Martindale-Hubbell.

Mr. Lieberman received his Juris Doctorate *cum laude* from the University of Florida Levin College of Law in 2009.  During his final semester, he served as editor of the Entertainment and Law Review and earned book awards in Creditors' Remedies & Bankruptcy and Torts.  He earned his Master of Accounting and Bachelor of Science in Accounting, from the University of Florida Fisher School of Accounting as part of an accelerated degree program.  Mr. Lieberman is admitted to the Florida Bar, the United States District Court for the Southern, Middle and Northern Districts of Florida and the 11th Circuit Court of Appeals.

Thomas Zeichman, an associate attorney who worked on this matter, focuses his practice on the representation of receivers, assignees, trustees, debtors, and creditors in the various aspects of commercial bankruptcy and general insolvency workout situations.  Mr. Zeichman received his Bachelor of Arts from the Harriet L. Wilkes Honors College of Florida Atlantic University.  Mr. Zeichman received his Juris Doctor *summa cum laude* from Nova Southeastern University Shepard Broad Law Center in 2012, graduating fifth in his class.  Mr. Zeichman has also been recognized as a Rising Star by Florida Super Lawyers.

Christopher Broussard, an associate attorney who worked on this matter, focuses his practice on business bankruptcy, commercial litigation and corporate transactions.  Mr. Broussard clerked with the Honorable John K. Olson at the U.S. Bankruptcy Court, Southern District of Florida.  Mr. Broussard obtained his Bachelor of Science in Business Administration

(majoring in economics) from the University of Florida. After graduating from UF, Mr. Broussard attended Emory Law School. While at Emory, Mr. Broussard was an Executive Editor for the Emory Bankruptcy Developments Journal and received a certificate in Intellectual Property.

### i.      "Undesirability" of Case.

While challenging, this case was not undesirable. The Applicant is privileged to have had the opportunity to represent the Chapter 11 Debtor and appear before the Court in this proceeding.

Your Applicant and the Debtor have faced objections nearly every step of the way. Rather than aim towards a win-win resolution, the HUO's commitment to an I Win – You Lose attitude has required the Debtor to exhaust more resources than would otherwise have been required. HUO's goal to terminate the bankruptcy case and leave the Debtor without a mechanism to reorganize is not in the best interest of the Debtor's creditors. This factor does not make the case less "desirable" *per se*. However, your Applicant notes, as a fee enhancement factor, the palpable creditor hostility and obstructionism, even to the part of seemingly acting contrary to its own pecuniary interest, e.g. opposing a sale at favorable terms which would get its allowed claim paid in full at closing.

### j.      Nature and Length of Professional Relationship with Client.

The Applicant's relationship with the Chapter 11 Debtor began before its employment in this Chapter 11 case with the pre-petition Debtor executing an engagement agreement on or about July 20, 2016 for legal representation in a certain case pending before the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, case numbers 16-015645 and

17

16-015653 (the "FS&B Lawsuit").

**k.      Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity.  The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.  The fees requested by the Applicant in this Application reflect an average hourly rate of approximately **$333.34**. Considering the results obtained in light of the contingent nature of the Applicant's employment, the manner in which your Applicant has represented the Chapter 11 Debtor, the infrequency of payment and the complexity of the issues addressed during the periods covered by this Application, this rate is modest.  Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate.  A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

**VI.      CONCLUSION**

The Applicant has performed extensive and valuable services for the Chapter 11 Debtor in this case.  For this reason and all of the reasons set forth in this Application, Messana requests that this Court find **$238,238.00** in fees and expenses of **$15,062.86** to be reasonable and award Applicant **$76,750.00** in fees (representing a hold back of approximately **$142,622.00**) and **$15,062.86** for reimbursement of expenses for the Application Period on an interim basis. Furthermore, the Applicant reserves the right to supplement this Application prior to any hearing hereon and to seek part or all of the hold back on any future application.

WHEREFORE, the Applicant respectfully requests the Court to enter an Order (a) finding Applicant's fees of **$238,238.00** and expenses of **$15,062.86** for the Application Period reasonable; (b) awarding the Applicant an interim award of **$76,750.00** for fees and **$15,062.86** for reimbursement of expenses for the Application Period; (c) authorizing your Applicant to apply its pre-petition retainer toward the interim fee award in the amount of **$30,349.54** in fees and **$15,062.86** in costs; (d) authorizing and directing the Debtor to pay **$46,400.00** of the interim award from its operating account; and (d) granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 27th day of October, 2017.

> Messana, P.A.
> *Counsel for Debtor*
> 401 East Las Olas Boulevard, Suite 1400
> Fort Lauderdale, Florida 33301
> Telephone: (954) 712-7400
> Facsimile:   (954) 712-7401
> E-mail:  tmessana@messana-law.com
>
> /s/ Brett D. Lieberman
> Thomas M. Messana, Esq.
> Florida Bar No. 991422
> Brett D. Lieberman, Esq.
> Florida Bar No. 69583

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served on October 27, 2017 by Notice of Electronic Filing to the **Office of the U.S. Trustee**, 51 Southwest 1st Avenue, Suite 1204, Miami, Florida  33130 and by U.S. Mail to **Sixty Sixty Condominium Association, Inc.**, 1489 West Palmetto Park Road, Suite 505, Boca Raton, Florida 33486.

/s/ Brett D. Lieberman
Brett D. Lieberman, Esq.
Florida Bar No. 69583

## CERTIFICATION

1.      I have been designated by Messana, P.A., (the "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements for Professionals in the Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certificate and described in the Application.

5.      Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.      In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.      In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is

included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.      The Debtors, the chairperson of each official committee (if any), the U.S. Trustee, and their respective counsels, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.     The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure:  None.

Dated:  October 27, 2017

Messana, P.A.
*Counsel for the Debtor*
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone:  (954) 712-7400
Facsimile:    (954) 712-7401
E-mail:  blieberman@messana-law.com

/s/ Brett D. Lieberman
Brett D. Lieberman, Esq.
Florida Bar No. 69583

**Summary of Professional and Paraprofessional Time Total**
**Per Individual for this Period Only**

PROFESSIONALS:

| Name | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| P - Thomas M. Messana | 1990 (MD) | | | |
| | 1991 (DC) | | | |
| | 1993 (FL) | 52.90 | $565.00 | $29,888.50 |
| P - Brett Lieberman | 2009 (FL) | 480.30 | $350.00 | $168,105.00 |
| A - Christopher Broussard | 2012 (FL) | 18.20 | $295.00 | $5,369.00 |
| A - Thomas Zeichman | 2012 (FL) | 37.90 | $275.00 | $10,422.50 |
| SUBTOTALS: | | 589.30 | | $213,785.00 |

**P = Partner; C = Counsel; A = Associate**

PARAPROFESSIONALS:

| Name (Title) | Years Experience | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Nancy Barrus | 17 | 125.40 | $195.00 | $24,453.00 |
| SUBTOTALS: | | 125.40 | | $24,453.00 |

PL = Paralegal; LC = Law Clerk

**TOTALS:**

| | |
|---|---|
| Total Professional and Paraprofessional Hours: | 714.70 |
| Average Hourly Rate: | $333.34 |
| Total Professional and Paraprofessional Fees:* | $238,238.00 |

* Less Courtesy Discount $10,884.50

Exhibit 1-A

**Summary of Professional and Paraprofessional Time By Activity Code Category**

| ACTIVITY CODE CATEGORY: ASSET ANALYSIS AND RECOVERY | | | |
|---|---|---|---|
| Thomas M. Messana | 20.40 | $565.00 | $11,526.00 |
| Brett Lieberman | 152.50 | $350.00 | $53,375.00 |
| Thomas Zeichman | 3.50 | $275.00 | $962.50 |
| Nancy Barrus | 41.20 | $195.00 | $8,034.00 |
| **Total Asset Analysis and Recovery** | **217.60** | | **$73,897.50** |
| ACTIVITY CODE CATEGORY: ASSET DISPOSITION/PRESERVATION | | | |
| **Total Asset Disposition/Preservation** | | | |
| ACTIVITY CODE CATEGORY: BUSINESS OPERATIONS | | | |
| Thomas M. Messana | 2.30 | $565.00 | $1,299.50 |
| Brett Lieberman | 23.00 | $350.00 | $8,050.00 |
| Thomas Zeichman | 1.10 | $275.00 | $302.50 |
| Nancy Barrus | 3.50 | $195.00 | $682.50 |
| **Total Business Operations** | **29.90** | | **$10,334.50** |
| ACTIVITY CODE CATEGORY: CASE ADMINISTRATION | | | |
| Thomas M. Messana | 3.60 | $565.00 | $2,034.00 |
| Brett Lieberman | 3.30 | $350.00 | $1,155.00 |
| Thomas Zeichman | 0.20 | $275.00 | $55.00 |
| Nancy Barrus | 11.00 | $195.00 | $2,145.00 |
| **Total Case Administration** | **18.10** | | **$5,389.00** |
| ACTIVITY CODE CATEGORY: CLAIMS ADMINISTRATION AND OBJECTIONS | | | |
| Brett Lieberman | 13.50 | $350.00 | $4,725.00 |
| Nancy Barrus | 5.50 | $195.00 | $1,072.50 |
| **Total Claims Administration and Objections** | **19.00** | | **$5,797.50** |
| ACTIVITY CODE CATEGORY: FEE/EMPLOYMENT APPLICATIONS | | | |
| Thomas M. Messana | 3.00 | $565.00 | $1,695.00 |
| Brett Lieberman | 11.90 | $350.00 | $4,165.00 |
| Thomas Zeichman | 3.10 | $275.00 | $852.50 |
| Nancy Barrus | 8.70 | $195.00 | $1,696.50 |
| **Total Fee/Employment Applications** | **26.70** | | **$8,409.00** |
| ACTIVITY CODE CATEGORY: FEE/EMPLOYMENT OBJECTIONS | | | |
| **Total Fee/Employment Objections** | | | |
| ACTIVITY CODE CATEGORY: FINANCING | | | |
| **Total Financing** | | | |
| ACTIVITY CODE CATEGORY: MEETING OF CREDITORS | | | |
| Brett Lieberman | 3.10 | $350.00 | $1,085.00 |
| Nancy Barrus | 0.50 | $195.00 | $97.50 |
| **Total Meeting of Creditors** | **3.60** | | **$1,182.50** |
| ACTIVITY CODE CATEGORY: PLAN AND DISCLOSURE STATEMENT | | | |
| Thomas M. Messana | 9.80 | $565.00 | $5,537.00 |
| Brett Lieberman | 127.60 | $350.00 | $44,660.00 |
| Thomas Zeichman | 15.50 | $275.00 | $4,262.50 |
| Nancy Barrus | 22.90 | $195.00 | $4,465.50 |
| **Total Plan and Disclosure Statement** | **175.80** | | **$58,925.00** |
| ACTIVITY CODE CATEGORY: PREPARATION AND REVIEW OF REPORTS REQUIRED BY U.S. TRUSTEE | | | |
| Brett Lieberman | 7.20 | $350.00 | $2,520.00 |
| Nancy Barrus | 2.40 | $195.00 | $468.00 |
| **Total Preparation and Review of Reports Required by U.S.Trustee** | **9.60** | | **$2,988.00** |
| ACTIVITY CODE CATEGORY:  TAX ISSUES | | | |
| **Total Tax Issues** | | | |
| ACTIVITY CODE CATEGORY: GENERAL LITIGATION | | | |
| Thomas M. Messana | 13.80 | $565.00 | $7,797.00 |
| Brett Lieberman | 138.20 | $350.00 | $48,370.00 |
| Christopher Broussard | 18.20 | $295.00 | $5,369.00 |
| Thomas Zeichman | 14.50 | $275.00 | $3,987.50 |
| Nancy Barrus | 29.70 | $195.00 | $5,791.50 |
| **Total General Litigation** | **214.40** | | **$71,315.00** |
| | | | |
| **TOTAL Case** | | | |
| | **714.70** | | **$238,238.00** |

Exhibit 1-B

**Summary of Requested Reimbursement of Expenses for this Time Period Only**

|  | Cost | Quantity | Total |
|---|---|---|---|
| 1 Filing Fees & Recording Fees | | | $2,067.00 |
| 2 Process Service Fees | | | $130.30 |
| 3 Witness Fees | | | |
| 4 Court Reporter and Transcripts | | | |
| 5 Lien and Title Searches | | | |
| 6 Photocopies (in-house copies) | 0.15 | 64,043 | $9,606.45 |
| 7 Photocopies (outside copies) | | | |
| 8 Postage | | | $2,294.39 |
| 9 Overnight Delivery Charges | | | |
| 10 Outside Courier/Messenger Services | | | $45.00 |
| 11a Long Distance (a) Telephone Charges | | | |
| 11b Long Distance (b) Conference Calls | | | |
| 12 Long Distance Fax Transmission | | | |
| 13 Computerized Research | | | $784.72 |
|     A. Pacer | $112.00 | | |
|     B. Research | $672.72 | | |
| 14 Out of Southern District of Florida Travel | | | |
|     A. Transportation | | | |
|     B. Lodging | | | |
|     C. Meals | | | |
| 15 Other (not specifically disallowed; must specify and justify) | | | |
|     A. Court Call | | | $135.00 |

**Total "Gross" Amount of Requested Disbursements**                    $15,062.86

Exhibit 2

# *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:  954-712-7401

Sixty Sixty Condominium Association, Inc.                                                                   August 15, 2017
1489 West Palmetto Park Road, Suite 505                              File #:          1437-001
Boca Raton, FL 33486 USA

**Attention:**     Ms. Maria T. Velez, President

**RE:**     Sixty Sixty Condominium Association, Inc. (Bnkr.) - Asset Analysis and
Recovery

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|---|---|---|---|
| 001 | Asset Analysis and Recovery | $315.67 | 234.10 | 73,897.50 |
| | **Total** | | **234.10** | **$73,897.50** |
| | **Grand Total** | | **234.10** | **$73,897.50** |

## SUMMARY BY TIMEKEEPER

| | | | **This Invoice** | |
|---|---|---|---|---|
| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** |
| Thomas M. Messana | Senior Partner | 565.00 | 20.40 | 11,526.00 |
| Brett Lieberman | Partner | 350.00 | 152.50 | 53,375.00 |
| Tom Zeichman | Associate | 275.00 | 3.50 | 962.50 |
| Nancy Barrus | Paralegal | 195.00 | 41.20 | 8,034.00 |
| **Total** | | | **217.60** | **$73,897.50** |
| **Courtesy Discount** | | | | |
| Thomas M. Messana | | 565.00 | 7.7 | 4,350.50 |
| Brett Lieberman | | 350.00 | 4.80 | 1,680.00 |
| Tom Zeichman | | 275.00 | .2 | 55.00 |
| Nancy Barrus | | 195.00 | 3.80 | 741.00 |
| **Total  Courtesy Discount** | | | **16.50** | **6,826.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-01-16 | Perform asset and liability search, perform secretary of state searches for creditors, update schedules, conference with attorney. | 2.00 | 0.00 | NB |
| Dec-02-16 | Extensive correspondences with M. Velez and S. Giraldo regarding ▮▮▮▮ (.8); teleconference with B. Goldwyn regarding status (.4); continue preparation of filing documents (1.5); conferences with N. Barrus regarding same (.3). | 3.00 | 0.00 | BL |
| | Conference with attorney regarding unit owners, conference with clerk regarding filing requirements, conference with attorney (.3); update schedules to reflect tax priority claims, prepare schedule of equity security holders (1.1). | 1.40 | 0.00 | NB |
| Dec-05-16 | Exchange correspondence with H. Velez, M. Velez and N. Barrus ▮▮▮▮▮▮ | 1.80 | 0.00 | BL |
| | Research related to liens. | 0.20 | 0.00 | TZ |
| | Conference with attorney regarding filing and schedules (.2); finalize initial filings, conferences with attorney (.2). | 0.40 | 0.00 | NB |
| Dec-06-16 | Continue draft declaration in support of first day motions (.7); exchange extensive correspondences with M. Velez and H. Giraldo regarding ▮▮▮▮ (1.0); review correspondence from R. Schecher regarding letter from BOD to unit owners (.2); ▮▮▮▮ and correspondence to M. Velez regarding same (.5); correspondence to G. Elder regarding bankruptcy filing (.1). | 2.50 | 875.00 | BL |
| | Conference with attorney regarding initial filing, finalize suggestions of bankruptcy. | 0.30 | 58.50 | NB |
| Dec-07-16 | Exchange correspondence with A. Toelkes regarding DIP account (.1); teleconference with A. Stivelman regarding ▮▮▮▮ 4); continue preparation of schedules and statement of financial affairs (2.4). | 2.90 | 1,015.00 | BL |
| | Prepare affidavit of R. Bauchrowitz. | 0.30 | 82.50 | TZ |
| | Review list of twenty largest creditors relative to Florida Building & Supply, conference with attorney, prepare e-mail correspondence to attorney. | 0.10 | 19.50 | NB |
| Dec-08-16 | Conference with B. Lieberman regarding schedules and first day motions. | 1.00 | 0.00 | TMM |

| | | | | |
|---|---|---|---|---|
| | Conduct site inspection and walk through (.5); analysis of unit values since 2006 and research regarding hotel/condominium associations (1.2); review correspondences exchanged between R. Schecher and unit owners regarding assessments (.2); draft case management summary and correspondence to M. Velez regarding ███ (.9); correspondence to S. Vishnu regarding audit (.2); conference with T. Messana regarding schedules and first day motions (1.0). | 4.00 | 1,400.00 | BL |
| | Finalize chapter 11 case management summary, conferences with attorney. | 0.20 | 39.00 | NB |
| Dec-09-16 | Conference with B. Lieberman regarding ████. | 2.00 | 0.00 | TMM |
| | Exchange correspondence with A. Stivelman regarding ███ (.2); finalize draft of notice of filing corporate resolution and correspondence to N. Barrus regarding same (.3); finalize draft affidavit of M. Velez in support of first day motion and fist day motions and conference with T. Messana regarding same (2.5). | 3.00 | 1,050.00 | BL |
| | Exchange e-mail correspondence with attorney regarding Florida Building & Supply's treatment on the bankruptcy schedules (.2); finalize notice of filing Local Rule 1074-1 resolution (.2). | 0.40 | 78.00 | NB |
| Dec-11-16 | Review and revise affidavit and research ████ (2.1); review correspondences from R. Schecher regarding threat to recall board (.2); exchange correspondences with M. Velez, S. Davis, A. Stivelman and others ███ (.4). | 2.70 | 945.00 | BL |
| Dec-12-16 | Draft motion for sanctions for stay violation against hotel unit and correspondence to M. Velez regarding ███ (1.5); review correspondence from R. Bauchrowitz and revise draft affidavit accordingly (.3); exchange correspondence with M. Velez regarding ████ (.3); finalize and file motions and affidavit in support (1.0); conference with T. Messana regarding ████ ████ (1.0). | 4.10 | 1,435.00 | BL |
| Dec-13-16 | Conference with B. Lieberman regarding first day hearings, review corporation statute. | 0.50 | 0.00 | TMM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Exchange extensive correspondences with M. Velez regarding status (.7); exchange correspondence with N. Barrus regarding discovery requests (.3); exchange correspondence with R. Del Forn regarding IDI (.1); exchange correspondence with D. Gonzalez regarding potential matter (.1); conference with T. Messana regarding first day hearings, review corporation statue (.5). | 1.70 | 595.00 | BL |
| Dec-14-16 | Exchange correspondence with T. Zeichman regarding services issues (.1); review correspondence from R. Bauchrowitz and further revise affidavit consistent with same (.1); continue draft schedules and statement of financial affairs (.4); correspondence to T. Zeichman regarding claims against association property (.1); correspondence to K. Bhojwani regarding claim against debtor (.1); correspondence to V. Sharma regarding information request (.1). | 0.90 | 315.00 | BL |
| | Perform lien search. | 0.30 | 82.50 | TZ |
| | Conference with attorney regarding service of first day motions, conference call to clerk regarding service matrix. | 0.30 | 58.50 | NB |
| Dec-15-16 | Teleconference with S. Povdin regarding status (.2); exchange correspondence with S. Povdin regarding same (.1); exchange correspondence with A. Ebert regarding █████████████████ ); teleconference with C. Trapani regarding claim against estate (.4); exchange correspondences with S. Davis regarding CHMC bank accounts for Debtor (.3). | 1.50 | 525.00 | BL |
| Dec-16-16 | Conference with attorney regarding production requests (.2); revise schedules to reflect CHMC counsel as additional notice (.2); revise schedules to reflect G. Elliot and B. Goldwyn for notice purposes, prepare e-mail correspondence to process server, prepare e-mail service to M. Abdo-Gomez, prepare subpoenas for document production directed to Bridgeport Capital, Casablanca Rental, Condominium Hotel Management, M. Morales, A. Rojas and Sharma & Associates (.3). | 0.70 | 136.50 | NB |
| Dec-19-16 | Conference with B. Lieberman regarding communication with hotel owner lawyer, prepare for first day hearings. | 0.70 | 0.00 | TMM |
| | Finalize and file schedules, SoFA, equity list, | 0.40 | 140.00 | BL |

disclosure of compensation and notice regarding taxes.

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Exchange several correspondences with S. Davis regarding pending motions to compel and motion for sanctions (.4); exchange correspondence with A. Algarin regarding potential unit sale (.2); ████████████ ████████████ and exchange correspondence with M. Velez regarding ████ (.4); review and revise notice of filing tax disclosures and exchange correspondence with A. Stivelman and others regarding ████ (.2); correspondence to T. Zeichman regarding proposed orders on pending motions (.1); final preparation of IDI documents for UST and correspondence to R. Del Forn regarding same (.5); conference with T. Messana regarding ████████████ (.5). | 2.30 | 805.00 | BL |
| Dec-20-16 | Conference with B. Lieberman regarding ████████████████ (.8); conference with M. Velez, A. Stivelman and B. Lieberman ████████████ (1.0); review late filed pleadings by Schecher and Schecher Group. (.7). | 2.50 | 0.00 | TMM |
| | Conference with M. Velez, A. Stivelman and, at times, T. Messana ████████████ (1.8); exchange correspondence with T. Zeichman regarding fire panel research (.1); exchange correspondence with S. Leach regarding status (.1); exchange correspondences with S. Davis regarding proposed orders on pending matters (.3); prepare for hearings (1.5); conference with T. Messana regarding ████████████ (.8). | 4.60 | 1,610.00 | BL |
| | Review and analyze public permit records (.3); prepare exhibits for hearing (.2); prepare proposed orders for hearing (.3). | 0.80 | 220.00 | TZ |
| | Conferences with attorneys (.2); prepare attorneys for hearings on first day motions and initial debtor interview (.5). | 0.70 | 136.50 | NB |
| Dec-21-16 | Final preparation and attendance at hearings on motion to compel turnover; application to employ A. Stivelman and emergency application to employ Messana, P. A. (4.0); exchange e-mail with M. Velez regarding ████████████ (.1). | 4.10 | 2,316.50 | TMM |
| | Prepare for and attend hearing on pending | 6.50 | 2,275.00 | BL |

| | | | | |
|---|---|---|---|---|
| | motions. | | | |
| Dec-22-16 | Exchange correspondence with M. Velez regarding insurance issues (.2); teleconference with K. Bhojwani regarding status (.3); exchange correspondence with M. Velez regarding ████████ (.1). | 0.60 | 210.00 | BL |
| | Prepare index of documents received from client (1.1); conference with process server regarding returns of service (.2). | 1.30 | 253.50 | NB |
| Dec-23-16 | Exchange correspondence with A. Stivelman ██████████. | 0.20 | 70.00 | BL |
| Dec-27-16 | Exchange correspondence with K. Bhojwani regarding status (.2); teleconference with M. Velez regarding ████ (.5); call to K. Lippman regarding ██████ (.2). | 0.90 | 315.00 | BL |
| | Telephone conference with Professional Process Servers regarding returns of service on document subpoenas (.2); organize documents produced by C. Trapani for attorney review (.2). | 0.40 | 78.00 | NB |
| Dec-28-16 | Review public records related to liens (.1); correspondence with B. Lieberman regarding same (.1). | 0.20 | 55.00 | TZ |
| | Organize documents for attorney review produced by C. Trapani, conference with attorney, exchange e-mail correspondence with attorney (.4); index for attorney review documents received from client (.1). | 0.50 | 97.50 | NB |
| Dec-29-16 | Research related to ████████████ (.4); exchange correspondence with B. Lieberman regarding same (.1) | 0.50 | 137.50 | TZ |
| | Conference with attorney regarding documents produced by client (.1); prepare e-mail correspondence to K. Bhojwani and M. Velez regarding conference call (.1); review and revise creditor matrix based on client addresses, prepare updated service list (.2); review property appraiser information for equity security holders, prepare e-mail correspondence to attorney regarding results of search (.2); prepare notice to clerk of change of addresses (.1); address service of orders (.1). | 0.80 | 156.00 | NB |
| Jan-03-17 | Exchange correspondence with A. Stivelman regarding status (.2); review documents (1.1); exchange correspondence with S. Davis regarding discovery (.1). | 1.40 | 490.00 | BL |
| | Conference with attorney regarding changes to creditor matrix, update mailing list, review e-mail correspondence (.1); exchange e-mail | 0.20 | 39.00 | NB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | correspondence regarding service on R. Schecher, Jr. (.1). |  |  |  |
|  | Organize and index for attorney review documents received from client. | 0.50 | 97.50 | NB |
| Jan-04-17 | Teleconference with M. Velez and A. Stivelman regarding status. | 0.50 | 175.00 | BL |
|  | Review court matrix, prepare notice to clerk of change in creditor mailing addresses, prepare e-mail correspondence for forwarding to client regarding address corrections, conference with attorney (.5); prepare certificate of additional service as to notice of chapter 11 bankruptcy case (.6). | 1.10 | 214.50 | NB |
| Jan-05-17 | Conference with B. Lieberman regarding ███████████████ | 1.00 | 0.00 | TMM |
|  | Conference with T. Messana regarding ███████████████ | 1.00 | 350.00 | BL |
|  | File three returns of service with court. | 0.20 | 39.00 | NB |
|  | Organize and index for attorney review documents received from client (.7); exchange e-mail correspondence regarding Schecher Group response to subpoena, conference with attorney regarding ███████████████ | 0.90 | 175.50 | NB |
| Jan-09-17 | Conference with B. Lieberman regarding ███████████ | 0.50 | 282.50 | TMM |
|  | Exchange correspondence with A. Algarin regarding potential sale (.2); exchange correspondence with S. Povdin regarding same (.2); teleconference with J. Reeser regarding same (.2); review correspondence from P. Singerman regarding same (.1); conference with T. Messana regarding ███████ (.5). | 1.20 | 420.00 | BL |
| Jan-10-17 | Conference with M. Velez regarding ████ | 1.20 | 420.00 | BL |
| Jan-12-17 | Conference with attorney regarding subpoena for records directed to Sharma & Associates, Inc. (.1); review rules regulating service of subpoena (.1); further conference with attorney (.1). | 0.30 | 58.50 | NB |
| Jan-13-17 | Exchange correspondence with M. Tobin regarding potential sale (.2); review correspondence from M. Velez regarding termination letter and review same (.3); teleconference with A. Ben-Hamo regarding | 2.40 | 840.00 | BL |

status (.4); exchange correspondences with A.
Ebert regarding financial statements (.3);
exchange extensive correspondences with M.
Velez regarding status and going forward
strategies (1.2).

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Jan-17-17 | Exchange correspondence with M. Velez regarding ██████████████ (.2); review correspondence from S. Povdin regarding ████████████ (.9); teleconference with J. Reeser regarding LOI (.3). | 1.40 | 490.00 | BL |
| Jan-18-17 | Exchange correspondence with S. Povdin regarding ██████ (.7); teleconference with B. Portigliatti regarding status (.4); exchange correspondence with A. Toelkes and M. Velez regarding ████████████ (.4); exchange correspondences with H. Giraldo regarding ██████ (.3); exchange correspondence with M. Velez regarding sale offers (.2); exchange correspondence with A. Ebert regarding bank statements (.2). | 2.20 | 770.00 | BL |
| Jan-19-17 | Conference with attorney regarding document production by Schecher Group, account number request from Tyco Integrated Security, and monthly operating report. | 0.20 | 39.00 | NB |
| Jan-20-17 | Exchange correspondence with M. Velez regarding potential ████████████ (.4); teleconference with A. Algarin regarding same (.3); teleconference with S. House regarding management agreement (.5). | 1.20 | 420.00 | BL |
| Jan-26-17 | Exchange correspondence with M. Velez regarding ██████ (.2); teleconference with unit owners' counsel regarding ████████████ (.5); exchange correspondence with A. Stivelman regarding ████████████ (.1). | 0.80 | 280.00 | BL |
| Jan-27-17 | Exchange correspondences with potential purchaser regarding LOI. | 0.30 | 105.00 | BL |
| Feb-01-17 | Exchange correspondence with M. Velez regarding ████████████ | 0.60 | 210.00 | BL |
| Feb-03-17 | Exchange correspondence with M. Velez regarding ██████ (.2); exchange correspondence with O. Dupont regarding management agreement (.1); exchange correspondence with S. Povdin regarding LOI (.2); exchange correspondence with S. House regarding management agreement (.2). | 0.70 | 245.00 | BL |
| Feb-09-17 | Review and organize document production by | 0.70 | 136.50 | NB |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Sharma & Associates, Inc. (.6); conference with attorney regarding document production copying (.1). | | | |
| Feb-10-17 | Organize and label document production from Sharma & Associates for attorney review. | 0.20 | 39.00 | NB |
| | Prepare Debtor's ex parte motion to pay photocopying and scanning costs, conference with CopyScan Technologies regarding copying/scanning costs. | 0.90 | 175.50 | NB |
| Feb-13-17 | Exchange several correspondences with A. Stivelman, M. Velez and others regarding ▇. | 1.10 | 385.00 | BL |
| | Conference with attorney regarding ▇ (.1); research regarding ▇, review local ▇ (.1); prepare e-mail correspondence to attorney regarding local rules (.1). | 0.30 | 58.50 | NB |
| Feb-14-17 | Teleconference with A. Alvarin regarding potential bulk sale purchaser (.3); review corresponded from T. Ouimet regarding ▇ (.2); exchange correspondence with M. Velez regarding ▇ (.2). | 0.70 | 245.00 | BL |
| | Conference with CopyScan, arrange for document production pickup by copy company (.2);   prepare e-mail correspondence to S. Davis confirming arrangement with copy company (.1); prepare e-mail correspondence to CopyScan confirming arrangements (.1); conferences with attorney (.2). | 0.60 | 117.00 | NB |
| Feb-15-17 | Exchange correspondences with M. Velez regarding ▇ (.3); exchange correspondence with O. Cohen regarding potential bulk sale offer (.2). | 0.50 | 175.00 | BL |
| | Several conferences with CopyScan and attorney, exchange e-mail correspondences (.3); organize documents received from client responsive to document request (.5); conference with attorney regarding analysis of invoices (.1). | 0.90 | 175.50 | NB |
| Feb-17-17 | Exchange correspondence with A. Algarin regarding bulk sale. | 0.20 | 70.00 | BL |
| Feb-20-17 | Exchange correspondence with M. Velez and K. Nasser regarding ▇ | 0.20 | 70.00 | BL |
| Feb-21-17 | Teleconference with prospective purchaser | 1.70 | 595.00 | BL |

regarding bulk sale ████████████
███████████████████████ (1.1).

| | | | | |
|---|---|---|---|---|
| Feb-23-17 | Exchange correspondences with K. Nassir regarding potential bulk sale offers (.2); teleconference with K. Nassir and client regarding bulk sale offer (.6). | 0.80 | 280.00 | BL |
| Feb-24-17 | Teleconference with K. Nassir and client regarding bulk sale (.4); correspondence to T. █ | 0.60 | 210.00 | BL |
| Feb-25-17 | Exchange correspondence with S. Povdin regarding bulk offer. | 0.10 | 35.00 | BL |
| Feb-27-17 | Teleconference with perspective purchaser regarding bulk sale (.6); review correspondence from potential purchaser regarding updated LOI (.2) ; correspondence to M. Velez regarding ████ (.1); exchange correspondence with A. Stivelman regarding status (.4); exchange correspondence with S. Povdin regarding unit rentals (.2). | 1.50 | 525.00 | BL |
| Feb-28-17 | Begin preparing analysis of invoice production, prepare e-mail correspondence to attorney. | 1.40 | 273.00 | NB |
| Mar-01-17 | Review correspondences from M. Solo and M. Velez regarding ████████ (.2); teleconference with M. Velez regarding same (.4); review correspondence from K. Nasser regarding potential offer (.1). | 0.70 | 245.00 | BL |
| Mar-02-17 | Exchange correspondence with M. Velez regarding ██████████████ | 1.00 | 350.00 | BL |
| Mar-03-17 | Teleconference with J. Dobin regarding status (.4); review correspondence from A. Stivelman regarding s████████ ██████████████ (.3); exchange correspondence with W. Baker regarding estoppel letters (.2); correspondence to M. Velez regarding ████████████ (.1). | 1.00 | 350.00 | BL |
| Mar-07-17 | Exchange correspondence with M. Velez regarding status. | 0.50 | 175.00 | BL |
| Mar-08-17 | Teleconference with K. Taninaka and V. Damian regarding status (.6); correspondence to M. Velez regarding ████████████ (.2); exchange correspondence with S. Povdin regarding management contract (.2); exchange correspondence with S. Schneiderman regarding insurance policies (.3); exchange correspondence with K. Nassir regarding potential offer (.1). | 1.40 | 490.00 | BL |

| | | | | |
|---|---|---|---|---|
| Mar-09-17 | Teleconference with K. Nassir and potential purchaser regarding bulk sale (.4); exchange correspondence with S. House regarding management agreement (.2). | 0.60 | 210.00 | BL |
| Mar-10-17 | Telephone conference with L. Jackson (and, at times M. Paros and B. Lieberman) regarding potential investor inquiry. | 1.40 | 791.00 | TMM |
| | Telephone conference with L. Jackson, T. Messana (and at times M. Paros) regarding ███████████ | 0.70 | 245.00 | BL |
| Mar-13-17 | Exchange correspondence with L. Jackson regarding potential offer (.3); exchange correspondence with M. Velez regarding ███████ (.2); teleconference with K. Nassir regarding potential offer (.1). | 0.60 | 210.00 | BL |
| | Conference with attorney regarding analysis of invoice production, begin preparing analysis. | 0.20 | 39.00 | NB |
| Mar-15-17 | Work on analysis of vendor invoices. | 0.30 | 58.50 | NB |
| Mar-16-17 | Work on analysis of vendor invoices. | 0.90 | 175.50 | NB |
| Mar-17-17 | Exchange correspondence with S. Davis and B. Gruher regarding property access (.1); ████████████████████ (.3); exchange correspondence with M. Velez regarding same (.1); exchange correspondence with M. Solo regarding same (.2). | 0.70 | 245.00 | BL |
| | Work on analysis of vendor invoices. | 0.60 | 117.00 | NB |
| Mar-20-17 | Teleconference with potential purchaser's agent (Greg) regarding LOI. | 0.20 | 70.00 | BL |
| | Work on analysis of vendor invoices. | 0.40 | 78.00 | NB |
| Mar-21-17 | Organize invoice production from Schecher Group for analysis. | 0.70 | 136.50 | NB |
| Mar-22-17 | Exchange correspondence with S. Davis regarding building sale and Schecher's refusal to do so (.1); exchange correspondence with M. Solo regarding purchase offer (.1). | 0.20 | 70.00 | BL |
| Mar-23-17 | Teleconference with J. Shalek regarding potential offer (.4); teleconference with Greg (works with M. Solo) regarding LOI (.6); continue draft motion to authorize Debtor to enter into LOI (1.6); exchange correspondence with J. Reeser regarding LOI (.1). | 2.70 | 945.00 | BL |
| Mar-24-17 | Conference with M. Solo and others regarding property sale (1.5); review correspondence from J. Shalek regarding status (.3). | 1.80 | 630.00 | BL |
| Mar-27-17 | Continue draft motion to approve LOI (.5); | 1.30 | 455.00 | BL |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | continue draft motion to approve management contract (.5); exchange correspondence with S. House regarding same (.1); correspondence to M. Velez regarding ███████ (.2). | | | |
| | Draft motion to approve property manager (1.1); exchange correspondence with B. Lieberman regarding ███████ (.2). | 1.30 | 357.50 | TZ |
| | Work on analysis of vendor invoices. | 0.70 | 136.50 | NB |
| Mar-28-17 | Conference with M. Velez regarding ███ ███████ (1.0); exchange correspondence with M. Velez regarding ███████ (.1); exchange correspondences with M. Velez regarding ███████ (.1). | 1.20 | 420.00 | BL |
| Mar-29-17 | Conference with M. Velez regarding status ███████ (.8); finalize demonstrative aid and correspondence to N. Barrus regarding same (.1);   correspondence to J. Welt regarding confidentiality agreements (.1); review and revise order granting stay relief and exchange correspondence with C. Berger regarding same (.3); begin draft motion to employ broker (.8). | 2.10 | 735.00 | BL |
| Mar-30-17 | Exchange correspondence with M. Velez regarding ███████. | 0.20 | 70.00 | BL |
| Mar-31-17 | Teleconference with M. Velez regarding ███ ███ | 0.50 | 175.00 | BL |
| Apr-03-17 | Exchange correspondence with J. Welt regarding status (.1); continue draft motion for employment (.4). | 0.50 | 175.00 | BL |
| | Work on invoice analysis. | 0.60 | 117.00 | NB |
| Apr-04-17 | Exchange correspondence with J. Shalek regarding status of sale process (.1); review UO letter (.2); exchange correspondence with J. Welt regarding bulk sale (.2). | 0.50 | 175.00 | BL |
| | Work on vendor invoice analysis. | 0.40 | 78.00 | NB |
| Apr-05-17 | Review and revise motion to employ broker and approve bid procedures, order approving same, declaration of disinterestedness in support of same, form LOI, confidentiality agreement, and notice of procedures. | 3.40 | 1,190.00 | BL |
| | Analyze vendor invoice production. | 4.70 | 916.50 | NB |
| Apr-06-17 | Teleconference with M. Velez regarding ███████ | 0.50 | 175.00 | BL |
| | Review and prepare analysis of vendor invoices. | 0.70 | 136.50 | NB |
| Apr-07-17 | Review correspondence from R. Schecher regarding utility termination (.1); review | 4.80 | 1,680.00 | BL |

correspondence from I. Garcia regarding ███ (.1); exchange correspondences with B. Gruher regarding termination of services (.5); review correspondence from I. Garcia regarding ███ (.1); draft declaration of disinterestedness for J. Welt and correspondence to J. Welt regarding same (.8); continue drafting motion to employ broker (1.0); review UP 703 letter to court (.2); draft motion to authorize property manager and correspondence to S. House regarding same (1.5); ████████████ ████████████ (.3); correspondence to M. Velez and J. Welt regarding same (.2).

| Date | Description | | | |
|---|---|---|---|---|
| | Exchange correspondence with C. Pugatch regarding C. Trapani claim (.3); review C. Trapani POC (.2). | 0.50 | 175.00 | BL |
| | Review and prepare analysis of vendor invoices. | 0.60 | 117.00 | NB |
| Apr-08-17 | Exchange correspondences with J. Welt regarding status (.2); review correspondence from I. Garcia regarding ███ (.1); review correspondence from H. Giraldo regarding ███ (.2). | 0.50 | 175.00 | BL |
| Apr-10-17 | Review notice of hearing on motion to employ J. Welt and correspondence to N. Barrus regarding telephonic appearance (.2); exchange extensive correspondences with J. Welt regarding sale process (.8); exchange correspondence with T. Zeichman regarding updating schedules (.2). | 1.20 | 420.00 | BL |
| | Review revised schedule A/B. | 0.10 | 27.50 | TZ |
| Apr-11-17 | Review correspondence from J. Stewart regarding collections of A/R (.1); review UO joinder in motion to sell (.2); exchange correspondence with J. Shalek regarding status (.1). | 0.40 | 140.00 | BL |
| Apr-12-17 | Teleconference with C. Pugatch regarding sale process (.5); teleconference with M. Gomez regarding sale process (.5); teleconferences with M. Velez regarding ███ (.4); review correspondence from K. Thomerson regarding outstanding assessments (.2); review objection to motion to employ J. Welt (.4). | 2.00 | 700.00 | BL |
| | Perform searches for officers and addresses for financial institutions listed on matrix (.6); prepare certificates of service as to motion for | 1.30 | 253.50 | NB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | entry of an order approving J. Welt and Trusty Realty, Inc., motion for authority to engage property manager and approve management terms, notices of hearings and order taking no action on letter from unit owner (.6); prepare e-mail correspondence to C. Pugatch (.1). | | | |
| Apr-13-17 | Prepare for and attend hearing on motion to employ real estate broker and other sale related items. | 5.50 | 3,107.50 | TMM |
| | Prepare for and attend motion to approve broker and motion for reconsideration of UO motion for contempt against Schecher. | 5.50 | 1,925.00 | BL |
| | Analysis of vendor invoices. | 0.80 | 156.00 | NB |
| Apr-14-17 | Review and reply to correspondence from H. Giraldo regarding HU POC (.5); review documents and prepare correspondence to J. Welt regarding potentially interested purchasers (.5). | 1.00 | 350.00 | BL |
| Apr-15-17 | Review correspondences from I. Garcia regarding ███████████ | 0.30 | 105.00 | BL |
| Apr-17-17 | Conference with J. Welt regarding ███████ ████████ (1.0); teleconference with M. Velez regarding same (.3); teleconference with M. Gomez regarding bulk sale (1.4); correspondence to interested parties regarding order on motion to employ broker (.2). | 2.90 | 1,015.00 | BL |
| Apr-18-17 | Review correspondence from M. Velez regarding ████████ (.2); exchange correspondence with J. Welt regarding Schecher offers to purchase individual units and potential consequences (.5); exchange correspondences with S. Schneiderman and B. Gruher regarding order on approval of J. Welt (.4);   teleconference with B. Gruher regarding language of proposed order (.4); review correspondence from J. Shalek regarding B. Gruher proposed revisions to order (.1); exchange correspondence with J. Welt regarding same (.2); review correspondence from I. Garcia regarding ███ ██████████████████ (.1); exchange correspondence with M. Velez regarding ████ (.4); exchange correspondence with M. Gomez regarding order on broker (.1). | 2.40 | 840.00 | BL |
| Apr-19-17 | Correspondences to S. Povdin and S. House regarding management. | 0.10 | 35.00 | BL |
| Apr-20-17 | Conference with S. House and J. Welt | 1.90 | 665.00 | BL |

|  |  |  |  |  |
|---|---|---|---|---|
| | regarding status of property (1.0); correspondence to B. Gruher regarding site visit (.1); teleconference with J. Welt regarding potential sale process (.5); exchange correspondence with M. Velez regarding ▮▮▮▮ (.3). | | | |
| Apr-21-17 | Teleconference with J. Welt regarding status. | 0.30 | 105.00 | BL |
| Apr-24-17 | Site visit with J. Welt at property. | 3.50 | 1,225.00 | BL |
| Apr-25-17 | Exchange e-mail correspondence with attorney regarding APO Annuity Manager invoices (.2); review court docket regarding Schecher v. A1 Fire (.3); exchange e-mail correspondence with attorney (.1). | 0.60 | 117.00 | NB |
| Apr-26-17 | Complete analysis of vendor histories (2.2); prepare e-mail correspondence to attorney (.2); conference with attorney regarding vendor invoices (.2). | 2.60 | 507.00 | NB |
| May-01-17 | Exchange correspondence with M. Velez regarding ▮▮▮▮ | 0.20 | 70.00 | BL |
| May-02-17 | Prepare for and attend hearings on motion to employ broker, motion to employ rental agent, motion for direction. | 4.50 | 1,575.00 | BL |
| May-03-17 | Conference with J. Welt regarding going forward strategy (.9); exchange correspondence with B. Gruher regarding walk-through (.1); correspondence with M. Velez regarding ▮▮▮▮ (.1). | 1.10 | 385.00 | BL |
| May-04-17 | Review order continuing hearing on motions and disclosure statement (.3); exchange correspondence with S. House regarding status of court order on rental motion (.2); correspondence to J. Welt regarding status of broker motion (.3); correspondence to M. Velez regarding ▮▮▮▮ (.4); review correspondences from J. Welt to possible buyers (.1). | 1.30 | 455.00 | BL |
| | Review analysis of vendor invoices. | 1.10 | 214.50 | NB |
| May-05-17 | Exchange correspondence with P. Singerman regarding sale status (.1); exchange correspondence with J. Welt regarding same (.1). | 0.20 | 70.00 | BL |
| | Review analysis of vendor invoices. | 0.80 | 156.00 | NB |
| May-08-17 | Teleconference with L. Jackson, J. Welt and others regarding status of sale motion. | 0.90 | 315.00 | BL |
| | Teleconference with L. Jackson regarding | 0.50 | 175.00 | BL |

| | | | | |
|---|---|---|---|---|
| | potential purchaser (.4); exchange correspondences with J. Welt and M. Solo regarding showing (.1). | | | |
| | Exchange correspondence with K. Nasser regarding potential sale (.1); exchange correspondence with B. Gruher regarding possible sale (.1); exchange correspondence with B. Gruher and S. Lantigua regarding walk through (.1). | 0.30 | 105.00 | BL |
| | Review and revise analysis of vendor invoices. | 1.30 | 253.50 | NB |
| May-09-17 | Draft correspondence to M. Velez regarding ████ (.8); exchange correspondence with I. Garcia regarding status (.1). | 0.90 | 315.00 | BL |
| May-10-17 | Conference with B. Lieberman regarding ████████████████ | 1.10 | 621.50 | TMM |
| | Exchange correspondence with S. Povdin and J. Welt regarding potential sale (.3); teleconferences with J. Welt regarding same, walk through and going forward status (.8); exchange correspondences with M. Velez regarding ███████ (.6); exchange correspondence with L. Jackson regarding case pleadings and competing positions (.3); conference with T. Messana regarding ██████████ ████████████████ (1.1) | 3.10 | 1,085.00 | BL |
| | Review and revise analysis of vendor invoices. | 0.90 | 175.50 | NB |
| May-11-17 | Teleconference with I. Garcia regarding status (.8); review correspondence from B. Gruher regarding comment on extension of exclusivity period (.2); exchange correspondence from M. Velez regarding ████ (.3); correspondence to B. Gruher regarding operational budget (.2). | 1.50 | 525.00 | BL |
| | Review and revise analysis of vendor invoices. | 0.60 | 117.00 | NB |
| May-12-17 | Exchange correspondence with M. Velez regarding ████████████ | 0.30 | 105.00 | BL |
| | Review and revise analysis of vendor invoices. | 0.40 | 78.00 | NB |
| May-15-17 | Review correspondence from J. Welt regarding KFI walk through. | 0.10 | 35.00 | BL |
| | Review and revise analysis of vendor invoices. | 3.10 | 604.50 | NB |
| May-16-17 | Review correspondence from H. Giraldo and | 2.70 | 945.00 | BL |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | draft response to same (1.1); teleconference with M. Velez regarding ██████ (.7); exchange correspondence with M. Tobin regarding sale status (.2); exchange correspondence with K. Nasser regarding potential sale (.1); exchange correspondence with J. Reeser and J. Welt regarding walk through (.1); teleconference with S. Baghdadi regarding potential sale and follow-up correspondence regarding same (.5). | | | |
| | Complete review of analysis of vendor invoices (2.7); prepare e-mail correspondence to attorney (.1). | 2.80 | 546.00 | NB |
| May-17-17 | Exchange correspondences with board members regarding meeting schedule and notice (.3); teleconference with K. Nassir regarding potential purchaser (1.1). | 1.40 | 490.00 | BL |
| May-18-17 | Teleconference with K. Nassir and D. Sirlin regarding potential sale (1.3); teleconference with K. Nassir and Ciro regarding potential sale (.6); exchange correspondence with J. Welt regarding order of employment and correspondences with HU (.4); exchange extensive correspondence with H. Giraldo regarding ██████ (.9); exchange several correspondences with M. Velez regarding ██████ (.6). | 3.80 | 1,330.00 | BL |
| May-19-17 | Teleconference with Board ████████ ████████████ (.2); teleconference with M. Velez regarding same (.2); teleconference with potential purchaser M. Jungreis regarding sale process and walk through (.5); teleconferences with J. Welt regarding same (.3). | 2.90 | 1,015.00 | BL |
| May-22-17 | Teleconference with K. Nasser, C. Campagnioli and Ritu regarding potential sale (.4); teleconference with J. Welt and B. Gruher regarding walk-through (.3). | 0.70 | 245.00 | BL |
| May-25-17 | Conference with I. Garcia regarding status (.5); exchange correspondence with H. Giraldo regarding ██████ (.7); exchange correspondence with D. Sirlin regarding potential offer (.1). | 1.30 | 455.00 | BL |
| | Review correspondence from M. Velez regarding ████████████ | 0.40 | 140.00 | BL |

| | | | | |
|---|---|---|---|---|
| May-26-17 | Exchange correspondences with D. Goldwasser and M. Jungreis regarding potential sale (.2); exchange correspondence with M. Velez regarding ▉▉▉▉▉▉▉ (.1). | 0.30 | 105.00 | BL |
| May-30-17 | Exchange correspondence with M. Jungreis regarding potential funding of case (.4); exchange correspondence with M. Velez regarding ▉▉▉▉▉ (.2); teleconference with I. Garcia regarding potential purchasers and unsolicited offers to unit owners (.4); correspondence to B. Gruher regarding potential sale process (.2); exchange correspondence with J. Welt regarding status (.2). | 1.40 | 490.00 | BL |
| Jun-02-17 | Exchange correspondence with I. Garcia regarding potential global sale. | 0.20 | 70.00 | BL |
| Jun-04-17 | Correspondence to J. Welt regarding Schecher refusal to sell. | 0.10 | 35.00 | BL |
| Jun-05-17 | Exchange correspondence with G. Greer regarding status; (.1); exchange correspondence with M. Jungreis regarding potential sale (.1). | 0.20 | 70.00 | BL |
| Jun-06-17 | Teleconference with M. Velez regarding ▉▉▉▉ (.5); teleconference with I. Garcia regarding same (.4). | 0.90 | 315.00 | BL |
| Jun-08-17 | Conference with M. Velez and B. Lieberman regarding ▉▉▉▉ | 2.00 | 1,130.00 | TMM |
| | Conference with M. Velez and T. Messana regarding ▉▉▉▉ | 2.00 | 700.00 | BL |
| Jun-10-17 | Review correspondence from M. Velez regarding ▉▉▉▉ | 0.20 | 70.00 | BL |
| Jun-12-17 | Review e-mail from M. Velez regarding ▉▉▉▉ | 0.30 | 169.50 | TMM |
| Jun-19-17 | Teleconference with J. Welt, I. Garcia and potential purchasers regarding offers for bulk sale (1.1); teleconference with M. Velez regarding same (.1). | 1.20 | 420.00 | BL |
| Jun-20-17 | Conference with J. Welt regarding bulk sale offers (.5); exchange correspondences with potential purchasers regarding potential offers and teleconferences with I. Garcia regarding same (.9). | 1.40 | 490.00 | BL |
| Jun-21-17 | Prepare for and attend hearing on   Expedited Application for Administrative Expenses Claim; Motion to Strike and Objection to Disclosure of Confidential Settlement Communication; Application to Employ Broker and Approve Bid Procedures and | 3.50 | 1,977.50 | TMM |

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| | Approval of Debtor's Amended Disclosure Statement | | | |
| Jun-23-17 | Exchange correspodnence with J. Welt regarding sale process. | 0.20 | 70.00 | BL |
| Jun-26-17 | Review order reserving ruling on right of first refusal (.4); review and comment on proposed sale draft contract for purchase and sale (.6). | 1.00 | 565.00 | TMM |
| | Exchange extensive correspondences with M. Velez, J. Welt, I. Garcia, B. Gruher, S. Davis and others regarding proposed form of order and sale process. | 3.10 | 1,085.00 | BL |
| Jun-27-17 | Teleconference with M. Velez regarding ▇▇▇▇ | 0.50 | 175.00 | BL |
| Jun-29-17 | Teleconference with M.   Velez regarding ▇▇▇▇ (.3); exchange correspondence with L. Jackson regarding bid process (.2); review KFI offer and exchange correspondence with J. Welt regarding same (.3). | 0.80 | 280.00 | BL |
| Jun-30-17 | Review contracts from Marc Realty and KFI. | 1.00 | 565.00 | TMM |
| | Exchange correspondence with J. Welt and M. Velez regarding ▇▇▇(.4); review contract offers (.6); correspondence to I. Garcia regarding confidentiality agreement (.2). | 1.20 | 420.00 | BL |
| | Totals | 234.10 | $73,897.50 | |

**Total Fees & Disbursements**                                   $73,897.50

# *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:   954-712-7401

Sixty Sixty Condominium Association, Inc.                                          August 15, 2017
1489 West Palmetto Park Road, Suite 505                              File #:          1437-004
Boca Raton, FL 33486 USA

**Attention:**     Ms. Maria T. Velez, President

**RE:**     Sixty Sixty Condominium Association, Inc. (Bnkr.) - Business Operations

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|---|---|---|---|---|
| 004 | Business Operations | $345.64 | 29.90 | 10,334.50 |
| | **Total** | | **29.90** | **$10,334.50** |
| | **Grand Total** | | **29.90** | **$10,334.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|---|---|---|---|---|
| Thomas M. Messana | Senior Partner | 565.00 | 2.30 | 1,299.50 |
| Brett Lieberman | Partner | 350.00 | 23.00 | 8,050.00 |
| Tom Zeichman | Associate | 275.00 | 1.10 | 302.50 |
| Nancy Barrus | Paralegal | 195.00 | 3.50 | 682.50 |
| **Total** | | | **29.90** | **$10,334.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-19-16 | Teleconference with A. Algarin regarding operations. | 0.30 | 105.00 | BL |
| Dec-20-16 | Prepare COS of supplemental certificate of service as to Debtor's notice of filing payroll and sales tax reports. | 0.10 | 19.50 | NB |
| Dec-28-16 | Call in to part of board meeting (.4); exchange correspondence with A. Stivelman regarding declaration (.3). | 0.70 | 245.00 | BL |
|  | Exchange correspondence with M. Velez regarding ████ (.3); exchange correspondence with M. Velez and A. Stivelman regarding ████████ (.3). | 0.60 | 210.00 | BL |
| Jan-02-17 | Exchange correspondence with M. Velez regarding ████████ (.2); review correspondence from ████ (.1); correspondence to T. Messana regarding same (.1). | 0.40 | 140.00 | BL |
| Jan-03-17 | Telephone call with R. Schecher, S. Davis and B. Lieberman regarding restaurant operation. | 0.30 | 169.50 | TMM |
|  | Review correspondence from M. Velez regarding ████████ (.1); exchange correspondence with S. Povdin regarding management agreement (.2); exchange correspondences with S. Davis regarding insurance (.2). | 0.50 | 175.00 | BL |
|  | Exchange correspondence with M. Velez regarding ████████ (.3); review correspondences regarding alleged lease and denial of existence of lease of CU-1 (.4); telephone call with R. Schecher, S. Davis and T. Messana regarding ████ (.3). | 1.00 | 350.00 | BL |
| Jan-04-17 | Review correspondence from M. Velez regarding ████ (.1); exchange correspondence with M. Velez regarding ████ (.3); exchange correspondence with M. Velez regarding ████ (.1). | 0.50 | 175.00 | BL |
| Jan-05-17 | Exchange correspondence with A. Stivelman regarding ████ (.1); review correspondence from M. Velez regarding ████ and review same (.4); exchange correspondence with M. Velez regarding ████ (.2). | 0.70 | 245.00 | BL |
|  | Exchange correspondence with V. Sharma regarding audit and review audit (1.1); | 2.30 | 805.00 | BL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | teleconference with V. Shamra regarding Association audit (.4); exchange correspondence with R. Del Forn regarding insurance and accountant (.2); teleconference with R. Del Forn regarding same (.2); exchange correspondences with M. Velez regarding ███████████ (.4). |  |  |  |
| Jan-09-17 | Teleconference with potential manager of unit 505 and review "HU rules and regulations" (.8); review correspondences from M. Velez regarding ████████ (.5). | 1.30 | 455.00 | BL |
|  | Draft motion to extend time to obtain insurance. | 0.30 | 82.50 | TZ |
| Jan-10-17 | Exchange correspondence with S. Povdin regarding operations (.2); review financial information and prepare correspondence regarding same (.4); exchange correspondence with M. Velez regarding ████████ (.5); correspondence to T. Zeichman regarding same (.1). | 1.20 | 420.00 | BL |
|  | Draft motion for authority to enter into insurance agreement. | 0.10 | 27.50 | TZ |
| Jan-11-17 | Exchange correspondence with H. Giraldo regarding ████ (.2); review minutes (.4); review and revise motion to enter into insurance finance agreement and correspondence with T. Zeichman regarding same (.5). | 1.10 | 385.00 | BL |
|  | Finalize motion to obtain insurance. | 0.30 | 82.50 | TZ |
|  | Research returned mail, prepare e-mail correspondence to attorney regarding I. Mahana (.2); prepare notice to clerk of change in creditor mailing addresses, prepare e-mail correspondence to attorney (.2); review clerk's notice to filer of apparent filing deficiency, research bankruptcy and local rules related to same, prepare notice of compliance with requirements for adding creditor information, prepare e-mail correspondence to attorney (.6); finalize Debtor's emergency motion for authority to enter into insurance agreement and premium finance agreement, review e-mail correspondence from attorney, conference with attorney regarding hearing on emergency motion (.3). | 1.30 | 253.50 | NB |

| | | | | |
|---|---|---|---|---|
| Jan-12-17 | Prepare for and attend hearing on motion to approve insurance financing | 1.10 | 385.00 | BL |
| | Draft order granting motion to obtain insurance. | 0.20 | 55.00 | TZ |
| | Prepare certificates of service as to Debtor's emergency motion for authority to enter into insurance agreement and premium finance agreement and notice of hearing (.4); exchange e-mail correspondence with attorney, prepare agreed order granting Debtor authority to enter into insurance agreement and premium finance agreement (.4). | 0.80 | 156.00 | NB |
| Jan-13-17 | Exchange correspondence with S. Schneiderman regarding proposed order (.1); exchange correspondence with S. Davis regarding same (.1). | 0.20 | 55.00 | TZ |
| | Conference with attorney regarding revisions to order granting Debtor authority to enter into insurance agreement and premium finance agreement, review and revise the proposed order, prepare e-mail correspondence to attorneys, conference with attorney regarding cancellation of hearing on authority to enter into insurance agreement (.5); finalize order granting Debtor's emergency motion authority to enter into insurance agreement and premium finance agreement (.2). | 0.70 | 136.50 | NB |
| Jan-17-17 | Attend Unit Owners meeting. | 2.00 | 1,130.00 | TMM |
| | Prepare for and attend bankruptcy portion of open board meeting (2.0); exchange correspondence with H. Giraldo regarding t█████ (.3). | 2.30 | 805.00 | BL |
| | Conference with attorney regarding preparation for board meeting, conference with attorney regarding City of Miami Beach code of ordinances regarding short term rentals. | 0.20 | 39.00 | NB |
| Jan-19-17 | Review and revise ████████ and correspondence to M. Velez regarding ████ (1.0); teleconference with S. House regarding potential hotel operations (.5). | 1.50 | 525.00 | BL |
| Jan-23-17 | Prepare certificate of service as to order granting Debtor's emergency motion authority to enter into insurance agreement. | 0.40 | 78.00 | NB |
| Jan-24-17 | Exchange correspondence with S. Povdin regarding management agreement (.2); exchange correspondence with S. House | 0.50 | 175.00 | BL |

| | | | | |
|---|---|---|---|---|
| | regarding same (.3). | | | |
| Jan-27-17 | Review correspondence from M. Velez regarding rental agreements and review same (.3); exchange correspondence with M. Abdo regarding meeting (.2); review FB&S documents (.9). | 1.40 | 490.00 | BL |
| Feb-02-17 | Exchange correspondence with J. Volkman regarding insurance. | 0.10 | 35.00 | BL |
| Feb-06-17 | Exchange correspondences with S. Davis regarding rental of unit 505. | 0.60 | 210.00 | BL |
| Feb-07-17 | Exchange correspondence with S. House regarding rental management. | 0.30 | 105.00 | BL |
| Feb-10-17 | Exchange correspondence with I. Garcia regarding meeting (.1); prepare for and conference with M. Velez and others regarding ▮▮▮▮▮▮ (3.5). | 3.60 | 1,260.00 | BL |
| Apr-20-17 | Review DIP report and exchange correspondence with M. Velez and M. Markusky regarding ▮▮▮ (.4); correspondence to N. Barrus regarding filing same (.1). | 0.50 | 175.00 | BL |
| May-08-17 | Exchange correspondence with A. Stivelman regarding ▮▮▮▮▮▮▮▮ (.2); review correspondence to B. Gruher regarding motion to extend exclusivity period (.1); review correspondence to M. Gomez regarding same (.1). | 0.40 | 140.00 | BL |
| May-24-17 | Exchange correspondence with M. Velez regarding ▮▮▮▮▮ | 0.10 | 35.00 | BL |
| | Totals | 29.90 | $10,334.50 | |

**Total Fees & Disbursements**                                    **$10,334.50**

### *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:   954-712-7401

Sixty Sixty Condominium Association, Inc.                                    August 15, 2017
1489 West Palmetto Park Road, Suite 505                     File #:          1437-005
Boca Raton, FL 33486 USA

**Attention:**   Ms. Maria T. Velez, President

**RE:**   Sixty Sixty Condominium Association, Inc. (Bnkr.) - Case Administration

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|---|---|---|---|
| 005 | Case Administration | $291.30 | 18.50 | 5,389.00 |
| | **Total** | | **18.50** | **$5,389.00** |
| | **Grand Total** | | **18.50** | **$5,389.00** |

## SUMMARY BY TIMEKEEPER

| | | | This Invoice | |
|---|---|---|---|---|
| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** |
| Thomas M. Messana | Senior Partner | 565.00 | 3.60 | 2,034.00 |
| Brett Lieberman | Partner | 350.00 | 3.30 | 1,155.00 |
| Tom Zeichman | Associate | 275.00 | 0.20 | 55.00 |
| Nancy Barrus | Paralegal | 195.00 | 11.00 | 2,145.00 |
| **Total** | | | **18.10** | **$5,389.00** |
| **Courtesty Discount** | | | | |
| Brett Lieberman | | 350.00 | .2 | 70.00 |
| Tom Zeichman | | 275.00 | .2 | 55.00 |
| **Total Courtesy Discount** | | | **.4** | **125.00** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-13-16 | Prepare and file creditor matrix. | 0.20 | 55.00 | TZ |
| | Conferences with attorneys regarding creditor matrix. | 0.20 | 39.00 | NB |
| Dec-15-16 | Prepare certificates of service as to applications for employment, motion to compel turnover of books and records, declaration of M. Velez, motion for sanctions and notices of hearings. | 0.30 | 58.50 | NB |
| | Conference with C. Grimm regarding creditor matrix and service of notice of 341 meeting. | 0.10 | 19.50 | NB |
| Jan-03-17 | Exchange correspondence with N. Barrus regarding creditor matrix. | 0.20 | 70.00 | BL |
| Jan-05-17 | Exchange correspondences with R. Del Forn regarding case administration (.2); follow-up teleconference with R. Del Forn regarding ▆▆▆▆▆▆▆ (.3); review correspondence from R. Del Forn regarding same (.1); correspondence to M. Velez regarding same (.1). | 0.70 | 245.00 | BL |
| Jan-09-17 | Exchange correspondence with M. Velez and N. Barrus regarding ▆▆▆▆▆▆ | 0.20 | 70.00 | BL |
| | Review e-mail correspondence from client regarding addresses of equity security holders, analyze mailing list in regard to same. | 0.70 | 136.50 | NB |
| Jan-17-17 | Conference with clerk regarding addition of creditor addresses (.1); review court's creditor matrix in relation to address changes received (.1); prepare notice to clerk of change in creditor mailing addresses (.2); prepare Local Form 4 attachment related to additional creditors (.2); conferences with clerks regarding notation to Local Form 4 to reflect amended schedules are not being filed (.1). | 0.70 | 136.50 | NB |
| Jan-18-17 | Conferences with attorney regarding notice to clerk of change in creditor mailing addresses and Debtor's notice of compliance with requirements for amending creditor information, finalize notice to clerk, review and revise notice of compliance, upload individual creditors to court matrix (.4); conference with attorney regarding short term rental ordinances in Miami Beach, additional research regarding city requirements for hotels and rooming houses (.4). | 0.80 | 156.00 | NB |
| Jan-19-17 | Conference with attorney regarding service of order granting emergency motion authority to enter into insurance agreement (.2); review | 0.60 | 117.00 | NB |

e-mail correspondence and ███████████ from M. Velez, ██████████████████, respond to same (.4).

| Date | Description | | | |
|------|-------------|---|---|---|
| Jan-23-17 | Prepare notice to clerk of changes in creditor mailing addresses. | 0.40 | 78.00 | NB |
| Jan-24-17 | Make arrangements with clerk for attorney to view file re Sixty Sixty Condominium Association, Inc. v. Optima Hospitality, LLC, prepare e-mail correspondence to attorney. | 0.20 | 39.00 | NB |
| Feb-01-17 | Review notice of substitution of counsel for CHMC and R. Schecher, revise service list (.1); review and respond to e-mail correspondence from M. Velez regarding ███████████████████, update service list to reflect appearance of counsel for Sixty Sixty 706 & 906 LLC, review court matrix (.5); organize pleadings and documents related to Sixty Sixty v. Optima, exchange e-mail correspondence with attorney (.2). | 0.80 | 156.00 | NB |
| Feb-08-17 | Conference with B. Lieberman and T. Zeichman regarding Schecher conduct. | 0.20 | 113.00 | TMM |
| | Conference with T. Messana and T. Zeichman regarding ████████████. | 0.20 | 0.00 | BL |
| | Conference with T. Messana and B. Lieberman regarding ████████████. | 0.20 | 0.00 | TZ |
| Feb-13-17 | Address returned mail issues, search for address for C. Zsilavi, prepare e-mail correspondence to client (.2); review secretary of state records regarding Bank of America (.2); prepare notice to clerk of change in creditor mailing address (.2). | 0.60 | 117.00 | NB |
| Feb-24-17 | Prepare e-mail correspondence to M. Velez attaching ████████████. | 0.10 | 19.50 | NB |
| Mar-28-17 | Review returned mail (.2); search Miami-Dade County property records (.2); prepare e-mail correspondence to attorney (.1). | 0.50 | 97.50 | NB |
| Mar-29-17 | Conference with attorney, exchange e-mail correspondence with M. Velez regarding ██ ██████████████████ update creditor service list (.2); review address changes received from client, search Dade-County property records (.2); prepare notice to clerk of change in matrix (.3); prepare e-mail correspondence to attorney (.1); prepare e-mail correspondence to attorney regarding reset of hearing on motion for sanctions against Vaknin and Defendants (.1). | 0.90 | 175.50 | NB |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Mar-30-17 | Exchange e-mail correspondence with attorney regarding address changes (.1); exchange e-mail correspondence with M. Velez regarding ▓▓▓▓▓▓ (.1); review Miami-Dade County property records (.1); finalize notice to clerk of change in creditor mailing addresses (.2); update service lists (.1); exchange e-mail correspondence with attorney regarding opposing affidavit to motion for rehearing (.1). | 0.70 | 136.50 | NB |
| Apr-05-17 | Address returned mail issues. | 0.20 | 39.00 | NB |
| Apr-06-17 | Conference with attorney regarding state court hearing in Schecher v. Setter. | 0.10 | 19.50 | NB |
| Apr-07-17 | Review e-mails from B. Gruher and conference with B. Lieberman regarding same (.3); conference with B. Lieberman regarding ▓▓▓▓▓▓ (.2). | 0.50 | 282.50 | TMM |
|  | Conference with T. Messana regarding ▓▓▓▓▓▓ (.2); conference ▓▓▓▓ affidavit of ▓▓▓▓▓▓ (.2). | 0.40 | 140.00 | BL |
| Apr-10-17 | Review returned mail issues (.2); prepare e-mail correspondence to M. Velez regarding ▓▓▓▓ (.1); begin updating service list (.2). | 0.50 | 97.50 | NB |
| Apr-11-17 | Prepare service list for motion for entry of an order approving Jason Welt and Trustee Realty, Inc. and motion for authority to engage property manager (.7); conferences with attorney (.1); prepare Rule 7004 service list (.5); prepare e-mail correspondence to C. Pugatch (.1). | 1.40 | 273.00 | NB |
| Apr-19-17 | Review notice to withdraw appearance, update service list (.1); conference with attorney (.1); prepare amended schedule A-B to reflect Executive National Bank account (.4); exchange e-mail correspondence with attorney (.1). | 0.70 | 136.50 | NB |
| Apr-27-17 | Conference with attorney regarding amended schedule A-B. | 0.10 | 19.50 | NB |
| May-03-17 | Address returned mail issues. | 0.20 | 39.00 | NB |
| May-11-17 | Conference with B. Lieberman regarding status. | 0.30 | 169.50 | TMM |
|  | Conference with T. Messana regarding ▓▓▓. | 0.30 | 105.00 | BL |
| May-17-17 | Review correspondence from board member and edit response to same (.7); review You Tube video from HV owners on foreclosure and sale plan (.3). | 1.00 | 565.00 | TMM |

| Jun-01-17 | Prepare e-mail correspondence to attorney regarding amendment to schedules to reflect Executive National Bank account. | 0.10 | 19.50 | NB |
| Jun-02-17 | Prepare e-mail correspondence to attorney regarding Executive National Bank account. | 0.10 | 19.50 | NB |
| Jun-20-17 | Conference with B. Lieberman and J. Welt regarding B. Gruher's inappropriate contact with agent of represented person and preparation for tomorrow's hearing (1.5); exchange e-mail with B. Gruher regarding same (.1). | 1.60 | 904.00 | TMM |
| | Conference with T. Messana and J. Welt regarding B. Gruher's inappropriate contact with agent of represented person and preparation for tomorrow's hearing. | 1.50 | 525.00 | BL |
| | Totals | 18.50 | $5,389.00 | |

**Total Fees & Disbursements**                                    $5,389.00

### *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:   954-712-7401

Sixty Sixty Condominium Association, Inc.                                    August 15, 2017
1489 West Palmetto Park Road, Suite 505                    File #:          1437-006
Boca Raton, FL 33486 USA

**Attention:**      Ms. Maria T. Velez, President

**RE:**      Sixty Sixty Condominium Association, Inc. (Bnkr.) - Claims
Administration and Objections

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|--|---------------|-------|--------|
| 006 | Claims Administration and Objections | $305.13 | 19.00 | 5,797.50 |
| | **Total** | | **19.00** | **$5,797.50** |
| | **Grand Total** | | **19.00** | **$5,797.50** |

## SUMMARY BY TIMEKEEPER
### This Invoice

| Timekeeper | Category | Rate | Hours | Amount |
|-----------|----------|------|-------|--------|
| Brett Lieberman | Partner | 350.00 | 13.50 | 4,725.00 |
| Nancy Barrus | Paralegal | 195.00 | 5.50 | 1,072.50 |
| **Total** | | | **19.00** | **$5,797.50** |

August 15, 2017

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-28-16 | Correspondence to C. Trapani regarding claim. | 0.10 | 35.00 | BL |
| Jan-11-17 | Conference with attorney regarding claim of Tyco Integrated Security. | 0.10 | 19.50 | NB |
| Jan-17-17 | Prepare claim analysis (.8); review creditor list in relation to Tyco Integrated Security, prepare e-mail correspondence to attorney (.2). | 1.00 | 195.00 | NB |
| Jan-23-17 | Review vendor invoice spreadsheet and correspondence to S. Davis regarding invoice support. | 0.80 | 280.00 | BL |
| Jan-27-17 | Exchange correspondence with M. Gomez regarding FB&S claim. | 0.30 | 105.00 | BL |
| Feb-01-17 | Exchange correspondence with J. Katz and M. Gomez regarding settlement. | 0.20 | 70.00 | BL |
| Feb-06-17 | Teleconference with M. Gomez regarding FB&S claims. | 0.30 | 105.00 | BL |
| Feb-07-17 | Teleconference with Florida DOR regarding claim treatment. | 0.20 | 70.00 | BL |
|  | Review e-mail correspondence from attorney, research regarding claim of A. Acuna. | 0.70 | 136.50 | NB |
| Feb-08-17 | Prepare for and attend conference with FB&S regarding claim analysis (2.9); exchange correspondence with C. Trapani regarding claim (.2). | 3.10 | 1,085.00 | BL |
|  | Research regarding secured claim by A. Acuna, conference with attorney. | 0.30 | 58.50 | NB |
| Feb-13-17 | Update claim analysis to reflect claim of Green Tax Funding. | 0.10 | 19.50 | NB |
| Feb-14-17 | Conference with attorney regarding production and regarding final default judgment as to Bank of America v. Sixty Sixty Condominium (.1); verify A. Acuna is listed on matrix and verify address with The Florida Bar (.2). | 0.30 | 58.50 | NB |
| Feb-27-17 | Research regarding claim of Quality Holdings of America Inc. 220 (.2); exchange e-mail correspondence with attorney (.1). | 0.30 | 58.50 | NB |
| Mar-20-17 | Teleconference with M. Gomez regarding FB&S objection/treatment. | 0.30 | 105.00 | BL |
| Mar-24-17 | Exchange correspondence with M. Abdo-Gomez regarding claim. | 0.30 | 105.00 | BL |
| Mar-27-17 | Exchange correspondence with I. Garcia regarding ████ | 0.10 | 35.00 | BL |
| Apr-04-17 | Review correspondence from I. Garcia regarding ████ | 0.10 | 35.00 | BL |
| Apr-06-17 | Teleconference with I. Garcia regarding ████ | 0.50 | 175.00 | BL |

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Apr-11-17 | Exchange correspondence with C. Pugatch regarding C. Trapani claim and sale proposal (.2); teleconference with M. Gomez regarding sale motion (.5); review claims filed against the Debtor (1.5); exchange correspondence with S. Schneiderman regarding proof of claim (.2). | 2.40 | 840.00 | BL |
| Apr-12-17 | Exchange correspondence with S. Schneiderman regarding POC #42 and review same (.4); teleconference with S. Schneiderman regarding same (.2). | 0.60 | 210.00 | BL |
| Apr-13-17 | Review █████████ and correspondence to M. Velez regarding same. | 0.60 | 210.00 | BL |
| Apr-20-17 | Prepare claim analysis. | 1.50 | 292.50 | NB |
| Apr-25-17 | Review claim analysis (.3); exchange e-mail correspondence with attorney (.1). | 0.40 | 78.00 | NB |
| May-06-17 | Exchange correspondence with C. Trapani and C. Pugatch regarding claims and objections. | 0.20 | 70.00 | BL |
| May-22-17 | Review and update claim analysis (.2); exchange e-mail correspondence with attorney (.1). | 0.30 | 58.50 | NB |
| Jun-06-17 | Update claim analysis. | 0.20 | 39.00 | NB |
| Jun-13-17 | Update claim analysis. | 0.30 | 58.50 | NB |
| Jun-22-17 | Draft ███████████████ (2.1); teleconference with J. Welt regarding same (.3); exchange correspondences with I. Garcia regarding same (.1); exchange follow up correspondences with J. Welt regarding contract (.1). | 2.60 | 910.00 | BL |
| Jun-28-17 | Teleconference with J. Katz regarding proof of claim and objections. | 0.80 | 280.00 | BL |
| | Totals | 19.00 | $5,797.50 | |

**Total Fees & Disbursements**                                            $5,797.50

### *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:   954-712-7401

Sixty Sixty Condominium Association, Inc.                                   August 15, 2017
1489 West Palmetto Park Road, Suite 505                   File #:        1437-010
Boca Raton, FL 33486 USA

**Attention:**     Ms. Maria T. Velez, President

**RE:**      Sixty Sixty Condominium Association, Inc. (Bnkr.) - Expenses

_____          _____

## DISBURSEMENT SUMMARY

| | | |
|---|---|---:|
| crx | Courier Expense | 45.00 |
| ph | Photocopies | 9,606.45 |
| pr | Pacer | 112.00 |
| ps | Postage | 2,294.39 |
| red | Recording/Filing Fees | 2,067.00 |
| sef | Service Fee | 130.30 |
| tel | Conference Call | 135.00 |
| trv | Travel | 28.69 |
| we | Westlaw Research | 672.72 |
| | Total Disbursements | $15,091.55 |

| **DISBURSEMENTS** | | **Disbursements** |
|---|---|---:|
| Dec-01-16 | Westlaw Research 11/2016 | 173.76 |
| | Pacer   11/2016 | 3.10 |
| Dec-06-16 | Filing Fee | 1,717.00 |
| Dec-12-16 | Photocopies | 1.20 |
| Dec-14-16 | Photocopies | 1,737.45 |
| | Postage | 323.19 |
| Dec-16-16 | Photocopies | 0.90 |
| | Postage | 0.59 |
| Dec-20-16 | Photocopies | 50.85 |
| | Photocopies | 0.60 |
| | Postage | 1.17 |
| Dec-21-16 | Travel | 28.69 |

Page   2                                      August 15, 2017

| Dec-22-16 | Photocopies | 169.50 |
| | Postage | 70.82 |
| Dec-23-16 | Service Fee Service of Subpoena on Hotel Management Corporation | 26.40 |
| | Service Fee Service of Subpoena on Schecher Group, Inc. | 26.40 |
| | Service Fee Service of Subpoena on Florida Building & Supply Inc. | 26.20 |
| Dec-29-16 | Photocopies | 162.00 |
| | Postage | 9.95 |
| | Postage | 79.17 |
| | Conference Call | 25.00 |
| Dec-31-16 | Photocopies | 1.80 |
| Jan-01-17 | Westlaw Research 12/2016 | 22.03 |
| | Westlaw Research 12/2016 | 128.02 |
| | Pacer 12/2016 | 23.40 |
| Jan-03-17 | Conference Call | 25.00 |
| Jan-04-17 | Photocopies | 9.60 |
| | Photocopies | 3.15 |
| | Postage | 2.33 |
| | Postage | 0.85 |
| | Postage | 4.62 |
| | Postage | 12.56 |
| | Postage | 2.49 |
| | Postage | 25.45 |
| Jan-05-17 | Photocopies | 3.15 |
| Jan-09-17 | Photocopies | 160.80 |
| | Postage | 0.59 |
| | Postage | 0.59 |
| | Postage | 19.59 |
| | Postage | 90.74 |
| | Service Fee Service of Subpoena on Richard J. Schecher, Jr. | 26.30 |
| Jan-10-17 | Photocopies | 34.95 |
| | Photocopies | 824.10 |
| | Postage | 135.55 |
| Jan-11-17 | Photocopies | 40.95 |
| | Postage | 4.98 |
| | Postage | 0.59 |
| | Postage | 1.44 |
| | Postage | 9.50 |
| | Postage | 2.02 |
| Jan-12-17 | Photocopies | 495.00 |
| | Postage | 133.86 |
| Jan-19-17 | Photocopies | 0.60 |
| | Postage | 0.85 |
| | Postage | 1.16 |
| | Postage | 0.59 |
| | Postage | 3.19 |

Page   3                                    August 15, 2017

| Date | Description | Amount |
|------|-------------|-------:|
| Jan-20-17 | Photocopies | 1.80 |
| | Postage | 1.17 |
| | Service Fee Service of Subpoena on Sharma & Associates, Inc. | 25.00 |
| Jan-23-17 | Photocopies | 0.30 |
| | Photocopies | 206.25 |
| | Photocopies | 2.70 |
| | Postage | 1.17 |
| | Postage | 86.54 |
| | Postage | 1.15 |
| | Postage | 9.50 |
| | Postage | 2.54 |
| | Postage | 0.84 |
| | Postage | 2.54 |
| Jan-24-17 | Photocopies | 21.60 |
| | Photocopies | 571.50 |
| | Postage | 132.22 |
| Jan-26-17 | Photocopies | 5.40 |
| | Postage | 1.44 |
| | Postage | 0.84 |
| | Postage | 2.30 |
| Jan-27-17 | Photocopies | 9.15 |
| Jan-30-17 | Postage | 2.20 |
| | Postage | 0.58 |
| | Postage | 2.48 |
| Jan-31-17 | Photocopies | 2.85 |
| Feb-01-17 | Photocopies | 1.35 |
| | Postage | 1.73 |
| | Westlaw Research 1/2017 | 62.16 |
| | Pacer 1/2017 | 21.40 |
| Feb-02-17 | Photocopies | 3.75 |
| | Postage | 1.68 |
| Feb-03-17 | Photocopies | 31.50 |
| | Postage | 6.60 |
| Feb-08-17 | Postage | 5.08 |
| Feb-09-17 | Postage UPS | 9.28 |
| Feb-13-17 | Postage | 2.80 |
| Feb-21-17 | Photocopies | 170.85 |
| | Photocopies | 34.65 |
| Feb-23-17 | Photocopies | 0.90 |
| | Postage | 3.45 |
| Mar-01-17 | Westlaw Research 2/2017 | 57.06 |
| | Pacer 2/2017 | 4.20 |
| Mar-03-17 | Photocopies | 2.10 |
| Mar-24-17 | Photocopies | 1.80 |
| | Photocopies | 214.50 |
| | Photocopies | 67.20 |
| | Postage | 37.89 |
| | Postage | 77.34 |

| Mar-27-17 | Photocopies | 22.95 |
| Mar-28-17 | Court Call | 35.00 |
| Mar-30-17 | Photocopies | 3.30 |
| | Postage | 7.19 |
| | Postage | 2.28 |
| | Postage | 0.84 |
| Apr-01-17 | Westlaw Research 3/2017 | 29.32 |
| | Pacer 3/2017 | 10.60 |
| Apr-12-17 | Photocopies | 2,412.00 |
| | Photocopies | 216.15 |
| | Postage | 422.44 |
| | Postage | 114.68 |
| Apr-13-17 | Photocopies | 100.20 |
| Apr-18-17 | Photocopies | 1.50 |
| Apr-21-17 | Photocopies | 69.00 |
| | Photocopies | 9.00 |
| | Postage | 66.13 |
| | Postage | 21.57 |
| Apr-27-17 | Postage | 2.80 |
| | Filing Fee Adversary Complaint | 350.00 |
| Apr-28-17 | Photocopies | 151.05 |
| Apr-30-17 | Photocopies | 4.65 |
| May-01-17 | Photocopies | 16.80 |
| | Photocopies | 13.95 |
| | Postage | 26.97 |
| | Westlaw Research 4/2017 | 200.37 |
| | Pacer 4/2017 | 26.70 |
| May-02-17 | Photocopies | 6.75 |
| | Postage | 6.04 |
| May-03-17 | Postage | 0.58 |
| May-04-17 | Postage | 0.58 |
| May-08-17 | Postage | 0.58 |
| May-15-17 | Photocopies | 499.80 |
| | Postage | 91.43 |
| May-17-17 | Courier Expense Posting of Notice at 6060 Indian Creek Dr. | 45.00 |
| | Photocopies | 26.85 |
| May-22-17 | Postage | 0.58 |
| May-24-17 | Photocopies | 10.50 |
| | Postage | 0.58 |
| | Postage | 0.58 |
| | Postage | 6.62 |
| May-25-17 | Postage | 0.58 |
| May-31-17 | Photocopies | 363.00 |
| | Photocopies | 2.70 |
| | Photocopies | 3.15 |
| | Postage | 53.94 |
| | Postage | 1.68 |
| Jun-01-17 | Pacer 5/2017 | 22.60 |

**Page 5**                                        **August 15, 2017**

| Date | Description | Amount |
|------|-------------|-------:|
| Jun-08-17 | Photocopies | 6.90 |
| Jun-13-17 | Photocopies | 1.80 |
| Jun-14-17 | Postage | 0.84 |
| | Postage | 2.80 |
| Jun-15-17 | Photocopies | 27.00 |
| | Postage | 6.62 |
| Jun-16-17 | Photocopies | 0.60 |
| | Postage | 0.58 |
| | Conference Call | 50.00 |
| Jun-20-17 | Photocopies | 65.55 |
| | Photocopies | 47.25 |
| | Photocopies | 16.50 |
| | Postage | 14.39 |
| Jun-29-17 | Photocopies | 460.80 |
| | Postage | 108.70 |

**Totals**                          $15,091.55

**Total Fees & Disbursements**                          **$15,091.55**

## *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:  954-712-7401

Sixty Sixty Condominium Association, Inc.                                August 15, 2017
1489 West Palmetto Park Road, Suite 505                      File #:        1437-011
Boca Raton, FL 33486 USA

**Attention:**     Ms. Maria T. Velez, President

**RE:**     Sixty Sixty Condominium Association, Inc. (Bnkr.) – Fee/Employment
Applications

### SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|---|---|---|---|
| 011 | Fee/Employment Applications | $303.57 | 27.70 | 8,409.00 |
| | **Total** | | **27.70** | **$8,409.00** |
| | **Grand Total** | | **27.70** | **$8,409.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|------------|----------|------|-------|--------|
| Thomas M. Messana | Senior Partner | 565.00 | 3.00 | 1,695.00 |
| Brett Lieberman | Partner | 350.00 | 11.90 | 4,165.00 |
| Tom Zeichman | Associate | 275.00 | 3.10 | 852.50 |
| Nancy Barrus | Paralegal | 195.00 | 8.70 | 1,696.50 |
| **Total** | | | **26.70** | **$8,409.00** |

**Courtesty Discount**

| | | | | |
|---|---|---|---|---|
| Thomas M. Messana | | 565.00 | 1.00 | 565.00 |

Page   2

August 15, 2017

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-06-16 | Continue draft application to employ professionals. | 0.50 | 175.00 | BL |
| Dec-12-16 | Review and edit affidavit of disinterestedness. | 0.30 | 169.50 | TMM |
| | Finalize draft ███████████████ and correspondence to M. Velez regarding ████ | 0.80 | 280.00 | BL |
| | Draft application to employ Eisenger Law and affidavit. | 0.90 | 247.50 | TZ |
| Dec-19-16 | Review and comment on affidavit regarding Rule 2016 statement. | 0.20 | 113.00 | TMM |
| Dec-20-16 | Prepare certificate of service as to disclosure of compensation of attorney for Debtor. | 0.10 | 19.50 | NB |
| Dec-23-16 | Review and revise interim order authorizing the employment and retention of Messana, P.A. as attorneys for the Debtor (.2); conference with attorney (.1); prepare e-mail correspondence to attorney (.1). | 0.40 | 78.00 | NB |
| Dec-28-16 | Conference with E. Howlan regarding hearing on final application (.1); conference with attorney (.1); finalize interim order authorizing the employment and retention of Messana, P.A. (.2); prepare e-mail correspondence to attorney (.1). | 0.50 | 97.50 | NB |
| Jan-04-17 | Correspondence to T. Zeichman regarding supplement to A. Stivelman application. | 0.20 | 70.00 | BL |
| | Draft stipulation to A. Stivelman application. | 0.20 | 55.00 | TZ |
| Jan-05-17 | Review and revise application to engage J&E as accountants (.6); review and revise A. Stivelman supplement and correspondence to T. Zeichman regarding same (.4); correspondence to A. Stivelman regarding same (.1); exchange correspondence with S. Schneiderman regarding same (.1); draft motion to employ accountant (.3); draft proposed order continuing hearing on Eisinger Law application and correspondence to S. Schneiderman regarding same (.4). | 1.90 | 665.00 | BL |
| | Draft A. Stivelman supplement. | 0.20 | 55.00 | TZ |
| Jan-06-17 | Exchange correspondence with S. Schneiderman regarding employment applications (.2); exchange correspondence with S. Davis on order continuing Stivelman application (.5); review and revise ████ ████████ and correspondence to M. Velez regarding ████ (.4). | 1.10 | 385.00 | BL |
| | Research related to competing orders (.1); exchange correspondence with B. Lieberman regarding same (.1). | 0.20 | 55.00 | TZ |

| | | | | |
|---|---|---|---|---|
| | Conference with attorney regarding order continuing hearing on application to employ A. Stivelman and extension request from counsel for Schecher Group, Inc. | 0.10 | 19.50 | NB |
| Jan-09-17 | Exchange correspondence with A. Stivelman and T. Ouimet regarding J&E and finalize employment application (.3); correspondence to T. Zeichman regarding same (.1). | 0.40 | 140.00 | BL |
| | Draft application to employ J. Eskew (.6); draft response to Schecher motion to extend time (.5). | 1.10 | 302.50 | TZ |
| | Conference with attorney regarding service of supplement to application to employ A. Stivelman and order continuing hearing on application, prepare certificates of service as to same (.6); finalize Debtor's application to employ accountant M. Marcusky and J. Eskew (.2). | 0.80 | 156.00 | NB |
| Jan-10-17 | Prepare attorney for meeting of creditors and hearings on employment and extension of time for Schecher Group, Inc. to respond to discovery, conference with attorney. | 0.90 | 175.50 | NB |
| | Prepare certificates of service as Debtor's application to employ accountant and notice of hearing thereon. | 0.20 | 39.00 | NB |
| Jan-11-17 | Additional preparation of attorneys for hearings on employment of accountant, employment of attorneys and extension of discovery deadline for Schecher Group, Inc. | 0.90 | 175.50 | NB |
| Jan-12-17 | Prepare for and attend hearing on application to employ A. Stivelman, application to approve B. Lieberman and application to employ accountant. | 2.00 | 1,130.00 | TMM |
| | Prepare for and attend hearings on application to employ A. Stivelman, application to approve B. Lieberman and application to employ accountant. | 3.00 | 1,050.00 | BL |
| Jan-13-17 | Conference with attorney regarding rulings on the applications to employ A. Stivelman, M. Marcusky and J. Eskew; the final hearing on the application of Messana, P.A.; and motion for extension of time by Schecher Group, Inc. to respond to discovery requests (.2); prepare proposed orders on the employment applications (.3). | 0.50 | 97.50 | NB |
| Jan-16-17 | Review correspondences from M. Velez and T. Ouimet regarding ███████████. | 0.20 | 70.00 | BL |
| Jan-18-17 | Review and revise final orders on employment and exchange correspondence | 0.50 | 175.00 | BL |

| | | | | |
|---|---|---|---|---|
| | with T. Zeichman regarding same. | | | |
| | Finalize applications to employ. | 0.30 | 82.50 | TZ |
| | Conference with attorney regarding orders on employment of Messana, P.A., M. Marcusky and A. Stivelman. | 0.10 | 19.50 | NB |
| Jan-19-17 | Review and revise orders approving employment of B. Lieberman, A. Stivelman and accountant and exchange correspondences with T. Zeichman regarding same. | 1.80 | 630.00 | BL |
| | Revise proposed employment orders (.1); exchange correspondence with S. Schneiderman regarding same (.1). | 0.20 | 55.00 | TZ |
| | Conference with attorney regarding orders authorizing the employment of A. Stivelman, M. Marcusky and Messana, P.A. (.1); revise same (.2); prepare e-mail correspondence to attorney (.1); conference with attorney (.1). | 0.50 | 97.50 | NB |
| Jan-20-17 | Finalize final order authorizing employment of Messana, P.A., order authorizing the employment of A. Stivelman and order authorizing the employment of M. Marcusky (.2); exchange e-mail correspondence with attorney (.1). | 0.30 | 58.50 | NB |
| Jan-23-17 | Prepare certificates of service as to orders authorizing the employment of M. Marcusky, A. Stivelman and Messana, P.A. | 0.60 | 117.00 | NB |
| Mar-20-17 | Begin preparing supplemental affidavit of T. Messana. | 0.40 | 78.00 | NB |
| Mar-21-17 | Prepare supplemental affidavit of attorney and notice of filing (.3); exchange e-mail correspondence with attorney (.1). | 0.40 | 78.00 | NB |
| Mar-27-17 | Update declaration of disinterestedness. | 0.30 | 105.00 | BL |
| Mar-29-17 | Conference with J. Welt and B. Lieberman regarding engagement. | 0.50 | 282.50 | TMM |
| | Conference with J. Welt and T. Messana regarding ███████ | 0.50 | 175.00 | BL |
| Apr-05-17 | Review and edit Debtor's motion to employ real estate professional; approving proposed bidding procedures; approving form and scheduling hearing to consider approval of highest and best bid. | 1.00 | 0.00 | TMM |
| May-03-17 | Prepare invoices for fee application. | 0.20 | 39.00 | NB |
| May-04-17 | Prepare invoices for fee application. | 0.80 | 156.00 | NB |
| May-30-17 | Being preparation of fee application. | 0.70 | 245.00 | BL |
| Jun-21-17 | Begin reviewing and analysis invoice attachment to first fee application. | 1.00 | 195.00 | NB |
| | Totals | 27.70 | $8,409.00 | |

**Total Fees & Disbursements**       **$8,409.00**

### *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:  954-712-7401

Sixty Sixty Condominium Association, Inc.                                      August 15, 2017
1489 West Palmetto Park Road, Suite 505                              File #:        1437-014
Boca Raton, FL 33486 USA

**Attention:**     Ms. Maria T. Velez, President

**RE:**     Sixty Sixty Condominium Association, Inc. - Meeting of Creditors

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|---|---|---|---|
| 014 | Meeting of Creditors | $161.99 | 7.30 | 1,182.50 |
| | **Total** | | **7.30** | **$1,182.50** |
| | **Grand Total** | | **7.30** | **$1,182.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|------|------|------|------|------|
| Thomas M. Messana | Senior Partner | 565.00 | 0.00 | 0.00 |
| Brett Lieberman | Partner | 350.00 | 3.10 | 1,085.00 |
| Nancy Barrus | Paralegal | 195.00 | 0.50 | 97.50 |
| **Total** | | | **3.60** | **$1,182.50** |

**Courtesy Discount**

| | | Rate | Hours | Amount |
|------|------|------|------|------|
| Thomas M. Messana | | 565.00 | 3.70 | 2,090.50 |

Page   2                                    August 15, 2017

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-19-16 | Review court mailing of notice of 341 meeting, update service list. | 0.30 | 58.50 | NB |
| Jan-09-17 | Conference with attorney regarding meeting of creditors. | 0.20 | 39.00 | NB |
| Jan-10-17 | Conference with M. Velez and B. Lieberman regarding ██████████████ . | 1.20 | 0.00 | TMM |
| Jan-11-17 | Prepare for and attendance at 341 meeting. | 2.50 | 0.00 | TMM |
| | Prepare for and attend 341 meeting. | 3.10 | 1,085.00 | BL |
| | Totals | 7.30 | $1,182.50 | |

**Total Fees & Disbursements**                                    **$1,182.50**

## *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph:954-712-7400          Fax:  954-712-7401

Sixty Sixty Condominium Association, Inc.                           August 15, 2017
1489 West Palmetto Park Road, Suite 505              File #:          1437-015
Boca Raton, FL 33486 USA

**Attention:**   Ms. Maria T. Velez, President

**RE:**     Sixty Sixty Condominium Association, Inc. (Bnkr.) - Plan and Disclosure
           Statement

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|---|---|---|---|
| 015 | Plan and Disclosure Statement | $328.27 | 179.50 | 58,925.00 |
| | **Total** | | **179.50** | **$58,925.00** |
| | **Grand Total** | | **179.50** | **$58,925.00** |

## SUMMARY BY TIMEKEEPER

| | | | This Invoice | |
|---|---|---|---|---|
| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** |
| Thomas M. Messana | Senior Partner | 565.00 | 9.80 | 5,537.00 |
| Brett Lieberman | Partner | 350.00 | 127.60 | 44,660.00 |
| Tom Zeichman | Associate | 275.00 | 15.50 | 4,262.50 |
| Nancy Barrus | Paralegal | 195.00 | 22.90 | 4,465.50 |
| **Total** | | | **175.80** | **$58,925.00** |
| **Courtesy Discount** | | | | |
| Brett Lieberman | | 350.00 | 1.80 | 630.00 |
| Tom Zeichman | | 275.00 | 1.90 | 522.50 |
| **Total Courtesy Discount** | | | **3.70** | **1,152.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Jan-04-17 | Begin draft plan and disclosure statement. | 1.50 | 525.00 | BL |
| Jan-20-17 | Research related to exclusivity period. | 0.20 | 55.00 | TZ |
| Jan-23-17 | Continue draft plan and disclosure statement. | 0.70 | 245.00 | BL |
| Jan-27-17 | Continue draft disclosure statement (1.7); review and revise proposed management agreement and correspondence to S. House regarding same (.4). | 2.10 | 735.00 | BL |
| Jan-30-17 | Continue draft disclosure statement. | 0.40 | 140.00 | BL |
| Jan-31-17 | Exchange correspondences with M. Velez regarding ███████████. | 0.50 | 175.00 | BL |
| Feb-06-17 | Continue draft ██████████████████ (3.5); exchange correspondences with M. Velez regarding same (.3). | 3.80 | 1,330.00 | BL |
| Feb-07-17 | Continue draft plan and disclosure statement. | 3.20 | 1,120.00 | BL |
| Feb-13-17 | Continue draft plan and disclosure statement. | 1.70 | 595.00 | BL |
| Feb-14-17 | Conference with B. Lieberman and T. Zeichman regarding plan. | 0.10 | 56.50 | TMM |
|  | Conference with T. Messana and T. Zeichman regarding ████. | 0.10 | 0.00 | BL |
|  | Conference with T. Messana and B. Lieberman regarding ████. | 0.10 | 0.00 | TZ |
| Feb-15-17 | Continue draft plan and disclosure statement. | 0.50 | 175.00 | BL |
| Feb-20-17 | Continue draft plan and disclosure statement. | 2.00 | 700.00 | BL |
| Feb-21-17 | Draft means for effectuation of plan section of plan. | 2.00 | 700.00 | BL |
| Feb-27-17 | Conference with B. Lieberman and T. Zeichman regarding plan. | 0.10 | 56.50 | TMM |
|  | Continue draft plan and disclosure statement (1.5); conference with T. Messana and T. Zeichman regarding ████ (.1). | 1.60 | 560.00 | BL |
|  | Conference with T. Messana and B. Lieberman regarding ████. | 0.10 | 27.50 | TZ |
| Mar-03-17 | Continue ████ ████████████████████████ and correspondence to M. Velez regarding same. | 3.20 | 1,120.00 | BL |
| Mar-06-17 | Continue draft disclosure statement. | 2.10 | 735.00 | BL |
|  | Review and comment on draft plan. | 0.60 | 165.00 | TZ |
| Mar-09-17 | Continue draft disclosure statement. | 2.10 | 735.00 | BL |
| Mar-10-17 | Continue draft disclosure statement. | 3.80 | 1,330.00 | BL |
| Mar-14-17 | Continue draft disclosure statement. | 1.40 | 490.00 | BL |
| Mar-15-17 | Review and revise plan and disclosure statement and exchange correspondence with Board. | 1.20 | 420.00 | BL |
| Mar-16-17 | ████████████████████████ and exchange correspondences with M. Velez regarding same. | 1.60 | 560.00 | BL |
| Mar-17-17 | Conference with B. Lieberman and T. | 0.10 | 56.50 | TMM |

| | | | | |
|---|---|---|---|---|
| | Zeichman regarding plan. | | | |
| | ███████ and correspondence to M. Velez regarding same; conference with T. Messana and T. Zeichman regarding ███. | 1.10 | 385.00 | BL |
| | Conference with T. Messana and B. Lieberman regarding ███. | 0.10 | 0.00 | TZ |
| Mar-21-17 | Prepare order (I) setting hearing to consider approval of disclosure statement; (II) setting deadline for filing objections to disclosure statement; and (III) directing plan proponent to service notice (.1); exchange e-mail correspondence with attorney (.1); conference with attorney (.1); begin preparing motion to approve letter of intent (.1). | 0.40 | 78.00 | NB |
| Mar-22-17 | Conference with B. Lieberman and T. Zeichman regarding plan. | 0.10 | 56.50 | TMM |
| | Review order setting disclosure hearing and exchange correspondence with N. Barrus regarding same; conference with T. Messana and T. Zeichman regarding ███ (.3); begin draft motion to employ property manager (.4). | 0.70 | 245.00 | BL |
| | Conference with T. Messana and B. Lieberman regarding ███. | 0.10 | 27.50 | TZ |
| | Conference with attorney regarding service of plan and disclosure statement (.2); exchange e-mail correspondence with attorney regarding order setting hearing on disclosure statement, conference with attorney (.2); finalize same (.2); prepare motion to approve letter of intent and to enter into purchase and sale agreement with Kingfisher Island, Inc. (.2); conference with attorney (.1). | 0.90 | 175.50 | NB |
| Mar-23-17 | Review and revise motion to approve letter of intent. | 0.30 | 82.50 | TZ |
| | Review and revise Debtor's application for court approval of letter of intent and to enter into purchase and sale agreement (.6); review service rules for plan, disclosure statement and order setting disclosure hearing, research regarding service on Securities and Exchange Commission (.2). | 0.80 | 156.00 | NB |
| Mar-24-17 | Review order setting disclosure statement and exchange correspondence with N. Barrus regarding same. | 0.30 | 105.00 | BL |
| | Research related to exclusivity period. | 0.30 | 82.50 | TZ |
| | Continue researching service address for Securities and Exchange Commission (.2); | 1.60 | 312.00 | NB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | review order setting hearing to consider approval of disclosure statement (.1); prepare e-mail correspondence to attorney (.1); prepare service lists for service of plan and disclosure statement and order (.7); prepare certificates of service (.4); assist with service (.1). |  |  |  |
| Mar-29-17 | Prepare notice of filing circular assessment flow chart demonstrative aid. | 0.80 | 156.00 | NB |
| Mar-30-17 | Review e-mail correspondence from attorney (.1); finalize notice of filing circular assessment flow chart demonstrative aid (.2); prepare certificate of service (.3). | 0.60 | 117.00 | NB |
| Apr-04-17 | Conference with B. Lieberman and T. Zeichman regarding plan. | 0.10 | 56.50 | TMM |
|  | Conference with T. Messana and T. Zeichman regarding ▆. | 0.10 | 0.00 | BL |
|  | Conference with T. Messana and B. Lieberman regarding ▆. | 0.10 | 0.00 | TZ |
| Apr-06-17 | Research related to 1123. | 1.20 | 330.00 | TZ |
| Apr-10-17 | Prepare attorney for hearings on motion for rehearing and application to employ J. Welt. | 0.80 | 156.00 | NB |
| Apr-11-17 | Conference with E. Howlan regarding telephonic appearance for J. Welt (.1); exchange e-mail correspondence with attorney (.1). | 0.20 | 39.00 | NB |
| Apr-13-17 | Research related to charter amendment. | 1.10 | 0.00 | TZ |
|  | Additional preparation of attorneys for hearings on motion for entry of an order approving J. Welt and motion for rehearing (.5); conference with attorney (.1). | 0.60 | 117.00 | NB |
| Apr-14-17 | Research related to charter amendment. | 0.70 | 192.50 | TZ |
| Apr-17-17 | Conference with B. Lieberman and T. Zeichman regarding plan. | 0.10 | 56.50 | TMM |
|  | Research 1123 issues; conference with T. Messana and T. Zeichman regarding ▆. | 1.10 | 0.00 | BL |
|  | Research related to ▆▆▆▆▆▆. | 1.30 | 357.50 | TZ |
| Apr-18-17 | Research ▆ and other issues regarding objection to disclosure statement. | 2.50 | 875.00 | BL |
|  | Prepare certificate of service as to notice of continued hearing (.4); finalize order granting in-part motion for entry of an order approving Jason Welt and Trustee Realty, Inc., conference with attorney (.2). | 0.60 | 117.00 | NB |
| Apr-19-17 | Exchange correspondence with M. Gomez regarding possible objections to disclosure statement. | 0.30 | 105.00 | BL |
|  | Research related to contract conflicts (.4); review and analyze condominium declaration | 0.80 | 220.00 | TZ |

| Date | Description | Hours | Amount | Init. |
|------|-------------|-------|--------|-------|
| | for management powers (.4). | | | |
| Apr-20-17 | Exchange e-mail correspondence with attorney regarding order appointing J. Welt (.2); conference with Judge Mark's assistant regarding order on motion to employ J. Welt (.1); conference with attorney (.1); prepare e-mail correspondence to attorney (.1). | 0.50 | 97.50 | NB |
| Apr-21-17 | Prepare certificate of service as to order granting in-part expedited motion for entry of an order approving J. Welt (.4); prepare corrected certificate of service as to ECF No. 205 (.2). | 0.60 | 117.00 | NB |
| Apr-22-17 | Research into ███████████. | 1.30 | 357.50 | TZ |
| Apr-24-17 | Conference with B. Lieberman and T. Zeichman regarding plan and disclosure statement. | 0.50 | 282.50 | TMM |
| | Conference with T. Messana and T. Zeichman regarding ██████████. | 0.50 | 0.00 | BL |
| | Conference with T. Messana and B. Lieberman regarding ████████ ███. | 0.50 | 0.00 | TZ |
| | Research related to ████████ ███. | 0.40 | 110.00 | TZ |
| Apr-25-17 | Review objection to disclosure statement of FB&S (.5); draft response (.4); correspondence to T. Zeichman regarding same (.1); exchange correspondence with M. Gomez regarding same (.1); review objection by Schecher to disclosure statement (.5). | 1.60 | 560.00 | BL |
| | Draft responses to disclosure statement objections. | 1.10 | 302.50 | TZ |
| Apr-26-17 | Teleconference with S. Schneiderman regarding disclosure statement. | 0.30 | 105.00 | BL |
| Apr-28-17 | Review and edit Debtor's reply to objection to disclosure statement. | 1.50 | 847.50 | TMM |
| | Research issues regarding 1123 and draft response to objections to disclosure statement (6.5); research and draft response to unit owner motion for direction (1.5); teleconferences with M. Gomez regarding objection to disclosure statement (1.1). | 9.10 | 3,185.00 | BL |
| | Draft response to objection to manager (2.2); review and revise response to objection to broker motion (.5); research related to motion for direct (.2); review, revise, and file joinder to motion for direction (.3). | 3.20 | 880.00 | TZ |
| | Prepare attorneys for disclosure hearing, motion for court direction, motion for entry | 1.00 | 195.00 | NB |

| | | | | |
|---|---|---|---|---|
| | of an order approving J. Welt, motion for authority to engage property manager, and motion to extend deadline to file proof of claim (.5);   prepare e-mail correspondence to A Stivelman (.3); finalize omnibus reply to disclosure statement objections, conference with attorney (.2). | | | |
| Apr-29-17 | Review objection to motion to employ manager and research regarding manager (.7); exchange correspondence with S. House regarding same (.3). | 1.00 | 350.00 | BL |
| May-01-17 | Conference with B. Lieberman regarding status for upcoming hearings. | 1.00 | 565.00 | TMM |
| | Conference with T. Messana regarding ███████ | 1.00 | 350.00 | BL |
| | Prepare e-mail correspondence to attorney (.1); conference with attorney (.1); review service rules (.3); prepare certificate of service as to Debtor's reply to disclosure statement objections (.3); additional preparation of attorneys for disclosure hearing (.4); prepare motion to extend exclusivity period (.4); prepare e-mail correspondence to A. Stivelman enclosing additional pleadings (.2). | 1.80 | 351.00 | NB |
| May-02-17 | Final preparation for and attendance at hearing on motions, including disclosure statement hearing. | 5.00 | 2,825.00 | TMM |
| | Prepare for and attend hearing on disclosure statement and objections to same. | 5.00 | 1,750.00 | BL |
| | Conferences with attorney regarding pending motions and hearing preparation (.2); prepare service lists (.3); prepare certificate of service as to Debtor's response to unit owners' motion for bankruptcy court direction (.4); revise creditor service list to reflect counsel for collective unit owners (.3). | 1.20 | 234.00 | NB |
| May-03-17 | Conference with B. Lieberman and T. Zeichman regarding plan. | 0.10 | 56.50 | TMM |
| | Teleconference with B. Gruher regarding plan and disclosure amendments (.9); review order setting deadlines (.2); review and outline potential amendments (.7); conference with T. Messana and T. Zeichman regarding ███ (.1). | 1.90 | 665.00 | BL |
| | Conference with T. Messana and B. Lieberman regarding ███ | 0.10 | 27.50 | TZ |
| | Conference with attorney regarding service of Debtor's reply to disclosure statement | 0.10 | 19.50 | NB |

**Page 7**                                              **August 15, 2017**

| | | | | |
|---|---|---|---|---|
| | objections and order setting hearing and deadlines on amended disclosure statement. | | | |
| May-05-17 | Prepare certificate of service as to order setting hearing and deadlines on amended disclosure statement (.3); prepare e-mail correspondence to attorney regarding service of order (.1). | 0.40 | 78.00 | NB |
| May-08-17 | Revise motion to extend exclusivity period (.4); exchange correspondence with B. Gruher regarding same (.2); exchange correspondence with M. Abdo regarding same (.1); exchange correspondence with I. Garcia regarding same (.1); exchange correspondence with K. Taninaka regarding same (.1). | 0.90 | 247.50 | TZ |
| | Review, revise and finalize Debtor's motion to extend the exclusivity period within which to solicit votes in favor of Debtor's plan of liquidation (.3); conferences with attorney (.1); exchange e-mail correspondences with attorneys (.1). | 0.50 | 97.50 | NB |
| May-09-17 | Prepare certificate of service as to Debtor's motion to extend the exclusivity period within which to solicit votes in favor of Debtor's plan of liquidation. | 0.30 | 58.50 | NB |
| May-10-17 | Review and comment on response to M, Velez regarding plan and disclosure statement ruling. | 0.80 | 452.00 | TMM |
| | Review proposed order on extension of exclusivity and correspondences with B. Gruher, M. Gomez, I. Garcia and others regarding same. | 0.30 | 105.00 | BL |
| | Review e-mail correspondence from court (.1); prepare order granting Debtor's motion to extend the exclusivity period within which to solicit votes in favor of Debtor's plan of liquidation (.3); exchange e-mail correspondence with attorney (.1). | 0.50 | 97.50 | NB |
| May-11-17 | Prepare e-mail correspondence to attorney regarding order on exclusivity (.1); conference with attorney regarding order granting motion to extend exclusivity period (.1); review e-mail correspondence (.1); finalize motion (.2); | 0.50 | 97.50 | NB |
| May-15-17 | Review and revise service list (.1); prepare certificate of service as to order granting Debtor's motion to extend the exclusivity period (.3); finalize certificates of service as to Debtor's reply to disclosure statement objections, order setting hearing and | 1.00 | 195.00 | NB |

|            |                                                                                                                                                                                                                                                          |       |          |    |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|----|
|            | deadlines on amended disclosure statement, motion to extend the exclusivity period and order granting motion to extend the exclusivity period (.6).                                                                                                        |       |          |    |
| May-17-17  | Review and revise amended disclosure statement                                                                                                                                                                                                           | 1.60  | 560.00   | BL |
| May-19-17  | Research related to right of first refusal.                                                                                                                                                                                                              | 1.10  | 302.50   | TZ |
| May-21-17  | Review and revise amended plan and disclosure statement.                                                                                                                                                                                                 | 4.00  | 1,400.00 | BL |
| May-22-17  | Review and revise ██████ ██████ and exchange correspondences with M. Velez, A. Stivelman, J. Stewart and T. Ouimet regarding same.                                                                                                                        | 10.00 | 3,500.00 | BL |
|            | Prepare amended disclosure statement exhibit (.2); exchange e-mail correspondence with attorney (.1).                                                                                                                                                     | 0.30  | 58.50    | NB |
| May-23-17  | Continue ██████ and exchange correspondences with H. Giraldo and M. Velez regarding same.                                                                                                                                                                 | 3.10  | 1,085.00 | BL |
|            | Prepare Debtor's emergency ex parte motion to extend the deadlines established by the order setting hearing and deadlines on amended disclosure statement, etc. (.3); prepare proposed order (.2); exchange e-mail correspondence with attorney (.1); telephone call to E. Howlan regarding entry of order (.1). | 0.70  | 136.50   | NB |
| May-24-17  | Continue draft amended plan and disclosure statement and exchange correspondences with A. Stivelman regarding same.                                                                                                                                       | 0.50  | 175.00   | BL |
|            | Telephone message from E. Howlan regarding motion to extend the deadlines, prepare e-mail correspondence to attorney (.1); conference with attorney regarding service of emergency ex parte motion to extend the deadlines (.1); review and revise service list (.2); prepare certificate of service (.3). | 0.70  | 136.50   | NB |
| May-25-17  | Review and revise ██████ ██████ and exchange correspondences with M. Velez regarding same.                                                                                                                                                                | 2.80  | 980.00   | BL |
|            | Review and revise plan and disclosure statement.                                                                                                                                                                                                         | 0.50  | 137.50   | TZ |
|            | Finalize certificate of service as to emergency motion to extend the deadlines.                                                                                                                                                                          | 0.20  | 39.00    | NB |
| May-26-17  | Review and finalize ██████ ██████ and correspondence to M. Velez regarding same (1.5); exchange                                                                                                                                                           | 1.70  | 595.00   | BL |

|  | correspondence with B. Gruher regarding motion to extend deadlines (.2). |  |  |  |
|  | Review and revise plan and disclosure statement and finalize exhibits. | 1.30 | 357.50 | TZ |
|  | Prepare exhibit to amended plan/disclosure statement. | 0.20 | 39.00 | NB |
| May-31-17 | Review Fed.R.Bankr.P. 2002, 3016 and 3017 (.2); review and revise service list (.3); prepare certificates of service as to first amended plan of reorganization, first amended disclosure statement and order granting Debtor's emergency ex parte motion to extend the deadlines established by ECF No. 230 (.9). | 1.40 | 273.00 | NB |
| Jun-05-17 | Review objection to bulk sale and research regarding same. | 2.40 | 840.00 | BL |
| Jun-07-17 | Continue research and writing regarding response to objection to bulk sale. | 3.60 | 1,260.00 | BL |
| Jun-08-17 | Continue research on right of first refusal issue (2.6); teleconference with M. Velez and I. Garcia regarding ███ (.8); exchange correspondences with P. Singerman and J. Welt regarding status and potential purchasers (.3). | 3.70 | 1,295.00 | BL |
| Jun-09-17 | Exchange correspondence with P. Singerman regarding potential sale and bid procedures. | 0.30 | 105.00 | BL |
| Jun-10-17 | Exchange correspondence with M. Gomez regarding 1111(b) election and analysis of same. | 0.50 | 175.00 | BL |
| Jun-12-17 | Review correspondence from ███ and correspondence to M. Velez regarding same (.3); review correspondence from I. Garcia regarding same (.2); exchange correspondences with C. Broussard regarding ROFR and administrative claim response (.3); review and revise ROFR response issue (2.1); exchange correspondence with J. A'Hearn regarding dip financing (.3). | 3.20 | 1,120.00 | BL |
| Jun-13-17 | Continue review and revise ROFR response (1.9); exchange correspondence with A. Stivelman regarding same (.2); review FB&S objection to Disclosure statement and correspondence to M. Gomez regarding same (.6). | 2.70 | 945.00 | BL |
| Jun-14-17 | Review correspondence from M. Solo regarding updated offer (.2); review and revise ROFR response (.6); review correspondence from B. Gruher regarding rejection of global sale offer (.2); | 2.80 | 980.00 | BL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | correspondence to M. Velez regarding same (.1); exchange correspondence with T. Messana regarding same (.1); exchange correspondence with M. Gomez regarding objection to disclosure statement (.3); review objection to disclosure statement by Schecher (.5); finalize and file response to ROFR issue (.8). |  |  |  |
| Jun-15-17 | Correspondence to J. Welt regarding status update (.3); exchange correspondence with A. Stivelman regarding ███████ (.1); exchange several correspondences with M. Gomez regarding objection to DS and teleconference with M. Gomez regarding same (1.4); exchange correspondence with M. Velez regarding ██████████████ (.3). | 2.10 | 735.00 | BL |
| Jun-16-17 | Teleconference with I. Garcia and J. Paglino regarding potential offer (.8); exchange correspondence with M. Jungreis regarding potential offer (.2); exchange correspondence with J. Welt regarding ████████ ████████████████ (.2); review correspondences from A. Kent and B. Gruher regarding breach of confidentiality (.3); review correspondence from B. Gruher demanding document disclosure (.1); correspondence to M. Velez regarding same (.1); exchange correspondence with K. Nasser regarding potential offer (.2); exchange correspondence with M Gomez regarding ████████ (.4). | 2.50 | 875.00 | BL |
| Jun-18-17 | Continue draft response in opposition to disclosure statement objections. | 2.50 | 875.00 | BL |
| Jun-19-17 | Finalize and file response in opposition to disclosure statement objections (3.1); review and revise response in opposition to administrative claim and stay relief (.7). | 3.80 | 1,330.00 | BL |
|  | Finalize Debtor's reply to first amended disclosure statement objections. | 0.20 | 39.00 | NB |
| Jun-20-17 | Review reply to motion to strike (.5); teleconference with M. Lessne regarding same (.3). | 0.80 | 280.00 | BL |
|  | Review objection to disclosure statement and responses and prepare for hearing (2.1); teleconference with M. Gomez regarding FB&S objection (.5); | 2.60 | 910.00 | BL |
|  | Prepare attorney for hearings on amended disclosure statement, motions for entry of an | 1.70 | 331.50 | NB |

|   | | | | |
|---|---|---|---|---|
| | order approving J. Welt, authority to engage property manager, allowance of administrative expense claim, extension of deadline to make 11 U.S.C. 1111(b) election, and to strike disclosure of confidential settlement communication (1.0); organize attorney hearing materials from disclosure hearing, review and revise service list (.3); | | | |
| | prepare certificates of service as to Debtor's reply to first amended disclosure statement objections and response to motion and application for allowance and compelling payment of administrative expense claim (.4). | | | |
| Jun-21-17 | Prepare for and attend hearing on disclosures statement, broker motion, manager motion and other matters. | 6.50 | 2,275.00 | BL |
| | Conference with attorney regarding hearings. | 0.20 | 39.00 | NB |
| Jun-23-17 | Review and revise ███████████████ ██████████ and exchange correspondence with J. Welt and I. Garcia regarding same (1.7); review ██████████████ correspondence to M. Velez regarding same (.4); review order on rental manager motion and correspondence to S. House regarding same (.3). | 2.40 | 840.00 | BL |
| | Conferences with E. Howlan regarding hearing on sale motion (July 13, 2017 at 3:00 and July 14, 2017 at 10:00 if need be) (.2); conference with attorney (.1). | 0.30 | 58.50 | NB |
| Jun-24-17 | Review correspondence from M. Gomez regarding bid procedures and proposed form of contract. | 0.10 | 35.00 | BL |
| Jun-25-17 | Correspondence to M. Gomez regarding bid procedures and proposed form of contract. | 0.30 | 105.00 | BL |
| Jun-26-17 | Review orders approving employment of manager, denying approval of disclosure statement, granting application for administrative expense and granting limited stay relief and reserving ruling on right of first refusal. | 0.20 | 39.00 | NB |
| Jun-27-17 | Telephone call to E. Howlan regarding entry of order granting Debtor's expedited motion for entry of an order scheduling hearing to consider approval of highest and best bid (.1); conference with attorney regarding service of orders approving employment of manager, order granting application for administrative expense, order reserving ruling on right of | 0.30 | 58.50 | NB |

| Date | Description | | | |
|------|-------------|---|---|---|
| | first refusal and order denying approval of disclosure statement (.2). | | | |
| Jun-28-17 | Conference with B. Lieberman and C. Broussard regarding ███████████ | 0.30 | 169.50 | TMM |
| | Teleconference with C. Broussard regarding ███████████ (.3); exchange correspondence with board regarding ██████ and status (.3). | 0.60 | 210.00 | BL |
| Jun-29-17 | Review and revise service lists (.3); prepare certificates of service as to order approving employment of manager, order denying approval of disclosure statement, order granting application for administrative expense and granting limited stay relief, order reserving ruling on right of first refusal and order granting Debtor's expedited motion for entry of an order approving J. Welt (.5). | 0.80 | 156.00 | NB |
| | Totals | 179.50 | $58,925.00 | |

**Total Fees & Disbursements**                                    **$58,925.00**

## *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:   954-712-7401

Sixty Sixty Condominium Association, Inc.                    August 15, 2017
1489 West Palmetto Park Road, Suite 505                File #:        1437-016
Boca Raton, FL 33486 USA

**Attention:**    Ms. Maria T. Velez, President

**RE:**    Sixty Sixty Condominium Association, Inc. (Bnkr.) - Preparation and
Review of Reports Required by U.S. Trustee

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|---|---|---|---|
| 016 | Preparation and Review of Reports Required by U.S. Trustee | $311.25 | 9.60 | 2,988.00 |
| | **Total** | | **9.60** | **$2,988.00** |
| | **Grand Total** | | **9.60** | **$2,988.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|------------|----------|------|-------|--------|
| Brett Lieberman | Partner | 350.00 | 7.20 | 2,520.00 |
| Nancy Barrus | Paralegal | 195.00 | 2.40 | 468.00 |
| **Total** | | | **9.60** | **$2,988.00** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-07-16 | Conference with R. Del Forn regarding IDI, exchange e-mail correspondence with attorney. | 0.20 | 39.00 | NB |
| Dec-08-16 | Prepare and organize initial debtor interview documents. | 0.50 | 175.00 | BL |
| | Conference with attorney regarding initial debtor interview. | 0.20 | 39.00 | NB |
| Dec-09-16 | Review correspondence from ▮▮▮▮▮ ▮▮▮▮▮ and correspondence to M. Velez regarding same. | 0.40 | 140.00 | BL |
| | Prepare e-mail correspondence to R. Del Forn regarding initial debtor interview (.1); conference with attorney (.1). | 0.20 | 39.00 | NB |
| Dec-16-16 | Finalize documents for initial debtor interview. | 0.50 | 175.00 | BL |
| Dec-21-16 | Attend initial debtor interview. | 0.50 | 175.00 | BL |
| Dec-27-16 | Exchange correspondence with ▮▮▮▮▮ ▮▮▮▮▮ (.3); exchange correspondences with M. Velez and H. Velez regarding ▮▮▮ and organization of documents (.5). | 0.80 | 280.00 | BL |
| Jan-04-17 | Conference with attorney regarding additional production to UST. | 0.10 | 19.50 | NB |
| Jan-20-17 | Exchange correspondence with M. Velez and ▮▮▮▮▮▮▮▮▮▮ | 1.90 | 665.00 | BL |
| | Conference with attorney regarding DIP report. | 0.10 | 19.50 | NB |
| Jan-24-17 | Research regarding DIP reports, review U.S. Trustee guidelines (.1); prepare e-mail correspondence to attorney (.1). | 0.20 | 39.00 | NB |
| Feb-15-17 | Prepare e-mail correspondence to attorney regarding DIP report and discovery responses. | 0.20 | 39.00 | NB |
| Feb-18-17 | Exchange correspondences with T. Ouimet and M. Velez regarding ▮▮▮▮▮ | 0.30 | 105.00 | BL |
| Feb-20-17 | Review and preliminary analysis of DIP report. | 0.30 | 105.00 | BL |
| Feb-21-17 | Review ▮▮▮▮▮ and exchange correspondence with M. Marcusky and M. Velez regarding same (.5); file same (.2). | 0.70 | 245.00 | BL |
| | Prepare e-mail correspondence to attorney regarding DIP report. | 0.10 | 19.50 | NB |
| Mar-20-17 | Exchange correspondence with M. Markusky and M. Velez regarding ▮▮▮▮▮ (.3); finalize and file same (.3). | 0.60 | 210.00 | BL |
| Apr-20-17 | Finalize Debtor's DIP report. | 0.20 | 39.00 | NB |
| May-18-17 | Review ▮▮▮▮▮ and correspondence to M. Velez regarding same. | 0.30 | 105.00 | BL |

| | | | | |
|---|---|---|---|---|
| May-22-17 | Review May DIP report and exchange correspondences with N. Barrus, T. Ouimet and J. Stewart regarding same. | 0.40 | 140.00 | BL |
| | Conference with attorney regarding April DIP report (.1); exchange e-mail correspondence with T. Ouimet (.1); conference with attorney regarding redactions (.1); finalize Debtor's DIP report (.3). | 0.60 | 117.00 | NB |
| Jun-22-17 | Prepare e-mail correspondence to attorney regarding monthly operating report. | 0.10 | 19.50 | NB |
| Jun-23-17 | Finalize monthly operating report | 0.20 | 39.00 | NB |
| | Totals | 9.60 | $2,988.00 | |

**Total Fees & Disbursements**                                        **$2,988.00**

### *Messana, P.A.*
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301 USA

Ph: 954-712-7400          Fax:  954-712-7401

Sixty Sixty Condominium Association, Inc.                              August 15, 2017
1489 West Palmetto Park Road, Suite 505                 File #:        1437-031
Boca Raton, FL 33486 USA

**Attention:**     Ms. Maria T. Velez, President

**RE:**     Sixty Sixty Condominium Association, Inc. (Bnkr.) - General Litigation

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|------|---------------|-------|--------|
| 031 | General Litigation | $332.01 | 214.80 | 71,315.00 |
| | **Total** | | **214.80** | **$71,315.00** |
| | **Grand Total** | | **214.80** | **$71,315.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|------------|----------|------|-------|--------|
| Thomas M. Messana | Senior Partner | 565.00 | 13.80 | 7,797.00 |
| Brett Lieberman | Partner | 350.00 | 138.20 | 48,370.00 |
| Christopher Broussard | Associate | 295.00 | 18.20 | 5,369.00 |
| Tom Zeichman | Associate | 275.00 | 14.50 | 3,987.50 |
| Nancy Barrus | Paralegal | 195.00 | 29.70 | 5,791.50 |
| **Total** | | | **214.40** | **$71,315.00** |
| **Courtesy Discount** | | | | |
| Brett Lieberman | | 350.00 | .20 | 70.00 |
| Tom Zeichman | | 275.00 | .20 | 55.00 |
| **Total Courtesy Discount** | | | **.40** | **125.00** |

Page  2                  August 15, 2017

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-07-16 | Review e-mail correspondences ███ █████ (.3); correspondence to M. Velez regarding same (.2); review Schecher 6060 YouTube videos (.5); exchange correspondence with N. Barrus regarding prior lawsuits (.2). | 1.20 | 420.00 | BL |
|  | Review court docket re 6060 v. Optima, review and respond to e-mail correspondence from attorney. | 0.30 | 58.50 | NB |
| Dec-09-16 | Exchange correspondence with S. Davis regarding Schecher e-mails to unit owners (.2); review latest Schecher YouTube video regarding 6060 (.3). | 0.50 | 175.00 | BL |
| Dec-12-16 | Conference with B. Lieberman regarding hotel unit owner's communications regarding strategy (.5); review and edit motion for sanctions (1.0). | 1.50 | 847.50 | TMM |
|  | Review and comment on motions to compel and for sanctions. | 0.20 | 55.00 | TZ |
| Dec-13-16 | Correspondence to S. Davis regarding bankruptcy case filings. | 0.10 | 35.00 | BL |
|  | Review and revise 2004 notices. | 0.30 | 82.50 | TZ |
|  | Begin preparing examination notices. | 0.30 | 58.50 | NB |
| Dec-14-16 | Review FUDTPA and draft e-mail to B. Lieberman regarding ideas; review and edit letter to unit owners. | 0.80 | 452.00 | TMM |
|  | Prepare examination notices and subpoenas for R. Schecher, Schecher Group, Inc., V. Sharma, CHMC, A. Rojas, M. Morales, Casablanca Rental Services, Inc., Bridgeport Capital Services, Inc. and Florida Building & Supply, Inc.. | 0.20 | 39.00 | NB |
| Dec-15-16 | Review and revise 2004 notices. | 0.60 | 165.00 | TZ |
|  | Review and revise notices of examinations (.2); prepare notice of service of subpoenas and subpoenas to produce documents (1.1). | 1.30 | 253.50 | NB |
| Dec-16-16 | Finalize and file subpoena for Hotel Management Corporation. | 0.20 | 55.00 | TZ |
| Dec-19-16 | Teleconference with E. Patterson and M. Rothman regarding state court action and bankruptcy stay (.4); correspondence to S. Davis requesting CHMC documents and access to building to resolve pending motions (.2). | 0.60 | 210.00 | BL |
|  | Prepare suggestions of bankruptcy. | 0.20 | 55.00 | TZ |
| Dec-21-16 | Conference with attorney regarding suggestions of bankruptcy, review counsel for | 0.20 | 39.00 | NB |

| | | | | |
|---|---|---|---|---|
| | Southeastern v. Euroamerica, conferences with attorney regarding V. Halloun service notice. | | | |
| Dec-22-16 | Exchange correspondence with M. Gomez regarding FB&S discovery. | 0.20 | 70.00 | BL |
| Dec-23-16 | Exchange correspondences with S. Davis regarding access to debtor property. | 0.30 | 105.00 | BL |
| | Conference with attorney regarding service of order on stay violation motion. | 0.10 | 19.50 | NB |
| Dec-27-16 | Exchange correspondence with S. Davis regarding settlement. | 0.20 | 70.00 | BL |
| Dec-28-16 | Exchange correspondence with T. Zeichman regarding recent hotel claims against units. | 0.20 | 70.00 | BL |
| Dec-29-16 | Prepare for and attend meeting with R. Schecher (beneficial owner of hotel unit), S. Davis and others regarding exchange solutions. | 3.50 | 1,977.50 | TMM |
| | Conference with ███████ ███████ (3.5); teleconference with M. Velez regarding same (.3); teleconference with K. Bhojwani regarding status (.2). | 4.00 | 1,400.00 | BL |
| Dec-30-16 | Prepare certificate of service as to interim order authorizing the employment and retention of Messana, P.A. and order on stay violation. | 0.40 | 78.00 | NB |
| Jan-04-17 | Exchange extensive correspondences with S. Davis regarding discovery (.6); review audit report of Sharma (.4); review and revise 2004 examination subpoena of Sharma (.3); exchange correspondence with M. Abdo regarding FB&S claim and potential settlement (.1); analysis of declaration and rights thereunder (.5); exchange several correspondences with S. Davis regarding production and objections to requests (.4); exchange correspondence with S. Davis regarding purported audit (.2). | 2.50 | 875.00 | BL |
| | Conference with attorney regarding V. Sharma records request, review and revise same (.7); conference with attorney regarding additional document subpoenas (.2); prepare e-mail correspondence to process server regarding service of subpoena on R. Schecher, Jr. (.2). | 1.10 | 214.50 | NB |
| Jan-05-17 | Exchange several correspondences wit ███ ███████ ███████ correspondences with M. Velez regarding same (.2). | 0.70 | 245.00 | BL |

| Date | Description | | | |
|------|-------------|---|---|---|
| Jan-08-17 | Review correspondence from R. Schecher and video attacking association bankruptcy case. | 0.30 | 105.00 | BL |
| Jan-09-17 | Review HU rules and regulations and exchange correspondence with S. Davis regarding same (1.1); review HU financials (1.3); correspondence to T. Zeichman regarding opposition to motion to extend time (.1); review and revise objection to motion to extend time (.5). | 3.00 | 1,050.00 | BL |
| Jan-10-17 | Review and edit Debtor's response to Schecher's motion for extension to respond to discovery. | 0.50 | 282.50 | TMM |
| | Review and revise ███████████ ████████ (1.1); exchange correspondence with M. Velez and A. Stivelman regarding ██████████████ (.3). | 1.40 | 490.00 | BL |
| | Review, revise, and finalize response to Schecher motion to extend time. | 0.30 | 82.50 | TZ |
| | Finalize Debtor's response in opposition to Schecher Group, Inc.'s motion for extension of time, prepare certificate of service as to response (.3); begin addressing additional returned mail issues (.2). | 0.50 | 97.50 | NB |
| Jan-11-17 | Exchange correspondences with A. Stivelman regarding status and division of labors (.2); review correspondence regarding Schecher's refusal to permit unit owner access (.3); review and analysis of HU general ledger (.4); teleconference with I. Garcia regarding ████ (.3); exchange correspondence with S. Davis regarding depositions (.2); correspondence to T. Zeichman regarding motion to compel (.1). | 1.50 | 525.00 | BL |
| | Draft proposed order denying Schecher's motion to extend time. | 0.30 | 82.50 | TZ |
| Jan-13-17 | Draft subpoena to V. Sharma. | 0.20 | 55.00 | TZ |
| | Finalize subpoena to produce documents directed to V. Sharma (.2); respond to e-mail correspondence from attorney regarding service address (.1); exchange several e-mail correspondences with attorney (.1); prepare notice of service of subpoena (.3); prepare e-mail correspondence to process server (.1). | 0.80 | 156.00 | NB |
| Jan-14-17 | Review correspondence from M. Velez regarding ███████████████ ███████████████ regarding same. | 0.50 | 175.00 | BL |
| Jan-15-17 | Review correspondence from M. Velez | 0.30 | 105.00 | BL |

| | regarding ██████████████ ████ | | | |
|---|---|---|---|---|
| Jan-16-17 | Review correspondence from R. Schecher regarding new access rules and prohibiting unit owner access (.5); review order on motion to extend time and order setting hearing on access sanctions (.3). | 0.80 | 280.00 | BL |
| Jan-17-17 | Exchange extensive correspondences with M. Velez and H. Giraldo regarding ████████ ████████ | 1.00 | 350.00 | BL |
| | Review e-mail correspondence from process server regarding service on V. Sharma. | 0.10 | 19.50 | NB |
| Jan-18-17 | Review correspondence from ███████ ████████████████████ (3.0); correspondence to M. Velez regarding same and ████████████ (.5). | 3.50 | 1,225.00 | BL |
| | Conference with attorney regarding service of subpoena related to R. Schecher, Jr. | 0.10 | 19.50 | NB |
| Jan-19-17 | Review and revise motion to compel production of documents (.8) review response to motion for sanctions (.3); review and analysis of report produced by Schecher (1.5). | 2.60 | 910.00 | BL |
| | Draft motion to compel production from CHMC (.7); draft motion to enforce compliance with court order against Schecher Group (.4). | 1.10 | 302.50 | TZ |
| | Finalize motion to compel production of documents from Condominium Hotel Management Corporation, Inc. responsive to subpoena and for sanctions. | 0.20 | 39.00 | NB |
| Jan-20-17 | Review and edit joinder and supplement to unit owner's motion to enforce access order. | 1.20 | 678.00 | TMM |
| | Review notice of termination of services (.3); review alternative plan proposed by Schecher (.3); correspondence to M. Velez regarding ████████████ (.2); correspondence to M. Velez regarding ██████ ██████████████ (.2); review ████████████████████ and correspondence to M. Velez regarding same (.5). | 1.50 | 525.00 | BL |
| | Prepare certificate of service as to motion to compel production of documents from Condominium Hotel Management Corporation, Inc. responsive to subpoena and for sanctions. | 0.40 | 78.00 | NB |
| | Conference with attorney, prepare Schecher | 2.00 | 390.00 | NB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | vendor total spreadsheet (1.9); conference with process server regarding service on R. Schecher, Jr. (.1). |  |  |  |
| Jan-23-17 | Review and revise joinder and supplement to motion for sanctions. | 2.30 | 805.00 | BL |
|  | Review, finalize, and file joinder in motion for sanctions. | 0.20 | 55.00 | TZ |
|  | Conference with attorney regarding records subpoena directed to Richard J. Schecher, Jr. (.1); prepare certificate of service as to notice of hearing on motion to compel production from Condominium Hotel Management Corporation, Inc. (.4); review public records for service address for Richard J. Schecher, Jr., conferences with attorneys (.4). | 0.90 | 175.50 | NB |
| Jan-24-17 | Review correspondent from M. Velez regarding ███████████ and review same (.4); correspondence to S. Schneiderman regarding Schecher video containing photographs taken by Schecher during 341 meeting and posted to YouTube (.1); exchange correspondence with A. Stivelman regarding collection matters (.3); research prior lawsuit issues (1.1); review correspondence from S. Davis regarding settlement (.2). | 2.10 | 735.00 | BL |
|  | Draft motion for injunction regarding exclusivity violation. | 1.20 | 330.00 | TZ |
|  | Prepare attorney for hearings on motion for sanctions against Schecher Group, Inc. and motion to compel production from CHMC, prepare proposed order on motion to compel production (1.2); conference with attorney, further preparation for hearings, compare response with amended response filed by CHMC in response to motion to compel production, prepare e-mail correspondence to attorney (.3); conference with attorney regarding supplemental invoice request directed to Schecher Group, Inc. (.1); prepare certificate of service as to Debtor's joinder in and supplement to Unit Owners' motion for sanctions against Schecher Group, Inc. and Richard Schecher, prepare notice of filing condominium management agreement (.6); conferences with attorney regarding hearing on unit owners' motion for sanctions and Debtor's motion to compel production of documents from CHMC (.1); prepare notice | 2.80 | 546.00 | NB |

| | | | | |
|---|---|---|---|---|
| | of examination of A. Vazquez and subpoena, conference with attorney regarding service address, perform search for same, exchange e-mail correspondence with attorney (.5). | | | |
| Jan-25-17 | Prepare for and attend hearing on motion for sanctions for HU violating access order and to compel production of documents (2.7); correspondence to M. Velez regarding ███████████ (.2). | 2.90 | 1,015.00 | BL |
| | Prepare certificate of service as to notice of hearing on motion for joinder and supplement to motion for sanctions (.4); organize and label for attorney review e-mails sent by R. Schecher to board members and unit owners (.5); telephone call to Professional Process Servers regarding service of subpoena on Sharma & Associates, Inc. (.1). | 1.00 | 195.00 | NB |
| Jan-26-17 | Organize for attorney review documents attached to Schecher e-mails, prepare index of e-mails sent by R. Schecher (.6); prepare certificate of service as to notice of filing Condominium Management Agreement (.4). | 1.00 | 195.00 | NB |
| Jan-27-17 | Review correspondence from ██████████ ██████████ (.4); exchange correspondence with M. Velez regarding same (.2); exchange correspondence with ██████████ (.9); exchange corresponded with M. Velez regarding same (.2); further review of ████████ nd correspondence to I. Garcia regarding same (.4); exchange correspondences with S. Davis regarding 1125 violations (.4); exchange correspondence with S. Davis regarding operation budget (.2); correspondence to S. Davis regarding 1125 violations (.1); review and revise motion for sanctions for 1125 violations (.4). | 3.20 | 1,120.00 | BL |
| Jan-30-17 | Review and revise order on motion to produce and exchange correspondences with S. Davis regarding same (.8); teleconference with S. Davis regarding settlement (.2). | 1.00 | 350.00 | BL |
| | Draft motion for injunction. | 1.30 | 357.50 | TZ |
| | Conferences with attorney regarding hearing on motion to compel production of documents from CHMC responsive to subpoena, revise proposed order to reflect ruling at January 25, 2017 hearing, prepare | 1.10 | 214.50 | NB |

| | | | | |
|---|---|---|---|---|
| | e-mail correspondence to attorney. Conference with attorney regarding examination in connection with written recall agreement. | 0.10 | 19.50 | NB |
| Jan-31-17 | Teleconference with S. Davis regarding 1125 issues. | 0.30 | 105.00 | BL |
| | Review order granting, in part, Debtor's motion to compel production of documents from CHMC responsive to subpoena and for sanctions, finalize same, exchange e-mail correspondence with attorney. | 0.20 | 39.00 | NB |
| Feb-01-17 | Exchange correspondence with M. Velez regarding ████████████████ and review same (.4); review correspondences from S. Davis regarding alternative Schecher plan and budget (.3); exchange correspondence with A. Stivelman regarding same (.2); exchange correspondence with M. Velez regarding ████████████ (.4); research Schecher website and solicitations (.8). | 2.10 | 735.00 | BL |
| | Prepare certificate of service as to order granting, in part, Debtor's motion to compel production. | 0.40 | 78.00 | NB |
| Feb-02-17 | Review and comment on motion for sanctions (1.0); conference with B. Lieberman regarding same (.3); telephone conference with J. Alderman, J. Silver and B. Lieberman regarding unit owner's inquiry (1.0). | 2.30 | 1,299.50 | TMM |
| | Teleconference with J. Shalek regarding status (.4); teleconference with J. Alderman, J. Silver and T. Messana regarding ████████ (1.0); draft ████████████ ██ (1.8); exchange correspondences with M. Velez regarding same (.3); conference with T. Messana regarding same (.3); exchange correspondence with H. Giraldo regarding 1121/1125 motion and incorporate comments (.4). | 4.20 | 1,470.00 | BL |
| | Review, revise, and finalize motion for contempt. | 0.60 | 165.00 | TZ |
| | Review and note changes for attorney review to motion for contempt and sanctions against Schecher Group Inc. and Richard Schecher, conference with attorney, finalize motion for contempt and sanctions. | 0.30 | 58.50 | NB |
| Feb-03-17 | Review ████████████ ████████ and teleconference with M. Velez regarding same (.6); exchange | 2.10 | 735.00 | BL |

|  | correspondence with M. Velez regarding discovery requests (.3); exchange correspondence with S. Davis regarding operating expenses and interim settlement (.6); review Schecher for financial information, but such information was removed (.3); correspondence to S. Davis regarding same (.3). |  |  |  |
|  | Conference with attorney regarding production request to Sharma & Associates (.1); review bankruptcy rules regarding service of contested matter, conference with attorney regarding same, prepare certificates of service as to motion for contempt and sanctions against Schecher Group, Inc. and Richard Schecher and notice of hearing thereon (.3). | 0.40 | 78.00 | NB |
| Feb-04-17 | Review correspondence from M. Velez with Schecher's most recent YouTube video and review same. | 0.70 | 245.00 | BL |
| Feb-05-17 | Review correspondence from M. Velez regarding Schecher YouTube video and exchange correspondence with M. Velez regarding same. | 0.30 | 105.00 | BL |
| Feb-06-17 | Exchange correspondence with M. Velez and H. Giraldo regarding ██████████ | 0.50 | 175.00 | BL |
|  | Conference with attorney regarding extension of time for Sharma & Associates to respond to discovery requests. | 0.10 | 19.50 | NB |
| Feb-07-17 | Exchange extensive correspondences with S. Davis regarding discovery and access restriction (.6); review analysis of unit owners and assessment of Schecher allegations (.5); correspondence to H. Giraldo regarding same (.2). | 1.30 | 455.00 | BL |
|  | Conference with attorney regarding counsel meeting regarding claim of FB&S. | 0.10 | 19.50 | NB |
| Feb-08-17 | Exchange correspondence with S. Davis regarding 1125 motion. | 0.20 | 70.00 | BL |
| Feb-09-17 | Review correspondence from H. Giraldo regarding ██████████████ (.3); review correspondence from A. Vazquez representing that court ordered that unit owners cannot rent their units (.3); correspondence to I. Garcia regarding same (.1); exchange correspondence with S. Davis regarding 1121/1125 motion and S. Davis threatening rule 11 (.3); exchange extensive correspondences with S. Davis regarding | 1.90 | 665.00 | BL |

| | | | | |
|---|---|---|---|---|
| | production of discovery (.9). | | | |
| | Exchange correspondence with attorney regarding Sixty Sixty Condominium v. Optima Hospitality. | 0.10 | 19.50 | NB |
| Feb-10-17 | Telephone conference with C. Berger regarding stay relief. | 0.10 | 56.50 | TMM |
| | Exchange extensive correspondences with N. Barrus and S. Davis regarding production. | 1.60 | 560.00 | BL |
| Feb-12-17 | Exchange correspondence with M. Velez regarding ███████████████. | 0.30 | 105.00 | BL |
| Feb-13-17 | Exchange correspondences with N. Barrus and S. Davis regarding document production (.5); exchange correspondence with S. Schneiderman regarding same (.2); teleconference with S. Hammer regarding potential audit plan (.4). | 1.10 | 385.00 | BL |
| Feb-14-17 | Exchange several correspondences with A. Stivelman regarding collection efforts (.4); exchange correspondence with M. Velez regarding ████████████ (.2); exchange correspondence with N. Barrus and S. Davis regarding production of documents (.3); exchange correspondences with S. Davis regarding 1121/1125 motion (.5). | 1.40 | 490.00 | BL |
| | Research regarding payment of time for person designated as most knowledgeable in a 2004 examination, exchange e-mail correspondence with attorney. | 0.50 | 97.50 | NB |
| Feb-15-17 | Exchange correspondence with N. Barrus and S. Davis regarding discovery (.3); teleconference with J. Shalek regarding status (.2). | 0.50 | 175.00 | BL |
| Feb-16-17 | Exchange correspondences with S. Davis regarding electronic discovery (.4); review ███████████████████████ and exchange extensive correspondences with M. Velez regarding same (6.0); correspondence to M. Gomez regarding claim (.2); exchange corresponded with T. Zeichman regarding responses to document requests (.3). | 6.90 | 2,415.00 | BL |
| | Review and redact production. | 0.60 | 165.00 | TZ |
| | Assist attorney with organization of documents responsive to request for production. | 0.70 | 136.50 | NB |
| | Organize documents produced to Debtor in response to document production request, conference with attorney. | 1.80 | 351.00 | NB |
| Feb-17-17 | Finalize documents to be produced and | 6.10 | 2,135.00 | BL |

| | | | | |
|---|---|---|---|---|
| | exchange correspondence with T. Zeichman regarding written response to document requests (5.1); review ███████████ ███████████ teleconferences with M. Velez and others regarding same (.8); exchange correspondence with J. Shalek regarding status (.2). | | | |
| | Draft written response to Rule 2004 examination request. | 0.70 | 192.50 | TZ |
| | Organize documents produced to Debtor in response to document production request (.4); organize invoice production for attorney review, prepare e-mail correspondence to attorney (.2). | 0.60 | 117.00 | NB |
| | Conference with attorney regarding Rule 2004 examination, begin preparing attorney for examination. | 0.80 | 156.00 | NB |
| Feb-19-17 | Review correspondence from M. Velez regarding ███████████████████ ███████████. | 0.30 | 105.00 | BL |
| | Review Schecher response to motion for contempt. | 0.20 | 55.00 | TZ |
| Feb-20-17 | Review correspondence from S. Davis regarding 1121/1125 hearing (.1); review correspondence from S. Davis regarding settlement (.1); exchange correspondence with S. Davis regarding continuing deposition (.2). | 0.40 | 140.00 | BL |
| Feb-21-17 | Prepare attorney for Rule 2004 examination of Debtor, conference with attorney regarding examination (.5); prepare attorney for hearing on motion for sanctions, motion for contempt and motion for relief from stay (.5); prepare proposed order on motion for contempt and sanctions against Schecher Group Inc. and Richard Schecher, prepare e-mail correspondence to attorney (.7). | 1.70 | 331.50 | NB |
| Feb-22-17 | Prepare for hearings on unit owner access motion and 1121/1125 motion. | 6.00 | 2,100.00 | BL |
| Feb-23-17 | Exchange correspondences with M. Velez regarding ██████████ (.2); exchange correspondence with A. Stivelman regarding status of hearings (.2). | 0.40 | 140.00 | BL |
| | Research related to stay violations. | 0.50 | 137.50 | TZ |
| | Conference with attorney regarding hearing on motion for contempt, review re-notice of hearing, prepare certificate of service as to renotice of hearing (.4); additional | 0.50 | 97.50 | NB |

|  |  |  |  |  |
|---|---|---|---|---|
|  | preparation for hearings to include late filed letter to court (.1). |  |  |  |
| Feb-24-17 | Prepare for and attend hearing on 1121/1125 motion (2.8); document review of Schecher production (2.5). | 5.30 | 1,855.00 | BL |
| Feb-27-17 | Revise draft order on motion for contempt, prepare e-mail correspondence to attorney. | 0.20 | 39.00 | NB |
| Mar-02-17 | Review Schecher propaganda correspondence to unit owners (.1); teleconference with M. Velez regarding ▇▇▇ (.3). | 0.40 | 140.00 | BL |
| Mar-09-17 | Exchange correspondence with J. Shalek regarding status. | 0.10 | 35.00 | BL |
| Mar-11-17 | Review Schecher propaganda e-mail/YouTube video and exchange correspondence with M. Velez regarding same. | 0.50 | 175.00 | BL |
| Mar-12-17 | Review Schecher e-mail claiming issues of board authority and exchange correspondence with board regarding same. | 0.40 | 140.00 | BL |
| Mar-13-17 | Teleconference with V. Damian regarding status. | 0.30 | 105.00 | BL |
| Mar-14-17 | Exchange correspondence with M. Velez regarding ▇▇▇▇▇▇ | 0.30 | 105.00 | BL |
| Mar-16-17 | Exchange correspondence with S. Davis and B. Gruher regarding document request (.2); review motion for reconsideration and correspondence to M. Velez regarding same (.3). | 0.50 | 175.00 | BL |
| Mar-17-17 | Teleconference with B. Gruher regarding settlement (1.6); exchange correspondence with H. Giraldo regarding ▇▇▇▇▇ ▇▇▇▇ (.2). | 1.80 | 630.00 | BL |
| Mar-18-17 | Review Schecher recent 'horror story' blast correspondence and exchange correspondence with M. Velez regarding same (.4); correspondence to B. Gruher regarding same (.1). | 0.50 | 175.00 | BL |
| Mar-19-17 | Exchange correspondence with B. Gruher regarding plan. | 0.20 | 70.00 | BL |
| Mar-20-17 | Exchange correspondence with A. Stivelman and M. Velez regarding Schecher claim and offsets. | 0.30 | 105.00 | BL |
| Mar-23-17 | Teleconference with B. Gruher regarding forensic accountant. | 0.80 | 280.00 | BL |
| Mar-24-17 | Review and comment on motion to approve LOI. | 0.50 | 282.50 | TMM |
| Mar-27-17 | Prepare attorney for hearing on motion by Wilmington Savings Fund for relief from automatic stay (.1); conference with attorney | 0.20 | 39.00 | NB |

|  |  |  |  |  |
|---|---|---|---|---|
| | regarding telephonic appearance (.1). | | | |
| Mar-28-17 | Attend hearing on stay relief telephonically. | 0.30 | 105.00 | BL |
| Apr-12-17 | Exchange correspondence with D. Brown regarding motion for reconsideration (.2); review HU supplement to motion to reconsider and strike (.3). | 0.50 | 175.00 | BL |
| Apr-14-17 | Exchange correspondence with I. Garcia regarding ███████████ (.2); correspondence to B. Gruher regarding order employing J. Welt (.1); exchange correspondences with J. Welt regarding same (.3). | 0.60 | 210.00 | BL |
| Apr-21-17 | Teleconference with ████████████████ ██████ (.8); correspondence to M. Velez regarding same (.1). | 0.90 | 315.00 | BL |
| Apr-24-17 | Conference with B. Lieberman and T. Zeichman regarding adversary proceeding. | 0.20 | 113.00 | TMM |
| | Continue draft adversary proceeding to determine claim. | 5.50 | 1,925.00 | BL |
| | Conference with T. Messana and T. Zeichman regarding ██████████████. | 0.20 | 0.00 | BL |
| | Conference with T. Messana and B. Lieberman regarding ████████████. | 0.20 | 0.00 | TZ |
| Apr-25-17 | Conference with B. Lieberman regarding adversary proceedings against Schecher Group. | 0.80 | 452.00 | TMM |
| | █████████████████████████ (7.4); conference with T. Messana regarding same (.8). | 8.20 | 2,870.00 | BL |
| Apr-26-17 | Review and comment on complaint to determine validity, priority and extent of liens, et al. | 1.00 | 565.00 | TMM |
| | Continue drafting ████████████ and exchange extensive correspondences with A. Stivelman, T. Zeichman, H. Giraldo and M. Velez regarding same. | 6.10 | 2,135.00 | BL |
| | Research regarding lien avoidance (.3); research regarding preference actions (.2); research related to application of securitys law (.3); research for adversary proceeding against Schecher (.9). | 1.70 | 467.50 | TZ |
| Apr-27-17 | Finalize and file ████████████ d exchange correspondences with M. Velez regarding same (4.1); teleconference with B. Gruher regarding settlement (.8); | 4.90 | 1,715.00 | BL |
| | Review and revise adversary complaint (1.4); research related to insider status (.2); research related to lien avoidance (.5); prepare | 2.90 | 797.50 | TZ |

| Date | Description | | | |
|---|---|---|---|---|
| | response to FBS disclosure objection (.8). | | | |
| | Review court docket re Sixty Sixty v. CHMC (.2); exchange e-mail correspondence with attorney (.1). | 0.30 | 58.50 | NB |
| May-01-17 | Teleconference with B. Gruher regarding settlement (.4); correspondence to B. Gruher regarding article on hotel/condo securities issues (.2). | 0.60 | 210.00 | BL |
| | Perform corporate search (.2); prepare certificate of service as to adversary complaint (.3). | 0.50 | 97.50 | NB |
| May-02-17 | Exchange correspondence with B. Lieberman regarding sanctions motion. | 0.10 | 27.50 | TZ |
| May-04-17 | Review report to state court regarding adversary proceeding. | 0.20 | 70.00 | BL |
| May-05-17 | Teleconference with B. Gruher regarding settlement (.9); teleconference with A. Kent regarding sale (.3); exchange correspondence with J. Welt regarding status (.1); follow up teleconference with B. Gruher regarding potential going forward strategy (.7). | 2.00 | 700.00 | BL |
| May-09-17 | Review correspondence from B. Gruher regarding cases and review same. | 0.40 | 140.00 | BL |
| May-11-17 | Exchange e-mail correspondence with attorney regarding unit owners' document requests. | 0.10 | 19.50 | NB |
| May-12-17 | Prepare production response to unit owners (.3); exchange e-mail correspondence with attorney (.1). | 0.40 | 78.00 | NB |
| May-15-17 | Teleconference with B. Gruher regarding settlement (1.2); follow up correspondence to B. Gruher regarding operational budget (.3). | 1.50 | 525.00 | BL |
| | Research related to right of first refusal. | 1.10 | 302.50 | TZ |
| May-16-17 | Exchange correspondence with A. Stivelman regarding ████████████ | 0.30 | 105.00 | BL |
| May-17-17 | Conference with I. Garcia and D. Brown regarding status (.8); review You Tube video from Schecher regarding "deal" (.3); correspondence to J. Welt regarding same (.1); exchange correspondence with J. Stewart regarding claims of liens against delinquent owners (.2). | 1.40 | 490.00 | BL |
| May-18-17 | Review wrongdoing from Betsy Silverstone (Rockville Risk Management) and Richard Schecher regarding demand for insurance coverage. | 0.30 | 169.50 | TMM |
| May-19-17 | Attend Board of Directors litigation meeting. | 0.50 | 282.50 | TMM |
| May-23-17 | Teleconference with B. Gruher regarding adversary proceeding (.5); teleconference | 0.80 | 280.00 | BL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | with I. Garcia regarding same (.3). | | | |
| | Prepare Plaintiff's first request for production of documents to Defendant (.8); exchange e-mail correspondence with attorney (.1). | 0.90 | 175.50 | NB |
| May-24-17 | Exchange correspondence with B. Gruher and M. Velez regarding extension to file answer in adversary proceeding. | 0.20 | 70.00 | BL |
| May-25-17 | Exchange correspondence with B. Gruher regarding settlement and extensions of time (.3); teleconference with M. Velez regarding same (.3); teleconference with B. Gruher regarding potential global resolution (.6); exchange correspondence with A. Stivelman regarding collection efforts (.3). | 1.50 | 525.00 | BL |
| May-26-17 | Exchange correspondence with J. Frankel regarding collection efforts. | 0.10 | 35.00 | BL |
| May-30-17 | Finalize document review and correspondence to N. Barrus regarding same. | 0.40 | 140.00 | BL |
| May-31-17 | Teleconference with B. Lieberman regarding potential settlement. | 0.30 | 169.50 | TMM |
| | Teleconferences with B. Gruher regarding potential settlement (1.5); teleconference with T. Messana regarding same (.3). | 1.80 | 630.00 | BL |
| | Review e-mail correspondence from attorney (.1); review, revise and finalize Plaintiff's first request for production of documents to Defendant (.6). | 0.70 | 136.50 | NB |
| Jun-01-17 | Correspondence to I. Garcia regarding ███████████████████████ (.3); teleconference with M. Velez (.3). | 0.60 | 210.00 | BL |
| Jun-02-17 | Exchange correspondence with M. Velez regarding discovery. | 0.20 | 70.00 | BL |
| Jun-03-17 | Review Schecher correspondence refusing to participate in sale (.2); exchange correspondence with M. Velez regarding same (.2); exchange correspondences with B. Gruher regarding same (.4); exchange correspondence with M. Gomez regarding status of discussions (.2). | 1.00 | 350.00 | BL |
| Jun-04-17 | Review ROFR response (.5); correspondence to M. Velez regarding same (.3); begin draft reply to ROFR response (1.3). | 2.10 | 735.00 | BL |
| Jun-05-17 | Teleconference with B. Gruher regarding Schecher refusal to sell or cooperate (1.3); exchange correspondence with M. Velez regarding ████ (.2); review joinder in plan by bank owners (.1). | 1.60 | 560.00 | BL |
| | Retrieve cases related to right of first refusal response for attorney review. | 0.70 | 136.50 | NB |

| Jun-06-17 | Review orders regarding reporting procedures (.1); exchange e-mail correspondence with attorney regarding discovery request (.1); prepare second request for production of documents to Defendants (.4); exchange e-mail correspondence with attorney (.1). | 0.70 | 136.50 | NB |
| Jun-08-17 | Exchange correspondence with N. Barrus regarding initial disclosures (.3); review correspondences from M. Velez regarding connection between developer and Schecher (.4). | 0.70 | 245.00 | BL |
| Jun-09-17 | Review motion to dismiss and correspondence to B. Gruher regarding same. | 0.70 | 245.00 | BL |
| Jun-10-17 | Exchange correspondence with B. Gruher regarding motion to dismiss (.1); exchange correspondence with T. Messana regarding same (.1). | 0.20 | 70.00 | BL |
| Jun-12-17 | Conference with C. Broussard regarding draft of Debtor's response to Schecher Group, Inc.'s Objection to application to employ broker and and approve bid procedures. | 0.30 | 169.50 | TMM |
| | Review and analyze case docket and pleadings, generally, and in particular Debtor's sale motion and amended disclosure statement, the Court's scheduling order, and Schecher Group Inc.'s objection to Debtor's sale motion (2.2); legal research and analysis of case law discussing rights of first refusal and related construction, interpretation, and enforcement and multiple email correspondence with Brett Lieberman regarding same (1.5); review and analyze draft of Debtor's response to Schecher Group, Inc.'s objection to application to employ broker and approve bid procedures and for enforcement of Hotel Unit Owner's right of first refusal under declaration, begin drafting portions of same, and multiple telephone conferences with B. Lieberman and conference with T. Messana regarding same (2.8). | 6.50 | 1,917.50 | CB |
| Jun-13-17 | Review and revise initial disclosures and correspondence to N. Barrus regarding same. | 0.30 | 105.00 | BL |
| | Review and analyze case law cited by Schecher Group, Inc. in support of Schecher Group Inc.'s objection to application to employ broker and approve bid procedures and for enforcement of Hotel Unit Owner's | 4.50 | 1,327.50 | CB |

right of first refusal under declaration (.9);
update Debtor's response to Schecher Group
Inc.'s objection to application to employ
broker and approve bid procedures and for
enforcement of Hotel Unit Owner's right of
first refusal under declaration to include
analysis and deconstruction of case law cited
by Schecher Group Inc. in their Schecher
Group Inc.'s objection to application to
employ broker and approve bid procedures
and for enforcement of Hotel Unit Owner's
right of first refusal under declaration (1.1);
legal research and analysis of case law
██████████████████████████
██████████   .5); review and analyze
condominium declaration and update Debtor's
response to Schecher Group Inc.'s objection
to application to employ broker and approve
bid procedures and for enforcement of Hotel
Unit Owner's right of first refusal under
declaration to include analysis of right of first
refusal and plurality provision consistent with
Florida case law on contract interpretation
(.7); review and analyze case law discussing
considerations of equity and good conscience
in the context of right of first refusal analysis
(.4); update Debtor's response to Schecher
Group Inc.'s objection to application to
employ broker and approve bid procedures
and for enforcement of Hotel Unit Owner's
right of first refusal under declaration to
include analysis of considerations of equity
and good conscience in the context of right of
first refusal analysis (.3); multiple email
correspondence and telephone conferences
with B. Lieberman discussing status of
Debtor's reply to Schecher Group Inc.'s
objection to application to employ broker and
approve bid procedures and for enforcement
of Hotel Unit Owner's right of first refusal
under declaration and related efforts
regarding same (.6).

| | | | | |
|---|---|---|---|---|
| | Prepare draft Plaintiff's initial pretrial disclosures. | 1.20 | 234.00 | NB |
| Jun-14-17 | Update Debtor's response to Schecher Group Inc.'s objection to application to employ broker and approve bid procedures and for enforcement of Hotel Unit Owner's right of | 3.90 | 1,150.50 | CB |

first refusal under declaration to include
discussion of argument that sale proposal was
as to all units and thus does not contemplate
individual units (.7); continue review and
analysis of case law cited in Schecher Group
Inc.'s objection to application to employ
broker and approve bid procedures and for
enforcement of Hotel Unit Owner's right of
first refusal under declaration and update
response to complete discussion
distinguishing same (.4); complete discussion
regarding equitable arguments and persuasive
effect of equity and good conscience in right
of first refusal analysis, in Debtor's response
to Schecher Group Inc.'s objection to
application to employ broker and approve bid
procedures and for enforcement of Hotel Unit
Owner's right of first refusal under
declaration (.7); review and update Debtor's
reply to Schecher Group Inc.'s objection to
application to employ broker and approve bid
procedures and for enforcement of Hotel Unit
Owner's right of first refusal under
declaration to include conclusion and
wherefore paragraph and review and revise
background and summary of argument
section to harmonize defined terms,
and review and update case law cites (1.1);
multiple telephone conferences, messages,
and email correspondence with B. Lieberman
regarding drafting and finalizing Debtor's
response to Schecher Group Inc.'s objection
to application to employ broker and approve
bid procedures and for enforcement of Hotel
Unit Owner's right of first refusal under
declaration and arguments contained therein
(.4); review and analyze email
correspondence from A. Stivelman and
review and analyze articles discussing
limitations on powers in condominium
context regarding discriminatory practices
attached to same (.6).

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jun-15-17 | Review correspondence from ▮▮▮▮▮ follow up correspondence to M. Velez regarding same (.2); teleconference with M. Velez regarding same and ▮▮▮▮▮ ▮▮▮▮▮ (.8); finalize ▮▮▮▮▮ and correspondence to M. Velez | 1.80 | 630.00 | BL |

| | | | | |
|---|---|---|---|---|
| | regarding same (.3); review and revise same (.2); teleconference with I. Garcia regarding status (.2). | | | |
| | Conference with attorney regarding initial pretrial disclosures (.1); prepare certificate of service as to Debtor's response to Schecher Group, Inc.'s objection to application to employ Broker (.2); conference with attorney (.1). | 0.40 | 78.00 | NB |
| Jun-16-17 | Review correspondence from RJ Miranda regarding invoices and services provided. | 0.30 | 105.00 | BL |
| | Review and analyze final, filed version of Debtor's response to Schecher Group Inc.'s objection to application to employ broker and approve bid procedures and for enforcement of Hotel Unit Owner's right of first refusal under declaration and messages with B. Lieberman regarding same. | 0.50 | 147.50 | CB |
| | Prepare certificate of service regarding Plaintiff's initial pretrial disclosures. | 0.30 | 58.50 | NB |
| Jun-19-17 | Review and analyze the motion and application by Schecher Group, Inc. for (I) allowance and compelling payment of administrative expense claim pursuant to 11 U.S.C. §§ 503(a) & (b)(1)(A) and/or, alternatively (II) relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and multiple messages with B. Lieberman regarding same (1.0); prepare Debtor's response to motion and | 2.50 | 737.50 | CB |
| | application by Schecher Group, Inc. for (I) allowance and compelling payment of administrative expense claim pursuant to 11 U.S.C. §§ 503(a) & (b)(1)(A) and/or, alternatively (II) relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and multiple email correspondence, telephone conferences, and messages with B. Lieberman regarding same (1.5). | | | |
| Jun-27-17 | Review 2004 exam notice and prepare responses to KFI. | 0.40 | 140.00 | BL |
| Jun-28-17 | Telephone conference with B. Lieberman and T. Messana regarding case status, results of last hearing, and preparation of legal argument regarding jurisdiction issue. | 0.30 | 88.50 | CB |
| Jun-29-17 | Teleconference with B. Gruher and S. Davis regarding discovery and adversary proceeding. | 1.40 | 490.00 | BL |
| Jun-30-17 | Review and analysis of response and | 0.30 | 105.00 | BL |

objection to discovery request from Schecher
and correspondence to M. Velez regarding
same.

Totals                                    214.80    $71,315.00

**Total Fees & Disbursements**                      $71,315.00