UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No. 16-26187-RAM

SIXTY SIXTY CONDOMINIUM
ASSOCIATION, INC.,                                                      Chapter 11

        Debtor.
_____/

### WELLS FARGO'S OPPOSITION TO SCHECHER GROUP, INC.'S MOTION TO COMPEL, FOR ENTRY OF FINAL JUDGMENT AND SANCTIONS, AND FOR ALLOWANCE OF ADDITIONAL ADMINISTRATIVE EXPENSES (ECF NO. 389)

Schecher Group, Inc. (**Schecher**) improperly rented at least two of Wells Fargo's[1] units without permission. Schecher never transferred the proceeds from these rentals to Wells Fargo. Instead, Schecher unilaterally "credited" this revenue against <u>disputed</u> Shared Costs[2], and now, incredibly, seeks sanctions against Wells Fargo (among other owners) for not paying postpetition utility charges. The Court should order that Schecher apply all rental revenue to satisfy Wells Fargo's allocable share of utility charges, and hold any remaining funds in escrow until there is a final determination of the amount of Shared Costs allegedly owed by each owner. The Court should also require Schecher produce documents reflecting rental revenue and payment of utilities to verify these amounts. Finally, in order to prevent Schecher from renting the units going forward, Wells Fargo requests an order requiring Schecher provide Wells Fargo's agent access to its units to change the locks.

---

[1] **Wells Fargo** refers collectively to: (i) Wells Fargo Bank, N.A., as trustee for the certificateholders of Banc of America Mortgage Securities, Inc., Alternative Loan Trust 2006-7, mortgage pass-through certificates, series 2006-7—owner of unit 1106, (ii) Wells Fargo Bank, N.A. as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Thru Certificates, Series 2006-7—owner of unit 1107, (iii) Wells Fargo Bank, NA as trustee for the holders of the Banc of America Alternative Loan Trust 2006-9 Mortgage Pass-Thru Certificates, Series 2006-9—owner of unit 1608, and (iv) Wells Fargo Bank, N.A. as Trustee for Banc of America Alternative Loan Trust 2006-8—owner of unit 1402.

[2] Unless otherwise noted, all capitalized terms have the same definition provided in the condominium declaration.

43251530;1

## I. Factual Background

On May 31, 2017, Schecher moved to compel payment of postpetition utility charges and requested relief from automatic stay to shut off electricity to purportedly delinquent unit owners (ECF No. 252). The certificate of service does not reflect service on Wells Fargo. Following a hearing held June 21, 2017, the Court entered an order awarding Schecher a $5,535.34 administrative expense and finding "postpetition utility charges ... should be paid by the Debtor and the residential unit owners, even though there are significant disputes on other Shared Costs" (ECF No. 284) (the **Order**). The Order precludes Schecher from terminating electricity service to non-Debtor residential units unless (i) within 30 days of receipt of a bill, an owner refuses to pay its allocable share of postpetiton utility charges, and (ii) the condominium declaration provides Schecher authority to do so. There is a question whether Schecher sent any bills to Wells Fargo following entry of the Order.[3] Despite apparent procedural defects, Schecher's motion (ECF No. 389) (the **Motion**) seeks final judgments against all units owners including Wells Fargo for failing to comply with the Order, and requests attorney's fees as a sanction and additional utility charges.[4]

## II. Argument

Upon information and belief, on several occasions Schecher, its agents or representatives denied Wells Fargo's agents access to its units. More critically, for purposes of this opposition, there is undisputed evidence Schecher rented units 1106 and 1107 from January through July 2017. This is especially concerning considering Wells Fargo never

---

[3] Wells Fargo's servicer Nationstar Mortgage LLC (**Nationstar**) does not have knowledge of receiving any bill from Schecher. Further, Schecher's motion does not attach proof showing bills were sent to Nationstar or directly to a Wells Fargo address.

[4] There is a question whether Wells Fargo is bound by the Order since Marc Realty Capital, LLC terminated the Amended Contract (ECF No. 350) on October 23, 2017. However, Wells Fargo does not raise any jurisdictional argument at this time because its desired resolution is a new bulk sale that would require Wells Fargo submit to the Court's jurisdiction.

43251530;1

entered into an agreement with Schecher, or anyone else, to place its units in the hotel rental program.

Schecher's counsel in the state court foreclosures produced invoices to Wells Fargo showing revenue generated from renting units 1106 and 1107. *See* **COMPOSITE EXHIBIT A**. Schecher did not send Wells Fargo any proceeds, instead choosing to credit these funds against disputed Shared Costs. The revenue totals $8,963.56. The amount Schecher seeks against all Wells Fargo's units (i.e. 1106, 1007, 1402 and 1608) is $9,457.24. (*See* ECF No. 392.) In other words, the rental revenue reflected on just two invoices is almost enough to satisfy all postpetition utility charges allegedly owed by Wells Fargo.

Of course, there are still issues regarding (i) whether Schecher has documentation to support all claimed utility charges, (ii) if Schecher rented units 1402 or 1608, and (iii) whether Schecher derived revenue from units 1106 and 1107 before January 2017 or after July 2017. Resolving these issues necessarily entails the Court enter an order requiring Schecher to produce documentation reflecting all rental revenue and, pursuant to section 12.7 of the declaration, to make available or produce the Shared Components Records evidencing Schecher's payment of utilities. Once the numbers are finalized, Schecher should be ordered to apply all rental revenue to satisfy Wells Fargo's allocable share of utility charges, and deposit the remaining funds in a trust account until the disputed Shared Costs are resolved.

Opposition from Schecher, if any, would be disingenuous considering statements contained in the Motion—i.e., "[M]any non-debtor Units are not generating income through the hotel rental program which may be applied to offset the rising costs of Utilities to the Hotel Unit." (*See* ECF No. 252 at ¶ 252.) Most importantly, Schecher cannot paint itself as an innocent hotel operator struggling to keep the condominium afloat in spite of delinquent

43251530;1

owners. Schecher wrongfully (and possibly illegally) rented Wells Fargo's units, but has not transferred any revenue to Wells Fargo. Allowing Schecher to apply the revenue to disputed Shared Costs, while at the same time requiring Wells Fargo pay postpetition utility charges out-of-pocket, impliedly ratifies Schecher's wrongful acts.

*Wherefore*, Wells Fargo respectfully requests the Court enter an order requiring: (i) Schecher produce documents reflecting rental revenue from Wells Fargo's units, and make available or produce the Shared Components Records evidencing Schecher's payment of utilities; (ii) Schecher apply all rental revenue to satisfy Wells Fargo's allocable share of utility charges, then deposit any remaining funds into a trust account until there is a final determination of the amount of Shared Costs allegedly owed by each owner; (iii) Schecher provide Wells Fargo's agent access to its units to change the locks, and further relief the Court deems just and proper.

Dated: October 30, 2017    Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Facsimile: (305) 374-5095

By: */s/ Andrea S. Hartley*
    Andrea S. Hartley, Esq.
    Florida Bar No.: 864234
    E-Mail: andrea.hartley@akerman.com

*Attorneys for Wells Fargo*

43251530;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 30, 2017, via the Court's Notice of Electronic Filing on all CM/ECF registered users entitled to notice in this case as indicated on the attached Service List.

By: */s/ Andrea S. Hartley*
Andrea S. Hartley, Esq.

43251530;1

## SERVICE LIST

**16-26187-RAM Notice electronically mailed via CM/ECF to the following:**

Magda Abdo-Gomez, Esq on behalf of Creditor Florida Building & Supply, Inc.
mabdoatty82@bellsouth.net

David Marshall Brown on behalf of Creditor Collective Unit Owners
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Penthouse 68, LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Rodrigo and Maria Veldez Family Trust
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Sixty Sixty Condominium Unit Owners
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Alexandre Lombardo
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Alfer Investment Corp.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Aspire Higher Inc.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Bambamiami Inc.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Bolcar International, Inc.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Boston RV Corp.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Dagraju LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Elssitta LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Importadora Interwheels SA
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff International Consulting Corp.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff LC Geraci LLC
DavidBrownfll@gmail.com

43251530;1

David Marshall Brown on behalf of Plaintiff Loremar Corp
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Mialio LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Numero 991 LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Pariano LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Peccho LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Rodrigo & Maria Velez Family Trust
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Valentin Invetment LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Villita LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Vintage Classics LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Alexandre Lombardo
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Alisa Monsees
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ana Nordeste Braathen
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Caroline Hogner
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Cecilia Zsilvai
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff David Georg
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Dominique Sauvetre
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Elsa Depablos Bermudez
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Elyam Munoz
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Flavia Campero
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Frank Jordon
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Franklin Campero
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Gerard Mafale
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Henry Kwiatkowski
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Hugo Pedriel
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ivan Mahana
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Jean Franois Filion
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Jose Valera
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Laura Mafale
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Luis Armando Lancheros
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Lydia Apodaca
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Maria Schoentag
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Maria T. Velez
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Miguel Fava
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Niklas Albinsson-Collander
DavidBrownfll@gmail.com

43251530;1

David Marshall Brown on behalf of Plaintiff Pablo Carlos Mayaud-Maisonneuve
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ralf Bauchrowitz
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Richard Monsees
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Roman Luis Malagon
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Roselia De Las M. Velasquez
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ruben Lamothe
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Zulema Fava
DavidBrownfll@gmail.com

Michael R. Carroll, Esq. on behalf of Creditor Ocean Bank
mcarroll@oceanbank.com

Steven M Davis on behalf of Creditor Schecher Group, Inc.
sdavis@bplegal.com

Steven M Davis on behalf of Creditor Richard J. Schecher, Sr.
sdavis@bplegal.com

Steven M Davis on behalf of Defendant Schecher Group, Inc.
sdavis@bplegal.com

Steven M Davis on behalf of Interested Party Condominium Hotel Management Corporation, Inc.
sdavis@bplegal.com

Inger M. Garcia on behalf of Creditor Collective Unit Owners
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Penthouse 68, LLC
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Rodrigo and Maria Veldez Family Trust
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor David Georg
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Deborah Lynn Georg
attorney@ingergarcia.com

43251530;1

Inger M. Garcia on behalf of Creditor Elsa Depablos Bermudez
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Niklas Albinsson-Collander
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Nora Diaz
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Tommi Bergendahl
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Ciaraso Corp.
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party PENTHOUSE 68, LLC
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Rino International, Inc.
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Robys 1 Corp.
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Elaine Robinson
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Hansrah Bhojwani
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Maria Schoentag
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Mohini Hotchandini
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Nandini Bhojwani
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Richard Vasquez
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Sunjay Hotchandini
attorney@ingergarcia.com

Mariaelena Gayo-Guitian on behalf of Creditor Schecher Group, Inc.
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Frank J Gomez on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY

43251530;1

fgomez@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Barry P Gruher on behalf of Creditor Schecher Group, Inc.
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Defendant Schecher Group, Inc.
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Peter E Lanning on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

Michael D Lessne on behalf of Interested Party Kingfisher Island, Inc.
mlessne@broadandcassel.com, jphillips@broadandcassel.com

Derek E Lewis on behalf of Interested Party Wells Fargo
dlewis@chartwelllaw.com

Derek E Lewis on behalf of Interested Party Wells Fargo Bank, N.A.
dlewis@chartwelllaw.com

Brett D Lieberman on behalf of Debtor Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com

Brett D Lieberman on behalf of Plaintiff Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com

Kenneth W. Lockwood on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

Thomas M. Messana, Esq. on behalf of Debtor Sixty Sixty Condominium Association, Inc.
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;mwslawfirm@gmail.com;cbroussard@messana-law.com

Barry S. Mittelberg on behalf of Interested Party Elaine Robinson
barry@mittelberglaw.com, stacey@mittelberglaw.com;mittelberglaw@ecf.courtdrive.com

Barry S. Mittelberg on behalf of Interested Party Maria Schoentag
barry@mittelberglaw.com, stacey@mittelberglaw.com;mittelberglaw@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patrick Patrissi on behalf of Creditor Southeastern investment Group, Corp.
patrick@lwlawfla.com

43251530;1

Brian L Rosaler, Esq on behalf of Creditor Federal National Mortgage Association
ecfbankruptcy@popkinrosaler.com

Christopher P Salamone on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
bkyecf@rasflaw.com, csalamone@rasflaw.com;ras@ecf.courtdrive.com

Meredith Mishan Silver on behalf of Interested Party Setter, LLC
msilver@phillipslawyers.com, tedwards@phillipslawyers.com

Ken Taninaka on behalf of Interested Party Ciaraso Corp.
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Rino International, Inc.
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Robys 1 Corp.
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Sixty Sixty 706 & 906 LLC
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Hansrah Bhojwani
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Hien Cong Nguyen
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Martin Lange
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Mohini Hotchandini
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Nandini Bhojwani
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Richard Vasquez
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Sunjay Hotchandini
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Steve D Tran on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

43251530;1

# EXHIBIT A

**SG Sixty Sixty Shared Component**
6060 Indian Creek Drive
Miami Beach, FL 33141

**Statement of Account**
as of 7/3/2017
*call or click today!*
954 405 2029

Wells Fargo Bank NA
C/O NATIONSTAR MORTGAGE
6060 Indian Creek Drive # 1106
Miami Beach FL 33141

6060 Indian Creek Drive # 1106
Account #: ▮▮▮▮1106
Lot/Unit #: 1106
Due Date: 07/01/2017
**Amount Due: $96,843.42**

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 12/31/2016 | Balance Forward | | | $73,285.63 |
| 01/01/2017 | HU ShrdCompCsts | $1,324.00 | | $74,609.63 |
| 01/01/2017 | V-Adjustment | $420.00 | | $75,029.63 |
| 01/01/2017 | V-Budget Adj | $1,615.00 | | $76,644.63 |
| 01/11/2017 | SC-MLP | $1,744.00 | | $78,388.63 |
| 02/01/2017 | HU ShrdCompCsts | $1,744.00 | | $80,132.63 |
| 02/01/2017 | HUUL-filing Fee | $1,000.00 | | $81,132.63 |
| 02/11/2017 | SC-MLP | $1,744.00 | | $82,876.63 |
| 02/21/2017 | Payment Rec'd HTL REVPYT | | $1,166.39 | $81,710.24 |
| 03/01/2017 | HU ShrdCompCsts | $1,744.00 | | $83,454.24 |
| 03/11/2017 | SC-MLP | $1,744.00 | | $85,198.24 |
| 04/01/2017 | HU ShrdCompCsts | $1,744.00 | | $86,942.24 |
| 04/05/2017 | Payment Rec'd FEB HTLREV | | $216.39 | $86,725.85 |
| 04/11/2017 | SC-MLP | $1,744.00 | | $88,469.85 |
| 04/27/2017 | Payment Rec'd MAR HTLREV | | $1,166.76 | $87,303.09 |
| 05/01/2017 | HU ShrdCompCsts | $1,744.00 | | $89,047.09 |
| 05/11/2017 | SC-MLP | $1,744.00 | | $90,791.09 |
| 05/15/2017 | Act Bkptcy Csts | $548.78 | | $91,339.87 |
| 05/19/2017 | Legal-USL | $1,810.50 | | $93,150.37 |
| 05/23/2017 | Payment Rec'd APR HTLREV | | $1,166.39 | $91,983.98 |
| 06/01/2017 | HU ShrdCompCsts | $1,744.00 | | $93,727.98 |
| 06/02/2017 | Bnkptcy LegCsts | $675.33 | | $94,403.31 |
| 06/15/2017 | SC-MLP | $1,744.00 | | $96,147.31 |
| 06/16/2017 | Legal-USL | $118.50 | | $96,265.81 |
| 06/28/2017 | Payment Rec'd MAY HTLREV | | $1,166.39 | $95,099.42 |
| 07/01/2017 | HU ShrdCompCsts | $1,744.00 | | $96,843.42 |

**Current Balance:** $96,843.42

*******NOTE: This statement does not include amounts due to Sixty Sixty Condominium Association Inc., and Attorney Legal Fees & Costs, if any.******

**SG Sixty Sixty Shared Component**
6060 Indian Creek Drive
Miami Beach, FL 33141

**Statement of Account**
as of 7/3/2017
call or click today!
954 405 2029

Wells Fargo Bank NA
C/O NATIONSTAR MORTGAGE
6060 Indian Creek Drive # 1106
Miami Beach FL  33141

6060 Indian Creek Drive # 1106
Account #:        █1106
Lot/Unit #:       1106
Due Date:         07/01/2017
Amount Due:       $96,843.42

．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．

*please remit this portion with your payment*

Make Checks Payable to:
  SG Sixty Sixty Shared Component

Remit Payment To:
  c/o Accounts Receivable Department

  **c/o BB&T
  PO Box 628207
  Orlando, FL 32862-8207**

**Account Information**

6060 Indian Creek Drive # 1106
Account #:        █1106
Lot/Unit #:       1106
Due Date:         07/01/2017
Amount Due:       $96,843.42

Amount Enclosed:

Owner_name

1107

|  |  |
|---|---|
| Total Assessments: | 117190.90 |
| Total Interest: | 13849.09 |
| Total Other: | 0.00 |
| Total Payments: | 4081.24 |
| Balance: | 126958.75 |

| Interest | Per diem |
|---|---|
| 18%  $ | 57.79 |

| Date | Description | Amount | Periodic Interest | Balance |
|---|---|---|---|---|
|  | Starting balance |  | 0.00 | 0.00 |
| 12/31/2016 | Balance Forward | 83697.79 | 0.00 | 83697.79 |
| 1/1/2017 | HU ShrdCompCsts | 1324.00 | 41.28 | 85063.07 |
| 1/1/2017 | V-Adjustment | 420.00 | 0.00 | 85483.07 |
| 1/1/2017 | V-Budget Adj | 1615.00 | 0.00 | 87098.07 |
| 1/11/2017 | SC-MLP | 1744.00 | 429.32 | 89271.39 |
| 2/1/2017 | HU ShrdCompCsts | 1744.00 | 919.64 | 91935.02 |
| 2/11/2017 | SC-MLP | 1744.00 | 446.52 | 94125.54 |
| 2/21/2017 | Payment Rec'd   HTL REVPYT | -1140.29 | 455.12 | 93440.38 |
| 3/1/2017 | HU ShrdCompCsts | 1744.00 | 364.10 | 95548.48 |
| 3/11/2017 | SC-MLP | 1744.00 | 463.72 | 97756.20 |
| 4/1/2017 | HU ShrdCompCsts | 1744.00 | 991.88 | 100492.08 |
| 4/11/2017 | SC-MLP | 1744.00 | 480.92 | 102717.00 |
| 4/27/2017 | Payment Rec'd   MAR HTLREV | -1188.31 | 783.24 | 102311.93 |
| 5/1/2017 | HU ShrdCompCsts | 1744.00 | 195.81 | 104251.74 |
| 5/11/2017 | SC-MLP | 1744.00 | 498.13 | 106493.87 |
| 5/15/2017 | Act Bkptcy Csts | 548.78 | 202.69 | 107245.34 |
| 5/19/2017 | Legal-USL | 1902.50 | 203.77 | 109351.61 |
| 5/23/2017 | Payment Rec'd   APR HTLREV | -546.83 | 207.53 | 109012.31 |
| 6/1/2017 | HU ShrdCompCsts | 1744.00 | 466.93 | 111223.24 |
| 6/2/2017 | Bnkptcy LegCsts | 675.33 | 52.74 | 111951.31 |
| 6/15/2017 | SC-MLP | 1744.00 | 689.97 | 114385.28 |
| 6/16/2017 | Legal-USL | 835.50 | 53.93 | 115274.72 |
| 6/28/2017 | Payment Rec'd   MAY HTLREV | -842.95 | 652.16 | 115083.93 |
| 7/1/2017 | HU ShrdCompCsts | 1744.00 | 163.04 | 116990.97 |
| 7/11/2017 | SC-MLP | 1744.00 | 552.07 | 119287.03 |
| 7/26/2017 | Legal-USL | 1756.00 | 841.00 | 121884.03 |
| 8/1/2017 | HU ShrdCompCsts | 1744.00 | 341.60 | 123969.63 |
| 8/2/2017 | Payment Rec'd   JUL HTLREV | -362.86 | 57.79 | 123664.56 |
| 9/28/2017 |  |  | 3294.19 | 126958.75 |