UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              Case No. 16-26187-RAM

SIXTY SIXTY CONDOMINIUM
ASSOCIATION, INC.,                                      Chapter 11

        Debtor.
_____/

# WELLS FARGO'S JOINDER SUPPORTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER APPROVING BID PROCESS (ECF NO. 397) AND MOTION TO CONTINUE CONFIRMATION HEARING (ECF NO. 401)

Wells Fargo[1] files this joinder supporting Debtor's efforts to receive, on an expedited basis, alternative bids for a bulk sale. Wells Fargo further joins in Debtor's request to continue the confirmation hearing in order to incorporate the terms of a substitute bulk sale contract into Ch. 11 plan of reorganization.

Dated: October 30, 2017                  Respectfully submitted,

                                                  AKERMAN LLP
                                                  Three Brickell City Centre
                                                  98 Southeast Seventh Street, Suite 1100
                                                  Miami, FL  33131
                                                  Phone: (305) 374-5600
                                                  Facsimile:  (305) 374-5095

                                          By: */s/ Andrea S. Hartley*_____
                                                    Andrea S. Hartley, Esq.
                                                    Florida Bar No.: 864234
                                                    E-Mail:  andrea.hartley@akerman.com

                                          *Attorneys for Wells Fargo*

---

[1] **Wells Fargo** refers collectively to: (i) Wells Fargo Bank, N.A., as trustee for the certificateholders of Banc of America Mortgage Securities, Inc., Alternative Loan Trust 2006-7, mortgage pass-through certificates, series 2006-7—owner of unit 1106, (ii) Wells Fargo Bank, N.A. as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Thru Certificates, Series 2006-7—owner of unit 1107, (iii) Wells Fargo Bank, NA as trustee for the holders of the Banc of America Alternative Loan Trust 2006-9 Mortgage Pass-Thru Certificates, Series 2006-9—owner of unit 1608, and (iv) Wells Fargo Bank, N.A. as Trustee for Banc of America Alternative Loan Trust 2006-8—owner of unit 1402.

43251478;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 30, 2017, via the Court's Notice of Electronic Filing on all CM/ECF registered users entitled to notice in this case as indicated on the attached Service List.

By: /s/ Andrea S. Hartley
Andrea S. Hartley, Esq.

43251478;1

## SERVICE LIST

**16-26187-RAM Notice electronically mailed via CM/ECF to the following:**

Magda Abdo-Gomez, Esq on behalf of Creditor Florida Building & Supply, Inc.
mabdoatty82@bellsouth.net

David Marshall Brown on behalf of Creditor Collective Unit Owners
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Penthouse 68, LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Rodrigo and Maria Veldez Family Trust
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Sixty Sixty Condominium Unit Owners
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Creditor Alexandre Lombardo
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Alfer Investment Corp.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Aspire Higher Inc.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Bambamiami Inc.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Bolcar International, Inc.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Boston RV Corp.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Dagraju LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Elssitta LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Importadora Interwheels SA
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff International Consulting Corp.
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff LC Geraci LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Loremar Corp
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Mialio LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Numero 991 LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Pariano LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Peccho LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Rodrigo & Maria Velez Family Trust
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Valentin Invetment LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Villita LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Vintage Classics LLC
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Alexandre Lombardo
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Alisa Monsees
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ana Nordeste Braathen
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Caroline Hogner
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Cecilia Zsilvai
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff David Georg
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Dominique Sauvetre
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Elsa Depablos Bermudez
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Elyam Munoz
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Flavia Campero
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Frank Jordon
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Franklin Campero
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Gerard Mafale
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Henry Kwiatkowski
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Hugo Pedriel
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ivan Mahana
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Jean Franois Filion
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Jose Valera
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Laura Mafale
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Luis Armando Lancheros
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Lydia Apodaca
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Maria Schoentag
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Maria T. Velez
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Miguel Fava
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Niklas Albinsson-Collander
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Pablo Carlos Mayaud-Maisonneuve
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ralf Bauchrowitz
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Richard Monsees
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Roman Luis Malagon
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Roselia De Las M. Velasquez
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Ruben Lamothe
DavidBrownfll@gmail.com

David Marshall Brown on behalf of Plaintiff Zulema Fava
DavidBrownfll@gmail.com

Michael R. Carroll, Esq. on behalf of Creditor Ocean Bank
mcarroll@oceanbank.com

Steven M Davis on behalf of Creditor Schecher Group, Inc.
sdavis@bplegal.com

Steven M Davis on behalf of Creditor Richard J. Schecher, Sr.
sdavis@bplegal.com

Steven M Davis on behalf of Defendant Schecher Group, Inc.
sdavis@bplegal.com

Steven M Davis on behalf of Interested Party Condominium Hotel Management Corporation, Inc.
sdavis@bplegal.com

Inger M. Garcia on behalf of Creditor Collective Unit Owners
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Penthouse 68, LLC
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Rodrigo and Maria Veldez Family Trust
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor David Georg
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Deborah Lynn Georg
attorney@ingergarcia.com

43251478;1

Inger M. Garcia on behalf of Creditor Elsa Depablos Bermudez
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Niklas Albinsson-Collander
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Nora Diaz
attorney@ingergarcia.com

Inger M. Garcia on behalf of Creditor Tommi Bergendahl
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Ciaraso Corp.
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party PENTHOUSE 68, LLC
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Rino International, Inc.
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Robys 1 Corp.
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Elaine Robinson
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Hansrah Bhojwani
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Maria Schoentag
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Mohini Hotchandini
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Nandini Bhojwani
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Richard Vasquez
attorney@ingergarcia.com

Inger M. Garcia on behalf of Interested Party Sunjay Hotchandini
attorney@ingergarcia.com

Mariaelena Gayo-Guitian on behalf of Creditor Schecher Group, Inc.
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Frank J Gomez on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY

43251478;1

fgomez@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Barry P Gruher on behalf of Creditor Schecher Group, Inc.
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Defendant Schecher Group, Inc.
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Peter E Lanning on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

Michael D Lessne on behalf of Interested Party Kingfisher Island, Inc.
mlessne@broadandcassel.com, jphillips@broadandcassel.com

Derek E Lewis on behalf of Interested Party Wells Fargo
dlewis@chartwelllaw.com

Derek E Lewis on behalf of Interested Party Wells Fargo Bank, N.A.
dlewis@chartwelllaw.com

Brett D Lieberman on behalf of Debtor Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com

Brett D Lieberman on behalf of Plaintiff Sixty Sixty Condominium Association, Inc.
blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com

Kenneth W. Lockwood on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

Thomas M. Messana, Esq. on behalf of Debtor Sixty Sixty Condominium Association, Inc.
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;mwslawfirm@gmail.com;cbroussard@messana-law.com

Barry S. Mittelberg on behalf of Interested Party Elaine Robinson
barry@mittelberglaw.com, stacey@mittelberglaw.com;mittelberglaw@ecf.courtdrive.com

Barry S. Mittelberg on behalf of Interested Party Maria Schoentag
barry@mittelberglaw.com, stacey@mittelberglaw.com;mittelberglaw@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patrick Patrissi on behalf of Creditor Southeastern investment Group, Corp.
patrick@lwlawfla.com

43251478;1

Brian L Rosaler, Esq on behalf of Creditor Federal National Mortgage Association
ecfbankruptcy@popkinrosaler.com

Christopher P Salamone on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
bkyecf@rasflaw.com, csalamone@rasflaw.com;ras@ecf.courtdrive.com

Meredith Mishan Silver on behalf of Interested Party Setter, LLC
msilver@phillipslawyers.com, tedwards@phillipslawyers.com

Ken Taninaka on behalf of Interested Party Ciaraso Corp.
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Rino International, Inc.
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Robys 1 Corp.
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Sixty Sixty 706 & 906 LLC
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Hansrah Bhojwani
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Hien Cong Nguyen
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Martin Lange
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Mohini Hotchandini
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Nandini Bhojwani
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Richard Vasquez
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Ken Taninaka on behalf of Interested Party Sunjay Hotchandini
ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com

Steve D Tran on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2
bk@exllegal.com

43251478;1