

**ORDERED in the Southern District of Florida on November 2, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO.   16-26187-RAM |
| | CHAPTER   11 |
| SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC., | |
| Debtor. | |

**ORDER DENYING APPROVAL OF SECOND AMENDED
DISCLOSURE STATEMENT, SETTING DEADLINES, AND
SETTING HEARING ON THIRD AMENDED DISCLOSURE STATEMENT**

The Court conducted a hearing on November 1, 2017, to consider approval of the Debtor's Second Amended Disclosure Statement [DE# 381]. For the reasons announced at the hearing, it is –

**ORDERED** as follows:

1. The Court denies approval of the Second Amended Disclosure Statement.

2. The Debtor shall file a Third Amended Plan and Third Amended Disclosure Statement by November 15, 2017.

3. Written objections to the Third Amended Disclosure Statement shall be filed by November 22, 2017.

4. The Court will conduct a hearing to consider approval of the Third Amended Disclosure Statement on **November 28, 2017** at **2:30 p.m.** at U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

###

COPIES TO:

Brett D. Lieberman, Esq.
Barry P. Gruher, Esq.
Inger Garcia, Esq.
David Marshall Brown, Esq.
Steven M. Davis, Esq.
AUST