

**ORDERED in the Southern District of Florida on November 2, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO.  16-26187-RAM |
| | CHAPTER  11 |
| SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC., | |
| Debtor. | |

**ORDER GRANTING MOTION TO
APPROVE BID PROCESS, SETTING DEADLINE FOR
<u>DEBTOR TO FILE SALE MOTION AND SETTING HEARING</u>**

The Court conducted a hearing on November 1, 2017 on the Debtor's Emergency Motion for Entry of Order Approving Bid Process (the "Motion to Approve Bid Process") [DE# 397]. For the reasons stated on the record, it is –

**ORDERED** as follows:

1. The Motion to Approve Bid Process is granted.

2. Prospective purchasers shall submit their proposed purchase contracts to the Debtor by 5:00 p.m. on November 1, 2017.

3. The Debtor shall file a Motion to Approve Sale (the "Sale Motion") by November 10, 2017.

4. Objections to the Sale Motion shall be filed by November 22, 2017.

5. The Court will conduct an evidentiary hearing on the Sale Motion on **November 28, 2017** at **2:30 p.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

###

COPIES TO:

Brett D. Lieberman, Esq.
Barry P. Gruher, Esq.
Inger Garcia, Esq.
David Marshall Brown, Esq.
Steven M. Davis, Esq.
AUST