**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

In re:

Sixty Sixty Condominium Association, Inc.,                    Case No. 16-26187-RAM

             Debtor-in-Possession.                    Chapter 11

_____/

**NOTICE OF FILING EXHIBITS TO THIRD AMENDED DISCLOSURE**
**STATEMENT IN SUPPORT OF THIRD AMENDED PLAN OF**
**REORGANIZATION OF SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC.**

       Sixty Sixty Condominium Association, Inc., the debtor and debtor-in-possession, hereby gives notice of filing the attached exhibits referenced in Debtor's November 15, 2017 *Third Amended Disclosure Statement in Support of Third Amended Plan of Reorganization of Sixty Sixty Condominium Association, Inc.* (ECF No. 445).

       Respectfully submitted this 22nd day of November, 2017.

                          MESSANA, PA
                          *Counsel for the Debtor*
                          401 East Las Olas Boulevard, Suite 1400
                          Fort Lauderdale, FL 33301
                          Telephone: (954) 712-7400
                          Facsimile: (954) 712-7401
                          Email: blieberman@messana-law.com

                          /s/ Brett D. Lieberman
                          Thomas M. Messana
                          Florida Bar No. 991422
                          Brett D. Lieberman
                          Florida Bar No. 69583

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on November 22, 2017 by Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and listed on the attached CM/ECF Service List.

Dated November 22, 2017.

<u>/s/ Brett D. Lieberman</u>
Brett D. Lieberman
Florida Bar No. 69583

## Electronic Mail Notice List

- Magda Abdo-Gomez     mabdoatty82@bellsouth.net
- David Marshall Brown     DavidBrownfll@gmail.com
- Michael R. Carroll     mcarroll@oceanbank.com
- Steven M Davis     sdavis@bplegal.com
- Inger M. Garcia     attorney@ingergarcia.com
- Mariaelena Gayo-Guitian     mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Frank J Gomez     fgomez@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
- Barry P Gruher     bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Andrea S. Hartley     andrea.hartley@akerman.com, janet.salinas@akerman.com
- Michael S Hoffman     Mshoffman@hlalaw.com, hlaecf@gmail.com;kszolis@hlalaw.com;agarcia@hlalaw.com;mshoffman@ecf.courtdrive.com
- Peter E Lanning     bk@exllegal.com
- Michael D Lessne     mlessne@broadandcassel.com, jphillips@broadandcassel.com
- Derek E Lewis     dlewis@chartwelllaw.com
- Brett D Lieberman     blieberman@messana-law.com, emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;thurley@messana-law.com;mwslawfirm@gmail.com
- Kenneth W. Lockwood     bk@exllegal.com
- Thomas M. Messana     tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;mwslawfirm@gmail.com;cbroussard@messana-law.com
- Barry S. Mittelberg     barry@mittelberglaw.com, stacey@mittelberglaw.com;mittelberglaw@ecf.courtdrive.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Patrick Patrissi     patrick@lwlawfla.com
- Brian L Rosaler     ecfbankruptcy@popkinrosaler.com
- Christopher P Salamone     bkyecf@rasflaw.com, csalamone@rasflaw.com;ras@ecf.courtdrive.com
- Meredith Mishan Silver     msilver@phillipslawyers.com, tedwards@phillipslawyers.com
- Ken Taninaka     ktaninaka@skdrlaw.com, rsaetae@skdrlaw.com;vdamian@skdrlaw.com
- Steve D Tran     bk@exllegal.com

# Exhibit 1
# KFI Offer

## CONTRACT FOR PURCHASE AND SALE

THIS CONTRACT FOR PURCHSSE AND SALE (this "*Agreement*" or "*Contract*") is made this **1ˢᵀ** day of November 2017, by and between KINGFISHER ISLAND, INC., a Delaware corporation, or its assigns (hereinafter "*Buyer*"), and the parties listed on the attached "Schedule A" (collectively referred to as "*Sellers*").

## WHEREAS

A.    Sellers are owners of residential and commercial condominium units located at 6060 Indian Creek, Miami Beach, Florida 33140, including all common areas and appurtenances thereto (collectively, the "*Condominium Property*").

B.    Buyer presented an offer to the Sellers for their review and determination whether they wish to participate in the sale of their interest in the Condominium Property in one transaction to Buyer.

C.    The parties have prepared this Contract based upon Buyer's recent offer and, upon the acceptance of the offer through this Contract, Sellers desire to sell, and Buyer desires to purchase, the Condominium Property described herein in accordance with the provisions of this Contract.

D.    The 6060 Condominium Association, Inc., a Florida not-for-profit corporation (the "*Association*") is one of the Sellers.

NOW, THEREFORE, in consideration of the mutual covenants and promises herein set forth, the parties agree as follows:

The foregoing recitals are true and correct and are incorporated herein by this reference.

1.    <u>Purchase and Sale</u>.    Upon the terms and conditions set forth herein, Buyer agrees to buy from Sellers and Sellers agree to sell to Buyer all of Sellers' right, title and interest in the Condominium Property, together with all easements, privileges, and other appurtenances pertaining to or accruing to the benefit of the Condominium Property, including all intangible rights.  This Contract is effective upon mutual execution by the parties. The Condominium Property is being sold AS IS.  No personal property is included with this sale.

2.    <u>Price</u>.  The "*Purchase Price*" for the Condominium Property shall be as follows:

   a.    $1,090,000.00 for the Association's units ((i) CU-1, $250,000; (ii) CU-2, $250,000; (iii) CU-3, $250,000; (iv) CU-4, $250,000; and (iv) Association unit 505, $90,000) (the "*Association's Units*")).

Sellers _____    Buyer _____

2

b.    $90,000.00 for each residential unit which executes the Contract and closes on the sale. At least 50 residential units (the *"Minimum Participation Requirement"*) must execute the Contract within 25 days of the Commencement Date (defined herein) and close, otherwise the Buyer may terminate the Contract.

c.    $4,100,000.00 or less paid to the Schecher Group, Inc. d/b/a SG Shared Components (the *"Schecher Claim Amount"*) at Closing, in full and final satisfaction of its claims asserted against all units subject to sale under this Agreement, including any and all claims asserted in Case No. 16-26187-RAM, in the United Stated Bankruptcy Court, Southern District of Florida, Miami Division.

d.    $90,000.00 paid toward non-debtor Sellers' legal fees and costs, at Closing.

3.    <u>Term of Contract</u>.    This Contract shall expire after one hundred twenty (120) days, unless extended pursuant to the provisions of this Contract described below.

4.    <u>Deposit</u>.    Buyer will deposit $30,000.00 (Thirty Thousand Dollars) (the *"Initial Deposit"*), which amount shall be non-refundable in favor of the Association, towards the purchase of the Association's Units within three (3) business days of the United States Bankruptcy Court, Southern District of Florida, Miami Division (Case No. 16-26187-RAM) (the *"Bankruptcy Court"*) approving the Agreement; the Deposit to be held by the law firm of Messana, P.A.

On the thirtieth (30th) day following the Commencement Date, unless extend pursuant to Section 7(b) Buyer shall deposit (i) an additional $200,000.00 (Two Hundred Thousand Dollars) with Costal Title of Ft. Lauderdale, Florida, unless otherwise agreed, in writing, by Buyer and Seller, (the *"Escrow Agent"*) with proof given to the Seller's attorneys and the title company (the *"Refundable Deposit"*); and (ii) an additional $70,000.00 (Seventy Thousand Dollars) which shall be non-refundable and allocated to the Association's Units to be held by the law firm of Messana, P.A. (the *"Second Non-Refundable Deposit"*) The Refundable Deposit, together with the Initial Deposit and Second Non-Refundable Deposit, the *"Deposits"* shall be applied to the Purchase Price in the event of a Closing. Where a Closing does not occur, the Refundable Deposit shall be returned to Buyer.

All interest accrued or earned on the Refundable Deposit shall be paid to Buyer except in the event of a default by Buyer, in which event all of the interest shall be disbursed to Sellers, together with the Deposits, as liquidated damages in accordance with the default provisions below. Damages to any party shall be limited to those set forth herein.

5.    <u>Commencement Date</u>. The Commencement Date is the first day on which all of the following have occurred:

a.    The number of non-debtor residential unit owners necessary to satisfy the Minimum Participation Requirement have executed this Contract and delivered a copy to Buyer;

Sellers _____    Buyer 

b.    The Association has executed this Contract and delivered a copy to Buyer; and

c.    The Bankruptcy Court described herein has approved the sale of the Condominium Property.

6.    <u>Right of First Refusal.</u>  The package of residential units subject to the right of first of refusal in favor of the Schecher Group, Inc., is subject to the right of first refusal under the Declaration. Upon the expiration of the Due Diligence Period (defined herein), if the Buyer has not elected to terminate the Contract, this Contract shall be presented to the Schecher Group, Inc., for its consideration to give the Schecher Group, Inc., an opportunity to exercise its right of first refusal as to the package of residential units subject to the right of first refusal under the Declaration. The Schecher Group, Inc. shall have no obligation to purchase any unit not subject to its right of first refusal in order to exercise its right of first refusal under the Declaration. If the Schecher Group, Inc., exercises its right of first refusal by acquiring the package of all residential units subject to the right of first refusal, this Contract shall terminate and Buyer's Refundable Deposit will be immediately returned to Buyer.

7.    <u>Due Diligence Period.</u> The due diligence period shall be as follows:

(a) For a period of thirty (30) calendar days, beginning one day after the Commencement Date (the "*Initial Due Diligence Period*"), Buyer and/or its agents shall be entitled to access to the Condominium Property to conduct such non-invasive investigations, tests, surveys and other analyses as Buyer determines is necessary, provided (i) Buyer conducts such tests or investigations so as not to unreasonably interfere with current activities on the property, (ii) Buyer restores the property to its condition immediately prior to any such tests and investigations, normal wear and tear excepted, and (iii) Buyer indemnifies, defends, and holds Sellers harmless from and against all claims, costs, expenses, and liabilities arising out of Buyer's entry upon the property and/or the performance of the tests and investigations conducted by Buyer on the property, but not for matters caused by Sellers or otherwise pre-existing and discovered or disclosed by Buyer's inspections.

(b) Upon request of Buyer, and subject to the agreement of Sellers, memorialized in writing, the Initial Due Diligence Period may be extended by fifteen (15) calendar days (the "*Extended Due Diligence Period*").

(c) During the Initial Due Diligence Period, Sellers shall deliver (or cause the Association to deliver) copies of all tax bills, existing title insurance policies and claims, surveys, leases, environmental reports, and other documents reasonably requested by Buyer, if in their possession.

(d) Subject to Section 8(c) and Section 7(e), below, Buyer may terminate this Contract before the end of the Initial Due Diligence Period or Extended Due Diligence Period, if applicable, by delivering written notice of its decision to terminate ("*Notice of Termination*") to the Notice Party as set forth in Paragraph 25. Buyer's timely delivery of a Notice of Termination will

Sellers _____    Buyer 

4

relieve the parties of any further obligations under this Contract and the deposit shall be immediately returned to Buyer.

(e) The Schecher Group, Inc., currently operates a hotel within the Condominium Property (the "*Hotel Unit*"). Buyer may not terminate this agreement solely because, as of the expiration of the Initial Due Diligence Period, or any extension thereof, it has not entered into an agreement with the Schecher Group, Inc. regarding the sale, cooperation or otherwise, relative to the Hotel Unit.

(f) Where the interests owned by any Seller are subject to a foreclosure proceeding or any other action which actually or potentially clouds title to the Seller's interest, as of the Closing, Buyer may terminate this Agreement.

(g) If Buyer fails to timely deliver a Notice of Termination, then Buyer accepts the Condominium Property in its present condition (subject to the representations, warranties and covenants expressly stated herein or in the closing documents), and the deposit becomes non-refundable, except in the event of a default by Sellers, failure of title, condemnation, or failure to satisfy any other conditions precedent to closing hereunder.

8.    Additional Conditions.    The following shall be additional conditions which must be satisfied prior to Buyer's obligation to close:

(a)    Sellers shall have paid, or shall have entered into an agreement to pay from its portion of the Purchase Price, the allowed claim of Florida Building Supply, Inc. (the "*FBS Claim*") at the Closing. Sellers shall agree to pay the FBS Claim direct from escrow at Closing or shall have otherwise paid the FBS Claim prior to Closing.

(b)    A minimum of fifty (50) residential units shall have agreed to enter into the Agreement.

(c)    The Association commenced Case No. 16-26187-RAM, in the Bankruptcy Court. The Bankruptcy Court shall have entered an Order or otherwise confirmed that the aggregate claims asserted by the Schecher Group, Inc. d/b/a SG Shared Components ("*Schecher Group*") against the units subject to this Agreement are equal to or less than the Shecker Claim Amount and that payment of the Schecher Claim Amount to Schecher Group at Closing would satisfy in full any and all claims and liens of Schecher Group against such units through Closing and that upon making the payment of the Schecher Claim Amount to Schecher Group at Closing such units would be transferred to Buyer from the Sellers free and clear of any and all claims and liens of Schecher Group. If the Bankruptcy court determines that the Schecher Claim Amount exceeds $4,100,000, Buyer may terminate this agreement within fifteen (15) days of such court determination and receive a full refund of its Refundable Deposit.

(d)    All of the representations and warranties of Sellers must be true and correct in all material respects as of Closing.

(e)    Sellers shall have delivered to Buyer an estoppel letter from the Sixty Sixty Condominium Association, Inc. (the "*Association*") for all of the units dated no earlier than fifteen (15) calendar days prior to Closing or a waiver of the estoppel letter by the Association.

Sellers _____    Buyer 

5

(f)    All directors and officers of the Association shall tender their resignations effective as of the Closing.

(g)    Sellers shall have complied with all of its obligations under this Contract.

(h)    The Association or any third party has not exercised its first right of refusal to purchase all the units included within this Contract.

(i)    This Contract is not contingent upon purchasing the Hotel Unit, or units in addition to the 50+ units herein, subject to allowing additional units or otherwise.

If any of these conditions is not satisfied or waived in writing by Buyer on or before the Closing Date, Buyer may terminate this Contract and the deposit will immediately be returned to Buyer, whereupon the parties shall be released from all further obligations under this Contract.

9.    Title Commitment.    Buyer has already obtained a title report for the units from First American Title Insurance Company (the "*Title Company*"). Therefore, within Twenty-Five (25) calendar days after the Commencement Date, the Title Company, will provide Buyer with a preliminary title insurance commitment ("*Preliminary Commitment*") for the Condominium Property, to the extent one has not already been provided and Buyer shall be reimbursed for the title reports that it has already obtained to the extent the Title Company would charge for producing the same reports in the Preliminary Commitment. Buyer shall be responsible for obtaining complete and legible copies of all exceptions and encumbrances noted on the Preliminary Commitment. Buyer shall have until the expiration of the Initial Due Diligence Period or the Extended Due Diligence Period, if applicable, to review title (the "*Title Review Period*"). Buyer, at Buyer's option, may obtain a survey ("*Survey*") of the land and improvements comprising the entire Condominium Property within the time period to examine title as aforesaid. If Buyer finds title to be unmarketable in accordance with the Florida Bar, including any defects reflected in the Survey, Buyer shall, no later than the expiration of the Title Review Period provided above, notify Sellers in writing specifying the defect(s); provided that if Buyer fails to give Sellers written notice of defect(s) before the expiration of the Title Review Period, the defects shown in the Preliminary Commitment shall be deemed to be waived as title objections to closing this transaction.

Buyer may raise as additional objections, however, any matters first shown by any endorsement of the Preliminary Commitment and/or recertifications of the Survey obtained by Buyer. If Buyer has given Sellers timely written notice of defect(s) and the defect(s) render the title other than as represented in this Contract, Sellers shall use good faith and diligent effort to cause such defects to be cured by the date of Closing. Sellers agree at or prior to Closing to satisfy all requirements shown on Schedule B, Section 1, of the Preliminary Commitment, and (ii) remove any matters appearing of record after the effective date of the Preliminary Commitment.

At either party's option, the date of Closing, as defined below, may be extended for a period not to exceed one hundred twenty (120) calendar days for purposes of eliminating any title defects (the "*Extended Closing Date*"). In the event that Sellers do not eliminate any defects as of the date of Closing as the same may be extended under the preceding sentence, Buyer shall have the

Sellers _____    Buyer 

option of either: (i) closing and accepting the title "as is", and deducting from the Purchase Price the amount of any lien or encumbrance which can be satisfied by a liquidated amount, or (ii) canceling this Contract in which event the deposit will be returned to Buyer, whereupon the parties shall be released from all further obligations under this Contract, except those obligations expressly stated to survive such termination.

10.    <u>Title Evidence</u>.    At least fifteen (15) business days before Closing a title insurance commitment with legible copies of instruments listed as exceptions attached thereto, and after Closing, an owner's policy of title insurance shall be obtained by Buyer at Buyer's expense. Buyer shall select the Title Company and closing agent. Sellers shall convey marketable title to the Condominium Property at the Closing with respect to the debtor's units. They shall be conveyed pursuant to a bankruptcy court approving the sale.

11.    <u>Closing Date</u>. Subject to Section 9, above, this transaction shall be closed on or before the later of <u>January 31, 2018; or within thirty (30) days of the final adjudication of the Schecher Claim Amount (the "*Closing*"</u>). If a court proceeding challenging any aspect of the sale is pending prior to the Closing, the Buyer, at its sole discretion may extend the Closing Date under this Contract until the court proceeding is concluded. The Closing shall take place at the offices of the Escrow Agent or at such other location which is mutually agreeable to the parties. The purchase and sale of all Condominium Property shall be simultaneously closed at the Closing. Debtor's units may only be closed upon entry of an order confirming a chapter 11 plan.

12.    <u>Closing Costs</u>.  Each party shall pay its own customary closing costs.  For example, Buyer is responsible for paying for title insurance, recording the deed, and its legal fees. Examples the Sellers are responsible for paying include the documentary stamp tax on the deed, update title, pro-rated property taxes, its legal fees, if any, and estoppel letters. Buyer will pay Sellers' reasonable closing agent's fees – e.g., document preparation and processing fee.

13.    <u>Delivery for Closing</u>.  At least fifteen (15) calendar days prior to Closing, Sellers shall deliver to the Title Company, to be held in trust until Closing, the following executed documents:

(a)    Warranty Deed in a form satisfactory to Buyer conveying title to the Condominium Property to Buyer.

(b)    Bill of Sale conveying title to any personal property left at the Condominium Property to Buyer.

(c)    Seller's affidavit as to the non-existence of construction liens and encumbrances, exclusive possession and "gap" representations, covenants, and indemnities sufficient to allow removal of the standard title exception for mechanic's liens, the "gap", and possession.

(d)    FIRPTA affidavit.

(e)    Association estoppel letter or waiver.

Sellers _____    Buyer 

(f)    Closing Statement.

(g)    All other documents reasonably required by Buyer or the Title Company to complete this transaction.

Notwithstanding the foregoing, Sellers shall undertake their best efforts to provide Buyer with a copy of the individual units' prior title policies and mortgage payoff statements within ten (10) calendar days of the Commencement Date. Buyer will assist Sellers in attempting to obtain short sale approval from lenders, as necessary.

14.    Risk of Loss.    Risk of loss or damage to the Condominium Property shall be borne by Sellers.  In the event of loss or damage to the Condominium Property prior to closing, Sellers shall be entitled to all insurance proceeds and Buyer will continue with Closing.

15.    Insurance Proceeds.    Any and all insurance proceeds related to the Condominium Property while Sellers are the owners are owned by Sellers.  Buyer has no interest in the insurance proceeds.

16.    Representations and Warranties of Seller.    Sellers represent and warrant to Buyer the following:

(a)    As of the Closing Date, Sellers shall have good, marketable, indefeasible title to the Condominium Property (including personal property), free and clear of all liens, claims and encumbrances. Sellers shall be current on their Association dues as calculated in the 2017 Association Budget.

(b)    Sellers who are not individuals will be duly organized, validly existing and in good standing under the laws of the state of incorporation or organization, as the case may be.  Sellers have the full right, power and authority to sell, transfer, and/or convey the Condominium Property to Buyer and to perform all of Sellers' obligations in this Contract.

(c)    There are no contracts or leases affecting the Condominium Property, other than tenant leases which will be terminated on or before Closing. If Sellers cannot terminate a hotel program contract, Buyer will take the Condominium Property subject to the contract.

These representations and warranties will survive Closing for a period of one (1) year.

17.    Representations and Warranties of Buyer.    Buyer represents and warrants to Sellers the following:

(a)    Buyer is duly organized, validly existing and in good standing under the laws of the state of incorporation or organization, as the case may be.  Buyer has full right, power and authority to purchase the Condominium Property from Sellers and perform all of Buyer's obligations in this Contract.

Sellers _____    Buyer 

8

(b)      There are no contracts or agreements which prevent Buyer from fulfilling its obligations in this Contract.

18.     Broker Fee.     Sellers and Buyer are aware that the Association engaged Jason Welt and Trustee Realty, Inc. ("*Broker*") and the Broker shall be paid a fee of $50,000.00 (Fifty Thousand Dollars) (the "*Broker Fee*"). The Association agrees to pay this Broker Fee at Closing.

19.     Not Contingent on Building Permits. This Contract is NOT contingent upon Buyer's ability to obtain any building permits, zoning changes, or any other development-related grant of rights.

20.     Possession.     Buyer shall be entitled to exclusive vacant possession of the Condominium Property on the Closing Date.

21.     Governing Law.      This Contract is governed by the laws of Florida.

22.     Default.      If Buyer fails without legal excuse to complete the purchase of the Condominium Property, the non-refundable Deposit made by Buyer shall be forfeited to Sellers pro-rata, as the remedy available to Sellers. The parties acknowledge that in such event the exact amount of Sellers' damages cannot be determined with any certainty and agree the non-refundable Deposit shall be forfeited as liquidated damages. If Sellers fail to perform any covenant of agreement of Seller, Buyer may elect to pursue one of the following remedies: (a) terminate this Contract and receive the return of Buyer's Deposit and incurred costs, or (b) seek specific performance of Sellers' obligations under this Contract, including attorney fees and costs.

23.     Notices. All notices required or permitted to be given hereunder shall be in writing and shall be transmitted by facsimile with written verification fax has been received, sent by U.S. certified mail return receipt requested, or nationally recognized overnight delivery service, addressed as set forth below:

          SELLERS:          the Notice Party is:

                              Inger M. Garcia, Esq.
                              4839 Volunteer Road, Suite 514
                              Davie, Florida 33330
                              Email: attorney@ingergarcia.com
          and
                              Brett Lieberman, Esq.
                              401 East Las Olas Boulevard, Suite 1400
                              Fort Lauderdale, Florida 33301
                              Email: blieberman@messana-law.com

Sellers _____    Buyer 

9

BUYER:                     KINGFISHER ISLAND, INC.
                           2150 Palomar Airport Road, Suite 205
                           Carlsbad, CA 92011
                           Attn: Todd Mikles

With a copy to:            Inger M. Garcia, Esq.
                           4839 Volunteer Road, Suite 514
                           Davie, Florida 33330
                           Email: attorney@ingergarcia.com
                 and
                           Brett Lieberman, Esq.
                           401 East Las Olas Boulevard, Suite 1400
                           Fort Lauderdale, Florida 33301
                           Email: blieberman@messana-law.com
                 and
                           Adam T. Kent, Esq.
                           895 Dove Street, Suite 300
                           Newport Beach, CA 92663
                           Email: adam@propartnersgroup.com

24.    Successors.    This Contract is binding upon and inures to the benefit of the parties hereto and their respective successors, heirs, administrators, and assigns.

25.    Assignability. It is anticipated Buyer may enter a partnership for the development of the property. As a result, the purchasing entity at Closing may be different than the Buyer named in this Contract.  Therefore, Buyer has the right to assign this Contract without Sellers' prior consent, so long as all conditions remain the same otherwise, and the Court approval is had, if necessary, and the Buyer is an affiliate or insider of the assignee of the contract.

26.    Exclusivity.  By execution of this Contract, Sellers acknowledge their interest in the sale of the Condominium Property to Buyer.

27.    Entire Agreement.    This Contract contains the entire understanding between the parties and supersedes any prior agreements between them. Buyer may incorporate additional units into this Contract with a corresponding increase in the purchase price without the consent of Sellers.

28.    Counterparts. This Contract may be executed in several counterparts, which shall be treated as originals for all purposes, and all counterparts so executed shall constitute one agreement, binding on all the parties hereto, notwithstanding that all the parties are not signatory to the original or to the same counterpart.  Copies shall be treated as originals.

29.    Radon Gas.    The following notice is incorporated into this Contract pursuant to the requirements of the Florida Statutes:

       Radon Gas:  Radon is a naturally occurring radioactive gas that, when it has
       accumulated in a building in sufficient quantities, may present health risks to

Sellers _____    Buyer _____

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____1_____, 2017


SELLERS:

See "Schedule A".


Sellers _____    Buyer _____

**Exhibit 2**
**Holdings Offer**

## CONTRACT FOR PURCHASE AND SALE

THIS AGREEMENT is made this 1st day of November, 2017, by and between 6060 Condo Holdings, LLC, a Florida Limited Liability Company and/or assigns (a company formed by the Yanko Group LLC), together with its partners, assigns, and special purpose entity to be created (hereinafter "Buyer"), and the parties listed on the attached "Schedule A" (collectively referred to as "Sellers").

### WHEREAS

A.    Sellers are owners of residential and commercial condominium units in the Sixty Sixty Condominium located at 6060 Indian Creek Drive, Miami Beach, Florida 33140, including all common areas and appurtenances thereto (collectively, the "Condominium Property").

B.    This offer is being presented to the Sellers for their review and determination whether they wish to participate in the sale of their interest in the Condominium Property in one transaction to Buyer.

C.    Upon the acceptance of this offer by Sellers, Sellers desire to sell, and Buyer desires to purchase, the Condominium Property described herein in accordance with the provisions of this Contract.

NOW, THEREFORE, in consideration of the mutual covenants and promises herein set forth, the parties agree as follows:

The foregoing recitals are true and correct and are incorporated herein by this reference.

1.    Purchase and Sale.    Upon the terms and conditions set forth herein, Buyer agrees to buy from Sellers and Sellers agree to sell to Buyer all of Sellers' right, title and interest in the Condominium Property in which they have an interest, together with all easements, privileges, and other appurtenances pertaining to or accruing to the benefit of the Condominium Property, including all intangible rights. This Contract is effective upon being signed by Buyer and a sufficient number of Sellers to satisfy the Minimum Participation Requirement (defined herein). The Condominium Property is being sold AS IS. No personal property is included with this sale, however, any personal property remaining in the Condominium Property after the closing shall be deemed abandoned by the respective owner and conveyed to Buyer.

2.    Price.    The purchase price for the Condominium Property shall be as follows:

    a.    For the Sixty Sixty Condominium Association, Inc.'s (the "Association"): (i) Unit C-1, C-2, C-3, C-4 and Unit 505 $1,300,000.00;

    b.    $85,000.00 for each residential unit which executes the Contract. At least 50 residential units (the "Minimum Participation Requirement") must execute the Contract and close, otherwise Buyer may terminate the Contract and immediately receive the return of its Deposit, as described in Paragraph 4 below."

Sellers _____   Buyer _____

-2-

   c.     Buyer will accept the purchase of the Condominium Property subject to amounts owed, not to exceed $4,100,000, to the current hotel operator from the Condominium Property owners as well as the Association.

Sellers may unilaterally amend this Contract by the addition of the owners of additional residential units in the Condominium Property who agree to the terms hereof and such additional sellers will then be within the definition of "Sellers" and the additional condominium units will then be within the definition of "Condominium Property".

3.    <u>Term of Contract</u>.    This Contract shall expire after sixty-five (65) days from the Commencement Date, unless extended pursuant to the provisions of this Contract described below with the accompanying right to terminate within those provisions.

4.    <u>Deposit</u>.    Buyer will deposit $300,000.00 (Three Hundred Thousand Dollars) towards the purchase of the Condominium Property within three (3) business days after the Commencement Date (as defined in paragraph 5 below) to be held by an escrow agent selected by Buyer, with proof given to the Sellers' attorneys and the title company. From the $300,000.00 deposit, $100,000.00 shall be non-refundable and excepted from Due Diligence Section 7.

All interest accrued or earned on the deposit shall be paid to Buyer except in the event of a default by Buyer, in which event all the interest shall be disbursed to Sellers, together with the deposit, as liquidated damages in accordance with the default provisions below.

The escrow agreement shall allow Buyer to unilaterally withdraw the deposit if Buyer terminates this Agreement within the Due Diligence Period.

5.    <u>Commencement Date</u>. The Commencement Date is the first day on which all of the following have occurred:

   a.     The number of non-debtor residential unit owners necessary to satisfy the Minimum Participation Requirement have executed this Contract and delivered a copy to Buyer;

   b.     The Association has executed this Contract and delivered a copy to Buyer; and

   c.     The Bankruptcy Court described herein has approved the sale of the Condominium Property.

6.    <u>Right of First Refusal</u>.  The package of residential units subject to the right of first of refusal in favor of the Schecher Group, Inc., is subject to the right of first refusal under the Declaration. Upon the expiration of the Due Diligence Period, if the Buyer has not elected to terminate the Contract, this Contract shall be presented to the Schecher Group, Inc., for its consideration to give the Schecher Group, Inc., an opportunity to exercise its right of first refusal as to the package of residential units subject to the right of first refusal under the Declaration. The Schecher Group, Inc. shall have no obligation to purchase any unit not subject to its right of first refusal in order to exercise its right of first refusal under the Declaration. If the Schecher Group, Inc., exercises its right of first refusal by acquiring the package of all residential units subject to the right of first refusal, this Contract shall terminate and Buyer's deposit will be immediately returned to Buyer.

Sellers _____    Buyer _____

-3-

7.    Due Diligence Period. For a period of thirty (30) calendar days, beginning one day after the Commencement Date ("Due Diligence Period"), Buyer and/or its agents shall be entitled to access to the Condominium Property to conduct such investigations, tests, surveys and other analyses as Buyer determines is necessary, provided (i) Buyer conducts such tests or investigations so as not to unreasonably interfere with current activities on the property, (ii) Buyer restores the property to its condition immediately prior to any such tests and investigations, normal wear and tear excepted, and (iii) Buyer indemnifies, defends, and holds Sellers harmless from and against all claims, costs, expenses, and liabilities arising out of Buyer's entry upon the property and/or the performance of the tests and investigations conducted by Buyer on the property, but not for matters caused by Sellers or otherwise pre-existing and discovered or disclosed by Buyer's inspections.

        (a)    Sellers shall deliver (or cause the Association to deliver) the following which are the Due Diligence Materials, if in Sellers' possession: Uniform Commercial Code personal property financing statement searches pertaining to Sellers and/or the Condominium Property; copies of all tax bills for the last three tax years, all service contracts, title insurance claims, surveys, leases, environmental reports, copies of any and all public or private utility easements, access agreements, special assessment arrangements, tap-in or connection fee agreements or procedures and any public financial assistance relating to the Condominium Property, any building and use restrictions or operating agreements, including, if any, condominium declaration and any other condominium and/or homeowner's association documents and declarations or declarations of easements, covenants and restrictions affecting the Condominium Property and, other documents reasonably requested by Buyer,

        (b)    Notwithstanding any other provision of this Contract, Buyer may terminate this Contract for any reason or for no given reason within its sole and absolute discretion at any time before 6:00 pm Eastern Standard Time on or before the end of the Due Diligence Period by delivering written notice of its decision to terminate ("Notice of Termination") to the Notice Party as set forth in paragraph 25. Buyer is not required to explain its decision to terminate this Contract and cannot be required to proceed with this Contract for any reason if Buyer terminates this Contract. Buyer's timely delivery of a Notice of Termination will relieve the parties of any further obligations under this Contract and the deposit shall be immediately returned to Buyer.

If Buyer fails to timely deliver a Notice of Termination, then Buyer accepts the Condominium Property in its present condition (subject to the representations, warranties and covenants expressly stated herein or in the closing documents), and the deposit becomes non-refundable, except in the event of a default by Sellers, failure of title, condemnation, or failure to satisfy any other conditions precedent to closing hereunder.

8.    Additional Conditions.    The following shall be additional conditions which must be satisfied prior to Buyer's obligation to close:

(a)    All the representations and warranties of Sellers must be true and correct in all material respects as of Closing.

Sellers _____    Buyer _L/C_

-4-

(b)    Sellers shall have delivered to Buyer an estoppel letter from the Association for all the units dated no earlier than fifteen (15) calendar days prior to Closing or a waiver of the estoppel letter by the Association.

(c)    The Association and individual unit owner Sellers shall be responsible for satisfying their pro rata allocation of the allowed claim of Florida Building and Supply, Inc., attributable to the Condominium Property, and shall release, indemnify and hold harmless Buyer from all allowed claims of Florida Building Supply, Inc., in connection with same.

(d)    All directors and officers of the Association shall tender their resignations effective as of the Closing.

(e)    Sellers shall have complied with all its obligations under this Contract.

(f)    The Association or any third party has not exercised its first right of refusal to purchase any or all the units included within this Contract.

(g)    The Schecher Group, Inc. shall not have exercised its right of first refusal and the period within which the Schecher Group, Inc. could have exercised its right of first refusal has lapsed.

(h)    Buyer's obligation to acquire the Association's units is specifically contingent on the Schecher Group, Inc. failing to exercise its right of first refusal and the period within which the Schecher Group, Inc. could have exercised its right of first refusal to have lapsed.

(i)    The non-refundable portion of the deposit shall become refundable in the event Sellers fail to close or meet any of the conditions in section 8 or if Buyer terminates this contract during the month the contract is fully executed.

(j)    The Bankruptcy Court shall enter an order approving the terms of the purchase and sale contemplated by this Contract.

If any of these conditions is not satisfied or waived in writing by Buyer on or before the Closing Date, Buyer may terminate this Contract and the deposit will immediately be returned to Buyer, whereupon the parties shall be released from all further obligations under this Contract.

9.    Title Commitment.    Within thirty-five (35) calendar days after the Commencement Date, the title insurance company will deliver to Buyer a preliminary title insurance commitment from a title insurance company selected by Buyer ("Preliminary Commitment") for the Condominium Property, along with complete and legible copies of all exceptions and encumbrances noted on the Preliminary Commitment. Buyer shall have a period of fifteen (15) business days following receipt of the Preliminary Commitment and all title exception documents to review title. Buyer, at Buyer's option, may obtain a survey ("Survey") of the land and improvements comprising the entire condominium property within the time period to examine title as aforesaid. If Buyer finds title to be unmarketable in accordance with the Florida Bar, including any defects reflected in the Survey, Buyer shall, no later than the expiration of the title review period provided above, to notify Sellers in writing specifying the defect(s) or

Sellers _____    Buyer _____

-5-

objections Buyer has to the Preliminary Commitment; provided that if Buyer fails to give Sellers written notice of defect(s) before the expiration of the title review period, the defects shown in the Preliminary Commitment shall be deemed to be waived as title objections to closing this transaction. Sellers shall use good faith and diligent effort to cause such defects to be cured by the date of Closing.

Buyer may raise as additional objections, however, any matters first shown by any later date title reports, endorsement of the Preliminary Commitment and/or recertifications of the Survey obtained by Buyer. If Buyer has given Sellers timely written notice of defect(s) and the defect(s) render the title other than as represented in this Contract, Sellers shall use good faith and diligent effort to cause such defects to be cured by the date of Closing. Sellers agree at or prior to Closing to (i) satisfy all requirements shown on Schedule B, Section 1, of the Preliminary Commitment, (ii) remove by payment, bonding or otherwise any lien against any of the units capable of removal by the payment of money or bonding (except for the liability assumed under Section 18(a)), and (iii) remove any matters appearing of record after the effective date of the Preliminary Commitment.

At either party's option, the date of Closing may be extended for a period not to exceed one hundred twenty (120) calendar days for purposes of eliminating any title defects. In the event that Sellers do not eliminate any defects as of the date of Closing as the same may be extended under the preceding sentence, Buyer shall have the option of either: (i) closing and accepting the title "as is", and deducting from the Purchase Price the amount of any lien or encumbrance which can be satisfied by a liquidated amount, or (ii) canceling this Contract in which event the deposit will be returned to Buyer, whereupon both parties shall be released from all further obligations under this Contract, except those obligations expressly stated to survive such termination.

10.   Title Evidence.   At least fifteen (15) business days before Closing a title insurance commitment with legible copies of instruments listed as exceptions attached thereto, and after Closing, an owner's policy of title insurance shall be obtained by Buyer at Buyer's expense. At the Closing, at Buyer's expense, the Title Company, shall deliver to Buyer an ALTA owner's title insurance policy in the amount of the Purchase Price (the "Title Policy") conforming with the title insurance provisions of this Contract and otherwise reasonably satisfactory to Buyer, with full extended coverage over the general exceptions, a separate tax parcel endorsement and encroachment and/or restrictions endorsements, as may be required based on a review of the Survey and the Commitment. Buyer shall have the right to obtain, at its sole expense (a) a 3.1 zoning endorsement insuring the current use of the Property as a permitted use endorsement (the availability of such an endorsement shall be a condition to closing); (b) an access endorsement; (c) a contiguity endorsement if any parcel of the Property is comprised of more than one parcel or lot; (d) a survey endorsement; and (e) any other endorsements required to remove or insure over any unpermitted exceptions. The issuance of the foregoing endorsements is a condition precedent for the benefit of Buyer only, and may be waived by Buyer, to Buyer's obligations to purchase the Property and if such endorsements are not reasonably available, Buyer may elect to terminate this Contract pursuant to this Section, then: (i) all Earnest Money shall be returned to Buyer, and (ii) the parties shall be released of all of their obligations hereunder. Buyer shall select the Title Company and closing agent. The Association shall convey marketable title to the

Sellers _____   Buyer _____

-6-

Condominium Property at the Closing. With respect to the Association's units, such units shall be conveyed pursuant to a bankruptcy court order approving the bundled sale contemplated herein.

11.    Closing Date. This transaction shall be closed on or before December 30, 2017, (referred to as "Closing", the latest allowable date of Closing, the "Closing Date"). The Term of this Contract as provided in paragraph 3 above shall automatically be extended to the Closing Date as described in the foregoing sentence. Additionally, if a court proceeding challenging any aspect of the sale is pending prior to the Closing, the Closing Date under this Contract shall automatically be extended until the court proceeding is concluded, however, at any time during this extension period Buyer may either: (i) by written notice terminate this Contract and the deposit will immediately be returned to Buyer, whereupon the parties shall be released from all further obligations under this Contract; or (ii) if no stay has been imposed to prevent Closing (notwithstanding that there is a challenge to the sale), set a date for Closing and close on this transaction. The Closing shall take place at the offices of the escrow agent or at such other location which is mutually agreeable to the parties. The purchase and sale of all Condominium Property shall be simultaneously closed at the Closing.

12.    Closing Costs.    Each party shall pay its own customary closing costs.    For example, Buyer is responsible for paying its brokers' commissions, title insurance, recording the deed, and its legal fees. Examples the Sellers are responsible for paying include the documentary stamp tax on the deed, updating title, pro-rated property taxes, its legal fees, if any, and estoppel letters. Buyer will pay Sellers' closing agent's fees – e.g., document preparation and processing fee.

13.    Extension of Contract Term. This Contract may be extended by agreement of the Buyer and the Association (but does not require the consent of any other Seller), to provide any notices required to be sent concerning a right of first refusal.

14.    Delivery for Closing. Drafts of all documents to be delivered to Buyer at Closing will be provided by the Title Company to Buyer for review and approval at least four (4) business days before the Title Company distributes the documents for execution. At least fifteen (15) calendar days prior to Closing, Sellers shall deliver to the Title Company, to be held in trust until Closing, the following executed documents:

(a)    Warranty Deed in a form satisfactory to Buyer conveying title to the Condominium Property to Buyer.

(b)    Bill of Sale conveying title to any personal property left at the Condominium Property to Buyer.

(c)    Seller's affidavit as to the non-existence of construction liens and encumbrances, exclusive possession and "gap" representations, covenants, and indemnities sufficient to allow removal of the standard title exception for mechanic's liens, the "gap", and possession.

(d)    FIRPTA affidavit.

Sellers _____    Buyer _____

-7-

(e)     Association estoppel letter or waiver.

(f)     Closing Statement.

(g)     All other documents reasonably required by Buyer or the Title Company to complete this transaction.

Notwithstanding the foregoing, Sellers shall undertake their best efforts to provide Buyer with a copy of the individual units' prior title policies and mortgage payoff statements within ten (10) calendar days of the Commencement Date. Buyer will cooperate at no cost to the Buyers with the Sellers in attempting to obtain short sale approval from lenders, as necessary.

15.     Risk of Loss.  Risk of loss or damage to the Condominium Property shall be borne by Sellers.  If, prior to the Closing, there shall be any casualty affecting the Condominium Property, Sellers shall so notify Buyer and Buyer may, in its sole and absolute discretion within ten (10) days after such notification by Sellers (and the Closing Date shall be reasonably extended to allow such 10-day period): (i) terminate this Agreement and the deposit shall be returned to Buyer, if the aggregate cost of repair or replacement (collectively, "repair and/or replacement") is in excess of $250,000.00, in the opinion of Buyer's contractor or engineering consultants (ii) proceed with this Agreement as provided hereunder and remain bound to all provisions of this Agreement.

16.     Insurance Proceeds.  Any and all insurance proceeds related to the Condominium Property while Sellers are the owners are owned by Sellers.  Buyer has no interest in the insurance proceeds.

17.     Buyer Assumed Liability. Buyer assumes all liability for the debt alleged to be owed by Sellers and the Association to Schecher Group, Inc., Condominium Hotel Management Corporation Inc. ("CHMC"), and all "shared costs" (as defined in the condominium documents) of Schecher Group, Inc., d/b/a Sixty Sixty Shared Components. Furthermore, Buyer shall indemnify and hold harmless Sellers for personal liability related to the claims of Schecher Group, Inc., and CHMC related to the "shared costs". If the amount owed by the Sellers to the Schecher Group, Inc. and CHMC has been determined by the bankruptcy court or by agreement of the Schecher Group, Inc., CHMC, the Association and the Buyer prior to Closing, Buyer shall pay such amount to the Schecher Group and CHMC at the Closing.

18.     Representations and Warranties of Seller.   Sellers represent and warrant to Buyer the following:

(a)     As of the Closing Date, Sellers shall have good, marketable, indefeasible title to the Condominium Property (including personal property), free and clear of all liens, claims and encumbrances, except concerning the Schecher Group, Inc., CHMC, and all "shared costs", as defined in the condominium documents, of Schecher Group, d/b/a Sixty Sixty Shared Components. Sellers shall be current on their Association dues through closing as calculated in the 2017 Association Budget. Buyer shall take title subject to said claims of Schecher Group,

Sellers _____   Buyer _____

-8-

Inc., and CHMC related to "shared costs" and allow such claims and liens, if any, as exceptions to any title commitment.

(b)    Sellers who are not individuals will be duly organized, validly existing and in good standing under the laws of the state of incorporation or organization, as the case may be. Sellers have the full right, power and authority to sell, transfer, and/or convey the Condominium Property to Buyer and to perform all of Sellers' obligations in this Contract.

(c)    There are no contracts or leases affecting the Condominium Property, other than tenant leases which will be terminated on or before Closing. If Sellers cannot terminate a hotel program contract, Seller shall advise Buyer of that fact at least 30 days before Closing.

These representations and warranties will survive Closing for a period of one (1) year.

19.    Representations and Warranties of Buyer.    Buyer represents and warrants to Sellers the following:

(a)    Buyer is duly organized, validly existing and in good standing under the laws of the state of incorporation or organization, as the case may be. Buyer has full right, power and authority to purchase the Condominium Property from Sellers and perform all of Buyer's obligations in this Contract.

(b)    There are no contracts or agreements which prevent Buyer from fulfilling its obligations in this Contract.

20.    Broker Fee.    Sellers are not responsible for any real estate commission or brokerage fee with this transaction with the exception of the brokerage commission owed to Jason Welt and Trustee Realty, Inc., as provided for in his order of employment, and except for any pre-existing broker agreement between an individual seller and a broker which the individual seller will be required to honor. Buyer has engaged the services of brokers whom Buyer shall pay a real estate commission pursuant to a separate agreement. Any entity exercising a right of first refusal shall pay the same real estate commission to Buyer's and Sellers' agents as would be due under this Contract if such right of first refusal was not exercised. This provision shall survive termination of this Contract

21.    Not Contingent on Building Permits. This Contract is NOT contingent upon Buyer's ability to obtain any building permits, zoning changes, or any other development-related grant of rights.

22.    Possession.    At the Closing possession of the Condominium Property shall be delivered to Buyer, vacant and free from all liens and rights or claims of possession and otherwise in accordance with this Contract and the physical condition of the Condominium Property shall be substantially the same on the Closing Date as on the Commencement Date, reasonable wear and tear excepted, subject to the terms of the Section of this Contract pertaining to Casualties.

23.    Governing Law.    This Contract is governed by the laws of Florida.

Sellers _____    Buyer _____

24.    Default.    If Buyer fails without legal excuse to complete the purchase of the Condominium Property, the deposit made by Buyer shall be forfeited to Sellers pro-rata, as the sole and exclusive remedy available to Sellers.  The parties acknowledge that in such event the exact amount of Sellers' damages cannot be determined with any certainty and agree the deposit shall be forfeited as liquidated damages.  If Sellers other than the Association fails to perform any covenant of agreement of Seller, Buyer may elect to pursue one of the following remedies: (a) terminate this Contract and receive the return of Buyer's deposit and incurred costs, or (b) seek specific performance of Sellers' obligations under this Contract, including attorney fees and costs. If the Association fails to perform any covenant of agreement of the Association, Buyer's exclusive remedy is to terminate this Contract and receive the return of Buyer's deposit.

25.    Notices.  All notices required or permitted to be given hereunder shall be in writing and shall be transmitted by electronic mail, facsimile with written verification fax has been received, sent by U.S. certified mail return receipt requested, or nationally recognized overnight delivery service, addressed as set forth below. Notices may be served by the attorney for the Buyer and only by the Notice Party for Sellers:

       SELLERS:      the Notice Party is:

                       Inger M. Garcia, Esq.
                       4839 Volunteer Road, Suite 514
                       Davie, Florida 33330
                       Email: attorney@ingergarcia.com

            and

                       Brett Lieberman, Esq.
                       401 East Las Olas Boulevard, Suite 1400
                       Fort Lauderdale, Florida 33301
                       Email: blieberman@messana-law.com

       BUYER:        6060 Condo Holdings, LLC
                       3098 Stirling Road
                       Hollywood, FL 33021
                       Email: oren@legalelitetitle.com

25.    Successors.    This Contract is binding upon and inures to the benefit of the parties hereto and their respective successors, heirs, administrators, and assigns.

26.    Assignability.  Buyer has the right to assign this Contract without Sellers' prior consent so long as all conditions remain the same otherwise, and Bankruptcy Court approval is had, if necessary. However, Buyer shall not be relieved of any obligation under this Contract even if an assignment occurs.

Sellers _____    Buyer _____

-10-

27.   Submit to Bankruptcy Court Jurisdiction.  Buyer and all sellers, including non-debtor individual unit owners, are aware that the Association has filed for bankruptcy protection with the United States Bankruptcy Court for the Southern District of Florida, Miami Division, under In re: Sixty Sixty Condominium Association, Inc., Case Number 16-26187-RAM, and understand the bankruptcy case may have an effect on the units being sold in this Contract. To allow a full and complete determination of the rights of the Association and the other unit owners under this Contract, Buyer and the individual unit owners hereby expressly submit to personal and subject matter jurisdiction of the bankruptcy court to the greatest extent necessary in all aspects to interpret this Contract, resolve disputes concerning the sale of the Condominium Property to Buyer and any other matter related to the sale of the Condominium Property.  Buyer and the individual unit owners also agree to be bound by any decisions of the Bankruptcy Court.

28.   Entire Agreement.   This Contract contains the entire understanding between the parties and supersedes any prior agreements between them. Buyer may incorporate additional units into this Contract with a corresponding increase in the purchase price without the consent of Sellers.

29.   Counterparts. This Contract may be executed in several counterparts, which shall be treated as originals for all purposes, and all counterparts so executed shall constitute one agreement, binding on all the parties hereto, notwithstanding that all the parties are not signatory to the original or to the same counterpart. Copies shall be treated as originals. Furthermore, executed counterparts of this Contract may be delivered by facsimile or other reliable electronic means (including emails of pdf documents), and such facsimile or other electronic transmission shall be valid and binding for all purposes when transmitted to and actually received by the other party.

30.   Radon Gas.   The following notice is incorporated into this Contract pursuant to the requirements of the Florida Statutes:

> Radon Gas:  Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.   Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

31.   Invalid Provision.   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

32.   Saturday, Sunday and Legal Holiday.  If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

Sellers _____   Buyer _____

-11-

33.    Tax Deferred Exchange.  The parties acknowledge that either Buyer or Sellers may desire that this transaction constitute a tax deferred exchange under the meaning of Section 1031 of the Internal Revenue Code.  Provided there is no cost, expense or liability imposed upon the non-requesting party, and the non-requesting party is not required to take title to any other property then each party agrees to execute any and all additional documentation that may by reasonably necessary to assist the requesting party in concluding this transaction as part of a tax deferred exchange.  Neither party makes any representation or warranty whatsoever regarding whether or not this transaction will qualify as a part of a tax deferred exchange.  In no event shall any such tax deferred exchange result in any delay in the Closing.

34.    Operating Covenants.  Sellers agree, represent and warrant through the Closing Date the following: (a) Sellers will continue to operate the Condominium Property and pay for all expenses in a manner similar to its operation prior to the execution of this Contract, including, but not limited to the providing of full replacement cost and liability   insurance, management, maintenance and services; (b) except as specifically agreed to in writing by Buyer, no leases, service contract, easements, restrictions, declarations, agreements or options shall be entered into, amended or terminated prior to the Closing Date; (c) Sellers shall promptly furnish Buyer copies of all notices of violation by Sellers or the Condominium Property of federal, state or municipal laws, ordinances, regulations, orders, or requirements of departments of housing, buildings, fire, labor, health, or other federal, state or municipal departments or other governmental authorities; (d) Sellers shall promptly notify Buyer of any change of which Sellers have knowledge regarding any condition with respect to the Condominium Property or of any event or circumstance which makes any representation or warranty of Sellers to Buyer under this Contract untrue or misleading, or any covenant of Sellers under this Contract incapable or less likely of being performed.

WHEREFORE, the parties have signed this Contract as indicated below.

BUYER:

6060 Condo Holdings, LLC

By:_____          Signed on November 1, 2017.
        Evan Kagan
        Manager

SELLERS:

See "Schedule A".

Sellers _____   Buyer _____

-12-

## Schedule A

Unit 501  _____  _____  Date: June ____, 2017
          Owner Signature          Owner Signature
Print Name(s):_____  _____
Address:      _____
              _____
Email Address: _____


Unit 502  _____  _____  Date: June ____, 2017
          Owner Signature          Owner Signature
Print Name(s):_____  _____
Address:      _____
              _____
Email Address: _____


Unit 503  _____  _____  Date: June ____, 2017
          Owner Signature          Owner Signature
Print Name(s):_____  _____
Address:      _____
              _____
Email Address: _____


Unit 504  _____  _____  Date: June ____, 2017
          Owner Signature          Owner Signature
Print Name(s):_____  _____
Address:      _____
              _____
Email Address: _____


Sellers _____  Buyer _h/c_

-13-

Unit 505 _____  _____  Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____


Unit 506 _____  _____  Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____


Unit 507 _____  _____  Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____


Unit 508 _____  _____  Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____


Sellers _____  Buyer _____

-14-

Unit 601 _____  _____  Date: June ____, 2017
            Owner Signature        Owner Signature
Print Name(s):_____  _____
Address: _____
      _____
Email Address: _____

Unit 602 _____  _____  Date: June ____, 2017
            Owner Signature        Owner Signature
Print Name(s):_____  _____
Address: _____
      _____
Email Address: _____

Unit 603 _____  _____  Date: June ____, 2017
            Owner Signature        Owner Signature
Print Name(s):_____  _____
Address: _____
      _____
Email Address: _____

Unit 604 _____  _____  Date: June ____, 2017
            Owner Signature        Owner Signature
Print Name(s):_____  _____
Address: _____
      _____
Email Address: _____

Unit 605 _____  _____  Date: June ____, 2017
            Owner Signature        Owner Signature
Print Name(s):_____  _____
Address: _____
      _____
Email Address: _____

Sellers _____ Buyer _____

-15-

Unit 606 _____  _____  Date: June ____, 2017
                Owner Signature      Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 607 _____  _____  Date: June ____, 2017
                Owner Signature      Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 608 _____  _____  Date: June ____, 2017
                Owner Signature      Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 701 _____  _____  Date: June ____, 2017
                Owner Signature      Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 702 _____  _____  Date: June ____, 2017
                Owner Signature      Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Sellers _____  Buyer _____

-16-

Unit 703 _____  _____  Date: June ____, 2017
                Owner Signature     Owner Signature
Print Name(s):_____  _____
Address:       _____

Email Address: _____
Unit 704 _____  _____  Date: June ____, 2017
                Owner Signature     Owner Signature
Print Name(s):_____  _____
Address:       _____

Email Address: _____


Unit 705 _____  _____  Date: June ____, 2017
                Owner Signature     Owner Signature
Print Name(s):_____  _____
Address:       _____

Email Address: _____


Unit 706 _____  _____  Date: June ____, 2017
                Owner Signature     Owner Signature
Print Name(s):_____  _____
Address:       _____

Email Address: _____


Unit 707 _____  _____  Date: June ____, 2017
                Owner Signature     Owner Signature
Print Name(s):_____  _____
Address:       _____

Email Address: _____


Sellers _____  Buyer _____

-17-

Unit 708    _____  _____  Date: June ____, 2017
            Owner Signature   Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 801    _____  _____  Date: June ____, 2017
            Owner Signature   Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 802    _____  _____  Date: June ____, 2017
            Owner Signature   Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 803    _____  _____  Date: June ____, 2017
            Owner Signature   Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Unit 804    _____  _____  Date: June ____, 2017
            Owner Signature   Owner Signature
Print Name(s):_____  _____
Address:    _____
            _____
Email Address: _____

Sellers _____  Buyer _LF_

-18-

Unit 805 _____ _____ Date: June ____, 2017
             Owner Signature              Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 806 _____ _____ Date: June ____, 2017
             Owner Signature              Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 807 _____ _____ Date: June ____, 2017
             Owner Signature              Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 901 _____ _____ Date: June ____, 2017
             Owner Signature              Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 902 _____ _____ Date: June ____, 2017
             Owner Signature              Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Sellers _____ Buyer _____

-19-

Unit 903 _____ _____ Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 904 _____ _____ Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 905 _____ _____ Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 906 _____ _____ Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 907 _____ _____ Date: June ____, 2017
          Owner Signature      Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Sellers _____ Buyer _____

-20-

Unit 908    _____    _____    Date: June ____, 2017
           Owner Signature        Owner Signature
Print Name(s):_____    _____
Address:    _____
          _____
Email Address: _____

Unit 1001    _____    _____    Date: June ____, 2017
           Owner Signature        Owner Signature
Print Name(s):_____    _____
Address:    _____
          _____
Email Address: _____

Unit 1002    _____    _____    Date: June ____, 2017
           Owner Signature        Owner Signature
Print Name(s):_____    _____
Address:    _____
          _____
Email Address: _____

Unit 1003    _____    _____    Date: June ____, 2017
           Owner Signature        Owner Signature
Print Name(s):_____    _____
Address:    _____
          _____
Email Address: _____

Unit 1005    _____    _____    Date: June ____, 2017
           Owner Signature        Owner Signature
Print Name(s):_____    _____
Address:    _____
          _____
Email Address: _____

Sellers _____    Buyer _____

-21-

Unit 1006 _____ _____ Date: June ____, 2017
                  Owner Signature       Owner Signature
Print Name(s):_____ _____
Address: _____

Email Address: _____
Unit 1007 _____ _____ Date: June ____, 2017
                  Owner Signature       Owner Signature
Print Name(s):_____ _____
Address: _____

Email Address: _____

Unit 1008 _____ _____ Date: June ____, 2017
                  Owner Signature       Owner Signature
Print Name(s):_____ _____
Address: _____

Email Address: _____

Unit 1101 _____ _____ Date: June ____, 2017
                  Owner Signature       Owner Signature
Print Name(s):_____ _____
Address: _____

Email Address: _____

Unit 1102 _____ _____ Date: June ____, 2017
                  Owner Signature       Owner Signature
Print Name(s):_____ _____
Address: _____

Email Address: _____

Unit 1103 _____ _____ Date: June ____, 2017
                  Owner Signature       Owner Signature

Sellers _____ Buyer _____

-22-

Print Name(s):_____    _____
Address:    _____
           _____
Email Address:  _____


Unit 1104    _____    _____    Date: June ____, 2017
             Owner Signature            Owner Signature
Print Name(s):_____    _____
Address:    _____
           _____
Email Address:  _____


Unit 1105    _____    _____    Date: June ____, 2017
             Owner Signature            Owner Signature
Print Name(s):_____    _____
Address:    _____
           _____
Email Address:  _____


Unit 1106    _____    _____    Date: June ____, 2017
             Owner Signature            Owner Signature
Print Name(s):_____    _____
Address:    _____
           _____
Email Address:  _____


Unit 1107    _____    _____    Date: June ____, 2017
             Owner Signature            Owner Signature
Print Name(s):_____    _____
Address:    _____
           _____
Email Address:  _____


Sellers _____  Buyer _____

-23-

Unit 1108 _____ _____ Date: June ____, 2017
                     Owner Signature           Owner Signature
Print Name(s):_____ _____
Address:        _____
                _____
Email Address: _____
Unit 1202 _____ _____ Date: June ____, 2017
                     Owner Signature           Owner Signature
Print Name(s):_____ _____
Address:        _____
                _____
Email Address: _____


Unit 1203 _____ _____ Date: June ____, 2017
                     Owner Signature           Owner Signature
Print Name(s):_____ _____
Address:        _____
                _____
Email Address: _____


Unit 1204 _____ _____ Date: June ____, 2017
                     Owner Signature           Owner Signature
Print Name(s):_____ _____
Address:        _____
                _____
Email Address: _____


Unit 1205 _____ _____ Date: June ____, 2017
                     Owner Signature           Owner Signature
Print Name(s):_____ _____
Address:        _____
                _____
Email Address: _____


Unit 1206 _____ _____ Date: June ____, 2017


Sellers _____ Buyer _____

-24-

Owner Signature                    Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____

Unit 1207 _____  _____  Date: June ____, 2017
Owner Signature                    Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____

Unit 1208 _____  _____  Date: June ____, 2017
Owner Signature                    Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____

Unit 1401 _____  _____  Date: June ____, 2017
Owner Signature                    Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____

Unit 1402 _____  _____  Date: June ____, 2017
Owner Signature                    Owner Signature
Print Name(s):_____  _____
Address: _____
_____
Email Address: _____

Sellers _____    Buyer _____

-25-

Unit 1403         _____    _____     Date: June ____, 2017
                Owner Signature      Owner Signature

Print Name(s): _____    _____

Address: _____

           _____

Email Address: _____

Unit 1405         _____    _____     Date: June ____, 2017
                Owner Signature      Owner Signature

Print Name(s): _____    _____

Address: _____

           _____

Email Address: _____

Unit 1407         _____    _____     Date: June ____, 2017
                Owner Signature      Owner Signature

Print Name(s): _____    _____

Address: _____

           _____

Email Address: _____

Unit 1408         _____    _____     Date: June ____, 2017
                Owner Signature      Owner Signature

Print Name(s): _____    _____

Address: _____

           _____

Email Address: _____

Unit 1501         _____    _____     Date: June ____, 2017
                Owner Signature      Owner Signature

Print Name(s): _____    _____

Address: _____

           _____

Email Address: _____

Sellers _____    Buyer _____

-26-

Unit 1502 _____ _____ Date: June ____, 2017
                Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 1504 _____ _____ Date: June ____, 2017
                Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 1505 _____ _____ Date: June ____, 2017
                Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 1506 _____ _____ Date: June ____, 2017
                Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Unit 1507 _____ _____ Date: June ____, 2017
                Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
_____
Email Address: _____

Sellers _____    Buyer _____

-27-

Unit 1605 _____ _____ Date: June ____, 2017
              Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 1606 _____ _____ Date: June ____, 2017
              Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 1607 _____ _____ Date: June ____, 2017
              Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit 1608 _____ _____ Date: June ____, 2017
              Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Unit CU-1 _____ _____ Date: June ____, 2017
              Owner Signature          Owner Signature
Print Name(s):_____ _____
Address: _____
         _____
Email Address: _____

Sellers _____ Buyer _____

-28-

Unit CU-2 _____  _____  Date: June ____, 2017
                Owner Signature        Owner Signature
Print Name(s):_____  _____
Address:        _____

Email Address: _____


Unit CU-3 _____  _____  Date: June ____, 2017
                Owner Signature        Owner Signature
Print Name(s):_____  _____
Address:        _____

Email Address: _____



Unit CU-4 _____  _____  Date: June ____, 2017
                Owner Signature        Owner Signature
Print Name(s):_____  _____
Address:        _____

Email Address: _____


Sellers _____  Buyer _____

# Exhibit 3
# Spreadsheet of RUOs Who Have Executed the KFI Offer

(Including Signature Pages)

| UNIT | UNIT OWNER AS PER M-DADE | EXECUTED KFI SALES CONTRACT |
|------|--------------------------|------------------------------|
| 501 | Hansraj Bhojwani & Nandini | 1 |
| 502 | Hansraj Bhojwani & Nandini | 1 |
| 503 | Ruben Lamothe | 1 |
| 505 | ASSOCIATION | |
| 507 | Miguel A Fava Le | 1 |
| 508 | Jorge Correa & Rosa J | 1 |
| 602 | Loremar Corp.  C/O LORENA VARALES | 1 |
| 604 | Hansraj Bhojwani & Nandini | 1 |
| 605 | David D Georg & Deborah Lynn | 1 |
| 606 | Importadora Interwheels S.A. | 1 |
| 607 | Waterstone Investments LLC c/o Richard wasertein PA | 1 |
| 608 | Teran San Miguel Inc. | 1 |
| 701 | Jean Francois Filion | 1 |
| 702 | Richard Monsees & Alisa | 1 |
| 703 | Zakhia Oueis | 1 |
| 704 | Mohini P. Hotchandani & Sunjay Hotchandani | 1 |
| 705 | Richard Vasquez | 1 |
| 706 | Sixty Sixty 706 & 906 LLC | 1 |
| 707 | Ivan Mahana | 1 |
| 708 | Elssitta LLC C/O Marina Galla | 1 |
| 801 | Gerard Mafale & Laura | 1 |
| 802 | Numero 991 LLC | 1 |
| 803 | Maria R Giraldo de Velez Trs. | 1 |
| 804 | Richard Vasquez | 1 |
| 805 | Ana Cristina Braathen & N Dora E Iudica | 1 |
| 806 | Rene I Basulto & Marisol R | 1 |
| 807 | Cecilia N Zsilavi | 1 |
| 902 | Ralf Bauchrowitz JTRS & Frank Jordan JTRS | 1 |
| 903 | Maria T Velez | 1 |
| 904 | Luis Armando Lancheros & Roselia De las M Velasquez | 1 |

| 906 | SIXTY SIXTY 706 & 906 LLC | 1 |
|---|---|---|
| 907 | Hien Cong Nguyen | 1 |
| 908 | International Consulting Corp | 1 |
| 1001 | Frank Jordan  JTRS & Ralf Bauchrowitz JTRS | 1 |
| 1002 | Roman Luis Malagon | 1 |
| 1003 | Lydia Apodaca | 1 |
| 1005 | Maria N. Schoentag | 1 |
| 1006 | Mialio LLC | 1 |
| 1007 | Villita LLC | 1 |
| 1008 | BambaMiami Inc | 1 |
| 1101 | Jose Luis Varela & Elyam Munoz | 1 |
| 1102 | Martin Lange | 1 |
| 1103 | Pariano LLC | 1 |
| 1104 | Elsa Depablos Bermudez | 1 |
| 1105 | Dominique Sauvetre | 1 |
| 1106 | WELLS FARGO BANK NA | 1 |
| 1107 | WELLS FARGO BANK NA | 1 |
| 1108 | Vintage Classics LLC c/o Mario Puig & Nora Diaz | 1 |
| 1202 | Valentin Investment LLC | 1 |
| 1203 | Ralf Bauchrowitz & Frank Jordan | 1 |
| 1204 | Alicia M Ortega | 1 |
| 1206 | Hugo Pedriel & Caroline Hogner | 1 |
| 1207 | Penthouse 68 LLC | 1 |
| 1401 | Henryk Kwiatkowski | 1 |
| 1402 | BANC OF AMERICA ALTERNA TR (WELLS FARGO BANK) | 1 |
| 1403 | LC Geraci LCC | 1 |
| 1405 | Alfer Investment Corp | 1 |
| 1407 | Aspire Higher LLC | 1 |
| 1408 | Boston Rv Corporation | 1 |
| 1501 | " Dagraju"  Legal Representative: Daniel Bujaldon. | 1 |
| 1502 | ROBYS 1 CORPORATION | 1 |

| 1505 | Ciaraso Corp | 1 |
|------|-------------------------------|----|
| 1507 | Leonardo Da Cunha Antunes | 1 |
| 1508 | Title dispute | 1 |
| 1608 | WELLS FARGO BANK | 1 |
|      |  |  |
|      | Total Signed RUO Contracts | 64 |

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30. <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31. <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".




Sellers _____    Buyer _____

Schedule A

Unit #    **501, 502, 604**

Owner Signature

Owner Signature

Address:    **5660 Collins Ave, #5E**
**Miami Beach, FL 33140**

E-Mail Address:    **nhbhojwani@gmail.com**

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November ____1____, 2017

SELLERS:

See "Schedule A".

Ruben Lamothe

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017

Sellers                    Buyer

# Schedule A

**Unit #** 503

DocuSigned by:

_Ruben Lamothe_

28FCB676414046B...

## Owner Signature                          Owner Signature

Ruben Lamothe

**Address:** 8730 SW 86 ct. Miami, Fla 33143

**E-Mail Address:** Tennis123544@cs.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017

SELLERS:

See "Schedule A".

DocuSigned by:

Maria T Velez

618E25DD2737453...

Name:MARIA T VELEZ, PRESIDENT 6060 ASSOCIATION

11/10/2017

Sellers MTV    Buyer HC

# Schedule A

**Unit #** CU1-CU2-CU3-CU4-505

DocuSigned by:

*Maria T Velez*

618E25DD2737453...

Owner Signature                              Owner Signature

Name: MARIA T VELEZ PRESIDENT 6060 CONDO ASSOCIATION

Address: 6060 INDIAN CREEK DRIVE, MIAMI BEACH, FLORIDA 33141

E-Mail Address: VELEZMARIA@HOTMAIL.COM

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____/_____, 2017


SELLERS:

See "Schedule A".


Miguel A A Fava
EF6AA5D2368E44A...

Name: MIGUEL ANGEL ALBERTO FAVA

11/22/2017


Sellers MAAF    Buyer TC

Schedule A

Unit # 507

_Miguel A A Fava_
DocuSigned by:
EF6AA5D2368E44A...

Owner Signature                                    Owner Signature

Name: MIGUEL ANGEL ALBERTO FAVA

Address: 6060 INDIAN CREEK, MIAMI FL

E-Mail Address: jungla16@hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1_____, 2017


SELLERS:

See "Schedule A".


Jorge Correa

—8A788B6B8FEE41F...

Jorge Correa

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017


Sellers    JC    Buyer    TC

# Schedule A

## Unit # 508

DocuSigned by:

*Jorge Correa*

8A788B6B8FEE41F...

## Owner Signature                               Owner Signature

Jorge Correa

## Address: 7912 nw 164 terr

## E-Mail Address: jlcorrea@msn.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____1_____, 2017

SELLERS:

See "Schedule A".

DocuSigned by:

**LORENA VARALES**
E9A55A8E3AE348E...

LORENA VARALES

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017

Sellers _____LV_____    Buyer _____TC_____

DocuSign Envelope ID: B82198BD-6FAD-4ADB-BD19-0ED3365FA323

# Schedule A

**Unit #** 602

DocuSigned by:

*LORENA VARALES*

E9A55A8E3AE348E...

**Owner Signature**                                    **Owner Signature**

LORENA VARALES

**Address:** 2209 NE 122 ST NORTH MIAMI FL 33181

**E-Mail Address:** LOREMIAMI@GMAIL.COM

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.   Invalid Provision.   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.   Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".


Sellers _____   Buyer _____

Schedule A

Unit #    **501, 502, 604**

Owner Signature                                    Owner Signature

Address:    **5660 Collins Ave, #5E**
            **Miami Beach, FL 33140**

E-Mail Address:    **nhbhojwani@gmail.com**

DocuSign Envelope ID: 34960FC7-0CF2-4B56-BCD0-02DC21AD71CA

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30. <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31. <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

KINGFISHER ISLAND, INC.
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____/_____, 2017


SELLERS:

See "Schedule A".




David D Georg

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140




Sellers _____    Buyer _____

DocuSign Envelope ID: 34960FC7-6CF2-4B56-BCD0-82DC21AD71CA

# Schedule A

Unit # *1005*

_David D Georg_

Owner Signature                    Owner Signature

David D Georg

Address: *3821 Houcks Rd.*
*Monkton, MD 21111*

EMail Address:

*dbcidavid@gmail.com*

*410-960-9140*

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.   <u>Invalid Provision.</u>   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.   <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____ , 2017



SELLERS:

See "Schedule A".


Rosemarie Zambón
12E7FF7BC1C546D...

Rosemarie Zambón

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017



Sellers _____    Buyer _____

# Schedule A

**Unit #** 606

*DocuSigned by:*

*Rosemarie Zambón*

12E7FF7BC1C546D...

Owner Signature                           Owner Signature

Rosemarie Zambón

**Address:** Calle Lautaro # 170 mod J Quilicura Zip Code 8710010 Santiago- Chile

**E-Mail Address:** rzambon@interwheels.cl

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November _____1_____, 2017

SELLERS:

See "Schedule A".

Richard Wasertein PA
FF4EC600F181426...

Richard Wasertein PA

6060 Indian Creek Drive Unit #607
Miami Beach, FL 33140

11/9/2017

Sellers _____    Buyer _____

# Schedule A

Unit # 607

DocuSigned by:

*Richard Wasertein PA*

FF4EC600F181426...

## Owner Signature                                      Owner Signature
Richard Wasertein PA

**Address:** 1124 Kane Concourse, Bay Harbor Islands, FL 33154

**E-Mail Address:** was913@aol.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation



Todd A., Mikles, Managing Member

Date: November _____ , 2017


SELLERS:

See "Schedule A".


DocuSigned by:

Teran San Miguel

A3D5AB251E7148D...

NAME: Norma Teran Luna

11/09/2017


Sellers  TSM    Buyer  TC

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November ____/____, 2017

SELLERS:

See "Schedule A".

Jean Francois Filion

6060 Indian Creek Drive Unit #701
Miami Beach, FL 33140

11/7/2017

Sellers _____  Buyer _____

# Schedule A

Unit # 701

DocuSigned by:



8D6D102B2C1A446...

## Owner Signature                              Owner Signature

Jean Francois Filion

Address: 3021 chemin ste-therese, Carignan, Quebec, Canada, J3L2b4

E-Mail Address: jff@samguk.ca

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November ____1____, 2017

SELLERS:

See "Schedule A".

Richard Monsees

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017

Sellers _____    Buyer _____

# Schedule A

## Unit # 702

DocuSigned by:



13E64F93783F434...

## Owner Signature
Richard Monsees

## Owner Signature

**Address:** 1605 Scarborough Drive Brewster New York 10509

**E-Mail Address:** rmonsees@coregroupsales.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017


SELLERS:

See "Schedule A".


Zakhia Oueis

6060 Indian Creek Drive Unit # 703
Miami Beach, FL 33140

11/8/2017


Sellers          Buyer

# Schedule A

## Unit # 703

DocuSigned by:

*Zakhia Oueis*

B6D4F415157C483...

## Owner Signature                    Owner Signature

Zakhia Oueis

## Address: 296 (1) 76th avenue laval Quebec H7V2Z7

## E-Mail Address: zoueis@hotmail.com

10

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.   <u>Invalid Provision.</u>   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.   <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____ , 2017

SELLERS:

See "Schedule A".

POA
Sellers _____    Buyer _____

Schedule A

Unit #    **704**

*as Power of Attorney*

Owner Signature                                    Owner Signature

Address:    **5660 Collins Ave, #5E**
            **Miami Beach, FL 33140**

E-Mail Address:    **nhbhojwani@gmail.com**

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1_____, 2017


SELLERS:

See "Schedule A".


Richard Vasquez
F9DA5123BD894E6...

Richard Vasquez


11/09/2017


Sellers RV    Buyer

Schedule A

Unit #  705,804

DocuSigned by:

*Richard Vasquez*

F9DA5123BD894E6...

Owner Signature                                    Owner Signature


Address: 3400 Galt ocean Drive.Ft lauderdale FL 33308


E-Mail Address:  djrichardvasquez@gmail.com

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ , 2017


SELLERS:

See "Schedule A".


Sellers _____    Buyer _____

Schedule A

Unit #        Unit 706

Sixty Sixty 706 & 906, LLC

Owner Signature      *Yenvy Truong*                    Owner Signature

Address:    12741 SW 187 Terrace, Miami, Fl. 33177

E-Mail Address:    yenvytruong@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ , 2017


SELLERS:

See "Schedule A".


DocuSigned by:

*Ivan Mahana*

BC9CC64607F146B...

Ivan Mahana


6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017


Sellers ____    Buyer ____

# Schedule A

## Unit # 707

DocuSigned by:

*Ivan Mahana*

BC9CC64607F146B...

## Owner Signature                              Owner Signature

Ivan Mahana

## Address: Kennedy 5757 Of.1601. Las Condes Santiago. Chile

## E-Mail Address: imahana@isudamericana.com

DocuSign Envelope ID: B7792789-84E7-4ECD-86C6-F4EF9612C84C

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November _____1_____, 2017

SELLERS:

See "Schedule A".

Elsa Bravo

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017

Sellers          Buyer

# Schedule A

## Unit # 708

DocuSigned by:

9E001C1F8E89481...

## Owner Signature                    Owner Signature

Elsa Bravo

**Address:** 100 Lincoln rd * 425 Miami Beach fl. 33139

**E-Mail Address:** elsacecchi@hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1_____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

*Gerard Mafale*

1339D08D0FB5460...

Name: Gerard Mafale

11/10/2017


Sellers GM       Buyer ℋℂ

# Schedule A

**Unit #**  801

DocuSigned by:

*Gerard Mafale*

1339D08D0FB5460...

## Owner Signature                                        Owner Signature

Name: Gerard Mafale

**Address:**  3237 Conowingo Rd., Street, MD  21154

**E-Mail Address:**  elafam@aol.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday.    If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017


SELLERS:

See "Schedule A".


Marco Baggioli
17144B3233C4498...

Marco Baggioli

6060 Indian Creek Drive Unit #802
Miami Beach, FL 33140

11/7/2017


Sellers _____ MFB _____    Buyer _____

# Schedule A

Unit # 802

**DocuSigned by:**

*Marco Baggioli*

17144B3233C4498...

## Owner Signature                    Owner Signature

Marco Baggioli

Address: Numero 991, LLC, 6770 Indian Creek Drive, Apt TF, Miami Beach, FL 33141

E-Mail Address: marcobaggioli@me.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.     Invalid Provision.     If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.     Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____1_____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

*Maria R Giraldo de Velez TRS*
8403779A18E641F...

Name: Maria R. Giraldo de Velez, TRS

11/8/2017


Sellers [MRGDVT]   Buyer [HC]

Schedule A

Unit # 803

DocuSigned by:

*Maria R Giraldo de Velez TRS*

8403779A18E641F...

Owner Signature                    Owner Signature

Name: Maria R. Giraldo de Velez, TRS

Address: 17301 Biscayne Blvd. Suite 2209 N Miami Beach, FL 33160

E-Mail Address: rositadevelez@hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.   <u>Invalid Provision.</u>   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.   <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November ____ 1 ____, 2017

SELLERS:

See "Schedule A".

Richard Vasquez
F9DA5123BD894E6...

Richard Vasquez

11/09/2017

Sellers ____ RV ____   Buyer ____ TC ____

# Schedule A

Unit #  705,804

DocuSigned by:

*Richard Vasquez*

F9DA5123BD894E6...

Owner Signature                                        Owner Signature


Address:  3400 Galt ocean Drive.Ft lauderdale FL 33308


E-Mail Address:   djrichardvasquez@gmail.com

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

*Ana Cristina Braathen*
F218C473E24F43C...

Ana Cristina Braathen

6060 Indian Creek Drive Unit #805
Miami Beach, FL 33140

11/7/2017


Sellers _____ACB_____    Buyer _____

DocuSign Envelope ID: E661E3EA-2C98-4039-A5EF-67B887946BEA

# Schedule A

**Unit #** 805

DocuSigned by:

*Ana Cristina Braathen*

F218C473E24F43C...

# Owner Signature                               Owner Signature

Ana Cristina Braathen

**Address:** rua gaviao peixoto 323/ 104, icarai, niteroi, rj, brasil

**E-Mail Address:** ananordeste@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.     Invalid Provision.     If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.     Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017

SELLERS:

See "Schedule A".

DocuSigned by:

5EFA4468C18447D...

Name: 806

11/8/2017

Sellers _____    Buyer _____

# Schedule A

**Unit #** 806

DocuSigned by:

5EFA4468C18447D...

Owner Signature                                    Owner Signature

Name: Marisol RODRIGUEZ Basulto

**Address:** 14160 nw 77th court suite 22 Miami Lakes, Florida 33016

**E-Mail Address:** Mrblaw@basulto.com

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".


Cecilia N Zsilavi

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/8/2017


Sellers _____ Buyer _____

# Schedule A

**Unit #** 807

DocuSigned by:

CAE4012334844F...

## Owner Signature                    Owner Signature

Cecilia N Zsilavi

**Address:** 6365 collins av apt1711

**E-Mail Address:** Ceciliazsilavi @hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____, 2017


SELLERS:

See "Schedule A".


Frank Jordan/Ralf Bauchrowitz

6060 Indian Creek Drive Unit #902/#1001/#1203
Miami Beach, FL 33140

11/8/2017


Sellers  _FJ/RB_    Buyer  _____

# Schedule A

**Unit #** 902/#1001/#1203

*Frank Jordan/Ralf Bauchrowitz*

## Owner Signature                    Owner Signature
Frank Jordan/Ralf Bauchrowitz

**Address:** Bruehlstrasse 34, 65606 Villar, Hessen, Germany

**E-Mail Address:** ralfbauchrowitz@aol.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017


SELLERS:

See "Schedule A".


Maria T Velez
618E25DD2737453...

Maria T Velez


6060 Indian Creek Drive Unit #903
Miami Beach, FL 33140

11/7/2017


Sellers  M T V    Buyer

# Schedule A

Unit #  903

DocuSigned by:

*Maria T Velez*

618E25DD2737453...

## Owner Signature                    Owner Signature

Maria T Velez

**Address:** 17301 BISCAYNE BLVD. #2209 NORTH MIAMI BEACH FL 33160

**E-Mail Address:** VELEZMARIA@HOTMAIL.COM

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ___1___, 2017


SELLERS:

See "Schedule A".


Roselia De Las M. Velasquez
4EB49703B46149B...

Name: ROSELIA DE LAS M. VELASQUEZ VELASQUEZ

11/8/2017


Sellers RDLMV    Buyer TC

# Schedule A

**Unit #** 904

DocuSigned by:

*Roselia De las M Velasquez*

4EB49703B46149B...

Owner Signature                                    Owner Signature

Name: ROSELIA DE LAS M VELASQUEZ VELASQUEZ

**Address:** CALLE 49B N° 68-25

**E-Mail Address:** ROSI.44@HOTMAIL.COM

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30. <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____, 2017


SELLERS:

See "Schedule A".

Sellers _____    Buyer _____

## Schedule A

**Unit #**     Unit 906

Sixty Sixty 706 & 906, LLC

**Owner Signature**     *Yenvy Truong*          **Owner Signature**

**Address:**     12741 SW 187 Terrace, Miami, Fl. 33177

**E-Mail Address:**     yenvytruong@gmail.com

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

KINGFISHER ISLAND, INC.
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017

SELLERS:

See "Schedule A".

Sellers _____    Buyer _____

Schedule A

Unit #    907

Owner Signature                    Owner Signature

*Hien Cong Nguyen*              *Hien Cong Nguyen*

Address:  8881  SW.  152  ST.  PALMETTO BAY
                          FLORIDA  ,  33157

E-Mail Address:
          PHUONGTHINGUYEN2  @  ATT. NET

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".


Flavia Campero

6060 Indian Creek Drive Unit #908
Miami Beach, FL 33140

11/8/2017


Sellers  FC        Buyer  HC

# Schedule A

## Unit # 908

DocuSigned by:

*Flavia Campero*

0E2769EB8CF9451...

## Owner Signature                    Owner Signature

Flavia Campero

## Address: 9341 collins ave 1201, surfside fl 33154

## E-Mail Address: Flaviaicc@hotmail.com

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday.  If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____ , 2017


SELLERS:

See "Schedule A".


Frank Jordan/Ralf Bauchrowitz

Frank Jordan/Ralf Bauchrowitz

6060 Indian Creek Drive Unit #902/#1001/#1203
Miami Beach, FL 33140

11/8/2017


Sellers  FJ/RB    Buyer

# Schedule A

Unit # 902/#1001/#1203

DocuSigned by:

*Frank Jordan/Ralf Bauchrowitz*

C777D1F82E184D0...

Owner Signature                           Owner Signature

Frank Jordan/Ralf Bauchrowitz

Address: Bruehlstrasse 34, 65606 Villar, Hessen, Germany


E-Mail Address: ralfbauchrowitz@aol.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30. <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____/_____, 2017


SELLERS:

See "Schedule A".


Roman Luis Malagon

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017


Sellers  _____  Buyer  _____

# Schedule A

**Unit #** 1002

DocuSigned by:



—268BF63E98684DD...

Owner Signature                                    Owner Signature

Roman Luis Malagon

**Address:** 9535 sw 187th st Cutler Bay, Fl 33157

**E-Mail Address:** malagonrl@hotmail.com

DocuSign Envelope ID: 52101670-ACAD-4B58-A035-0DE9575381A6

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ___/___, 2017


SELLERS:

See "Schedule A".




Name:




Sellers _____    Buyer _____

DocuSign Envelope ID: 52101670-ACAD-4B58-A035-0DE9575381A6

Schedule A

Unit # / 0 03

Owner Signature                              Owner Signature

Name:

Address: 80 Park Ave #1L
New York, NY 10016

E-Mail Address:

ny SF 80 @ yshov.Com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November ____1____, 2017

SELLERS:

See "Schedule A".

Maria N. Schoentag
1B0C2E41B98147C...

Maria N. Schoentag

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017

Sellers _MNS_    Buyer _____

# Schedule A

## Unit # 1005

DocuSigned by:

*Maria N. Schoentag*

1B0C2E41B98147C...

## Owner Signature                              Owner Signature

Maria N. Schoentag

## Address: 6060 Indian Creek Apt. 1005, Miami, FL 33140

## E-Mail Address: Mnschoentag@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.   Invalid Provision.   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.   Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November _____ / _____, 2017

SELLERS:

See "Schedule A".

LIONEL GOSSA

6060 Indian Creek Drive Unit #1006
Miami Beach, FL 33140

11/7/2017

Sellers _____   Buyer _____

# Schedule A

## Unit # 1006



DocuSigned by:

26A31FE5E7FD41E...

## Owner Signature                    Owner Signature

LIONEL GOSSA

## Address: Mialio LLC (C/O Jade Associate) - 990 Biscayne Blvd - office 701 - Miami, FL 33132

## E-Mail Address: lgossa@yahoo.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____1____, 2017


SELLERS:

See "Schedule A".


Maria Luz

6060 Indian Creek Drive Unit #1007
Miami Beach, FL 33140

11/7/2017


Sellers    Alvarez Grigeta

# Schedule A

## Unit # 1007


125474D73A76437...

## Owner Signature                                    Owner Signature

Maria Luz

**Address:** 2100 Sans Souci Blas apt 209, North Miami, Florida, 33181

**E-Mail Address:** Mmccollege@hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____1____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

DCE3102A4BCE4AA...

SUSANA  C  FIRPO

6060 Indian Creek Drive Unit #1008
Miami Beach, FL 33140

11/7/2017


Sellers  S C F  Buyer 

# Schedule A

**Unit #** 1008

DocuSigned by:

DCE3102A4BCE4AA...

Owner Signature                                    Owner Signature

SUSANA C FIRPO

**Address:** 6060 Indian Creek Unit #1008

**E-Mail Address:** kukyruizdiaz@hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.     Invalid Provision.      If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.     Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017


SELLERS:

See "Schedule A".


Jose Luis Varela

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017


Sellers   JLV    Buyer

# Schedule A

## Unit # 1101

DocuSigned by:



5A59EDA583B04B0...

## Owner Signature                          Owner Signature

Jose Luis Varela

## Address: 7777 NW 169 TERRACE MIAMI LAKES FL 33016

## E-Mail Address: elyammunoz@gmail.com

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".


Sellers _____    Buyer _____

Schedule A

Unit # *1102*

Owner Signature _____         Owner Signature

Address: *FORSTSTRASSE 40G, WIESBADEN 65193, GERMANY*

E-Mail Address: *martinlange2003@gmail.com*

DocuSign Envelope ID: 30784840-FD68-4E1E-8B78-5C74DF3A7EB0

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____ / _____, 2017



SELLERS:

See "Schedule A".



ELAINE L ROBINSON


6060 Indian Creek Drive Unit # 1103 Pariano Llc
Miami Beach, FL 33140

11/7/2017




Sellers _____ Buyer _____

# Schedule A

**Unit #** 1103 Pariano Llc

DocuSigned by:

*[signature]*

47A6B5299CF64D0...

Owner Signature                          Owner Signature

ELAINE L ROBINSON

**Address:** 3340 NE 190th St Apt. 1104 Miami Fl 33180

**E-Mail Address:** robinsonelaine@yahoo.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    _Invalid Provision._    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    _Saturday, Sunday and Legal Holiday_. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____1_____, 2017

SELLERS:

See "Schedule A".

DocuSigned by:

Elsa Depablos Bermudez

F774A22594DE44A...

Name: ELSA J. DEPABLOS BERMUDEZ

11/8/2017

Sellers EDB    Buyer HC

# Schedule A

Unit # 1104

DocuSigned by:

*Elsa Depablos Bermudez*

F774A22594DE44A...

Owner Signature                                    Owner Signature

ELSA J. DEPABLOS BERMUDEZ

Address: 201-3263 Alder St. Victoria BC ZP V8X 1P3 Canada

E-Mail Address: edepablos.21@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

_Dominique Sauvetre_
1A9B541A9ED8403...

Name: Dominique SAUVETRE

11/8/2017


Sellers _DS_____    Buyer _HC_____

Schedule A

Unit # 1105

DocuSigned by:

*Dominique Sauvetre*

1A9B541A9ED8403...

Owner Signature                                    Owner Signature

Name: Dominique SAUVETRE

Address: 20 rue de Coeuilly, 94350 VILLIERS SUR MARNE,   FRANCE

E-Mail Address: tropicaldom@outlook.com

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____ , 2017


SELLERS:

See "Schedule A".


Name: **Wells Fargo Bank, N.A. as Trustee for The Certificateholders of Banc of America Mortgage Securities, Inc. Alternative Loantrust 2006-7. Mortgage Passthrough Certificates, Series 2006-7**


Sellers _KC_____    Buyer _KC_____

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

Schedule A

Unit #   1106

*Kristie Cotham*
Owner Signature                                         Owner Signature

Name: **Kristie Cotham, Assistant**
**Secretary, Nationstar**
**Mortgage LLC as Attorney in**
**Fact**

Address:
**8950 Cypress Waters Blvd**
**Dallas, TX 75019**

E-Mail Address:

Electronically Signed using eSignOnline™ [ Session ID : 414168ed-8a71-4aaa-80f1-0fc0f1a5d19 ]

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ / _____, 2017


SELLERS:

See "Schedule A".


Name:   **Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass Through Certificates. Series 2006-7**


Sellers _____    Buyer _____

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

Schedule A

Unit # 1107

*Kristie Cotham*

Owner Signature                                        Owner Signature

Name: **Kristie Cotham, Assistant**
**Secretary Nationstar**
**Mortgage LLC, As Attorney in**

Address:
**8950 Cypres Waters Blvd**
**Dallas, TX 75019**

E-Mail Address:

DocuSign Envelope ID: C7DC52FE-EEB1-4CCC-B0B1-38671D20EECC

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.   <u>Invalid Provision.</u>   If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.   <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1 _____, 2017


SELLERS:

See "Schedule A".

Mario Puig by Vintage
F924DA73B821439...

```
Mario Puig by Vintage
```

6060 Indian Creek Drive Unit #1108
Miami Beach, FL 33140

11/7/2017


Sellers  MP     Buyer  HC

# Schedule A

## Unit # 1108

**DocuSigned by:**

*Mario Puig by Vintage*

F924DA73B821439...

## Owner Signature                                        Owner Signature

Mario Puig by Vintage

## Address: 5306 White Oak Lane TAmarac Fl 33319

## E-Mail Address: nora@aurixmiami.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____ 1 _____ , 2017


SELLERS:

See "Schedule A".


SCARAMUZZINO JAVIER
7B488FAD1D7B4EF...

SCARAMUZZINO JAVIER

6060 Indian Creek Drive Unit #1202
Miami Beach, FL 33140

11/8/2017


Sellers  JS        Buyer

## Schedule A

Unit # 1202

DocuSigned by:

*SCARAMUZZINO JAVIER*

7B488FAD1D7B4EF...

Owner Signature                                    Owner Signature

SCARAMUZZINO JAVIER

Address: 2370 ne 184 terrace N Miami Beach FL 33160

E-Mail Address: ja_abr@hotmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ___1___, 2017


SELLERS:

See "Schedule A".


Frank Jordan/Ralf Bauchrowitz

Frank Jordan/Ralf Bauchrowitz

6060 Indian Creek Drive Unit #902/#1001/#1203
Miami Beach, FL 33140

11/8/2017


Sellers    FJ/RB    Buyer

# Schedule A

Unit # 902/#1001/#1203



DocuSigned by:

*Frank Jordan/Ralf Bauchrowitz*

C777D1F82E184D0...

Owner Signature                    Owner Signature

Frank Jordan/Ralf Bauchrowitz

Address: Bruehlstrasse 34, 65606 Villar, Hessen, Germany

E-Mail Address: ralfbauchrowitz@aol.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____1_____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

*Alicia M. Ortega*

0FCB7541131B47D...

Name: Alicia M. Ortega

11/10/2017


Sellers _____    Buyer _____

# Schedule A

Unit # 1204

DocuSigned by:

*Alicia M Ortega*

0FCB754131B47D...

Owner Signature                                    Owner Signature

Name: Alicia M Ortega

Address: 14958 Summit Place Circle Naples Florida 34119

E-Mail Address: hialeahtraffic@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November _____ 1_____, 2017

SELLERS:

See "Schedule A".

Caroline Högner
15D953D1D7934F7...

Name:Caroline Högner

11/8/2017

Sellers ___CH___    Buyer ___HC___

Schedule A

**Unit #** 1206

DocuSigned by:

*Caroline Högner*

15D953D1D7934F7...

Owner Signature                                      Owner Signature

Name: Caroline Högner

**Address:** Juan del Campillo 745 (3000) Santa Fe Argentina

**E-Mail Address:** chogner@remax.com.ar

DocuSign Envelope ID: AEF7C268-EC14-425F-BD5A-78B35EE73099

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November ___/___, 2017

SELLERS:

See "Schedule A"

Niklas Albinsson-Collander
Manager
PENTHOUSE 68 LLC
XXXXXXXXXXXXXXXXXXXXXXXXX

6060 Indian Creek Drive Unit #1207
Miami Beach, FL 33140

Tommi Bergendahl
Authorized Member

Sellers _____    Buyer _____

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November ____1____, 2017

SELLERS:

See "Schedule A".

Henryk Kwiatkowski
F61E88CD5799473...

Name: Henryk Kwiatkowski

11/10/2017

Sellers  HK          Buyer

Schedule A

Unit #  1401

DocuSigned by:

*Henryk Kwiatkowski*

F61E88CD5799473...

Owner Signature                                      Owner Signature

Name: Henryk Kwiatkowski

Address:  59-05 70th Ave. Ridgewood, NY 11385

E-Mail Address:  henrykk@att.net

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    _Invalid Provision._    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    _Saturday, Sunday and Legal Holiday_. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".



Name:
**Wells Fargo Bank National Association As Trustee fo Band of America Alternative Loan Trust 2006-8**


Sellers _AC_____    Buyer _AC_____

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

Schedule A

Unit #1402

*Kristie Cotham*
Owner Signature                                    Owner Signature

Name: **Kristie Cotham, Assistant
Secretary, Nationstar
Mortgage as Attorney in Fact**

Address:
**8950 Cypress Waters Blvd
Dallas, TX 75019**
E-Mail Address:

DocuSign Envelope ID: 69349940-F9C6-4C64-8B95-8272365AE377

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ____/____, 2017


SELLERS:

See "Schedule A".


Name:


Sellers __/6__    Buyer ___

DocuSign Envelope ID: 6934B940-F9C8-4C64-8B95-8272366AE377

## Schedule A

**Unit #** 1403

**Owner Signature**                                        **Owner Signature**
Name: LC GERACI, LLC

**Address:** 777 Brickell Avenue, #500, Miami, FL 33131

**E-Mail Address:** lcgeraci@free.fr

persons who are exposed to it over time.  Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida.  Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November _____ , 2017


SELLERS:

See "Schedule A".


Tony Rodriguez


6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017


Sellers _____    Buyer _____

# Schedule A

## Unit # 1405



Owner Signature                                    Owner Signature
Tony Rodriguez

**Address:** 19966 collins ave Sunny Isles Beach 33160


**E-Mail Address:** caseroluis@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

_____
Todd A., Mikles, Managing Member

Date: November _____1_____, 2017

SELLERS:

See "Schedule A".

Christopher Petrosino
E3970D04A0C44E5...

Christopher PetrosinoName:

11/8/2017

Sellers _____    Buyer _____

Schedule A

Unit # 1407

DocuSigned by:

*Christopher Petrosino*

E3970D04A0C44E5...

Owner Signature                                    Owner Signature

Christopher PetrosinoName:

Address: 8487 Utica Drive Los Angeles, CA 90046

E-Mail Address: chris.petrosino@gmail.com

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____1_____, 2017


SELLERS:

See "Schedule A".


DocuSigned by:

Carlos Rezett
ACB9036F263C403...

Name: Carlos Rezett

11/8/2017


Sellers _____    Buyer _____

Schedule A

Unit #  1408

DocuSigned by:

*Carlos Rezett*

ACB9036F263C403...

Owner Signature                                        Owner Signature

Name: Carlos Rezett

Address:  Dorrego 3158 Santa FE (3000) Argentina

E-Mail Address:  carlosrezett@yahoo.com.ar

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    _Invalid Provision._    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    _Saturday, Sunday and Legal Holiday_. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation

Todd A., Mikles, Managing Member

Date: November _____1_____, 2017

SELLERS:

See "Schedule A".

Nestor Daniel Bujaldon
8AD964EFA0F048A...

Nestor Daniel Bujaldon

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/7/2017

Sellers _NDB_    Buyer _TC_

# Schedule A

## Unit # 1501

DocuSigned by:

*Nestor Daniel Bujaldon*

8AD964EFA0F048A...

## Owner Signature                                   Owner Signature

Nestor Daniel Bujaldon

**Address:** Barrio Davian Manzana 48 casa 27, Capital Mendoza, Argentina.

**E-Mail Address:** danielbuja@hotmail.com

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November ____/____ , 2017


SELLERS:

See "Schedule A".


Sellers _____ Buyer _____

Schedule A

Unit # 1502   Roby 1 Corp.

Owner Signature

Address: 16500 collins af #154, SUNNY Estes FL 33160

E-Mail Address: maxima.robayna@quip.robayna.com.ar

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    Invalid Provision.    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    Saturday, Sunday and Legal Holiday. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


_____
Todd A., Mikles, Managing Member

Date: November ____*1*____, 2017


SELLERS:

See "Schedule A".


Sellers ___*ADB*___    Buyer ___*AC*___

Schedule A

Unit # *1505* /*CIARASO, Grp*

Owner Signature          *(signature)*                Owner Signature

Address: *3921 Alton Road # 315, Miami Beach FL 33140*

E-Mail Address: *adrian.net@moc.com.*

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday</u>. If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____1_____, 2017


SELLERS:

See "Schedule A".


Leonardo da Cunha Antunes

28F8B58208534ED...

Leonardo da Cunha Antunes

6060 Indian Creek Drive Unit #
Miami Beach, FL 33140

11/9/2017


Sellers _____    Buyer _____

# Schedule A

## Unit # 1507

DocuSigned by:

*Leonardo da Cunha Antunes*

28F8B58208534ED...

## Owner Signature                    Owner Signature

Leonardo da Cunha Antunes

**Address:** 19370 Collins Avenue,Suit CU6,Sunny Isles,FL 33160


**E-Mail Address:** leonardocantunes@hotmail.com

DocuSign Envelope ID: E9E9655C-ADC0-4794-ABF9-EEA73F600601

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30.    <u>Invalid Provision.</u>    If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31.    <u>Saturday, Sunday and Legal Holiday.</u> If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November ___1___, 2017


SELLERS:

See "Schedule A".


Lombardo Alexandre

6060 Indian Creek Drive Unit # 1508
Miami Beach, FL 33140

11/7/2017


Sellers _____    Buyer _____

# Schedule A

Unit # 1508

DocuSigned by:

*Lombardo Alexandre*

B368C3F59C32481...

## Owner Signature                              Owner Signature

Lombardo Alexandre

**Address:** lombardo alexandre 32 rue thionville 59000 LILLE FRANCE

**E-Mail Address:** lombardo.alexandre@gmail.com

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

10

persons who are exposed to it over time. Levels of radon that exceed Federal and State guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit.

30. _Invalid Provision._ If any term or provision of this Contract is held illegal, unenforceable, or inoperative as a matter of law, the remaining terms and provisions will not be affected thereby, but will be valid and remain in full force and effect, provided that the inoperative provisions are not essential to the interpretation or performance of this Contract in accordance with the clear intent of the parties.

31. _Saturday, Sunday and Legal Holiday._ If any date set forth in this Contract for the performance of any obligation by Buyer or Sellers or for the delivery of any instrument or notice should be on other than a business day, the compliance with such obligations or delivery will be deemed acceptable on the next following business day.

WHEREFORE, the parties have executed this Contract for Purchase and Sale as indicated below.

BUYER:

**KINGFISHER ISLAND, INC.**
a Delaware corporation


Todd A., Mikles, Managing Member

Date: November _____1_____, 2017


SELLERS:

See "Schedule A".


Name:  **Wells Fargo Bank N.A. as Trustees for The Holders of the Banc of America Alternative Loan Trust 2006-9 Mortgage Pass Through Certificates Series 2006-9**


Sellers _HC_          Buyer _HC_

DocuSign Envelope ID: EDBF6D9B-96A6-4D19-84BA-AA53B218F28E

Schedule A

Unit # **1608**

*Kristie Cotham*
Owner Signature                                                 Owner Signature

Name: **Kristie Cotham, Assistant Secretary, Nationstar Mortgage LLC as Attorney in Fact**

Address:
**8950 Cypress Waters Blvd Dallas, TX 75019**

E-Mail Address:

DocuSign Signed using eSignOnline™ Session ID : 5c8cf38e-bf66-4904-b5b1-f69b4777c621

# Exhibit A
# Debtor-in-Possession Report Summaries

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING December 5,2016 AND ENDING December 31, 2016

Name of Debtor: Sixty Sixty Condominium Association, Inc.      Case Number 16-26187-RAM

Date of Petition:   December 5, 2016

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 4,502.11[1] | (a) | 4,502.11 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts (See MOR-3) | $11,895.11 | | $11,895.11 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $11,895.11 | | $11,895.11 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $11,895.11 | | $11,895.11 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | $30.00 | | $30.00 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | $5,981.21[2] | | $5,981.21 | |
| F. Inventory Payments (See Attach. 2) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | | |
| J. Payroll - Net (See Attachment 4B) | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments (See Attach. 2) | | | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (See MOR-3) | | | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $6,011.21 | | $6,011.21 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $10,386.01 | (c) | $10,386.01 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report. Debtor recently engaged an accountant and reserves all rights to amend and supplement the instant report as is necessary.

This 20th day of January, 2017.

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

---

[1] Subsequent to the preparation of the documents underlying this report an additional account was identified holding pre-petition funds of the Debtor. All future reports will reflect this asset and the Debtor anticipates amending the schedules to reflect same.

[2] A certain repayment of prepetition financed insurance and a prepayment refund was inadvertently made post-petition. As of the filing of the instant report, all such funds have been returned to the Debtor.

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
#### FOR THE PERIOD BEGINNING December 5,2016 AND ENDING January 31, 2017

Name of Debtor:  Sixty Sixty Condominium Association, Inc.          Case Number 16-26187-RAM

Date of Petition:  December 5, 2016

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 10,386.01 | (a) | 4,502.11 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus:  Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B.  Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | $31,872.47 | | $43,767.58 | |
| (If you receive rental income, | | | | |
| you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $31,872.47 | | $43,767.58 | |
| **4. TOTAL FUNDS AVAILABLE FOR** | | | | |
| **OPERATIONS *(Line 1 + Line 3)*** | $42,258.48 | | $48,269.69 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | | | | |
| B. Bank Charges | $ 49.80 | | $79.80 | |
| C.  Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | $2,508.95 | | 8,490.16 | |
| F.  Inventory Payments  *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I.  Office Supplies | 188.16 | | 188.16 | |
| J.  Payroll - Net *(See Attachment 4B)* | | | | |
| K.  Professional Fees (Accounting & Legal) | | | | |
| L.  Rent | | | | |
| M.  Repairs & Maintenance | | | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | | | |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R.  Telephone | | | | |
| S.  Travel & Entertainment | | | | |
| Y.  U.S. Trustee Quarterly Fees | | | | |
| U.  Utilities | | | | |
| V.  Vehicle Expenses | | | | |
| W.  Other Operating Expenses *(See MOR 3)* | 2,005.00 | | 2,005.00 | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $4,751.91 | | $10,763.12 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $37,506.57 | (c) | $37,506.57 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report. Debtor recently engaged an accountant and reserves all rights to amend and supplement the instant report as is necessary.**

This 21st day of February, 2017.

(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

---

[1] Subsequent to the preparation of the documents underlying this report an additional account was identified holding pre-petition funds of the Debtor. All future reports will reflect this asset and the Debtor anticipates amending the schedules to reflect same.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING February 1, 2017  AND ENDING February 28, 2017**

Name of Debtor: Sixty Sixty Condominium Association, Inc.  Case Number 16-26187-RAM

Date of Petition:  December 5, 2016

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $37,506.57 (a) | $4,502.11 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus:  Cash Refunds | (-) | |
| Net Cash Sales | | |
| B.  Accounts Receivable | | |
| C.  Other Receipts *(See MOR-3)* | $3,055.43 | $46,823.10 |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $3,055.43 | $46,823.10 |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS *(Line 1 + Line 3)*** | $40,562.00 | $51,325.21 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B.  Bank Charges | 71.69 | $151.49 |
| C.  Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E.  Insurance | | 8,490.16 |
| F.  Inventory Payments  *(See Attach. 2)* | | |
| G.  Leases | | |
| H.  Manufacturing Supplies | | |
| I.  Office Supplies | | 188.07 |
| J.  Payroll - Net *(See Attachment 4B)* | | |
| K.  Professional Fees (Accounting & Legal) | | |
| L.  Rent | | |
| M.  Repairs & Maintenance | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | |
| R.  Telephone | | |
| S.  Travel & Entertainment | | |
| Y.  U.S. Trustee Quarterly Fees | | |
| U.  Utilities | | |
| V.  Vehicle Expenses | | |
| W.  Other Operating Expenses *(See MOR-3)* | 61.25 | 2,066.25 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $132.94 | $10,895.97 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $40,429.06 (c) | $40,429.06 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.**

.

This 20th day of March, 2017.

_____

(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING March 1, 2017 AND ENDING March 31, 2017

Name of Debtor: Sixty Sixty Condominium Association, Inc.          Case Number 16-26187-RAM

Date of Petition: December 5, 2016

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $40,429.06 | (a) | $4,502.11 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | $7,708.83 | | $54,531.93 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $7,708.83 | | $54,531.93 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $48,137.89 | | $59,034.04 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 33.92 | | $185.59 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | 2,340.75 | | 10,830.91 | |
| F. Inventory Payments *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | 188.07 | |
| J. Payroll - Net *(See Attachment 4B)* | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | 325.25 | | 325.25 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | | | 2,066.25 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $2,699.92 | | $13,596.07 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $45,437.97 | (c) | $45,437.97 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.

This 20th day of April, 2017.

_____
(Signature)    *J·S·A·CPA*

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING April 1, 2017 AND ENDING April 30, 2017

Name of Debtor: Sixty Sixty Condominium Association, Inc.     Case Number 16-26187-RAM

Date of Petition:  December 5, 2016

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $45,437.97 | (a) | $4,502.11 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B.  Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | $14,868.42 | | $69,400.35 | |
| (If you receive rental income, | | | | |
| you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $14,868.42 | | $69,400.35 | |
| **4. TOTAL FUNDS AVAILABLE FOR** | | | | |
| **OPERATIONS *(Line 1 + Line 3)*** | $60,306.39 | | $73,902.46 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 33.20 | | $218.79 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | 934.15 | | 11,765.06 | |
| F.  Inventory Payments  *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I.  Office Supplies | | | 188.07 | |
| J.  Payroll - Net *(See Attachment 4B)* | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L.  Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R. Telephone | | | | |
| S.  Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | 325.25 | | 650.50 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | | | 2,066.25 | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $1,292.60 | | $14,888.67 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $59,013.79 | (c) | $ 59,013.79 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.**

.

This 20ᵗʰ day of May, 2017.                                        JEACPA

                                                         (Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.

(c)These two amounts will always be the same if form is completed correctly.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING <u>May 1, 2017</u> AND ENDING <u>May 31, 2017</u>**

Name of Debtor: <u>Sixty Sixty Condominium Association, Inc.</u>   Case Number <u>16-26187-RAM</u>
Date of Petition:  <u>December 5, 2016</u>

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. **FUNDS AT BEGINNING OF PERIOD** | $59,013.79 (a) | $4,502.11 (b) |
| 2. **RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus:  Cash Refunds | (-) | |
| Net Cash Sales | | |
| B.  Accounts Receivable | | |
| C.  Other Receipts *(See MOR-3)* | $15,023.44* | $84,423.79* |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. **TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $15,023.44 | $84,423.79 |
| 4. **TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | $74,037.23 | $88,925.90 |
| 5. **DISBURSEMENTS:** | | |
| A. Advertising | | |
| B.  Bank Charges | 53.27 | $272.06 |
| C.  Contract Labor | | |
| D.  Fixed Asset Payments (not incl. in "N") | | |
| E.  Insurance | 1,102.92 | 12,867.98 |
| F.  Inventory Payments  *(See Attach. 2)* | | |
| G.  Leases | | |
| H.  Manufacturing Supplies | | |
| I.   Office Supplies | 697.39 | 885.46 |
| J.  Payroll - Net *(See Attachment 4B)* | | |
| K.  Professional Fees (Accounting & Legal) | | |
| L.   Rent | | |
| M. Repairs & Maintenance | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | |
| R.  Telephone | | |
| S.   Travel & Entertainment | | |
| Y.  U.S. Trustee Quarterly Fees | | 650.50 |
| U.  Utilities | | |
| V.  Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | 2,066.25 |
| 6. **TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $1,853.58 | $16,742.25 |
| 7. **ENDING BALANCE *(Line 4 Minus Line 6)*** | $72,183.65 (c) | $ 72,183.65 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.**

This <u>20th</u> day of June, 2017.

_____   JEA CPA
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** June 1, 2017 **AND ENDING** June 30, 2017

Name of Debtor: Sixty Sixty Condominium Association, Inc.          Case Number 16-26187-RAM

Date of Petition:  December 5, 2016

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $72,183.65 | (a) | $4,502.11 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | $16,394.04 | | $100,817.83* | |
| (If you receive rental income, | | | | |
| you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $16,394.04 | | $100,817.83 | |
| 4. TOTAL FUNDS AVAILABLE FOR | | | | |
| OPERATIONS *(Line 1 + Line 3)* | $88,577.69 | | $105,319.94 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 51.54 | | $323.60 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | 1,102.92 | | 13,970.90 | |
| F. Inventory Payments *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | 885.46 | |
| J. Payroll - Net *(See Attachment 4B)* | | | | |
| K. Professional Fees (Accounting & Legal) | 2,429.72 | | 2,429.72 | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | 650.50 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | | | 2,066.25 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $3,584.18 | | $20,326.43 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $84,993.51 | (c) | $ 84,993.51 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.

.

This 20ᵗʰ day of June, 2017.

_____
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING July 1, 2017 AND ENDING July 31, 2017

Name of Debtor: Sixty Sixty Condominium Association, Inc.       Case Number 16-26187-RAM

Date of Petition: December 5, 2016

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $84,994.11 (a) | $4,502.11 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | $7,704.79 | $108,522.62* |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $7,704.79 | $108,522.62 |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS *(Line 1 + Line 3)*** | $92,698.90 | $113,024.73 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | 34.26 | $357.86 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1,092.92 | 15,063.82 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | 885.46 |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | 1,350 | 3,779.72 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | 324.75 | 975.25 |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | 2,066.25 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $2,801.93 | $23,128.36 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $89,896.97 (c) | $ 89,896.97 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.**

.

This 20th day of August, 2017.                                    _____
                                                                   (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING August 1, 2017 AND ENDING August 31, 2017

Name of Debtor: Sixty Sixty Condominium Association, Inc.    Case Number 16-26187-RAM

Date of Petition: December 5, 2016

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $89,896,97    (a) | $4,502.11    (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | $12,427.70 | $120,950.32* |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $12,427.70 | $120,950.32 |
| 4. TOTAL FUNDS AVAILABLE FOR | | |
| OPERATIONS (Line 1 + Line 3) | $102,324.67 | $125,452.43 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 31.64 | $389.50 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1,092.92 | 16,156.74 |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 5.00 | 890.46 |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) | 5,535.34 | 9,315.06 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 975.25 |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | | 2,066.25 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $6,664.90 | $29,793.26 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $95,659.77  (c) | $95,659.77    (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.

This 20th day of September, 2017.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING September 1, 2017 AND ENDING September 30, 2017**

Name of Debtor: Sixty Sixty Condominium Association, Inc.      Case Number 16-26187-RAM

Date of Petition:  December 5, 2016

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $95,659.77    (a) | $4,502.11          (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus:  Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | $3,844.63 | $124,794.95* |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $3,844.63 | $124,794.95 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | $99,504.40 | $129,297.06 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | 45.15 | $434.65 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1,102.92 | 17,259.06 |
| F.  Inventory Payments  *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I.  Office Supplies | | 890.46 |
| J.  Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | 9,315.06 |
| L.  Rent | | |
| M. Repairs & Maintenance | | |
| N.  Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S.  Travel & Entertainment | | |
| Y.  U.S. Trustee Quarterly Fees | | 975.25 |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | 2,066.25 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $1,148.07 | $30,940.73 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $98,356.33  (c) | $ 98,356.33       (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.

.

This 20ᵗʰ day of October, 2017.

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** October 1, 2017 **AND ENDING** October 31, 2017

Name of Debtor: Sixty Sixty Condominium Association, Inc.     Case Number 16-26187-RAM

Date of Petition: December 5, 2016

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $98,356.33 | (a) | $4,502.11 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | $5,215.61 | | $130,010.56* | |
| (If you receive rental income, | | | | |
| you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $5,215.61 | | $130,010.56 | |
| **4. TOTAL FUNDS AVAILABLE FOR** | | | | |
| **OPERATIONS *(Line 1 + Line 3)*** | $103,571.94 | | $134,512.67 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 41.55 | | $476.20 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | 1,102.95 | | 18,362.01 | |
| F. Inventory Payments *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | 890.46 | |
| J. Payroll - Net *(See Attachment 4B)* | | | | |
| K. Professional Fees (Accounting & Legal) | | | 9,315.06 | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | 325 | | 1,300.25 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | 7,500 | | 9,566.25 | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $8,969.50 | | $39,910.23 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $94,602.44 | (c) | $94,602.44 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief and based on documents available to date subject to the explanations and notations contained in this report.**

.

This 20th day of November, 2017.

_____
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
   the petition.

(c)These two amounts will always be the same if form is completed correctly.

**Exhibit B**
**Preliminary List of Litigation Targets**

# Litigation Targets

**Debtor identifies the following claims:**

1.      Claims against Schecher Group, Inc., its affiliates, subsidiaries, agents, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

2.      Claims against Richard Schecher potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

3.      Claims against Annet Rojas potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

4.      Claims against Mirco Morales potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved. Subject to the Settlement.

5.      Claims against Gregory Elder potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved. **Subject to the Settlement.**

6.      Claims against Law Offices of Gregory R. Elder, LLC, its affiliates, subsidiaries, agents, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

7.      Claims against Condominium Hotel Management Corporation, Inc., its affiliates, subsidiaries, agents, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

8.      Claims against Casablanca Rental Services, its affiliates, subsidiaries, agents, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

9.      Claims against Sharma and Associates, Inc., its affiliates, subsidiaries, agents, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

10.      Claims against Vishnu Sharma potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

11.      Claims against A1 Fire & Safety, its affiliates, subsidiaries, agents, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

12.      Claims against Florida Building & Supply, Inc., its affiliates, subsidiaries, officers, and employees potentially sounding in contract, tort, statute and/or other basis.  All rights are hereby reserved.

13.      Claims against Marc Realty Capital, LLC, its affilaites, agents, officers adn employess for breach of contract.

**Exhibit C**
**Debtor's Current Budget**

## ESTIMATED OPERATING BUDGET FOR SIXTY SIXTY CONDOMINIUM ASSOCIATION, INC.

## FOR THE ONE YEAR PERIOD FROM JANUARY 1, 2017 THROUGH DECEMBER 31, 2017

| | | 2017 Monthly Budget | 2017 Annual Budget |
|---|---|---|---|
| **INCOME:** | | | |
| | Common Assessments | 64,918.06 | 779,016.70 |
| | Total Income | 64,918.06 | 779,016.70 |
| **EXPENSES** | | | |
| Operating Expenses | | | |
| | Legal Fees | 16,666.67 | 200,000.00 |
| | Accounting | 1,305.00 | 15,660.00 |
| | Insurance | 1,083.33 | 13,000.00 |
| | Office Supplies & Postage | 125.00 | 1,500.00 |
| | Annual Corporate Report | 5.10 | 61.25 |
| | Fees Payable to Division | 29.00 | 348.00 |
| | Real Estate Property Taxes For Association Owned Units | 2,464.25 | 29,571.00 |
| | Expenses for Assessments of the Association Owned Units & Commercial Units | 2,121.70 | 25,460.45 |
| | Contingency for 2017 Uncollected Assessments for Assoc Owned & Commercial Units | 3,825.00 | 45,900.00 |
| | Shared Components - Expenses for Assoc. & Commercial Units per 2017 Budget of Hotel Unit Owner | 24,793.00 | 297,516.00 |
| | Contingent Liabilities for Pending Litigation Matters - Payable over 5 Years | 12,500.00 | 150,000.00 |
| | **Total Operating Expenses** | 64,918.06 | 779,016.70 |
| | **Reserve Expenses** | | |
| | Reserves for Roof Replacement | N/A | N/A |
| | Reserves for Building Painting | N/A | N/A |
| | Reserves for Pavement Resurfacing | N/A | N/A |
| | TOTAL EXPENSES (INCLUDING RESERVES) | 64,918.06 | 779,016.70 |
| | TOTAL EXPENSES (NOT INCLUDING RESERVES) | 64,918.06 | 779,016.70 |
| | Net Income / (Loss) | 0.00 | 0.00 |

## SIXTY - SIXTY CONDOMINIUM ASSOCIATION, INC.
## PERCENTAGE ALLOCATION BY UNIT 2017 PROPOSED BUDGET

| Quantity | Unit % CE | Total | % | 2017 Proposed BUDGET | TOTAL | ANNUAL - 2017 Maintenance Per Unit Type | CU'S & # 505 | MONTHLY - 2017 Maintenance Per Unit Type |
|---|---|---|---|---|---|---|---|---|
| | | | | $779,016.70 | | | | |
| 000-A | 0.3696 | 20 | 7.392 | $57,584.91 | $57,584.91 | $2,879.25 | | $239.94 |
| 000-B | 0.3540 | 28 | 9.912 | $77,216.14 | $77,216.14 | $2,757.72 | | $229.81 |
| 000-C | 0.2996 | 8 | 2.3968 | $18,671.47 | $18,671.47 | $2,333.93 | | $194.49 |
| 0000-D | 0.3638 | 10 | 3.638 | $28,340.63 | $28,340.63 | $2,834.06 | $2,834.06 | $236.17 |
| 0000-E | 0.3706 | 10 | 3.706 | $28,870.36 | $28,870.36 | $2,887.04 | | $240.59 |
| 0000-F | 0.7149 | 2 | 1.4298 | $11,138.38 | $11,138.38 | $5,569.19 | | $464.10 |
| 0000-G | 0.3385 | 1 | 0.3385 | $2,636.97 | $2,636.97 | $2,636.97 | | $219.75 |
| 0000-H | 0.3404 | 1 | 0.3404 | $2,651.77 | $2,651.77 | $2,651.77 | | $220.98 |
| 0000-I | 0.3560 | 1 | 0.356 | $2,773.30 | $2,773.30 | $2,773.30 | | $231.11 |
| 0000-J | 0.3667 | 1 | 0.3667 | $2,856.65 | $2,856.65 | $2,856.65 | | $238.05 |
| UNIT C-1 | 2.0960 | 1 | 2.096 | $16,328.19 | $16,328.19 | $16,328.19 | $16,328.19 | $1,360.68 |
| UNIT C-2 | 1.8480 | 1 | 1.848 | $14,396.23 | $14,396.23 | $14,396.23 | $14,396.23 | $1,199.69 |
| UNIT C-3 | 0.8462 | 1 | 0.8462 | $6,592.04 | $6,592.04 | $6,592.04 | $6,592.04 | $549.34 |
| UNIT C-4 | 0.7373 | 1 | 0.7373 | $5,743.69 | $5,743.69 | $5,743.69 | $5,743.69 | $478.64 |
| HU | 64.5962 | 1 | 64.5962 | $503,215.19 | $503,215.19 | $503,215.19 | | $41,934.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals | | 87 | 100.00 | $779,015.92 | $779,015.92 | | $45,894.21 | |

Attachment "1"



**"Circular Assessment" Issue Demonstrative Flow Chart on Hypothetical $100,000 Association Budget for Common Expenses**

Residential Unit Owners

$53,848 of Common Expenses Assessed to RUOs as *Shared* Costs by HUO

$35,404 Common Expenses assessed to RUOs

$53,848 paid by RUOs to HUO

$10,748 of Common Expenses Assessed to Association as *Shared Costs* By HUO

$35,404 paid directly by **RUOs** to Association

**Hypothetical $100,000 Budget Shortfall Analysis**

$35,404 paid by RUOs as Common Expenses
+ $53,848 paid by RUOs **as *Shared Costs***

= $89,252 in total "real" dollars

**-$10,748 (10.7%) Budget Shortfall**

**Hotel Unit Owner**

**Schecher Croup, Inc.**

**(Pass through)**

**$64,596** Common Expenses Assessed to HUO

**$53,848** Paid to Association by **RUOs** indirectly through HUO

**Debtor**

**Sixty Sixty Condominium Association, Inc.**

$10,748 Common Expenses Paid by Association to HUO as *Shared Costs*

# Exhibit D
## Treatment of Executory Contracts

All executory contracts that are not specifically assumed are rejected.