

**ORDERED in the Southern District of Florida on December 11, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO.  16-26187-RAM |
|  | CHAPTER  11 |
| SIXTY SIXTY CONDOMINIUM | |
| ASSOCIATION, INC., | |
|  | |
| Debtor. | |

**ORDER DENYING APPROVAL OF**
**DISCLOSURE STATEMENT WITHOUT PREJUDICE**

The Court conducted a hearing on the Debtor's November 28, 2017 and December 8, 2017, to consider approval of Third Amended Disclosure Statement in Support of Third Amended Plan of Reorganization of Sixty Sixty Condominium Association, Inc. (the "Third Disclosure Statement") [DE# 445].  As announced at the

December 8th hearing, the Third Disclosure Statement must be amended to describe the KFI contract.  The Court finds that a Fourth Amended Disclosure Statement should not be filed until, at the earliest, KFI's due diligence period expires on or about January 10, 2018.  Therefore, it is –

ORDERED as follows:

1.    The Court denies approval of the Third Disclosure Statement without prejudice to the Debtor filing a Fourth Amended Disclosure Statement.

2.    Unless requested by motion filed by the Debtor or any other party in interest, the Court will not set a deadline for the filing of a Fourth Amended Disclosure Statement.

###

COPIES TO:

Brett D. Lieberman, Esq.
Barry P. Gruher, Esq.
AUST

(Attorney Lieberman is directed to serve a copy of this Order on all other interested parties and file a Certificate of Service)